IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ERIN ENERGY CORPORATION | § | CASE NO. 18-32106 |
| | § | (Chapter 11) |
| Debtor. | § | |

**NOTICE OF APPEARANCE OF COUNSEL**

PLEASE TAKE NOTICE that Pasadena Insurance Agency, Inc., creditors in the above-styled case, pursuant to Bankruptcy Rule 9010(b), hereby requests that all notices given or required to be given in this case and in any cases consolidated herewith, and all papers served or required to be served in this case, and in any cases consolidated herewith, be given to and served upon the following:

Michael J. Durrschmidt
Hirsch & Westheimer, P.C.
1415 Louisiana, 36th Floor
Houston, Texas 77002
Telephone:  713-220-9165
Facsimile: 713-223-9319
E-mail: mdurrschmidt@hirschwest.com

This request encompasses all notices, copies, and pleadings referred to in Rules 2002, 3017, and 9007 of the Bankruptcy Rules of Procedure, including, without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings or requests, applications, and any other documents brought before this Court in this case, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise, which affect or seek to affect the captioned proceeding.

Respectfully submitted this 26th day of April, 2018.

1

HIRSCH & WESTHEIMER, P.C.

By:  /s/  Michael J. Durrschmidt
Michael J. Durrschmidt
Texas Bar No. 06287650
1415 Louisiana, Floor 36
Houston, Texas 77002
Telephone: 713-220-9165
Facsimile:  713-223-9319
E-mail: mdurrschmidt@hirschwest.com

**ATTORNEYS FOR PASADENA INSURANCE AGENCY, INC.**

**CERTIFICATE OF SERVICE**

I, Michael J. Durrschmidt, hereby certify that on the 26th day of April, 2018, a copy of the foregoing Notice of Appearance of Counsel was served via first class mail, postage prepaid, and/or via the Clerk of the Court through the ECF system.

/s/  Michael J. Durrschmidt
Michael J. Durrschmidt