IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:**<br><br>**ERIN ENERGY CORPORATION,**<br><br>    Debtor. | § § § § § § | **Case No. 18-32106**<br><br>**Chapter 11** |
| **In re:**<br><br>**ERIN ENERGY LIMITED,**<br><br>    Debtor. | § § § § § § § | **Case No. 18-32107**<br><br>**Chapter 11** |
| **In re:**<br><br>**ERIN ENERGY KENYA LIMITED,**<br><br>    Debtor. | § § § § § § § | **Case No. 18-32108**<br><br>**Chapter 11** |
| **In re:**<br><br>**ERIN PETROLEUM NIGERIA LIMITED,**<br><br>    Debtor. | § § § § § § § § | **Case No. 18-32109**<br><br>**Chapter 11**<br><br>**Joint Administration Pending** |

**ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES
AND GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") (a) directing the joint administration of the Debtors' chapter 11 cases for procedural purposes only and (b) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

this court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order; and this court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this court having found that it may enter a final order consistent with Article III of the United States Constitution; and this court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing, if any, before this court (the "Hearing"); and this court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.     Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of Bankruptcy Rule 6004(a) and the Bankruptcy Local Rules are satisfied by such notice.

2.     The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by this court under Case No. 18-32106.

3.     Additionally, the caption of the jointly administered cases should read as follows:

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ERIN ENERGY CORPORATION, *et al.*,[1] | § | Case No. 18-32106 |
| | § | |
| Debtors. | § | (Chapter 11) |
| | § | |
| | § | (Jointly Administered) |

_____

[1] The last four digits of Erin Energy Corporation's ("ERN") federal tax identification number are 9798. The other Debtors in these cases are: Erin Energy Limited ("EEL"); Erin Energy Kenya Limited ("EEKL"); and Erin Petroleum Nigeria Limited ("EPNL"). The Debtors' service address is: 1330 Post Oak Blvd., Suite 2250, Houston, TX 77056.

4. The foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

5. A docket entry, substantially similar to the following, shall be entered on the dockets of each of the Debtors other than Erin Energy Corporation:

An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Southern District of Texas directing joint administration of the chapter 11 cases of: Erin Energy Corporation, Case No. 18-32106; Erin Petroleum Nigeria Limited, Case No. 18-32109; Erin Energy Kenya Limited, Case No. 18-32108; and Erin Energy Limited, Case No. 18-32107. **All further pleadings and other papers shall be filed in, and all further docket entries shall be made in Case No. 18-32106.**

6. The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the Southern District of Texas shall keep, one consolidated docket, one file, and one consolidated service list for these chapter 11 cases.

7. Any party in interest may request joint hearings on matters pending in any of these chapter 11 cases.

8. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases and this Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

10. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

11. This court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: _____, 2018

_____
HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE