

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
05/01/2018

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ERIN ENERGY CORPORATION, *et al.*,[1] | § | Case No. 18-32106 |
| | § | |
| Debtors. | § | (Chapter 11) |
| | § | |
| | § | (Joint Administration Requested) |

### ORDER PURSUANT TO SECTIONS 105(a) AND 362 OF THE BANKRUPTCY CODE ENFORCING AND RESTATING <u>AUTOMATIC STAYPROVISIONS</u>

Upon consideration of the Debtors' Emergency Motion For the Entry of an Order Pursuant to Sections 105(a) and 362 of the Bankruptcy Code Enforcing and Restating Automatic Stay Provisions (the "<u>Motion</u>"),[2] filed by the above-captioned debtors and debtors in possession (the "<u>Debtors</u>"), the Court finds that: (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. § 1334(b); (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (iii) the relief requested in the Motion is in the best interests of the Debtors and their respective estates, creditors, and other parties-in-interest; (iv) proper and adequate notice of the Motion and hearing on the Motion has been given and that no other or further notice is necessary under the circumstances; (v) the relief granted in this Order is necessary to avoid immediate and irreparable harm to these estates; and (vi) good and sufficient cause exists for the granting of the relief requested in the Motion after having given due deliberation upon the Motion and all of the proceedings had before the Court in connection with the Motion. Therefore, it is hereby

---

[1] The last four digits of Erin Energy Corporation's ("ERN") federal tax identification number are 9798. The other Debtors in these cases are: Erin Energy Limited ("EEL"); Erin Energy Kenya Limited ("EEKL"); and Erin Petroleum Nigeria Limited ("EPNL"). The Debtors' service address is: 1330 Post Oak Blvd., Suite 2250, Houston, TX 77056.

[2] Capitalized terms used but not otherwise defined in this Order have the meanings ascribed to such terms in the Motion.

ORDERED that, subject to the exceptions to the automatic stay contained in section 362(b) of the Bankruptcy Code and the right of any party in interest to seek relief from the automatic stay in accordance with section 362(d) of the Bankruptcy Code, an automatic stay applies to all entities. The term "Entities" includes persons, estates, trusts, governmental units and the United States trustee. "The term governmental unit means United States; State; Commonwealth; District; Territory; municipality; foreign state; department, agency or instrumentality of the United States ..., a State, a Commonwealth, a District, a Territory, a municipality, or a foreign state; or other foreign or domestic government." 11 U.S.C. § 101(27).

Pursuant to Title 11 § 362 of the United States Code, all entities (including all departments, agencies and instrumentalities of any foreign government) have been stayed from:

(a) commencing or continuing (including the issuance or employment of process) any judicial, administrative, or other action or proceeding against the Debtors that was or could have been commenced before the commencement of the Debtors' chapter 11 cases or recovering a claim against the Debtors that arose before the commencement of the Debtors' chapter 11 cases;

(b) enforcing, against the Debtors or against property of their estates, a judgment or order obtained before the commencement of the Debtors' chapter 11 cases;

(c) taking any action to obtain possession of property of the Debtors' estates or to exercise control over property of the estates;

(d) taking any action to create, perfect or enforce any lien against property of the Debtors' estates;

(e) taking any action to create, perfect or enforce against property of the Debtors any lien to the extent that such lien secures a claim that arose prior to the commencement of the Debtors' chapter 11 cases;

(f) taking any action to collect, assess or recover a claim against the Debtors that arose prior to the commencement of the Debtors' chapter 11 cases; [and]

(g) offsetting any debt owing to the Debtors that arose before the commencement of the Debtors' chapter 11 cases against any claim against the Debtors....

and it is further

ORDERED that, in accordance with Title 11 § 362(d) of the United States Code, this Court may grant relief from the stay described in this Order; and it is further

ORDERED that the Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Dated: May 1, 2018**

_____
UNITED STATES BANKRUPTCY JUDGE