# EXHIBIT A

**Erin Energy - 13 Week Cash Forecast**
*Summary Forecast ($)*

| CASH RECEIPTS AND DISBURSEMENTS | WEEK #1 | WEEK #2 | WEEK #3 |
|---|---|---|---|
| Beginning of Week | 4/30/2018 | 5/7/2018 | 5/14/2018 |
| End of Week | 5/4/2018 | 5/11/2018 | 5/18/2018 |
| **CASH, BEGINNING OF WEEK** | $ - | $ - | $ 397,420 |
| | | | |
| **RECEIPTS** | | | |
| Crude Oil - | $ - | $ - | $ - |
| Crude Oil - Pre Petition | - | - | - |
| Revenue 3 | - | - | - |
| Revenue 4 | - | - | - |
| Revenue 5 | - | - | - |
| Revenue 6 | - | - | - |
| **TOTAL RECEIPTS** | $ - | $ - | $ - |
| | | | |
| **DISBURSEMENTS** | | | |
| | | | |
| **DIRECT OPERATING DISBURSEMENTS** | | | |
| Workover expenses | $ - | $ - | $ - |
| Well Operations | - | - | - |
| FPSO Vessel Charter Expense | - | - | - |
| Royalty Payments | - | - | - |
| **TOTAL DIRECT OPERATING DISBURSEMENTS** | $ - | $ - | $ - |
| | | | |
| **SG&A DISBURSEMENTS** | | | |
| Misc | $ - | $ 15,000 | $ 20,000 |
| Payroll | - | 208,058 | - |
| Benefits | - | 35,000 | - |
| Rents & Utilities | - | 36,900 | 6,000 |
| Accounting Services | - | 4,500 | 26,500 |
| IT Services | - | 8,000 | 2,000 |
| Registration & Franchise Taxes | - | - | - |
| Insurance Expenses | - | 1,600,000 | - |
| **TOTAL SG&A DISBURSEMENTS** | $ - | $ 1,907,458 | $ 54,500 |
| | | | |
| **RESTRUCTURING ADVISORS** | | | |
| Financial Advisors | $ - | $ - | $ - |
| Legal Counsel | - | - | - |
| Unsecured Credit Committee | - | - | - |
| Trustee Fees | - | - | - |
| **TOTAL RESTRUCTURING ADVISORS** | $ - | $ - | $ - |
| | | | |
| **CAPEX DISBURSEMENTS** | | | |
| CapEx 1 | $ - | $ - | $ - |
| CapEx 2 | - | - | - |
| **TOTAL CAPEX DISBURSEMENTS** | $ - | $ - | $ - |
| | | | |
| **OTHER DISBURSEMENTS** | | | |
| Asset Protection Payments | $ - | $ 280,122 | $ - |
| Misc | - | 15,000 | 15,000 |
| Other 3 | - | - | - |
| **TOTAL OTHER DISBURSEMENTS** | $ - | $ 295,122 | $ 15,000 |
| | | | |
| **TOTAL DISBURSEMENTS** | $ - | $ 2,202,580 | $ 69,500 |
| | | | |
| **NET CASH FLOW** | $ - | $ (2,202,580) | $ (69,500) |
| | | | |
| **CASH BEFORE BORROWING** | $ - | $ (2,202,580) | $ 327,920 |
| | | | |
| **Interest Payments & Loan Fees** | $ - | $ - | $ - |
| | | | |
| **Loan Draws** | | | |
| DIP Facility | - | 2,600,000 | - |
| **Total Loan Draws** | $ - | $ 2,600,000 | $ - |
| | | | |
| **Loan Repayments** | | | |
| DIP Facility | - | - | - |
| **Total Loan Repayments** | $ - | $ - | $ - |
| | | | |
| **CASH, END OF WEEK** | $ - | $ 397,420 | $ 327,920 |
| | | | |
| **CASH SUMMARY** | | | |
| CASH COLLECTED | - | - | - |
| CASH DISBURSED | - | (2,202,580) | (69,500) |
| **NET CASH** | - | (2,202,580) | (69,500) |
| **CUMULATIVE CASH FROM OPERATIONS** | - | (2,202,580) | (2,272,080) |
| | | | |
| **CUMULATIVE BORROWING** | - | 2,600,000 | 2,600,000 |

## Erin Energy - 13 Week Cash Forecast

*Other Disbursements ($)*

|  | WEEK #1<br>4/30/2018<br>5/4/2018 | WEEK #2<br>5/7/2018<br>5/11/2018 | WEEK #3<br>5/14/2018<br>5/18/2018 |
|---|---:|---:|---:|
| **Asset Protection Payments** | | | |
| The Gambia Tax Authority | | $ 80,000 | $ - |
| Permitting Nigeria | | | |
| Joint Interest Billing - Gambia | | $ 182,622 | |
| Ghana training tax obligation | | | |
| Ghana Surface rental | | | |
| Payce Consulting | | 17,500 | - |
| **Total Asset Protection Payments** | $ - | $ 280,122 | $ - |
| | | | |
| **Misc** | | | |
| Other Misc | | $ 15,000 | $ 15,000 |
| --- | | - | - |
| **Total Misc** | $ - | $ 15,000 | $ 15,000 |
| | | | |
| **Other 3** | | | |
| --- | $ - | $ - | $ - |
| --- | | - | - |
| **Total Other 3** | $ - | $ - | $ - |
| | | | |
| **TOTAL OTHER DISBURSEMENTS** | $ - | $ 295,122 | $ 15,000 |