IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| **ERIN ENERGY CORPORATION,** *et al.*,[1] | § § § | Case No. 18-32106 |
| Debtors. | § § | Chapter 11 |
| | § § | (Jointly Administered) |

NOTICE OF HEARING ON DEBTORS'
EMERGENCY MOTION TO EXTEND THE AUTOMATIC STAY
AND EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS
AUTHORIZING USE OF CASH COLLATERAL

**PLEASE TAKE NOTICE** that a hearing will be held before the Honorable Marvin Isgur, United States Bankruptcy Judge, at the United States Bankruptcy Court, 515 Rusk, 4th Floor, Courtroom 404, Houston, Texas 77002 on **May 9, 2018 at 10:45 a.m. (CT)**, or at such other time as the court may determine, on the following motions and supporting documents requesting certain emergency relief (collectively, the "Motions"), which were filed by the Debtors in connection with the Chapter 11 Cases:

(i) Debtors' Emergency Motion for Entry of Order Pursuant to Sections 105(a) and 362 of the Bankruptcy Code Extending the Automatic Stay [Docket No. 27]; and

(ii) Debtors' Emergency Motion for Interim and Final Orders (I) Authorizing Use of Cash Collateral Pursuant to Section 363(c) of the Bankruptcy Code; (II) Granting Adequate Protection for the use thereof; and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001 as to Use of Cash Collateral [Docket No. 28].

Copies of the above referenced Motions may be (i) inspected in the office of the Clerk of the Bankruptcy Court during normal business hours; and (ii) downloaded from the Bankruptcy

---

[1] The last four digits of Erin Energy Corporation's ("ERN") federal tax identification number are 9798. The other Debtors in these cases are: Erin Energy Limited ("EEL"); Erin Energy Kenya Limited ("EEKL"); and Erin Petroleum Nigeria Limited ("EPNL"). The Debtors' service address is: 1330 Post Oak Blvd., Suite 2250, Houston, TX 77056.

Court's website at http://www.txs.uscourts.gov/bankruptcy. Please note that prior registration with the PACER Service Center and payment of a fee may be required to access such documents. Requests for copies of the Motions and further information regarding hearing may also be made to proposed counsel for the Debtors using the contact information below.

Respectfully submitted this 4th day of May 2018.

                        Respectfully submitted,

                        **OKIN ADAMS LLP**

By:    /s/ *Matthew S. Okin*
       Matthew S. Okin
       Texas Bar No. 00784695
       mokin@okinadams.com
       David L. Curry, Jr.
       Texas Bar No. 24065107
       dcurry@okinadams.com
       John Thomas Oldham
       Texas Bar No. 24075429
       joldham@okinadams.com
       Ryan A. O'Connor
       Texas Bar No. 24098190
       roconnor@okinadams.com
       1113 Vine St., Suite 201
       Houston, Texas 77002
       Tel: 713.228.4100
       Fax: 888.865.2118

**PROPOSED ATTORNEYS FOR THE DEBTORS**

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2018 the foregoing Notice of Hearing was served upon filing via the Court's EM/ECF electronic system on all parties subscribing thereto, as well as by regular mail on the Debtors' Master Service List.

                        */s/ Matthew S. Okin*
                        Matthew S. Okin