UNITED STATES BANKRUPTCY COURT      SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 18-32106 |
|---|---|---|---|
| | Debtor | In Re: | Erin Energy Corporation |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jonathan C. Cross<br>Herbert Smith Freehills New York LLP<br>450 Lexington Avenue, 14th Floor<br>New York, NY 10017<br>917-542-7600; jonathan.cross@hsf.com<br>New York; 4076139<br>SDNY; JC2253 |
|---|---|

| Name of party applicant seeks to appear for: | Mauritius Commercial Bank Limited |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 5/8/2018 | Signed: /s/ |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature: |
|---|---|

**Order**         This lawyer is admitted *pro hac vice*.

Dated: _____      _____
                                                                  United States Bankruptcy Judge