IN THE UNITED STATES BANKRUPTCY
COURT FOR THE SOUTHERN DISTRICT OF
TEXAS HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **ERIN ENERGY CORPORATION,** *et al*[1] | § | **Case No. 18-32106** |
| | § | |
| | § | **Jointly Administered** |
| **Debtors.** | § | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES, PLEADINGS, ORDERS AND OTHER PAPERS

PLEASE TAKE NOTICE that undersigned counsel hereby appears as counsel to Oltasho Nigeria Limited, a Nigerian registered company, and its affiliates, creditors and parties in interest in the above-captioned bankruptcy case, (the "Bankruptcy Case") and pursuant to Section 1109(b) of the Bankruptcy Code and Rules 2002, 3017, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") hereby enter their appearance and request that all notices given or required to be given in the Bankruptcy Case, and all papers served or required to be served in the Bankruptcy Case be served upon:

Kwame N. Cain, Esq.
Looper Goodwine, P.C.
1300 Post Oak Blvd., Suite 2400
Houston, Texas 77056
Telephone: (713) 335-8600
Facsimile: (713) 335-8601
E-mail: kcain@loopergoodwine.com

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b) and Bankruptcy Rules 2002, 3017, 9007 and 9010, the foregoing request includes notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, motions,

---

[1] The last four digits of Erin Energy Corporation's ("ERN") federal tax identification number are 9798. The other Debtors in these cases are: Erin Energy Limited ("EEL"); Erin Energy Kenya Limited ("EEKL"); and Erin Petroleum Nigeria Limited ("EPNL"). The Debtors' service address is: 1330 Post Oak Blvd., Suite 2250, Houston, TX 77056.

applications, complaints, demands, notices of motions, notices of applications, notices of hearing, petitions, objections, claims, and all other pleadings or requests, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, other commercial carrier, hand-delivery, facsimile, telegraph, telex, e-mail, telephone or otherwise.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance shall not be deemed or construed as: (a) waiver of the right to have final orders in non-core matters, or any other matters or proceedings in which a Bankruptcy Court does not have the power to enter a final order under Article III of the United States Constitution, entered only after de novo review by the United States District Court; (b) waiver of the right to trial by jury in any proceeding to which such right exists in the Bankruptcy Case or in any case, controversy, or proceeding related to the Bankruptcy Case; (c) waiver of the right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (d) waiver of the right to contest jurisdiction or appropriate venue in any related proceeding; or (e) waiver of any other rights, claims, actions, defenses, setoffs, or recoupments, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

Dated:  May 8, 2018                **LOOPER GOODWINE, P.C**.

By:  /s/ Kwame N. Cain
Kwame N. Cain
Texas Bar No. 24100646
1300 Post Oak Blvd., Suite 2400
Houston, Texas 77056
Telephone: (713) 335-8600
Facsimile: (713) 335-8601
E-mail:  kcain@loopergoodwine.com

**COUNSEL FOR OLTASHO NIGERIA LIMITED.**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on the 8th day of May, 2018, he caused a true and correct copy of the foregoing Notice of Appearance to be served electronically on those parties requesting electronic service through the Court's ECF system.

                                        By: /s/ Kwame N. Cain
                                              Kwame N. Cain