IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| ERIN ENERGY CORPORATION; fdba | § | CASE NO: 18-32106 |
| CAMAC ENERGY INC.; fdba PACIFIC | § | |
| ASIA PETROLEUM INC., *et al* | § | |
| | § | |
| ERIN ENERGY LTD.; fdba CAMAC | § | CASE NO: 18-32107 |
| ENERGY LTD. | § | |
| | § | |
| ERIN ENERGY KENYA LIMITED; fdba | § | CASE NO: 18-32108 |
| CAMAC ENERGY KENYA LIMITED | § | |
| | § | |
| ERIN PETROLEUM NIGERIA LIMITED; | § | CASE NO: 18-32109 |
| fdba CAMAC PETROLEUM LIMITED | § | |
| | § | Jointly Administered Order |
| Debtor(s) | § | |
| | § | CHAPTER 11 |

## CASH COLLATERAL ORDER

For the reasons set forth on the record on this date, the Court orders:

1. The Debtor is authorized to spend up to $620,000.00 of cash collateral.

2. The cash collateral may only be spent in the amounts and for the purposes set forth on the record on this date.

3. Mauritius Commercial Bank Ltd, or its successor, is ordered immediately to transfer $620,000.00 from the Debt Service Reserve Account to the Debtors. The transmission of the funds will be to a wire address provided by Debtor's counsel to counsel to Mauritius and PIC.

4. The Court will conduct a further hearing on May 23, 2018 at 9:00 a.m. at the United States Courthouse in Houston, Texas.

SIGNED **May 9, 2018.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE