IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Case No. 18-32106 |
| Erin Energy Corporation, *et al.*,[1] | (Chapter 11) |
| Debtors. | (Jointly Administered) |

**NOTICE OF HEARING ON ARMADA OYO LIMITED'S AND BUMI ARMADA (SINGAPORE) PTE. LTD'S (A) EMERGENCY MOTION FOR AN ORDER PURSUANT TO SECTIONS 105(A), 362(D)(1), AND 363(E) OF THE BANKRUPTCY CODE MODIFYING THE AUTOMATIC STAY AND GRANTING RELATED RELIEF AND (B) EMERGENCY MOTION TO COMPEL ASSUMPTION OR REJECTION OF EXECUTORY CONTRACTS PURSUANT TO 11 U.S.C. § 365(D)(2)**

PLEASE TAKE NOTICE that a hearing will be held before the Honorable Marvin Isgur, United States Bankruptcy Judge, at the United States Bankruptcy Court, 515 Rusk, 4th Floor, Courtroom 404, Houston, Texas 77002, on May 23, 2018, at 9:00 a.m. (CT) on the following motions and supporting documents requesting certain emergency relief (collectively, the "Motions"), which were filed by Armada Oyo Limited ("**AOL**") and Bumi Armada (Singapore) Pte. Ltd. ("**BASPL**," and together with AOL, "**Bumi**") in connection with the above-referenced Chapter 11 cases:

- Emergency Motion for an Order Pursuant to Sections 105(a), 362(d)(1), and 363(e) of the Bankruptcy Code Modifying the Automatic Stay and Granting Related Relief [Dkt. No. 69]; and

- Emergency Motion to Compel Assumption or Rejection of Executory Contracts Pursuant to 11 U.S.C. § 365(d)(2) [Dkt. No. 71].

---

[1] The last four digits of Erin Energy Corporation's federal tax identification number are 9798. The other Debtors in these cases are: Erin Energy Kenya Limited; Erin Energy Kenya Limited; and Erin Petroleum Nigeria Limited. The Debtors' service address is: 1330 Post Oak Blvd., Suite 2250, Houston, TX 77056.

Copies of the Motions may be (i) inspected in the office of the Clerk of the Bankruptcy Court during normal business hours; and (ii) downloaded from the Bankruptcy Court's website at http://www.txs.uscourts.gov/bankruptcy.  Please note that prior registration with the PACER Service Center and payment of a fee may be required to access such documents.  Requests for copies of the Motions and further information regarding the hearing may also be made to undersigned counsel for Bumi.

Dated:  May 14, 2018.                               Respectfully submitted,

By: */s/ Kevin M. Lippman*
Kevin M. Lippman
Texas Bar No. 00784479
500 N. Akard Street, Suite 3800
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
klippman@munsch.com

-and-

John D. Cornwell
Texas Bar No. 24050450
700 Milam Street, Suite 2700
Houston, TX 77002-2806
Telephone: 713.222.1470
Facsimile: 713.222.1475
jcornwell@munsch.com

**COUNSEL FOR ARMADA OYO LIMITED
and
BUMI ARMADA (SINGAPORE) PTE. LTD.**