**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**HENRY G. HOBBS, JR.**
**ACTING UNITED STATES TRUSTEE**
**REGION 7, SOUTHERN and WESTERN DISTRICTS OF TEXAS**
**HECTOR DURAN**
**TRIAL ATTORNEY**
**515 Rusk, Suite 3516**
**Houston, Texas   77002**
**Telephone:  (713) 718-4650 x 241**
**Fax:  (713) 718-4670**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. |
| | § | |
| ERIN ENERGY CORPORATION, *et al.,* | § | 18-32106 (MI) |
| | § | (Chapter 11) |
| | § | Jointly Administered |
| DEBTORS[1] | § | |

**NOTICE OF APPOINTMENT OF**
**COMMITTEE OF UNSECURED CREDITORS**

TO THE HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE:

  COMES NOW Henry G. Hobbs, Jr., the Acting United States Trustee for Region 7, by and through the undersigned counsel, who pursuant to 11 U.S.C. § 1102(a)(1) hereby appoints the following eligible creditors to the Committee of Unsecured Creditors in this case:

---

[1] The last four digits of Erin Energy Corporation's ("ERN") federal tax identification number are 9798. The other Debtors in these cases are: Erin Energy Limited ("EEL"); Erin Energy Kenya Limited ("EEKL"); and Erin Petroleum Nigeria Limited ("EPNL"). The Debtors' service address is: 1330 Post Oak Blvd., Suite 2250, Houston, TX 77056.

| Members | Counsel for Member |
|---|---|
| 1. Baker Hughes<br>Attn: Christopher J. Ryan<br>2001 Rankin Road<br>Houston, TX  77073<br>Tel. 713-879-1063<br>E-Mail: christopher.ryan3@bhge.com | |
| 2. Oceanic Consultants Nigeria Limited<br>Attn:  Ola Oladeji<br>Plot 1649 Olosa Street<br>Victoria Island<br>Lagos<br>Nigeria<br>Tel. +234 818 509 7192<br>E-Mail: ola-oladeji@oceanic-cnl.com | Adedunmade Onibokun and Co.<br>Adedunmade Onibokun, Esq.<br>5b, Kudirat Abiola Way,<br>Alausa, Ikeja<br>Lagos<br>Nigeria<br>Tel. +234 805 542 4566<br>Fax +234 909 563 5314<br>E-Mail: info@adedunmadeonibokun.com |
| 3. Schlumberger Overseas S.A.<br>Attn:  Donald Burell<br>1325 S. Dairy Ashford<br>Houston, TX  77077<br>Tel. 281-285-1963<br>E-Mail: dburell@slb.com | |
| 4. Transocean Offshore Gulf of Guinea VII Limited and Indigo Drilling Limited<br>Attn:  Brady K. Long<br>4 Greenway Plaza<br>Houston, TX  77046<br>Tel. 713-232-7842<br>E-Mail: brady.long@deepwater.com | Baker Botts L.L.P.<br>James R. Prince, Esq.<br>2001 Ross Avenue, Suite 900<br>Dallas, TX  75201-2980<br>Tel. 214-917-0024<br>Fax 214-661-4612<br>E-Mail: jim.prince@bakerbotts.com<br><br>Daniels & Tredennick<br>Douglas A. Daniels, Esq.<br>6363 Woodway, Suite 965<br>Houston, TX 77057<br>Tel. 713-917-0024<br>E-Mail: doug.daniels@dtlawyers.com |

| | |
|---|---|
| 5. James Street Capital Limited<br>   Attn: Adedunmade Onibokun<br>   Plot 1649 Olosa Street<br>   Victoria Island<br>   Lagos<br>   Nigeria<br>   Tel. +234 8 09 680 4125<br>   E-Mail: .jscapitalnigeria@yahoo.com | Adedunmade Onibokun and Co.<br>Adedunmade Onibokun, Esq.<br>5b, Kudirat Abiola Way,<br>Alausa, Ikeja<br>Lagos<br>Nigeria<br>Tel. +234 805 542 4566<br>Fax +234 909 563 5314<br>E-Mail: info@adedunmadeonibokun.com |
| 6. AOS Orwell Limited<br>   Attn: Nathan Gopi<br>   Ononuju Emecheta<br>   Plot 52/53 Trans Armadi Industrial<br>   Layout, P.M.B. 029<br>   Port Hart Harcourt, Rivers State<br>   Nigeria<br>   Tel. + 234 01 462 7514<br>   E-Mail: gopi.nathan@aosorwell.com<br>   emecheta.ononuju@aosorwell.com | |
| 7. Armada Oyo Limited<br>   Attn:  Malcom Gomes<br>   c/o Level 21, Menara Perak, 24, Jalan Perak<br>   50450 Kuala Lumpur, Malaysia<br>   Tel. +60 12 286 6764<br>   E-Mail:  malcom.gomes@bumiarmada.com | Munsch Hardt Kopf & Harr, P.C.<br>John Cornwell, Esq.<br>700 Milam Street, Suite 2700<br>Houston, TX  77002-2806<br>Tel. 713-222-4066<br>E-Mail: jcornwell@munsch.com |

Dated: May 16, 2018                                  Respectfully Submitted,

                HENRY G. HOBBS, JR.
                ACTING UNITED STATES TRUSTEE
                REGION 7, SOUTHERN and WESTERN
                DISTRICTS OF TEXAS

               By:  /s/ Hector Duran
                   Hector Duran
                   Trial Attorney
                   Texas Bar No. 00783996
                   515 Rusk, Suite 3516
                   Houston, TX 77002
                   Telephone:  (713) 718-4650 x 241
                   Fax:  (713) 718-4670

<u>CERTIFICATE OF SERVICE</u>

  I hereby certify that a true and correct copy of the foregoing was served by electronic means on all PACER participants on this <u>16th</u> day of May, 2018.

            <u>/s/ Hector Duran</u>
            Hector Duran, Trial Attorney