| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston Division | Main Case Number | 18-32106 |
|---|---|---|---|
| | Debtor | In Re: | ERIN ENERGY CORPORATION, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Ronald J. Silverman, Esq.<br>Hogan Lovells US LLP<br>875 Third Avenue<br>New York, New York 10022<br>Tel: (212) 918-3000<br>ronald.silverman@hoganlovells.com<br>New York-No.3946944-Admitted 2001<br>U.S. District Court-District of Connecticut-No. CT10082-Admitted 1992 |
|---|---|

| Name of party applicant seeks to appear for: | Nigerian Agip Exploration Limited |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: | 5/18/2018 | Signed: | /s/Ronald J. Silverman |
|---|---|---|---|

| The state bar reports that the applicant's status is: | |
|---|---|
| Dated: | Clerk's signature: |

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: _____    _____
United States Bankruptcy Judge