IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Case No. 18-32106 |
| Erin Energy Corporation, *et al.*,[1] | (Chapter 11) |
| Debtors. | (Jointly Administered) |

## NOTICE OF HEARING

**TAKE NOTICE THAT** the hearing on the *Emergency Motion of Nigerian Agip Exploration Limited Pursuant to Section 105(a) of the Bankruptcy Code Seeking the Entry of an Order (i) Determining that the Automatic Stay does not Apply to an Action Commenced by the Debtors or (ii) Granting Alternative Relief* [Docket No. 95] is set for Wednesday, May 23, 2018 at 9:00 a.m. before the Honorable Marvin Isgur, 515 Rusk, 4th Floor, Courtroom 404, Houston, Texas 77002.

---

[1] The last four digits of Erin Energy Corporation's federal tax identification number are 9798. The other Debtors in these cases are: Erin Energy Kenya Limited; Erin Energy Kenya Limited; and Erin Petroleum Nigeria Limited. The Debtors' service address is: 1330 Post Oak Blvd., Suite 2250, Houston, TX 77056.

Dated:  May 21, 2018.

                    Respectfully submitted,

                    HUGHES WATTERS ASKANASE, L.L.P.

By:  */s/ Randall A. Rios*
      Randall A. Rios
      State Bar No. 16935865
      Timothy A. Million
      State Bar No. 24051055
      Total Plaza
      1201 Louisiana Street, 28th Floor
      Houston, Texas  77002
      Tel:  713-759-0818
      Fax:  713-759-6834

      COUNSEL FOR NIGERIAN AGIP EXPLOATION LIMITED

      -and-

      **HOGAN LOVELLS US LLP**

      Ronald J. Silverman, Esq.
      (*pro hac vice pending*)
      New York Bar No. 3946944
      M. Shane Johnson, Esq.
      (*pro hac vice pending*)
      Texas Bar No. 24083263
      875 Third Avenue
      New York, NY 10022
      Telephone: (212) 918-3000
      Facsimile: (212) 918-3100
      ronald.silverman@hoganlovells.com
      shane.johnson@hoganlovells.com

      **COUNSEL FOR NIGERIAN AGIP EXPLORATION LIMITED**

**CERTIFICATE OF SERVICE**

   I hereby certify that a true and correct copy of the *Notice of Hearing on Emergency Motion of Nigerian Agip Exploration Limited Pursuant to Section 105(a) of the Bankruptcy Code Seeking the Entry of an Order (i) Determining that the Automatic Stay Does Not Apply to an Action Commenced by the Debtors or (ii) Granting Alternative Relief* was served to all parties listed as receiving electronic notice *via* the courts' ECF noticing system on May 21, 2018.

                    /s/ Randall A. Rios
                     Randall A. Rios

3038257-1