# EXHIBIT B

Tuesday, 28 June 2016

(9.28 am)

Housekeeping

MR WADE:  Before you begin you will have seen on your desk,
    I think, copies of this, which we promised you.  I am
    just letting you know that it's there.

THE CHAIRMAN:  Very good.  Good morning, everyone.  It is,
    I believe, June 28.  This is LCIA arbitration 132498.
        We received last night the letter from the claimant.
    Before I turn to that very briefly, are there any other
    procedural issues from the claimant's side?

MR NESBITT:  Not from our side, sir.

THE CHAIRMAN:  From the respondents' side?

MR WADE:  No.

THE CHAIRMAN:  Very good.
        With respect to the submission of the two additional
    documents, the Tribunal will look at those over lunch.
    I have one quick question for the claimant, and I might
    not have looked at things closely enough, but do the
    exhibits that have been submitted, I believe it is C40
    and 41, are they photocopies of documents from 2012?
    You may wish to --

MR NESBITT:  I might need to ask ...

MR SHOESMITH:  (Inaudible) but yes.

THE CHAIRMAN:  No.

Page 1

MR NESBITT:  Sorry, the answer is they are contemporaneous
    2012 records made at the time, but the documents that
    you have are PDF copies of the extract from the log.

THE CHAIRMAN:  Please take instructions on that point,
    because the document, according to the respondents, they
    have asked a question whether this was just extracted
    from some Excel material, in which case it is not
    a contemporaneous document, it is a document that has
    been created by extracting certain data.  That is one
    possibility.
        The other possibility is that it is a photocopy of
    a document that was created by some person in 2012.
    Those are the two possibilities that I see, and if you
    could just get back to us, perhaps after the coffee
    break, as to which of those it is.

MR NESBITT:  I am pretty sure I know the answer already but
    I will double-check.

THE CHAIRMAN:  You can give us a preliminary answer right
    now, if you'd like.

MR NESBITT:  Well, I think, as I said, it's a record that is
    kept electronically at the time and updated each time
    a piece of mail comes in, and what's been provided is
    a printout of the relevant bit of the record for those
    dates.

THE CHAIRMAN:  So it's an electronic record that has been

Page 2

maintained up to the present time or is it -- you see,
    this is the hole point, it is either a document which
    existed in its final form on 2012 or it is not.  If it
    is a document which existed in its final form on 2012
    and you print out a PDF of an Excel or whatever from
    2012 and it has no redactions and nothing, that's one
    thing.  If what it is is extracted data from a computer
    program that was extracted in the last three weeks,
    that's a totally different thing.  So just get your
    instructions on that, if you would, and get back to us,
    because --

MR NESBITT:  Yes, it is not extracted data.

THE CHAIRMAN:  It is not --

MR NESBITT:  It is a contemporaneous record that was made at
    the time, but unlike the written mail logs you saw, it
    was maintained electronically.  It has not been
    manipulated in way, if that is really what you're
    getting at.

THE CHAIRMAN:  No, because the document appears to be
    a sheet of white paper, and I am just at a loss to
    understand how that sheet of white paper could exist in
    the abstract.  The respondent has specifically raised
    a question about this, because it's a sheet of white
    paper, as I see it, which has a bunch of numbers on the
    left.  It looks like it's an extract from an Excel

Page 3

sheet, but is it a complete extract?  Where does it come
    from?  We don't know anything.  We have a sheet of white
    paper here for the time being.

MR NESBITT:  I think the explanation is in the emails, but
    if that is not clear I will seek instructions and come
    back to you at lunchtime, if that's okay.

THE CHAIRMAN:  I might have missed something in the emails,
    for which I apologise in advance.

MR NESBITT:  No, not at all.

THE CHAIRMAN:  If you could get back to us before we have
    a discussion about the document at lunchtime, that would
    be great.

MR NESBITT:  Sure.

            DR SIMON MOY (called)

THE CHAIRMAN:  Dr Moy.

A.  Thank you, gentlemen.  My name is Simon Moy --

THE CHAIRMAN:  Just before you start, Dr Moy, you've
    provided an expert opinion in these proceedings.

A.  I have, yes.

THE CHAIRMAN:  And you have also signed a joint report.

A.  I have.

THE CHAIRMAN:  And you understand your duty to the Tribunal
    to express your best professional opinion?

A.  Yes, I do.

THE CHAIRMAN:  Thank you very much.

Page 4

DTI                         www.DTIGlobal.com                    8th Floor, 165 Fleet Street
(+44)207 4041400                                                       London EC4A 2DY

Page 5

```
 1          Examination-in-chief by MR GUNNING
 2   A. Okay.  Great.
 3      MR GUNNING: Dr Moy, hopefully you have in front of you
 4      bundle E2.  Do you have that?
 5   A. Yes.
 6   Q. If you could turn to tab 2, I think you should have
 7      a copy of your report in these proceedings.
 8   A. Yes.
 9   Q. I think if we look at tab 3, we can see that that was
10      sent -- I hope you don't mind me leading on this -- on
11      24 February 2016, and included some amendments to
12      a previous draft; is that right?
13   A. That's correct.
14   Q. And if we turn to tab 4, I think I have this the right
15      way round, maybe I haven't, there is a tracked changes
16      version; is that right?
17   A. That's right.
18   Q. Okay.  And can you confirm that that's a copy of the
19      report as amended?
20   A. Yes.
21   Q. In addition, we have in bundle E3 at tab 5 a copy of
22      your joint statement with Mr Filippi.
23   A. Mmm-hmm.
24   Q. Then on top of that, if we go back, I think to
25      bundle E2 -- no, sorry, at the back of E3 --
```

Page 6

```
 1   A. Right.
 2   Q. -- at page 306 there is a letter that you sent on
 3      14 June 2016.
 4   A. 306?
 5   Q. At the very back.  It will be the very last document in
 6      the whole bundle or should be.  No?
 7   A. No, but I have -- I presume it's this one?
 8   Q. Yes, that's it.  Okay.  So can you confirm that that
 9      represents the totality of your evidence in the
10      arbitration?
11   A. It does, yes.
12   Q. And can you confirm that, subject to any clarifications
13      that you make in the presentation, that it represents
14      your true and professional opinion?
15   A. It does, yes.
16      MR GUNNING: Okay.  Thank you, Dr Moy.
17         Okay, thank you.
18      THE CHAIRMAN: Please start, Dr Moy.
19            Presentation by DR MOY
20   DR MOY: Thank you very much.  Okay.  As you know, I am
21      Simon Moy.  I have been in the oil business for
22      22 years.  I graduated from Imperial with a master's
23      degree in petroleum engineering.  I started my career
24      with BG E&P, then developed my career in the independent
25      sector, working in central Asia, Africa and
```

Page 7

```
 1      South America.  I have been involved with reservoir
 2      engineering, reservoir simulation, material balance,
 3      well test, well test interpretations.  I have planned,
 4      executed and interpreted PLTs.  I've been involved with
 5      reserve auditing.
 6         In 2013 I joined Rockflow Resources as a director
 7      and partner.  Rockflow is a partner-owned subsurface
 8      consultancy based in Haslemere.
 9      I am just making sure I don't run out of time.
10         So I hope that I will be able to inject a little bit
11      of clarity into the discussion so far concerning the
12      issues that we've been discussing.  Some of the points
13      that I am going to be covering are related to recovery
14      in these kinds of reservoirs, the sensitivity of coning
15      to rate; the role of permeability in coning.
16         I am going to briefly look at the Oyo wells, their
17      position in the reservoir, and in particular their GOR
18      trends, and a brief summary of the findings of the paper
19      covering the 35 Nigerian oil rim reservoirs.
20         The picture on the top left-hand corner you saw at
21      the beginning in the opening submissions, it's
22      essentially the channel complex.  It's a sand body
23      encased in shale, both above and below, and I've marked
24      Oyo central and Oyo west.
25         In the lower right-hand side, you'll see something
```

Page 8

```
 1      that was familiar from yesterday, which is an exploded
 2      view of Oyo central showing the divided fault, and I've
 3      marked on there the various locations of the wells, both
 4      horizontal and vertical.
 5         Let me just reiterate all the production so far has
 6      occurred in Oyo central west.  All but one of the wells
 7      that have pressure data is located in that part of the
 8      field.
 9         On the eastern side we have Oyo-8, which is
10      a vertical well, and although there's been no production
11      there we have pressure data, and it was that pressure
12      data that confirmed the presence of both contacts of
13      different depths and a different pressure regime.  It's
14      also worth mentioning that the Oyo reservoir is
15      overpressured in fact on the western side -- sorry, on
16      the western side it is overpressured by 500 psi.
17         Recovery, it is very important.  What I am about to
18      say applies to every oilfield, whether it is large or
19      small, whether it has a gas cap or not.  Maximising oil
20      recovery means minimising gas production.  In
21      particular, if you can minimise your cumulative gas-oil
22      ratio you will maximise your oil recovery.  That's
23      derived from the basis of material balance, effectively
24      the oil recovery is a reciprocal of cumulative GOR.
25         Why is that the case?  One of the most important
```

1    things is keeping gas in the reservoir keeps the energy
2    in the reservoir.  If you produce that gas, you're
3    taking out the most compressible fluid in the reservoir.
4    So it is very important to control the amount of gas
5    that the wells produce.  Sometimes that's unavoidable,
6    but it is, in the case of producing directly from the
7    gas cap, something that you can avoid.
8        So if you produce gas directly from the gas cap you
9    not only take energy out of the reservoir but you
10   diminish the wells' potential for producing liquids
11   because, as we heard yesterday, the mobility of gas is
12   at least 17 times greater than for oil, and once that
13   well starts producing gas, that's the preferred phase
14   that it will produce.
15       For gas cap reservoirs typical recoveries are
16   between 25 and 35 per cent.  That's not my number,
17   that's taken from one of the bibles of reservoir
18   engineering by Laurie Dake, and that's from his
19   experience of dealing with these kinds of reservoirs,
20   provided that you control the amount of gas that you
21   produce, i.e. you prevent gas coning.
22       I am going to be covering some of the Chaperon's
23   equation that we mentioned --
24   PROFESSOR LEW:  Sorry, can I interrupt, you said gas cap
25       reserves typical recoveries of between 25 and

1        35 per cent.
2    DR MOY:  That's correct.
3    PROFESSOR LEW:  What do you mean by recoveries?
4    DR MOY:  Okay, that's a good question.  That's the
5        proportion of the in-place oil that you can hope to
6        recover.  Actually, that may seem like a low percentage
7        but that's pretty average.  Due to the capillary
8        pressures in the reservoir, it is very rare to get
9        recoveries above 50 per cent.  It is possible but you
10       need a good combination of rock properties, oil
11       properties, strong aquifer.  So recoveries of over
12       20 per cent to 35/40 per cent are probably where the
13       majority of fields with good quality oil that that's
14       their recovery range.  So this is within that range.
15   PROFESSOR LEW:  You are recovering the oil in what way?
16   **A.  Through production, yes.  So essentially when we talk**
17       **about in-place volumes, that's the estimate that we make**
18       **of what's actually underground.  However, there's always**
19       **a much smaller proportion that you can hope to recover**
20       **over five, ten, 15, 20 years of the life of the field.**
21       **And as I said, 35 per cent, that's kind of typical,**
22       **I suppose, but quite normal.  Although for the people**
23       **who are unfamiliar with the oil business they are**
24       **surprised at how low it is, but it is a factor to do**
25       **with capillary pressures.  Should I continue?**

1    PROFESSOR LEW:  Thank you.
2    DR MOY:  So Chaperon we dealt with yesterday but I will
3        cover that briefly.  The Papatzacos equation developed
4        these equations to show the gas coning and in particular
5        the time to gas coning.  Interestingly enough,
6        Papatzacos used to confirm his equations a fine grid
7        model, and in the paper he presents he reports that
8        there is no error between his equations and the results
9        in the modelling.
10       The paper, the Shell review, the Shell survey of 35
11       oil rim reservoirs by (inaudible) Peacock, they also
12       used a similar model, and I will come to those later.
13       I am going to come back to that slide that I just
14       flicked through, but for clarity I will start with
15       Chaperon, and we saw yesterday that that gives you
16       an estimate of the critical rate.  Now, what is the
17       critical rate?  It is the rate at which gas starts to
18       cone from the gas cap down towards the well, and in this
19       case, in the slide that I've shown there, I've taken the
20       parameters at the bottom, which are the ones that are in
21       the report, and for a range of permeabilities I've
22       calculated the critical rate.
23       As you can see, the relative performance as you
24       decrease your permeability, as your reservoir
25       permeability drops, the critical rate drops.  Why is

1    that?  Well, for a given oil rate in the reservoir the
2    lower the permeability, the bigger the pressure
3    drawdowns required to give that rate and, as we heard
4    earlier, the mobility of the oil is greater than for oil
5    (sic), and it's the drawdown forces, the pressure
6    forces, which overcome the buoyancy of the gas.  The gas
7    actually would like to stay at the top in the gas cap.
8        Papatzacos, his equation is a bit more sophisticated
9    in that he gives an estimate of the days to gas
10   breakthrough.  There is a lot in this, so I am going to
11   run you through it carefully.
12       So on the Y axis we have oil rate.  On the X axis
13   days to breakthrough, and what I have done here is I've
14   used the equations to plot three curves at a range of
15   permeability, it's 800, 500 and 300 millidarcy.
16       So if we go from 15,000 barrels of oil a day in
17   an 800 millidarcy reservoir we can see in fact that days
18   to gas breakthrough is 150 days, roughly.  If we were to
19   drop the permeability to 300, it would give us
20   a breakthrough of 30 days.
21       Now, these curves are very non-linear so what it is
22   saying here is if we had a rate of three and a half --
23   sorry, 7,500 barrels of oil a day we more than double
24   the time to gas breakthrough.  It is very clear the
25   trends that are shown on these curves, the relationship

1 between rate, permeability and days to gas breakthrough.
2    For completeness I've added on here the critical
3 rates that we saw on the previous slide based on
4 Chaperon's, which merely indicate the rate at which gas
5 starts to cone.  It doesn't give you any information
6 about the time to gas breakthrough.
7    The fine grid cell models that I was talking about,
8 coning studies, are beautifully summarised in this
9 slide, and for the benefit of the Tribunal, I've put in
10 what this grid represents.  So what the authors have
11 done in the green section is the gas field and the
12 red is the oilfield, and I've drawn a schematic to show
13 what it represents in terms of its relationship to the
14 contacts and the reservoir.
15    Note something that is very important is that, first
16 of all, this is a horizontal well, which goes into the
17 slide.  Secondly, the cloud of cells around the
18 horizontal well are very, very small.  And notice the
19 change in saturation.  It is basically a curtain of gas
20 coming down towards the well.  So there is a high
21 saturation change over a very small volume, which can
22 only be properly reproduced when you simulate it using
23 grid cells of this small size.
24    The next slide here really summarises the range of
25 cell sizes in these models, and here we see the

Page 13

1 Papatzacos grid that he used in comparing his
2 theoretical results with simulation.
3    What they have in common is the very fine dimensions
4 in order to reproduce this coning, which are absent both
5 from the Filippi model and the D&M model, and these
6 I have left out -- this is 55 by 45 metres by
7 1.2 metres, and this is 100 by 100 by 4 metres.
8    So neither the D&M or the Filippi model really
9 effectively model this phenomena.
10    So in conclusion, for this section anyway, we've
11 seen gas coning is rate-sensitive and we've seen that
12 it's also a function of the permeability.
13    Now, if we get on to the permeability we see in the
14 Oyo reservoir, there is a high degree of uncertainty as
15 to what the permeability actually is.  We have core
16 data, which in itself is very, very wide.  At one point
17 the maximum is over 10,000 millidarcy.  We have well
18 test data from Oyo-4 and Oyo-6, and we have a test
19 interpretation from Oyo-5.  However, I will come to that
20 in one of the next slides.
21    So what do we mean by well test interpretation and
22 permeability?
23    On the screen I have two examples from Oyo, Oyo-4 on
24 the left and Oyo-6 on the right-hand side, and what
25 I want you to look at are the dots.  So the real data is

Page 14

1 green, and the red dots is also real data.
2    What do we mean by a well test?  Well, we flow the
3 well and we shut the well in suddenly, preferably down
4 hole, and we monitor the rise in bottom hole pressure.
5 A very sharp rise and then it levels off.
6    The magic appears when we plot it on a log-log
7 scale, which is what these are, and also not only do we
8 plot the pressure but we plot the gradient of the
9 pressure response, which is called the derivative.  So
10 this red data represents the derivative or gradient of
11 the green data.  And what the well test engineer will do
12 is he will use his well test interpretation software
13 that will generate a response from a conceptual
14 reservoir model of the reservoir around the well, and it
15 will reproduce from theory the theoretical performance
16 that you would expect to see, and so the interpretation
17 engineer matches real data with modelled data.  You can
18 see here how good the matches are, and it is from these
19 that you get an estimate that is fairly reliable of the
20 permeability.
21    However, when we come to Oyo-5, what do we see here?
22 We have the build-up on a log-log scale, which are the
23 green data.  We have the gradient of that response,
24 which is the red data, and notice it's all over the
25 place.

Page 15

1    Also we have the continuous line, which are linked,
2 because the continuous red line is the pressure
3 build-up, and it's tied in completely with its gradient,
4 which is the dark line, the black line.  And it's where
5 this dark line intersects the Y axis which determines
6 the permeability.  The higher this is, the lower the
7 permeability.  The lower this intersect, the higher the
8 permeability.  But as an interpretation, as an engineer,
9 I would have no means of figuring out what the true
10 response of this well is.  There are no data here to
11 match.  You would expect at least a cloud of data that
12 you could fit the line to.
13    So as mentioned by Mr Costa, it is pretty much
14 uninterpretable.
15    So getting back to permeability.  The conclusion
16 here is the uncertainty that we have in the Oyo
17 reservoir as to the true magnitude of permeability,
18 certainly in the Oyo-5 area.  We've seen that the lower
19 the permeability, gas cones more easily.  Critical rates
20 are lower.  Gas incursion happens more quickly.  And
21 neither the D&M nor the Filippi models have grid cell
22 resolution small enough to mirror this effect.
23    Let's look at the Oyo wells.  I have plotted here
24 the relative position of the three wells, Oyo-5, 7 and
25 8, which are in the Oyo central west.  In particular,

Page 16

4 (Pages 13 to 16)

1    I have concentrated on their relative positions from the
2    contacts, and you'll notice that they have similar
3    producing lengths, they have similar depths, and Oyo-8
4    in fact is shallower, even though it has got the lower
5    GOR.
6        If we go to a plot of their GOR.  And on here, this
7    is just part of the range, the Oyo-5 GOR continued to
8    increase, in fact it reaches 45,000 standard cubic feet
9    per barrel.
10   Oyo-8 we have a small increase here.  What I want to
11   concentrate on for the moment is this Oyo-6 and Oyo-7.
12       Oyo-6 is in Oyo west.  It's a different kind of
13   reservoir.  What I am going to show is that this
14   response is what you would expect from solution drive
15   reservoir, not gas cap.
16       What is a solution drive reservoir?  It's when the
17   well is producing, it goes the below the bubble point,
18   oil comes out of -- gas comes out of a solution.
19       So here we have a GOR which rose but, apart from
20   peaking around 5,000, dropped back down and stayed below
21   4,000.  And Oyo-6, if you remember from yesterday,
22   produced almost 4 million barrels from a smaller
23   reservoir.
24       What is important here is to look at how Oyo-6 or
25   Oyo-7 data lies on top of the Oyo-6 trend.  What I would

Page 17

1    like to show is that in fact what we're seeing in Oyo-7
2    is the same phenomena of solution gas coming out and
3    being produced.  This plot shows the same thing over the
4    entire GOR scale, up to 45,000.
5        Right, what do we have here?  We have Oyo-6 and
6    Oyo-7 GOR --
7    THE CHAIRMAN:  Excuse me, could you just go back to the
8        prior slide.  That one.  That's showing the GOR for all
9        of the wells?
10   DR MOY:  That's correct.
11   THE CHAIRMAN:  And based on the quantity of oil produced?
12   DR MOY:  That's correct.
13   THE CHAIRMAN:  But not based on time?
14   DR MOY:  No, and the reason it is plotted like that is that
15       it is -- it is a very good point, because if you plot
16       against time what you'll find is it's -- what this shows
17       is the true proportion of gas that's been produced
18       relative to a volume of oil.
19       So if trends are different on this plot, it's due --
20       it is independent of how they are produced.  So whether
21       it is at a high rate or a low rate, you can see the
22       differences on this kind of plot.
23   THE CHAIRMAN:  Thank you very much.
24   DR MOY:  So getting back to this, so what do we have here?
25       So for both 6 and 7 we have a constant producing GOR,

Page 18

1    then they reach a point here where clearly conditions at
2    the well drop below the bubble point.
3        Now, although it is a gas cap reservoir, it's the
4    contact that's at the bubble point by definition.  The
5    wells are 20 metres or so below.  What happens at this
6    point is that the flowing bottom hole pressure falls
7    below the bubble point and gas comes out of solution.
8    That's totally normal.  And the region around the well
9    which falls below the bubble point grows as the well
10   continues to produce.  And because the gas is more
11   mobile what tends to happen, because there is
12   a drawdown, there's a pressure difference between the
13   well and the reservoir, is that it is the gas that is
14   preferentially produced at the well.
15       What is happening is that gas that comes out of
16   solution further away from the well is produced, and
17   that leaves oil in the reservoir, which is deficient in
18   gas.  The producing GOR, as we see here, increases.
19       So what I have plotted here is a figure from Dake,
20   which shows the same phenomena.  The numbers are
21   different because the GOR here was twice that of Oyo,
22   but we see the same phenomena, constantly producing,
23   constant GOR until we reach the bubble point.  You
24   notice that the GOR does drop back down even though
25   pressure has continued to drop.  This is the indication

Page 19

1    of a solution drive reservoir, as we find certainly in
2    Oyo-6.
3        I am going to come back to that slide in a minute.
4    I would like to look at Oyo-6 in a bit more detail.
5        We have five wells -- well, there is wells
6    essentially and three sidetracks.  So we have Oyo-2, 3,
7    and 6.  And Oyo-6 was in fact drilled as a pilot hole,
8    it was sidetracked, had to be abandoned, and it's the
9    second sidetrack which became the producing well, and
10   it's that data that we have.
11       Notice on here that we have -- it is the top
12   surface, one of the surfaces in Oyo west, and it is from
13   an Eni presentation, and it shows the faulting in the
14   area.  It is quite heavily faulted.
15       The next slide, there is a lot of information here,
16   but I am going to take you through it.  It's a vertical
17   projection from those five wells, and well bores,
18   showing the sands.
19       Now, what do we see here?  The green are the
20   gas-filled sands.  The red are the oil-filled sands.
21   The blue are filled with water.
22       The sands that you see that are green are very thin.
23   They are 5/8 metres, sometimes thinner.  Notice also the
24   distance between the Oyo-6 pilot hole and sidetracks is
25   very small, 50 to 80 metres, and note how the sands are

Page 20

5 (Pages 17 to 20)

| | |
|---|---|
| Page 21 | Page 23 |

1  very discontinuous.  How can we tell?  Because they are
2  difficult to correlate between one well and the other.
3  So if we look here sands pinch out and disappear.  They
4  are not present.  They move around.  It is quite
5  a difficult picture.
6      The producing interval of Oyo-6 sidetrack 2 is here.
7  This sand is 20 metres thick.  It is important to
8  realise that despite these gas sands being present,
9  there are lots of shales, and in particular shale right
10  above the oil-filled sand.
11      Now, a gas-oil contact was indeed measured directly
12  in one of these sands in the pilot hole at a vertical
13  depth of 1,579 metres true vertical depth subsea.
14      If we go back to that first slide -- this is Oyo-6
15  sidetrack 2 -- what we can here is a schematic
16  showing -- from the true well deviation survey.  I have
17  drawn in the 20-metre sand.  If we were to go up to
18  a depth of 1,579 where the contact was observed in the
19  other well, we would have to go back 153 metres along
20  hole, up dip.
21      The sand itself is oil-filled, and there's shale
22  above and below.  It's completely isolated.  There is no
23  gas cap here, and it is unlikely the sand would extend
24  153 metres based on the fact that from the logs you can
25  see that the area -- the sands are very discontinuous,

1  these 35 fields as thin to moderate.  So that would put
2  Oyo way outside, and it's important because if you are
3  dealing with a thin oil rim reservoir, indeed gas coning
4  is very difficult to control.
5      They summarise their results in an equation, which
6  I've tried to communicate the results in this one
7  picture.  The important parameters are the aquifer
8  and the permeability.
9      And where have I got this 13 from?  13 is the ratio
10  of the aquifer size to the hydrocarbon volume at
11  reservoir conditions.  That's been taken from the Eni
12  model 2008, which very nicely included all the aquifer
13  under the Oyo central structure, and most of the aquifer
14  is there, and the ratio that's between aquifer and
15  hydrocarbon is 13.
16      I've highlighted those three cases with a range of
17  permeability between 300 and 800 millidarcy, and you can
18  see that in fact Oyo would sit here and we get
19  an intercept, which is round about 13 million barrels'
20  recovery for a typical horizontal well.
21      Now, if we look at the --
22  PROFESSOR LEW:  If you just go back to that slide, what is
23      aquifer ratio?
24  **A.  It is the ratio of the volume of the aquifer to the**
25      **volume occupied by the hydrocarbons, so that's both gas**

| | |
|---|---|
| Page 22 | Page 24 |

1  over distances of 50 to 80 metres.
2      This slide really summarised what I've just
3  mentioned.  So the point I am trying to get over and
4  communicate is that Oyo-6 GOR trend is what you would
5  expect from a solution gas-drive reservoir.
6      Oyo-8 is similar.  We see a constant GOR.  We have
7  hit the bubble point.  The GORs increase.  That's
8  totally normal.  You can't avoid it.  It's completely
9  different from gas incursion from the gas cap.
10      Looking at the Shell survey of 35 Nigerian oil rim
11  reservoirs.  Now, what the authors did, they looked at
12  35 fields.  They looked at recoveries per well.  They
13  looked at the range of parameters that controlled
14  recovery.  They then quantified that by comparison with
15  their simulation grid or simulation model, the grid
16  I showed in one of the earlier slides.  It is important
17  to communicate the fact that the range of parameters of
18  these Oyo fits nicely inside, in all of them, apart from
19  one parameter, and that's the thickness of the oil rim.
20      We heard yesterday that Oyo is in fact a thin oil
21  rim reservoir.  It is not a thin oil rim reservoir.
22      The 35 fields here have an average oil rim of
23  15 metres, and the thickest is 25 metres.  Oyo itself is
24  40 metres.
25      Now, the authors themselves describe their fields or

1      **and oil.**
2      **So if we go to the profiles that I've presented in**
3      **my reports, the models that I received from D&M, there**
4      **is a geomodel and there's a simulation model.  The grid**
5      **was identical in both cases, and in fact the multiplier**
6      **that came with the -- okay, the permeability in the GOR**
7      **model ... (Pause).**
8      **The permeability in the geomodel is based on core.**
9      **It is quite high, very high, as we've seen in the core**
10      **samples.  D&M applied a multiplication factor of 0.1,**
11      **and that's where the issue with the 0.1 and the 0.2**
12      **comes from, and that reduced the core permeabilities**
13      **down to something that was closer to some of the well**
14      **test information.  So it is that that I then used to**
15      **generate the profiles.**
16      **In order to get a less gassy Oyo-5 -- because you've**
17      **seen these models are insensitive really to cone**
18      **together bring that out -- I increased the permeability**
19      **by changing the multiplier by 0.2 across the field and**
20      **setting it to 1 around Oyo-5.**
21  THE CHAIRMAN:  Sorry, in order to what?  I didn't quite
22      follow that.
23  **A.  Well, what I wanted to try and do is to get Oyo-5 to**
24      **behave like Oyo-7, in terms of its GOR versus cumulative**
25      **oil.  So in order to do that in the model, in order to**

1  make the model less gassy, as we saw earlier,
2  I increased the permeability, because in more permeable
3  reservoirs considering the range of uncertainty you can
4  reduce the ease with which gas cones.  And also if you
5  reduce the GOR, we've seen from the very first slide,
6  you are reducing your cumulative GOR, that actually
7  increases your oil recovery.  So what we have here on
8  this slide is the historic production, which is
9  3.5 million, and the "but for" case, which is around
10  9 million.
11     We have two other wells that were modelled in the
12  same way, Oyo B and Oyo C, which gave recoveries that
13  are on the slide.  That gave a total recovery of
14  31 per cent of the fluids in the T1A reservoir, and that
15  was within the range expected for the field, based on
16  typical recoveries for gas cap reservoirs.
17     Now, on here I've summarised the quantities for the
18  "but for" case and the actual case.  The volumes here
19  are based on a multiplier of 0.1.
20     Now, there was some issue over what is the correct
21  multiplier or what is the one that's most appropriate.
22  These results here use a multiplier of 0.1.  However, it
23  may require the use of 0.2 for consistency because I've
24  used 0.2 in the "but for" cases, and the results using
25  0.2 are in my amended report.

1     And if we go to the final slide -- so I've hopefully
2  tried to cover these points.  We've looked at recovery,
3  the sensitivity to GOR and the importance of reducing
4  gas production.  We've seen the sensitivity of coning to
5  rates and the role of permeability.  We've looked
6  briefly at the position of the wells and their GOR
7  trends, and we've looked at the range of recoveries one
8  might expect based on the review of the Shell fields.
9     So, gentlemen, thank you very much.
10  THE CHAIRMAN:  Thank you.
11  MR NESBITT:  Unfortunately for Dr Moy but no doubt to the
12     relief of the Tribunal, Ms Wilford will be asking the
13     questions.
14          Cross-examination by MS WILFORD
15  MS WILFORD:  Dr Moy, good morning.
16  A. Good morning.
17  Q. Mr Gunning helpfully did the first thing I was going to
18     do for me, because he has summarised all of the various
19     documents in this arbitration that have originated from
20     you.  So he's been through your original report, your
21     amended report, and the letters that are on the record
22     from you.
23        There is one document I just wanted to point out
24     that Mr Gunning didn't take you to, which was the
25     original unamended version of your report that you

1  submitted back on 19 February, and just for the record
2  that is in the bundle at E2, tab 6, and we will be
3  coming to that.
4     So just one other sort of introductory point from
5  your presentation, Dr Moy, you mentioned that you did
6  a master's degree in petroleum engineering at Imperial.
7  A. I did yes.
8  Q. However, I understand from you report that before you
9  did your master's in petroleum engineering you started
10  off in a different field, in astrophysics, and gained
11  your first degree in astrophysics.
12  A. I did a degree in physics and astrophysics and then went
13  on to do a PhD in star formation.
14  Q. Yes, so it was after that that you changed direction, if
15  I can put it that way, and went into (overspeaking) --
16  A. I did, I decided I wanted to go into the oil business.
17  Q. Very good.  So, Dr Moy, you spent an awful lot of time
18  in your presentation discussing, if I can put it this
19  way, new material that was introduced in your joint
20  report.  So what I would like to do is to go back, first
21  of all, to your original report, and if you could open
22  up bundle E2 at tab 2, that is your amended report as of
23  24 February.
24     And if you could turn to page 126 of the bundle,
25  that's the internal page 5 of your report -- do you have

1  that?
2  A. Yes.
3  Q. You have set out the instructions that you were
4  originally given by Stephenson Harwood, and what those
5  instructions were, were to set out your professional
6  opinion on the following matters.
7     The first of those is:
8  "Does the Oyo reservoir have any unusual or
9  particular attributes that should have been taken into
10  account in the drilling and production from Oyo-5?"
11  A. Yes.
12  Q. And then the second instruction you were given was:
13  "What effect did the gas incursion into Oyo-5 have
14  on the likely total recoverable oil reserves and the
15  rate of recovery of those reserves from the OMLs?"
16     And I won't read out the wording of the instruction
17  in full but just to summarise, you were asked to run
18  certain actual and "but for" forecasts production from
19  the Oyo field.
20  A. Mmm-hmm.
21  Q. And then the thing that Stephenson Harwood asked you to
22  do was to give your opinion on the question of:
23  "What effect did the difficulties with reinjecting
24  gas have on the reservoir pressure on the Oyo
25  reservoir?"

1    A. Yes.
2    Q. And if we could just go back to the forecasts for
3       a second.  As I understand it, the significance of those
4       forecasts is that then they were then passed to
5       Mr Taylor for use in his damages calculations.
6    A. That's correct.
7    Q. Okay.  So you weren't instructed, were you, Dr Moy, to
8       use the model to investigate the source of the gas
9       ingression into Oyo-5?
10   A. Well, that seems to be part of the process of looking at
11      the amount of oil and the problems that would be
12      encountered in an oil rim reservoir.
13         You are looking at an oil rim reservoir.  By
14      default, gas coning is going to be an issue potentially,
15      and the two goes -- they are like this.  How can you
16      look at one without doing the other?  It just doesn't
17      make any sense.
18   Q. Okay.  But it's not apparent from the terms of your
19      initial instructions from Stephenson Harwood that that
20      was something you were expressly asked to do --
21   A. Well --
22   Q. -- but I take your point about you say (overspeaking) --
23   A. Well, as soon as you see as a reservoir engineer that
24      Oyo is in fact a gas cap reservoir with an oil rim, the
25      immediate thing that comes to mind is the potential for

1    Can you turn to page 7, that's internal page 7, of
2       the report, page 128 in the bundle.  This is the start
3       of your executive summary, and what you said at the
4       start of your executive summary was:
5          "The conclusions presented in this report based on
6       the supplied information strongly suggest that Oyo-5
7       suffered early and premature gas breakthrough caused by
8       the operator not following internationally acceptable
9       petroleum industry practices and standards when bringing
10      Oyo-5 on production."
11   A. Sorry, can you remind me which paragraph that is?
12   Q. That is 2.1.1, it's the very --
13   A. Oh, sorry.
14   Q. -- start of your executive summary.
15   A. Okay.  Right.
16   Q. Where in your report, Dr Moy, do you substantiate your
17      conclusion in your executive summary?  Where do you show
18      that the reasoning behind the view you express here that
19      Oyo-5 suffered premature gas breakthrough caused by the
20      operator not following internationally applicable
21      Petroleum Industry Practices and Standards?
22   A. From my point of view, as a reservoir engineer, looking
23      at this field it is immediately apparent that coning
24      could be an issue.  That it has to be investigated.  And
25      I know, although I don't have the reference, that in

1       gas coning and how that can affect recovery.  It's very
2       important that you look at that.
3    Q. Okay.  But if I can maybe put it this way,
4       Stephenson Harwood didn't ask you, did they, to express
5       your professional opinion on what the cause of the gas
6       ingression into Oyo-5 was?
7    A. Well, that would come under point 1 --
8    Q. Okay, you think that comes under --
9    A. -- does it have any unusual or particular attributes
10      that should have been taken into account?  The fact that
11      it's -- I mean, with respect to my colleagues over there
12      or -- they are not reservoir engineers --
13   Q. No.
14   A. -- and so -- however, certainly point 1 here would cover
15      the view that you would have to look at the propensity
16      or the chance of gas coning in a reservoir like this.
17      So if this reservoir was saturated so it's above the
18      bubble point, there's no gas cap, it wouldn't be
19      an issue.  But the fact as a reservoir engineer when you
20      see that there is a gas cap present and it is sizeable,
21      you need to establish what the chances of gas coning are
22      and what are the controlling factors over there.
23   Q. Okay.  We'll look at what you actually did in your
24      report, and at the moment I am just talking about the
25      first report that you served in these proceedings.

1       this report I mention that an operator would have to do
2       a coning study.
3          And what do I mean by coning study?  It is the kind
4       of fine grid simulation of using a simulation with fine
5       grid cells that are the kinds that I've presented on the
6       slides.  That would be a localised model, which would
7       enable the operator to determine what are the
8       controlling factors of gas coning, and how are those
9       affected by the range of parameters that we might
10      encounter.  Now --
11   Q. Sorry, if I can stop you there.  That's a different
12      point, isn't it?  I'm not asking about the coning study
13      about critical range, what I am asking about is what
14      caused the gas ingression into Oyo-5 --
15   A. Well, that's --
16   Q. -- did it come through the cementing?  Was it the result
17      of production?
18   A. Well, from a reservoir engineering point of view, it has
19      to be investigated, and in terms of not following
20      internationally acceptable petroleum industry standards,
21      I would imagine any prudent operator in their reservoir
22      engineering department would have done a study like
23      this.  To not do so I think is a bit -- well, it's not
24      wise.
25   Q. Sorry, just to be clear, Dr Moy, are you now saying that

1  the breach of internationally accepted -- sorry,
2  internationally acceptable Petroleum Industry Practices
3  and Standards -- maybe we can just use the term "PIPS"
4  that I know some of the other experts in this
5  arbitration have used.
6     So are you saying, Dr Moy, that the breach of PIPS,
7  to use the acronym, was the fact that there was no
8  coning study?
9  **A. If you're asking me whether one could go to a document**
10 **that says if you're an operator and you have a field**
11 **like this you have to do a coning study, I don't think**
12 **there is one, but it's fairly, or should be, common**
13 **knowledge that if you're a reservoir engineer and you**
14 **were looking at a field like this that this is one of**
15 **the things you would have to do.**
16 Q. So if we look back at your paragraph 2.1.1.1, when you
17 say that, in your view, the gas breakthrough into Oyo-5
18 was caused by NAE not having followed PIPS, was -- you
19 know, the breach that you're referring to there, is
20 that alleged breach, is the absence of the coning study, is
21 that what you're saying?
22 **A. I can only really talk about the reservoir engineering**
23 **side. And when I read the field development plan for**
24 **Oyo -- the Oyo development, it was very deficient in the**
25 **reservoir engineering side, and there were very serious**

Page 33

1  **A. That maybe the reference to the field development plan.**
2  **But let's just have a quick look, if you've got the**
3  **time.**
4  Q. I am conscious that we are under a little bit of time
5  pressure today --
6  **A. Okay, well --**
7  Q. -- Dr Moy, as you're aware, but by all means take
8  a quick flick and we'll see if we can find it quickly,
9  but if not I think we will move on.
10 **A. If it's not there, then it will be certainly related to**
11 **that comment that I've made. Well, yes -- hold on,**
12 **let's have a look here. Okay.**
13 Q. Well, it's not --
14 **A. No, here it is.**
15 Q. You've found it?
16 **A. 2115 at the bottom.**
17 Q. 2115 --
18 **A. "Yet at no point in the reservoir engineering section**
19 **describing the simulation work, nor in the resulting FDP**
20 **is this mentioned, RC3 field development plan for the**
21 **Oyo field April 2009."**
22 Q. Okay, so that's one brief reference in your executive
23 summary --
24 **A. Well, how many references would I need?**
25 Q. Well, you've gone into a lot more detail in the joint

Page 35

1  **omissions, both in the subsurface assessment and in the**
2  **reservoir engineering assessment. And so for me I was**
3  **really surprised that based on those documents a company**
4  **would go ahead and invest 150 million in a well and**
5  **develop a field without doing something a bit more**
6  **robust, especially for a company like Eni, who have**
7  **thousands of people in their head office whose task**
8  **purely every day is to look at the minutiae of these**
9  **technical problems.**
10 Q. Yes, and that's something that you've devoted a section
11 of the joint report to. Do you discuss that in your
12 original report?
13 **A. Yes, I do, actually. I mention the field development**
14 **plan. I mention that I think it's deficient. I --**
15 Q. Can you point me to that reference?
16 **A. Well, I can, but I would probably need a bit of time to**
17 **find it.**
18 Q. I am happy to give you a couple of minutes. Because
19 from what I can see, you say in your executive summary,
20 and this is still paragraph 2.1.1.1, that:
21    "Reservoir engineering work that has been reported
22 and of which I am aware appears to be of a particularly
23 low standard."
24    But you don't seem to go on in your first report to
25 explain why you think that is.

Page 34

1  report on this issue. But that's fine.
2  **A. Can I explain to the Tribunal why it was necessary to go**
3  **into detail?**
4  THE CHAIRMAN: Briefly.
5  **A. Briefly. Okay. In the original report that's pretty**
6  **much a passing comment. Mr Filippi elaborated a little**
7  **bit on that, saying that it was fit for purpose and**
8  **a robust document. And we felt that -- I felt certainly**
9  **that it was -- those -- that description certainly did**
10 **not fit the document that I saw and, therefore, felt it**
11 **necessary to describe point by point the deficiencies in**
12 **that document.**
13 MS WILFORD: Okay.
14 **A. In the joint report.**
15 Q. Okay. Let's move on. We discussed the three things
16 that Stephenson Harwood asked you to do in your initial
17 instructions, and I am going to take those out of
18 sequence, and the one I would like to talk about first,
19 and I think we can probably deal with it quite briefly,
20 is the third point that Stephenson Harwood asked you to
21 address, and that's the one about what effect did the
22 difficulties with reinjecting gas have on the reservoir
23 pressure of the Oyo reservoir.
24 **A. Mmm-hmm.**
25 Q. Now, the section in which you deal with this in your

Page 36

9 (Pages 33 to 36)

1    first report starts on internal page 45 of the report,
2    if you could turn to that.  That's page 166 of the
3    bundle.
4    **A. Yes.**
5    Q. So if we look at paragraph 4.3.2.6, you note the fact
6    that the initial reservoir pressure measured in Oyo-5
7    before production from Oyo-5 started was in the region
8    of 3,000 psia.
9    **A. Correct.**
10   Q. Yes.  And I don't think that's in dispute that it was
11   around that figure.
12       However, what you don't seem to do anywhere in this
13   section, Dr Moy, is to put forward a figure for what you
14   say the reservoir pressure was at the end of NAE's
15   period of operatorship of the field.  So if I can put it
16   another way, what you don't seem to do anywhere is to
17   put a figure on what you say the loss of reservoir
18   pressure was due to NAE supposedly not having reinjected
19   enough gas into the reservoir.
20   **A. Mmm-hmm.**
21   Q. Okay?
22   **A. Mmm-hmm.**
23   Q. You accept that's correct, you don't --
24   **A. It's -- that's not expressly in the report, so --**
25   Q. Yes, okay.  So there is, therefore, no evidence in your

1    report and no evidence before the Tribunal that there
2    was any such drop in reservoir pressure that was
3    attributable to NAE having flared gas rather than
4    reinjected it.  And the reason I mention this, Dr Moy,
5    is that when you come to run your "but for" forecasts of
6    production from the well that would have occurred in the
7    "but for" world, you assume at that stage, don't you,
8    historical gas reinjection rates?
9    **A. I do, yes.**
10   Q. Okay.  Fine.  So just to follow on from that, so when
11   you're running your "but for" forecasts you are not
12   assuming that anything different would have happened in
13   relation to reservoir pressure that was actually the
14   case?
15   **A. That's the case.  I've used -- well, the pressure is**
16   **simulated based on what comes out of the reservoir and**
17   **what goes back in.**
18   Q. Okay.  Could you turn back --
19   THE CHAIRMAN: Excuse me --
20   MS WILFORD: Sorry.
21   THE CHAIRMAN: -- as far as I've understood it, one point in
22   the proceedings I understood there was an issue about
23   the damage to the reservoir from the failure to reinject
24   the gas.  Is that still an issue or has that
25   disappeared?

1    MR GUNNING: I think it has gone.  I think that may be
2    a question for us, and I think -- sorry.
3    THE CHAIRMAN: I just --
4    MR GUNNING: Yes, sorry.  I'm sorry, I didn't mean to --
5    THE CHAIRMAN: I thought that Dr Moy would be in a position
6    to tell me, but I think if you've answered it -- have
7    the lawyers answered it?
8    MR NESBITT: It's a point that we make in our pre-hearing
9    submissions that there is no quantified and never has
10   been any quantified claim relating to a drop in
11   reservoir pressure.  So I think the purpose of this line
12   of questioning is just to -- although Dr Moy alludes to
13   it, there is -- nothing comes out of it, it is
14   irrelevant.
15   THE CHAIRMAN: Because it got my scientific interest as to
16   whether it had an effect on the reservoir, but if
17   nothing comes from it --
18   MS WILFORD: Exactly, sir, and that's why I said I thought
19   we could probably deal with this line of questioning
20   briefly, which I think we can.
21   MR GUNNING: I ought to confirm nothing comes out of it.
22   Mr Nesbitt is right.
23   MS WILFORD: Very good.  So we're all on the same page about
24   that.
25       One last point on gas flaring before we move on from

1    this section of your report, could you turn on page 165
2    of the bundle, that's internal page 44 of your report,
3    to paragraph 4.3.2.4.  There you say:
4       "Oyo-4 injection ceased on 2 June 2013 due to
5    problems with the injection valve on its subsea well
6    head and have not been resumed."
7       And you also represent this diagrammatically in the
8    following figure 4.16.
9       So just to confirm what that means, Dr Moy, isn't
10   it, that after Allied and their affiliates took over the
11   operatorship of the Oyo field they only continued to
12   reinject gas up until June 2013 and then it stopped?
13   **A. Well, it wasn't their choice --**
14   Q. I'm not --
15   **A. -- if they had a mechanical failure on the well head**
16   **valve.**
17   Q. I understand that.
18   **A. So, yes, obviously that didn't happen while they were**
19   **operator.**
20   Q. So they suffered, if I can put it this way, mechanical
21   issues that stopped them from reinjecting the gas?
22   **A. Yes, 300 metres below the sea surface.**
23   Q. Yes.  But -- okay.  So where it leaves I think, Dr Moy,
24   this is quite a short point, is that since that date,
25   since June 2013, other than very small quantities of gas

1    that might have been used as fuel, the operator of the
2    Oyo field, which is -- I forget exactly which entity,
3    I think it seems to a change a little bit, but the
4    respondents and their affiliates have flared all of the
5    gas that has been produced from the field as far as
6    we're aware?
7    **A. My understanding is that produced gas, apart, as you**
8    **point out fuel, has to go somewhere and, therefore, as**
9    **far as I'm aware, it is being flared.**
10   Q. Okay.  Very good.
11       That was all I wanted to say on gas flaring and
12   reservoir pressure.
13       So if we could move on to the first instruction that
14   Stephenson Harwood gave you, which was to give your
15   assessment of the Oyo reservoir.  If we could turn to
16   where you deal with this in your report, this is
17   section 4 of your initial report, which starts on
18   internal page 14 or page 135 of the bundle.
19       So as I said, you were asked to give your assessment
20   of the reservoir, and in particular what you were asked
21   to do was to give your assessment of:
22       "Whether the reservoir has any unusual or particular
23   attributes that should have been taken into account in
24   the drilling and production from Oyo-5?"
25   **A. Yes.**

1    structure and petrophysical characteristics are typical
2    of those of other channel sand."
3    **A. Yes.**
4    Q. And I don't think you point out in this section anywhere
5    the existence of dipping beds in the reservoir?
6    **A. No.**
7    Q. No.  So you didn't identify those when you were asked to
8    give your initial assessment of the Oyo reservoir?
9    **A. No.**
10   Q. And there is -- in fact I think I understand, Dr Moy,
11   it's the case, isn't it, that the model you've used
12   doesn't actually include the dipping beds?
13   **A. I think we saw yesterday that none of the models have**
14   **dipping beds.**
15   Q. But the one you used didn't.
16   **A. The D&M model does not have dipping beds, no.**
17   Q. There is also discussion anywhere in this section 4 of
18   your report about any sealing faults?
19   **A. No.**
20   Q. Okay.  So --
21   **A. I would have to add that to some extent my -- it's not mentioned**
22   **in here, but it's part of the model that D&M sent that**
23   **the fault is sealing in the model.  I had some of that**
24   **data related to the west of the field and I concentrated**
25   **on looking at the western side.  At the time, this issue**

1    Q. And you sort of go into this over four pages.  But if
2    I can summarise, it seems to me that your answer is
3    effectively "No, there aren't any particular attributes
4    that should have been taken into account", isn't it,
5    because you essentially say this is a typical Nigerian
6    reservoir?
7    **A. Well, does that mean that one should not, therefore,**
8    **understand it to a particular standard?**
9    Q. I'm not saying that.
10   **A. So, for example, okay, it's a gas cap reservoir.  You**
11   **have an indication of permeability.  You've got well**
12   **data, log data.  To then go to the next step you need to**
13   **understand how that field may perform.  So in that**
14   **sense, it's quite normal and comparable with similar**
15   **reservoirs with a gas cap.  That does not mean to say**
16   **that you, therefore -- there is a formula to develop it**
17   **in the field that allows you to drill these wells**
18   **without doing the appropriate studies.**
19   Q. But just going back to what you've said in your report,
20   and maybe it would help if I took you to your
21   conclusion, which is at paragraph 4.1.3.1, and your
22   conclusion was:
23       "In my view, based on the geological and seismic
24   data available, the Oyo field is typical of high quality
25   channel sand reservoirs found elsewhere in Nigeria.  The

1    **about whether that fault sealing was not really in my**
2    **mind as an issue as it's become apparent it actually --**
3    Q. Well, exactly, and that was simply my point, that at the
4    time when you were preparing your first report in these
5    proceedings you didn't think that the sealing fault was
6    of such significance that you needed to mention it in
7    your assessment of the reservoir?
8    **A. It was sealing.**
9    Q. But you haven't mentioned it is all I am saying.
10   **A. Okay, I haven't mentioned it.**
11   Q. Okay.  So your position in the first report that you
12   submitted, Dr Moy, seems to be essentially there were no
13   particular features of the reservoir that NAE or Eni
14   should have taken into account in the drilling and
15   production of Oyo-5.  You certainly don't identify any?
16   **A. That doesn't mean to say they shouldn't have done their**
17   **studies and their homework.  Okay.  What kind of**
18   **features -- we've seen that coning is -- it occurs even**
19   **if your reservoir is completely uniform.  It doesn't**
20   **need dipping beds invoked to bring gas down into the**
21   **well.  It doesn't need a sealing fault down the middle.**
22       **It does need a prudent operator to do the**
23   **appropriate studies to determine based on the**
24   **uncertainties that are clearly apparent in the**
25   **petrophysical properties of the reservoir to do these**

1   kinds of studies.  So, for example, although it is
2   uncertain as to the permeability range, we have a range,
3   we don't know exactly what the permeability is, the fact
4   that you are getting potentially gas breakthrough at
5   30 days would immediately flag up the point that there
6   is no way you can bring on a well in this reservoir of
7   15,000 barrels of oil a day.
8   Q.  I am just talking about the features of the reservoir
9       for now.  Okay?
10  A.  Okay.
11  Q.  So what I would like to do next is compare what you've
12      said in your initial report with what you say on this
13      issue in the joint report.  So if you could turn to
14      bundle E3, tab 5 --
15  A.  Right.
16  Q.  -- and then if you could turn to page 136 of the bundle
17      which is internal page 21.  Now what, as I'm sure you'll
18      recognise, Dr Moy, this table is a summary of the issues
19      that Mr Filippi set out at the time you were preparing
20      your joint report of the issues that he saw as being in
21      dispute and you've both give your view as to what the
22      answer is to each of these issues, and the one I am
23      interested in at the moment is item 6 in the table,
24      which is the question:
25          "Was the gas ingression in Oyo-5 the result of

Page 45

1       reservoir characteristics?"
2   A.  Yes.
3   Q.  What you say there is:
4           "I believe it was a combination of reservoir
5       characteristics and poor production management.  The
6       reservoir characteristics (steeply dipping beds with
7       fine scale sand and shale features) were known about in
8       1996 from Oyo-1 data.  The lower than expected
9       permeability which can control the onset of coning
10      should have been apparent from the Oyo-5 well test.
11      None of these were incorporated into Eni thinking and
12      planning."
13          And I think that's essentially the point you were
14      trying to make just now, Dr Moy, about, you know, in
15      your view Eni should have carried out more studies
16      before going ahead and producing the well?
17  A.  Yes.
18  Q.  Yes.  Okay.  So there you've identified these steeply
19      dipping beds with fine scale sand and shale features as
20      a relevant feature of the reservoir.  And then if we
21      could turn on a few pages to page 156 of the bundle,
22      that's in bundle page 41 of the joint report, you
23      discuss these in a bit more detail, and you sort of
24      follow the same line of criticising Eni for not having
25      taken these beds into account earlier, if you.

Page 46

1           Like.  You say:
2           "The Oyo field does not discuss the presence of
3       steeply dipping beds within the reservoir or consider
4       the potential implications for the dynamic behaviour of
5       the field."
6       Yes.
7   Q.  This is all new in the joint report, isn't it, Dr Moy?
8       In your first report your view was essentially:
9           "There are no particularly significant features of
10      the reservoir that Eni should have taken into account."
11          And in the joint report you have suddenly identified
12      these dipping beds?
13  A.  I haven't suddenly identified them.  I've become aware
14      of the data that was present from the Oyo-1 core.  It
15      was present in 1996.  Considering that Eni have many,
16      many professionals looking at this, the fact that they
17      just ignored this data and that their model in both 2008
18      and 2010 does not have dipping beds, they've made no
19      attempt into corporate any of this data.  In fact, data
20      from the second sidetrack -- there are two sidetracks in
21      Oyo-1 -- was completely ignored by Eni, even though they
22      are 2 or 3 metres apart.  So in retrospect perhaps
23      I should have included a discussion on the dipping beds
24      in my first report.
25  Q.  But you didn't.

Page 47

1   A.  I didn't.
2   Q.  Okay.
3   A.  But it doesn't mean to say that the data doesn't exist.
4       It is important, I suppose, and it was known in 1996.
5   Q.  But you didn't pick up on it at the time of your first
6       report because you --
7   A.  I wasn't -- I wasn't aware of it until later, when I was
8       looking through.
9   Q.  Okay.  So what you seem to be doing here in the joint
10      report you seem to be putting forward, if I can put
11      it this way, a theory to explain the cause of the gas
12      ingression, which is that Eni didn't do sufficient
13      subsurface work before commencing production from the
14      well?
15  A.  I would have thought that that's fairly apparent that
16      they didn't.  I mean, it doesn't take very long to set
17      up a model to do a coning study.  That, as I said,
18      assumes a constant uniform permeability irrespective of
19      dipping beds.  You could add those in as a sensitivity.
20  Q.  But, again, that doesn't feature in your first report,
21      other than the brief references that we mentioned
22      earlier.
23  A.  I've mentioned in my first report the importance of
24      doing a coning study using a fine grid model.  I haven't
25      elaborated on that.  I think it is mentioned in one of

Page 48

12 (Pages 45 to 48)

1    two paragraphs in passing?
2    Q.  Okay.  So just to be clear, the theory that you -- if
3        I can put it that way -- the theory that you're
4        advancing for the first time in your joint report is
5        that the field development plan prepared by Eni's
6        reservoir team in 2008 did not take into account these
7        particular features of the reservoir, namely these
8        steeply dipping beds.
9    A.  I think I am advancing the idea that they didn't do
10       their homework sufficiently, and I have mentioned that
11       in the first report, whether they are steeply dipping
12       beds or not it is quite clear that the technical work
13       that they carried out was substandard and insufficient.
14   Q.  Are you aware, Dr Moy, that there is no pleaded claim in
15       this arbitration that this supposed lack of Eni's
16       reservoir team having done sufficient homework that this
17       is in any way a breach of practices and standards?
18   A.  I am just giving my professional view as a reservoir
19       engineer.
20   Q.  Okay.  So this is just your professional view as
21       a reservoir engineer.  Fine.
22          Let's move on to another topic, which we're going to
23       take rather more time on, which is your reservoir model
24       that you used.  And when I say "yours", just to be clear
25       on the terminology, we'll talk about this a bit, but

1        obviously you received this model from -- it was
2        originally created by DeGolyer and MacNaughton --
3    A.  That's correct, yes.
4    Q.  -- who I think, just by way of shorthand, we can happily
5        refer to as D&M.  We've heard DeGolyer and MacNaughton
6        quite a lot.  And you used this model, subject to
7        certain modifications, which we'll come on and discuss,
8        to run the forecasts of production from the Oyo field,
9        which, as we've discussed, you then passed to Mr Taylor
10       for him to use in his damages calculations.
11   A.  That's correct.
12   Q.  So I think you've obviously been here for quite a lot of
13       this hearing, Dr Moy, and I think you were here when
14       Mr Rotondi gave his evidence.
15   A.  I was, yes.
16   Q.  And do you recall that Mr Gunning asked Mr Rotondi the
17       question:
18          "So if there are significant errors in the model,
19       that would upset the accuracy of the projections?"
20   A.  Vaguely sounds familiar, yes.
21   Q.  There's been a lot that has been said over the last two
22       weeks, so I entirely understand if you don't remember
23       that particular question.  But the response that
24       Mr Rotondi gave to that question was:
25          "This is always the case.  If you don't have

1        a robust model, then the projection may not be so
2        accurate."
3          Would you agree with that?
4    A.  Yes, within the uncertainties of modelling and the
5        limitations of reservoir simulation, yes.
6    Q.  Yes.  Yes.  Absolutely.  So, I mean, in fact you were
7        here yesterday when Mr Gunning's questions towards
8        Mr Filippi were directed at an attempt to discredit
9        Mr Filippi's model because of lack of robustness of that
10       model.  And that goes to that point, doesn't it, that if
11       the model isn't sufficiently accurate, the projections
12       resulting from it won't be reliable either?
13   A.  Well, there are differences; okay?  So one would hope
14       that structurally a model represents what you see in the
15       seismic.  So the dipping beds issue might be one or from
16       the core.  There is information from the logs.  So what
17       do I mean by that?  In particular porosity and water
18       saturation.  Quantities that are measured directly
19       should be honoured in the model.  There are other
20       parameters for which you don't -- you can't measure that
21       directly in the well, so rel perm information, which can
22       only be done from core samples, and permeability, which
23       you can measure in a little core, core plugs, and you
24       can determine permeability over a wider scale from
25       a well test, but we've seen that there is a range of

1        uncertainties in the perm.  But, yes --
2    Q.  I don't think anybody would deny that reservoir
3        modelling is inherently dealing with uncertainties,
4        because what you're dealing with is something that's
5        happening a long way below the subsurface.  I mean, I am
6        sure you will recall Mr Filippi's diagram from his
7        slides that demonstrated just, you know, how far below
8        the subsurface these wells are.
9    A.  Yes.
10   Q.  And you are obviously working with whatever information
11       you have available about the reservoir, aren't you, but
12       that's inevitably going to be limited?
13   A.  Oh yes.
14   Q.  So you are inherently working with uncertainties.
15   A.  That's true.
16   Q.  But isn't the point about the history match -- and I am
17       sorry to labour this point a little bit, but the history
18       match is really quite important, the concept of history
19       match, the point about the history match is that you are
20       trying to, as best you can, with the model replicate
21       what you know about the historical behaviour of the well
22       as accurately as you can based on the available
23       information?
24   A.  One hopes to do that, yes.
25   Q.  That's the aim.  And, therefore, the more reliable the

model -- you know, put it -- the reliability of the model is important particularly for forecasts because, would you agree with me, Dr Moy, if you can't reproduce what has happened in the past in the model accurately, then you won't be projecting the future accurately either?
**A. Yes.**
Q. Yes? And I think it should also be uncontroversial that the principal way in which you assess whether the model is reliable is by looking at the history match?
**A. It's one of the ways, yes, of course.**
Q. Yes. Okay. Fine. And that's something that Mr Filippi mentioned in his presentation yesterday and he showed the Tribunal, and I know you disagree with the interpretation of the history match, but just to link everything together for the benefit of the Tribunal, I am sure they will recall Mr Filippi's slides, which set out the diagrams, and effectively you see how well one line tracks another, one line being historical performance and the other line being how well it is matched by the simulation?
**A. I saw that yesterday, yes.**
Q. Okay. So turning to the model that you used, Dr Moy. As we've discussed, it was a model that was built by D&M?

Page 53

**A. Yes.**
Q. So it's not a model that you built yourself.
**A. Correct.**
Q. And, as I understand it, there have been various different versions of the D&M model, and indeed you refer to more than one version in your report.
**A. That's correct, yes.**
Q. Okay. So I think I am right in saying, but I am sure you will correct me if I'm not, that the model that you ultimately used is a sort of 2014 modification of a model that was built in 2013 by D&M?
**A. I believe that's the case. Two vintages, I suppose, of model. The one we received initially essentially the same structure but it didn't have -- although it had Oyo-7 and Oyo-8 in, they weren't the final locations. They had been put into the model before those wells were drilled. And then we received a later version, which was updated with the actual well locations and had been matched to the production -- had the history -- historical production from Oyo-7 and 8 in it.**
Q. Okay.
**A. And that was probably from about 2014.**
Q. If I could ask you to turn back to your first report, Dr Moy, in bundle E2, tab 2 --
**A. Yes.**

Page 54

Q. -- where you discuss the model that you used, and specifically I am looking at paragraph, if I can just find it, 3.1.2.4, which is internal page 10 and page 131 of the bundle.

So what you say is that:

"A number of Oyo simulation models were commissioned by the claimant Allied, Erin and partners. These represent an evolution in the understanding of the field and culminated in the 2014 D&M model."

And then you go on to describe this model, and you say that:

"The D&M model can be considered to be the closest and most accurate representation of the field and as such should be the most appropriate tool for understanding the behaviour of the field and Oyo-5 in particular."
**A. That's right.**
Q. And do you still stand by that statement?
**A. I do. In general, I do.**
Q. Okay. Do you know why -- do you know the background to the D&M model, Dr Moy? Do you know why it was created?
**A. I don't know.**
Q. Okay. Well, what I would like to do is have a look at that and the way I would like to do that is having a look at the report prepared by D&M to accompany the

Page 55

model, and that's in bundle G25 at tab 656.
**A. Okay.**
Q. I presume you've seen this document before, Dr Moy?
**A. I have, yes.**
Q. You have. So as we discussed a minute ago, it's the report that D&M created accompanying the model, if you like.
**A. That's correct.**
Q. So if you could turn to page 8 in the document.
**A. Mmm-hmm.**
Q. And this is their executive summary. So what D&M say when they are introducing this report, they are saying:

"This report documents the results of the geophysical, petrophysical, geological and engineering studies of the Oyo central field in Nigeria. The purpose of this study was to estimate the OOIP [which is original oil in place] and OGIP [original gas in place] volumes and recommend a development plan for the Oyo central field using FFRM [which I understand stands for full field reservoir model]."

So as Mr Filippi described, I think yesterday, what D&M were doing in 2013/2014 was to create a model that had an eye to the future, wasn't it? They were looking at sort of future development options for the Oyo central field?

Page 56

1    A. Yes.
2    Q. Yes. Okay. And so they weren't really looking back in
3       time at what had happened in Oyo-5.
4    A. Well, that would be difficult to do the forward-looking
5       unless you had a good understanding of what had happened
6       in the past.
7    Q. Well, we'll come on to what they did in relation to
8       Oyo-5, but the point I am trying to make, Dr Moy, is
9       that when D&M were producing this model they seem to
10      have made certain assumptions about what happened in
11      Oyo-5. Would you agree with that?
12   A. I don't know what assumptions you mean.
13   Q. Okay. Well, let's have a look at them. So if you could
14      go back a page to page 7 --
15   A. Yes.
16   Q. -- so obviously this is the introductory wording to this
17      report, and what D&M say is that they prepared this
18      reservoir study at the request of CAMAC Energy.
19   A. Yes.
20   Q. And then under the heading "Source of information" what
21      D&M say is:
22         "Information used in the preparation of this report
23      was obtained from CAMAC Energy Inc [defined as CAMAC].
24      DeGolyer and MacNaughton consulted freely with the
25      officers and employees of CAMAC and were given access to

1       such accounts, records, geological and engineering
2       reports and other data as were requested for
3       examination. All information furnished by CAMAC was
4       accepted as represented."
5    A. Right.
6    Q. So how I read that -- and this is probably my lawyer's
7       reading, Dr Moy, and I'm sure you'll tell me if it
8       disagrees from your engineering point of view -- is that
9       if CAMAC when commissioning this report had told D&M
10      something, D&M are representing that it is correct. D&M
11      are just saying here "We are relying on the information
12      that has been given to us by CAMAC"?
13   A. That's usual -- the usual practice for a consultancy
14      that is building a simulation of a field. The company
15      commissioning the modelling would give the data to the
16      company that's doing the modelling and, of course, there
17      is an implicit understanding that they are giving them
18      truthful data. But I would imagine that for
19      an experienced company like D&M you would expect to have
20      certain things. So you would expect to have the seismic
21      cube with the data that you could look, potentially
22      seismic interpretation that had been done that you could
23      check so that your structure that it was correct,
24      certainly all the well trajectories, all the well log
25      information. So certainly if there was something

1       missing D&M would be aware of it. And it's very
2       difficult to falsify this raw data, apart from not
3       giving it. So if a well has been drilled and there is
4       no log data, then that would be a flag to the person
5       doing the modelling that something was missing. But it
6       would be very rare to give a data set that gave a skewed
7       view because you're dealing with raw data, whether
8       that's log or seismic.
9    MS WILFORD: Mr Chairman, I am not quite sure where we are
10      with timings, given the earlier start today, but I don't
11      know whether now would be an appropriate time to break
12      or whether you would rather that I continued a little
13      while before we break?
14   THE CHAIRMAN: No, I think now would be quite an appropriate
15      time to break. Shall we take 15 minutes, and that,
16      according to my calculation, gets us back at 11.10 am.
17      Is that about right? Okay.
18         Dr Moy, you're not to discuss your testimony with
19      anyone during the break but you may have refreshments.
20   A. Thanks.
21   (10.51 am)
22            (A short break)
23   (11.15 am)
24   MR NESBITT: Yes, Mr Chairman, with the Tribunal's
25      indulgence I am going to relieve Ms Wilford from now on,

1       if that's acceptable.
2    THE CHAIRMAN: Absolutely.
3            Cross-examination by MR NESBITT
4    MR NESBITT: Thank you.
5       Dr Moy, just before the break Ms Wilford had taken
6       you to the report which -- the February 2014 report by
7       D&M, which you should hopefully still have open in front
8       of you at tab 656.
9    A. I do, yes.
10   Q. And Ms Wilford had directed you to the wording which
11      indicated that all of the information that had been
12      provided by CAMAC for the purposes of D&M preparing the
13      report was "accepted as represented", is the phrase, and
14      I think you've suggested that that was quite usual.
15   A. Mmm-hmm.
16   Q. Related to that, if you turn to page 9 of the document,
17      it is page 9 of the bundle, page 4 of the document, the
18      final paragraph on that page refers to the early gas
19      breakthrough, about halfway through:
20         "Production performance showed early and significant
21      gas breakthrough and increased water cut, all of which
22      curtailed the oil productivity of the well."
23         Referring to Oyo-5. Do you see that?
24   A. I do, yes.
25   Q. And D&M then go on to say:

1      "The likely reasons for such performance could be
2  mechanical problems, such as poor cementation, as well
3  as local gas cusping and water coning.  To minimise
4  these efforts better production practices are
5  recommended for future development wells.  Such
6  practices could include better cementation, the use of
7  inflow control devices and more conservative drawdown
8  for the producers."
9      So this shows, doesn't it, that D&M were simply
10  indicating -- sorry, accepting the indication given to
11  them by CAMAC that the early gas ingression into Oyo-5
12  was in some way attributable to these features?
13  A. Why would they make that conclusion?  I don't --
14  Q. Sorry, why would who make that conclusion?
15  A. Sorry, I don't want to seem difficult, but if you were
16  looking at a reservoir like this and you had an issue
17  with a well that was particularly gassy, you would, as
18  an engineer anyway, look at these options, certainly the
19  gas cusping.  You would need to -- so the fact that
20  they've mentioned it does not imply that it's a piece of
21  information that CAMAC have told them to put in here.
22  Q. Have you read this report?
23  A. I have, yes.
24  Q. And is there anything in it to indicate that they
25  actively investigated the cause of the gas incursion?

1  A. No, there is nothing.  They haven't -- the model that is
2  described here is the one that I have used.  D&M did not
3  take a -- part of that model and refine the grid to
4  investigate the sensitivity of coning.
5  Q. So I think we've established, you didn't build -- unlike
6  Mr Filippi, you didn't build your own model, you used
7  the D&M model --
8  A. I did, that's right.
9  Q. -- and you adapted it, for want of a better word.
10  A. Mmm-hmm.
11  Q. Were you happy to use that model?
12  A. I considered that it was the best option in the
13  circumstances.
14  Q. Did you consider building your own model?
15  A. To build a model properly is a task which takes
16  a considerable amount of time.  You have to look at the
17  seismic, check the interpretation, the surfaces, look at
18  the well logs, consider how you're going to build that
19  and populate the grid cells, and what would be the best
20  way of doing that.  Then are you going to upscale?  How
21  are you going to run the model?  That task can take
22  certainly more town month to do it properly.
23  Q. And you didn't feel you were up to doing it in the time
24  available?
25  A. We could have done it but not in the time available.

1  Q. But Mr Filippi had no difficulty in doing it.
2  A. Well, I can't -- we've seen some of the issues yesterday
3  with the Filippi model and, you know, it is -- you can
4  build a model in a month but whether it's a true
5  representation of the reservoir is a different issue.
6  Q. So you side with all of the attempts that Mr Gunning
7  made to undermine the robustness and reliability of
8  Mr Filippi's model yesterday, seems to be what you're
9  saying.
10  A. I think all the issues that were presented yesterday are
11  genuine and certainly issues which I felt weren't
12  properly answered yesterday.
13  Q. Well, going back to --
14  A. I mean, let's put this in context here.  The issue about
15  the log porosity and the semantic discussion between
16  pore volume and porosity, it isn't rocket science how
17  the two are related.  It seems you have a well, you've
18  measured on the log the porosity, and your model -- that
19  well is located in a grid cell, and to convert from
20  porosity to pore volume you take the volume of the grid,
21  the cell, and you multiply it by the porosity.  It is
22  a simple relation.  It isn't rocket science.
23      So why would one take log data and apply a global
24  reduction factor to a property that is measured in the
25  well and a property which the variability over the field

1  for porosity is nowhere near as great as anywhere that
2  you would find for permeability.  And with permeability
3  you have issues of scale that affects the
4  permeability -- effective permeability.  Porosity that
5  isn't the case.  The variability is much less as you
6  go -- well, there isn't the same variability along the
7  well as there is into the reservoir.
8  Q. Well, I can see that you're very anxious to take the
9  opportunity to attempt to rebut the very satisfactory
10  answer that Mr Filippi gave yesterday --
11  A. I would prefer to describe it as a clarification for the
12  benefit of the Tribunal.
13  Q. -- but if we could return to your report and your model.
14  A. Sure.
15  Q. One of the things you mention on -- it's page 180 of
16  your original report as amended, if I can call it that,
17  at paragraph 6.2.4.1.  This is the section of your
18  report where you discuss what you call --
19  A. Sorry, which page?
20  Q. Page 180 in the bundle.
21  THE CHAIRMAN:  That's paragraph 6.4?
22  MR NESBITT:  6.2.4.1.
23  THE CHAIRMAN:  Thank you.
24  MR NESBITT:  I am sorry, the paragraph numbering is such
25  a mouthful.

| | |
|---|---|
| 1   This is the part of your report where you discuss | 1   **A. Well, we looked at this. We didn't have -- we didn't** |
| 2   what you call the additional structure above the T1A | 2   **have --** |
| 3   reservoir -- | 3   Q. Sorry, you looked at it after your original report or at |
| 4   **A. That's correct.** | 4   the time you wrote it? |
| 5   Q. -- as represented in the 2014 D&M model. If I have | 5   **A. No, no, in here, the point of -- when we were writing** |
| 6   understood correctly, that additional structure is | 6   **this, because when we received the model we were** |
| 7   a series of additional cells in the model that you were | 7   **aware of these structures above the T1A reservoir and I made** |
| 8   given that represent gas volumes. | 8   **enquiries with Allied about what they represented, and** |
| 9   **A. They represent gas field sands in a shale matrix that** | 9   **we needed clarification. We didn't -- and we actually** |
| 10   **sits above the top surface that defines the T1A** | 10   **never received a depth-corrected seismic, but it was** |
| 11   **reservoir, and I should say a conformable surface above** | 11   **clear, looking at what we had, that the structures in** |
| 12   **that defined by Eni and themselves. So it's basically** | 12   **this model, these gas chimneys, appeared to be** |
| 13   **shale-filled. Remember, the channel complex is sand** | 13   **coincident with these glowing sands that were situated** |
| 14   **body encased in shale, and what we have here is a series** | 14   **in the shale matrix above the reservoir, and that was** |
| 15   **of sands in the shale matrix just above the T1A** | 15   **the explanation that Allied gave us to and we were** |
| 16   **reservoir, and in the seismic they basically appear** | 16   **happy, in the time that we had, to accept that. And in** |
| 17   **bright because some of them are gas-filled.** | 17   **retrospect, looking at how the results of the material** |
| 18   Q. But the effect of adding those cells to the model is | 18   **balance have turned out, it seems that actually these** |
| 19   significantly to increase the model size of the gas cap; | 19   **sands are connected in some dynamic way and are** |
| 20   right? | 20   **necessary in order to balance the observed depletion.** |
| 21   **A. What it will do is -- clearly, although it's not** | 21   Q. This is an explanation you received after you did your |
| 22   **reported by D&M in their report, I think they probably** | 22   your original report, before you did your joint report? |
| 23   **had the same issues that Mr Filippi had, in terms of the** | 23   **A. No, I believe it's referenced in my first report.** |
| 24   **match. Additional volumes of gas are needed and it may** | 24   Q. I haven't seen it referenced in your first report, but |
| 25   **well be that these sands are connected in some way with** | 25   I have seen it referenced in your joint report, if we're |
| Page 65 | Page 67 |

| | |
|---|---|
| 1   the reservoir. | 1   talking about the same thing. |
| 2   Q. Sorry, when you say "additional volumes of gas are | 2   **A. Well, if you don't mind --** |
| 3   needed", what do you mean? | 3   Q. Because -- |
| 4   **A. Well, the material balance -- the figures that** | 4   **A. -- I would --** |
| 5   **Mr Filippi has come up with -- I agree with, in terms of** | 5   Q. Sorry. |
| 6   **what they represent for the western side of the Oyo** | 6   **A. May I find it?** |
| 7   **field. In order to match the pressure data it was clear** | 7   Q. Because -- sure. While you are doing that, though, it |
| 8   **that -- and material balance doesn't give you any** | 8   does seem that in your original report you're continuing |
| 9   **indication of where these volumes are located or the** | 9   to express uncertainty about these extra cells, because |
| 10   **shape or the distribution, it just gives you a volume.** | 10   you finish that section of your report, you say at |
| 11   **So it's clear that additional gas seemed to be needed in** | 11   page 181: |
| 12   **order to match the data -- to match the pressure data.** | 12   "In conclusion, it seems likely that the bright |
| 13   Q. Well, sorry, can I just stop you there for a second, | 13   amplitudes in sequence 4 ..." |
| 14   trying to sort of cut to the chase -- | 14   Which is what you refer to there, as I believe: |
| 15   **A. Yes.** | 15   "... do represent gas-bearing rock out but it is far |
| 16   Q. -- at paragraph 6.2.4.3 you say: | 16   from certain that these are thick blocky sands or that |
| 17   "The basis of the model attributes are not | 17   they are in dynamic communication with the main T1A |
| 18   documented and cannot be determined from the available | 18   sands." |
| 19   Petrel(?) project, hence the exact provenance of the | 19   **A. Yes.** |
| 20   model properties cannot be verified." | 20   Q. So you seem to have a lot of question marks over it, |
| 21   **A. Right.** | 21   even in your original report. |
| 22   Q. So what you seem to be saying there, at least at the | 22   **A. No, not particularly. May I --** |
| 23   time of writing your original report, is that you | 23   THE CHAIRMAN: Excuse me, you wanted to refer to something. |
| 24   weren't convinced that the additional gas cells were | 24   Would you like to refer to it? |
| 25   appropriate? | 25   **A. I did indeed. I would like the opportunity to try and** |
| Page 66 | Page 68 |

1    find the reference to the email.
2    THE CHAIRMAN:  If you know where it is, then --
3    A. I know it is in here somewhere, as they say.
4    THE CHAIRMAN:  If it is going to take too long, we might
5        give you chance during the lunch break to check it.
6    A. Okay.
7    MR NESBITT:  It might be more productive if we look at the
8        email itself, Mr Chairman.
9    A. If you've got it there --
10   THE CHAIRMAN:  I thought the issue was whether something was
11       referred to in the expert report, in the first report.
12   MR NESBITT:  It's an email that Dr Moy relies upon in
13       support of his conclusions in his joint report, but
14       I had not seen it referred to in the original report,
15       but apparently that is wrong.  But perhaps rather than
16       waiting for Dr Moy to turn every page --
17   A. Okay.  I would like the opportunity to find this email
18       in the coffee break, because it is certainly referred to
19       in my first report.
20   THE CHAIRMAN:  Very good.
21   A. So we can continue.
22   MR NESBITT:  Well, we can go to the email.  It is
23       bundle F39, tab 12.  This is what you refer to as
24       an email from Allied, although it appears to be largely
25       an exchange between yourself and a Mr or Ms --

1    A. Ms --
2    Q. -- Badru --
3    A. -- Toyin Badru.
4    Q. -- at Erin Energy.  Ms.  Who is she?
5    A. She is the reservoir engineer.  I've not met her.  I've
6        spoken briefly once, a conference call, but we
7        communicate by email.
8    Q. So this is what you rely on in your joint report in
9        support of the inclusion of the extra gas cells in the
10       model?
11   A. Yes.
12   Q. Okay.  So if we look at the top of the email chain on
13       page 92, this was 11 January 2016.  So that was about
14       a month and a half before you served your first report.
15   A. Mmm-hmm.
16   Q. So you didn't have time to build your own model.  You
17       were happy to use the D&M one?  You said it would take
18       about a month to build your own model.
19   A. No, I didn't say it would take a month.  It takes a lot
20       longer to build a proper model.  Anyone can build
21       a model.
22   Q. I think you did say month?
23   A. No, I didn't.
24   Q. Okay.  We can check the transcript.
25   A. Well, whatever I said, it certainly would take longer

1    than a month to do a proper job, incorporating all the
2    data, seismic, well logs, upscaling if required.  To do
3    a good job is more than a month.
4    Q. If we turn to the earliest email in the chain, which
5        starts on page 94.  This is an email from you to
6        Mr Omidele --
7    A. Yes.
8    Q. -- in which you say:
9        "Thank you for the points made during the conference
10       call.  Please feel free to add your comments in
11       a supplementary information directly to the Word
12       document version of my report and I will take a look on
13       Monday.
14       "Concerning the most recent D&M model, I have taken
15       the liberty to attach some screenshots, as a verbal
16       description is difficult.  We ran the model as received
17       from Toyin [this is Ms Badru, I guess] and made the
18       following observations:
19       "The model ran only to 11 January 2010.  After
20       several hours there were major convergence issues which
21       do not appear to have been fully addressed by the
22       constructors.  The grid appeared to have additional
23       active cells which were filled with gas above the
24       gas-oil contact or water ...  Those filled with gas
25       raised the initial gas in place from 62 bcf (previous

1    model and accepted GIIP volume) to 155 bcf."
2    A. Yes.
3    Q. "Investigations showed that these were pressure
4        connected to the rest of the reservoir."
5    A. Yes.
6    Q. And you then say:
7        "I am very willing to take a fresh look at the
8        model.  However, it needs to have correct in-place
9        volumes and look correct, run in an acceptable time ..."
10       And then at the end:
11       "As Shai indicated, it would be best to stick with
12       2013 D&M unless the above points can be rapidly
13       addressed."
14   A. Yes.
15   Q. So, I mean, certainly to me in this email you appear to
16       be expressing doubts about the reliability of the 2014
17       model; no?
18   A. No -- well, not particularly --
19   Q. Not particularly.
20   A. -- and they are addressed subsequent to this email.  The
21       one from Toyin addresses what those cells are and what
22       they represent.  That was on 11 January.  They sent
23       a model that did run without any convergence problems
24       and we were able to run it, although it did take a long
25       time.  The issue about the volumes of gas -- so if one

```
 1        is looking at the Oyo central west, west of the fault,
 2        within the T1A reservoir you have indeed 62 bcf of gas.
 3        If you include the additional cells again on the western
 4        side of the fault, it gives you 155 bcf of gas.
 5            In total, I should add, over the entire structure
 6        there's something like 227 bcf of gas in the entire
 7        model.
 8    Q.  Well, it looks like in response to your initial concerns
 9        Erin Energy sent you a further version of the model.
10        That's at the top of page 94, where you say:
11            "Please send the model by FTP."
12    A.  Yes.
13    Q.  But then if you look at page 92, at the bottom of the
14        page --
15    A.  Yes.
16    Q.  -- which is a few emails further on, you say at point 2:
17            "There still appear to be gas chimneys resulting in
18        a gas initially in place of 227."
19    A.  Sorry, which email?  Sorry, I am lost.
20    Q.  At the bottom of page 92.
21    A.  Sorry.  Go ahead, sorry.
22    Q.  Point 2 --
23    A.  Yes, certainly.
24    Q.  Point number 2:
25            "There still appear to be gas chimneys resulting in
```

```
 1        a gas initially in place of 227.  Again, this may be
 2        based on a new G&G analysis, in which case please could
 3        you forward any slides.  Oyo-7 and 8 match in this most
 4        recent model and are much improved.  However I am not
 5        comfortable using the model until point 2 is clarified."
 6    A.  Exactly.
 7    Q.  So at that stage you're still a bit uncomfortable at
 8        using the model as a result of the gas chimneys?
 9    A.  Yes, certainly, and that was on 10 January.  On I think
10        it was the 11th, that email from Toyin, which for we
11        satisfied -- I have to take it on trust that she's
12        telling me the truth that -- and she's given me
13        an explanation for those, and I accepted that.
14    Q.  I see.  So she says, regarding point 2:
15            "The extra gas initially in place comes primarily
16        from the extension to the T1A which was modelled in this
17        most current version."
18    A.  Mmm-hmm.
19    Q.  And then she goes on to refer to the re-evaluation which
20        you mentioned and you just took that at face value.
21    A.  Well, we did --
22    Q.  You didn't ask any further questions about it?
23    A.  Well, following this I approached one of my colleagues
24        to just have a look and see where these extra cells were
25        and to see how they -- their position in relation to
```

```
 1        these bright features that were seen above the T1A in
 2        the seismic, just to get a warm feeling that actually,
 3        yes, there could certainly be -- they are gas-filled,
 4        they do exist, and we see them in the seismic.  And
 5        I think that the two pieces of information here, the
 6        email and our look at the seismic, confirmed to my
 7        satisfaction that we could go ahead and use the model.
 8    Q.  But you're happy to say that there is no inconsistency
 9        between your position in your original report and in the
10        joint report in relation to the extra cells above the
11        T1A reservoir?
12    A.  There is no contradiction as far as I'm aware.
13    Q.  No contradiction.  Okay.
14            Let's move on to talk about permeability.  We are
15        going back to your original report as amended at
16        3.1.2.6.  That's page 132.
17    A.  Okay.
18    Q.  And you explained that the D&M model had a number of
19        global and local permeability modifiers?
20    A.  Sorry, which -- have I got the right document here?
21    Q.  Your report.
22    A.  Yes, which --
23    Q.  Which report?  The one at tab 2.
24    A.  Sorry.  Oh, I think I have got the wrong file.  Right,
25        tab 2 and, sorry, what was the page?
```

```
 1    Q.  132.
 2    A.  Okay.
 3    Q.  Okay.  3.1.2.6.
 4    A.  Okay.
 5    Q.  You explain that the D&M model had a number of global
 6        and local modifiers applied to the grid cell properties,
 7        one of which related to permeability --
 8    A.  That's correct.
 9    Q.  -- and that was in order to achieve a history match?
10    A.  Yes.  The permeabilities in the geomodel were very high.
11        We assumed, therefore, that they had been populated
12        based on the pore data.
13    Q.  And I think you were here on Day 1 when I was attempting
14        to explain the concept of permeability --
15    A.  Yes.
16    Q.  -- and, more specifically, permeability modifiers and
17        I said something like:
18            "The global permeability modifier is a multiple
19        which is used to calculate the degree of permeability
20        that you ascribe to the reservoir in the model."
21            So, in other words, the higher your multiple, the
22        higher the permeability in the model; was that broadly
23        right?
24    A.  Yes.
25    Q.  Okay.  And taking it one stage further, that is
```

1     significant because the higher your permeability, the
2     more oil you get and the less gas?
3     A. In general, yes. In these kinds of reservoirs that's
4     what you would find.
5     Q. Okay. As regards a local permeability modifier, the
6     principle is the same, except that you're applying it to
7     a localised area of the reservoir rather than to the
8     entire model; is that correct?
9     A. That's right, yes.
10    Q. Okay. And is it also the case that you only apply
11    permeability modifiers when the model isn't otherwise
12    matching the behaviour of the field sufficiently
13    satisfactorily?
14    A. Well, in our case or in the case of the D&M model it is
15    clear that the -- because we received two models. We
16    had the geomodel. It's the same grid as the ECLIPSE
17    simulation model. The only difference there is that
18    when the grid was exported into ECLIPSE for simulation,
19    there was a command in the ECLIPSE file to say, "Take
20    the permeabilities from the geomodel and multiply them
21    by 0.1". It wasn't clear from the D&M report -- the
22    one, for example, that we looked at earlier, this
23    multiplier is mentioned but it's not explained. So it
24    wasn't until we looked at the core data, which is
25    plotted in the geological supplement of my first report,

Page 77

1     that it was clear that actually the permeabilities in
2     the geomodel appeared to be populated from core data and
3     that therefore this point 1 parameter, which had been
4     applied in the simulation model, was in order to reduce
5     the permeabilities.
6     THE CHAIRMAN: If I may, do you have any objection to
7     applying modifiers to the permeability?
8     A. No, no.
9     THE CHAIRMAN: So to the extent that Mr Filippi has applied
10    a modifier to the permeability, would you have any
11    objection to that?
12    A. I believe the multiplier was applied to the porosity.
13    THE CHAIRMAN: Oh, to the porosity.
14    A. And that's very different. The reason it is very
15    different, for example, is if -- in the geological
16    supplement there is a plot that I mentioned of the core
17    data. If you look on the X axis that's porosity and the
18    Y axis is permeability. For any given porosity, you
19    will notice, especially in the case of Oyo core data,
20    that there are two orders of magnitude range
21    permeability. So actually what you can say is porosity
22    varies very little in this kind of environment, but the
23    permeability changes considerably.
24    LORD HOFFMANN: Mr Filippi actually denied that he had
25    applied it to the porosity.

Page 78

1     A. It's applied to the grid pore volume and, as I tried to
2     explain earlier, the two are related very simply through
3     the volume of each grid cell. So you take the bulk
4     volume of the grid cell and you multiply it by porosity,
5     say the porosity that you've measured in the well that
6     may go through that grid cell, that will you the
7     pore volume. The two are related very simply.
8     MR NESBITT: Just to clarify, it is not accepted by
9     Mr Filippi that he modified porosity.
10    LORD HOFFMANN: No, he definitely denied it.
11    A. There is a keyword --
12    MR NESBITT: Sorry, Dr Moy, if we could perhaps come back to
13    permeability, which is what I am asking about, I know
14    porosity appears to be one of your new favourite
15    subjects. But following on from the question that the
16    chairman raised and the use of permeability modifiers,
17    is it right to say that in general the more modifiers
18    you use, particularly local modifiers, the stronger the
19    indication that the geological model without the
20    modifiers isn't representative of the actual geology?
21    In other words, that the person creating the model is
22    doing is using what you might call patches to achieve
23    an acceptable history match.
24    A. It really depends on what the parameter is that you're
25    affecting the multiplier and whether that's from log

Page 79

1     information or whether there's a degree of uncertainty
2     in terms of permeability. So in answer to that it would
3     be not necessarily, but as an engineer you would love to
4     build a model, populate it from the log data and it
5     gives you a match the first time, without applying any
6     kind of local modifications. That would be fantastic if
7     you could do that.
8         I have never seen that done. It is very, very --
9     a you need -- in mature field, for example, where
10    there's lots of well penetration, so your uncertainty as
11    to the size, and the properties in the reservoir are
12    minimised, then it is likely you could get that
13    situation. But in a reservoir like Oyo, where you've
14    got very few well penetrations, there is a high degree
15    of uncertainty, in the properties fairly high, and
16    certainly high in the permeability. You really need to
17    apply local modifiers, certainly to a property like
18    permeability where there is quite a wide range of
19    uncertainty.
20    Q. So is the answer: not necessarily but in this case yes?
21    A. Yes.
22    Q. We are quite tight for time, so --
23    A. Sure --
24    Q. -- if you could attempt to restrain yourself and give as
25    short an answer as possible to the questions --

Page 80

20 (Pages 77 to 80)

1    A.  Absolutely.
2    Q.  -- I think that will be appreciated by everyone.
3          Now, the D&M model that was provided to you by the
4    respondents to use in this arbitration, that had
5    a global permeability modifier of 0.1.
6    A.  It did, yes.
7    Q.  Okay.  And as you explain in your report -- and here
8    I am looking at the same page as we were at, 132, but
9    paragraph 1.3.2 -- 9, in order to match the behaviour of
10   Oyo-5 D&M also had to apply a local relative
11   permeability modifier in the area with the so-called box
12   around Oyo-5?
13   A.  Yes.
14   Q.  So, in other words, the way in which D&M were addressing
15   the behaviour of Oyo-5 in their model was effectively
16   simply replicate its effects by making modifications
17   to the model, rather than using the model to investigate
18   what caused that behaviour?  So, for example, D&M didn't
19   attempt to model what the effect would have been of
20   a channel in the cement, for example?
21   A.  It certainly isn't possible to model a channel in the
22   cement.
23   Q.  Not possible per se or not possible for you?
24   A.  Well -- no, I mean, that's -- let's get this into
25   perspective here.  A reservoir simulator -- if you zoom

Page 81

1    in on a reservoir simulator you won't find a graphic of
2    the well with the casing and the cement, with the
3    completion and all of that.  Basically, it's a series of
4    grid cells.  A simulator calculates pressure drops
5    between the centres of the cells, and in fact, to give
6    you a pressure drop up to the surface, it looks -- it
7    uses a series of look-up tables.  That's exactly what's
8    in the simulator.
9          So measuring or modelling gas through cement
10   effectively is just measuring the gas flow through
11   a conduit.
12   THE CHAIRMAN:  Excuse me, but I thought the question was
13   whether D&M was trying to establish what caused the
14   current situation.
15   A.  Right.
16   THE CHAIRMAN:  And I have understood your answer that D&M
17   was not looking at the causes of the present situation?
18   A.  They weren't -- they didn't model any potential leakage
19   through cement, for example.
20   MR NESBITT:  As I think was obvious from the question, that
21   was just an example, my question was, as the chairman
22   put it, the way in which they addressed the behaviour of
23   Oyo-5 in their model was to replicate its effects by
24   modifying the model.  They weren't using the model to
25   investigate the cause of the behaviour of Oyo-5; is that

Page 82

1    right?
2    A.  I think that's probably right.
3    Q.  Good.
4    A.  Yes.
5    Q.  Now, going back to your -- do you still have bundle F39
6    there?
7    A.  No, I think it's disappeared.
8    Q.  Sorry.  Could you be given it again, please.
9          Now, I am looking at page 93, because another thing
10   that you asked -- sorry, tab 12.  It is the same Allied
11   or Erin Energy email.
12          So I am now looking at page 93, and this is your
13   email of 8 January, copied to Mr Dyson, but to Ms Badru,
14   copied to Mr Dyson, Mr Omidele and various others.  You
15   appear to be asking Erin Energy why a permeability
16   modifier had been applied.
17   A.  Mmm-hmm.
18   Q.  So you say:
19          "Could you please assist me in understanding why
20   this was used?  Is there a geological reason for this
21   reduction?"
22          On the second point:
23          "Has the 0.1 factor simply been applied in order to
24   history match the Oyo-5 gas behaviour?  If so, how does
25   this affect the prediction of gas production at 7 and 8

Page 83

1    which have produced considerably less gas?  If part, and
2    especially the early part, of Oyo-5 gas production was
3    dominated by gas entering via the casing before direct
4    gas breakthrough from the cap, how would this element be
5    reflected in the model?  I would really appreciate
6    having a better understanding of these points as
7    I believe they are key."
8    A.  Okay.
9    Q.  Then above your email is Ms Badru's response.  But as
10   far as I can see, she doesn't answer your question on
11   8 January.
12   A.  No.
13   Q.  Correct?  So you pressed again for an answer in the
14   subsequent email at the bottom of page 92.  When her
15   answer came, which is in the email at the top of the
16   chain, she simply says:
17          "History ..."
18          Yes, in the first line:
19          "Regarding point 1, history matching efforts require
20   the reduction in the permeability."
21   A.  Yes.
22   Q.  So that's the only explanation you were given.  She
23   doesn't answer your question about how the modification
24   around Oyo-5 would reflect what actually happened in
25   Oyo-5 or how it would affect the forecasted behaviour

Page 84

21 (Pages 81 to 84)

1  of 7 and 8.
2      So even though you'd identified these points as
3  being key to your understanding of the model to help you
4  become comfortable with it, you don't really have --
5  appear to have much more than this rather Delphic answer
6  of "History matching efforts required for permeability
7  reduction".  Was that right insofar as this
8  correspondence goes?
9  **A. It's a bit -- the response is indeed a little slim, but**
10  **we looked at the core data, and although it says -- as**
11  **I said, it's not mentioned in the report, we came to the**
12  **conclusion that the geomodel was populated with core**
13  **permeability, and that this -- in some way this**
14  **multiplier had been essential to get the wells behaving**
15  **reasonably, as they were observed to behave.  So, yes,**
16  **that's all I had from Toyin.**
17  Q. Right.  But it is right, isn't it, that the history
18  match achieved by that model wasn't actually good
19  enough, was it?
20  **A. Oh, well, one would hope to have a better history match**
21  **sometimes.  When that doesn't happen it's -- yes,**
22  **it's -- the problem is most likely due to the**
23  **permeability, there's an uncertainty over what the**
24  **actual permeabilities are, and also reflecting the**
25  **coning, which I was -- I made clear in the presentation,**

1      this model -- none of the models -- that have cells
2      really to mirror what happens when wells properly cone.
3  Q. But coming back to my original point, you accept that
4      the history match achieved by the model wasn't good
5      enough?
6  **A. I would have preferred a better history match, yes.**
7  Q. Okay.  Moving on to a slightly different topic, you then
8      go on in your original amended report to describe how
9      you modified the D&M model in order to create your "but
10      for" case.
11  **A. Yes.**
12  Q. And I think the way you put it, and I am looking at the
13      top of page 133, 3.1.2.10:
14          "To determine what would constitute an alternative
15      Oyo-5 production performance had the well not suffered
16      early and severe gas incursion."
17          So that's your "but for" scenario and obviously --
18  **A. I will need to find the page.  Sorry, where was it?**
19  **Page --**
20  Q. 133.
21  **A. Is it in E3 or E2?**
22  Q. It is your report, so it is in E2.
23  **A. Okay, yes.  Sorry what paragraph?**
24  Q. The top of the page.
25  **A. Yes.**

1  Q. I'm simply referring you to your summary of your
2      approach to the "but for" calculations.
3  **A. Yes, okay.**
4  Q. And by the "but for" scenario obviously what we're
5      talking about is your version of the hypothetical
6      scenario that would have resulted "but for" the supposed
7      essentially breach of contract or alleged breach of
8      contract by NAE in managing the well; yes?
9  **A. The "but for" case is, yes, the less gassy scenario.**
10  Q. Now, I think you have -- you understand, of course, that
11      essentially what we now know is that the two breaches of
12      contract being alleged by the respondents in this
13      arbitration relate to cementing.  They say the cementing
14      wasn't good enough.  And the second one relates to
15      production, which they say was (inaudible) was too high
16      or the choke size was too large or things of that sort.
17  **A. Yes.**
18  Q. You're aware of that?
19  **A. I am.**
20  Q. It is hard not to be when you have been sitting here for
21      most of the week.
22  **A. That's right.**
23  Q. On the cementing point, I think you might have already
24      confirmed this, but you haven't attempted to model what
25      would have happened if there had been no entry of gas

1      through the cement.
2  **A. You can't do that in the --**
3  Q. You can't do that.
4  **A. No.  I mean, what you can model is gas flow through**
5      **a conduit.  But what is the relevance of doing that in**
6      **terms of the reality of gas flow through damaged cement**
7      **with its tortuosities and its constrictions.  To assume**
8      **that it's a uniform conduit, you can do it, you can**
9      **calculate, but you are just calculating the pressure**
10      **loss through a pipe.**
11  Q. I think what you say in your joint report, which is E3
12      at page 136, I think.  It is not really worth everyone
13      looking it up, because it is about seven words, in
14      answer to the question:
15          "Was the gas ingression in Oyo-5 the result of poor
16      cementing?"
17          Your answer is:
18          "This is not my area of expertise."
19  **A. It is.**
20  Q. So this is consistent with your decision not to attempt
21      to use the model to investigate whether or not gas did
22      in fact enter the well through a channel.  You say that
23      can't be done?
24  **A. Can't be done.**
25  Q. Mr Filippi says it can, and he has done it, but you

1   obviously disagree on that.
2   **A. Well, as you saw yesterday, what Mr Filippi has done is**
3   **model pressure drop from gas flowing through a pipe.**
4   **What relevance does that have to the actual gas flow**
5   **through damaged cement?**
6   Q. Well, what you say in your joint report is that:
7        "The assumption that the failed cement can be
8   represented by a conduit 2 inches in diameter is a gross
9   simplification."
10  **A. That's right.**
11  Q. You say:
12       "It is unrealistic to assume that this would all
13  fail simultaneously."
14  **A. Correct.**
15  Q. If that's not within your area of expertise, as you said
16  in the joint report, what's your basis for saying that?
17  **A. Because I am aware that -- of what's been done and**
18  **I can't comment -- the area that's outside is commenting**
19  **on the cement quality in the well.  But certainly**
20  **I have -- I am certainly in a position to comment on how**
21  **that's been modelled and, in my view, it's not realistic**
22  **to compare pressure drop in a conduit with the reality**
23  **of what would happen in a well with cement with poor**
24  **cement.**
25  Q. Well, I think Mr Filippi addressed that yesterday.  But

Page 89

1   Q. You can't model a less aggressive approach to production
2   can you, unless you know what "less aggressive" means?
3   **A. Okay, one thing that is apparent to me, looking at the**
4   **production data when we look at --**
5   Q. Sorry, is the answer yes or no?
6   **A. I would say that you can begin to get a feel for it,**
7   **yes.**
8   Q. You can begin to get a feel for it?
9   **A. Yes.**
10  Q. Okay.
11  **A. In terms of what's aggressive and what isn't**
12  **aggressive --**
13  Q. Right.
14  **A. -- we've seen -- and one has seen that in Oyo-7, when**
15  **you had your opening submission, you had up there**
16  **a planned drawdown for Oyo-7, which was planned.  It's**
17  **very clear that the permeability based on the log**
18  **information, comparing porosity, it is very similar in**
19  **Oyo-7 to Oyo-8, and you saw earlier that those two wells**
20  **were very similar in their location relative to the**
21  **contacts.  Their producing interval is very similar.**
22  **It's a matter of physics that if you produce one well at**
23  **half the rate of the other well, your drawdown will be**
24  **half.**
25      **There's an issue about what is the drawdown because**

Page 91

1   that's your opinion.  I've not seen it expressed in that
2   way in any of your reports, but that's what you're
3   saying now?
4   **A. Absolutely.**
5   Q. Obviously you're also aware that the other allegation,
6   the surviving allegation, of breach appears to be that
7   NAE's approach to production was in some way overly
8   aggressive, if I can put that it way.  So in your "but
9   for" world, NAE would have managed the well less
10  aggressively, and on the respondents' case this would
11  have drawn less gas into the well.
12  **A. Yes.**
13  Q. Okay?  However, you presumably are also aware that even
14  in their own pleaded case the respondents don't actually
15  define or quantify what they say would have been
16  an appropriate way of beaning-up or producing from the
17  well; right?
18  **A. Yes.**
19  Q. And nor does their production expert, Mr Dyson, set this
20  out.
21  **A. Mmm-hmm.**
22  Q. From your perspective that presents you with something
23  of a problem because you only model things that are
24  defined within specific parameters; right?
25  **A. Yes.**

Page 90

1   **the gauges in both wells are substantially higher --**
2   **shallower than the sand face.  So the issue perhaps is**
3   **not what's the absolute drawdown.  But I can assure you**
4   **that given the permeabilities that are so similar in**
5   **those two locations and wells so similar in their**
6   **producing interval, if you produce one at half the rate**
7   **of the other your drawdown will be half.**
8   Q. Coming back to your point about beginning to get a feel
9   for it, at the time of your first report, did your
10  feeling suggest that aggressive meant that NAE had
11  applied a drawdown of 400 psi?
12  **A. The error from that came from looking at the gauge data**
13  **without any correction.  So the gauge is 1,000 vertical**
14  **feet above the sand face.  It has to be corrected -- you**
15  **have to estimate what the pressure would be, and that**
16  **even involves knowing what the flow rate and the fluid**
17  **composition is between the gauge and the sand face.  And**
18  **once you do that correction, your drawdown is in the**
19  **region, as I said, 100 psi plus or minus 10.**
20  Q. Dr Moy, there is a plethora of information on the
21  record, contemporaneous calculations done by the
22  operator at the time, which indicate what the drawdown
23  applied was.  Were you not provided with that
24  information?  You just felt you had to calculate it in
25  isolation by yourself?

Page 92

23 (Pages 89 to 92)

Day 10                          NAE Arbitration                        28 June 2016

Page 93

1    A.  It's wise to check, yes.  All I've seen, I should add,
2        in terms of output from NAE, in terms of the well
3        test -- I've not seen -- well, certainly in the
4        multi-rate test that was done they seem to give gauge --
5        they compare shut-in gauge pressure with a drawdown
6        gauge pressure.
7    Q.  Sorry, are you saying that you did check it, you reran
8        the calculation yourself --
9    A.  We did --
10   Q.  -- but you got it wrong, you came up with 400 --
11   A.  No, what we did we went back and we looked in detail at
12       the gauge data and did the calculation using PROSPER
13       software for a number of points along the production
14       history of the well.
15   Q.  And this is at the time of your first report when you
16       got it wrong or you second report --
17   A.  That would been between --
18   Q.  Sorry, could I finish my question because otherwise we
19       are overspeaking and we will annoy the transcribers, if
20       we haven't already.
21   A.  Sorry.
22   Q.  This is at the time of your joint report you ran the
23       PROSPER software?
24   A.  Yes, we needed to check and confirm.
25   Q.  And then you got the right number.  But at the time of

Page 94

1        your first report you hadn't appreciated that the down
2        hole gauge wasn't at the bottom of the well or -- what's
3        the explanation?
4    A.  We thought that the data had already been depth
5        corrected, and that wasn't the case.  So when
6        I enquired -- we had initially also got -- in the
7        initial data bundle we didn't have the correct or final
8        completion diagram for Oyo-5 either.  That was sent
9        later, again by Toyin, which confirmed the gauge of the
10       depth as 1,000 feet above the completion.
11   Q.  So you presumably heard Mr Dyson explain yesterday
12       that when he also relied upon this figure in his report
13       he was relying on the information that had been provided
14       by you?
15   A.  Right.
16   Q.  And I think what you're now saying is that the reason
17       that you committed such a basic error is because you
18       weren't provided with sufficient data by your client?
19   A.  Two assumptions.  I thought that the data had been
20       depth-corrected and when we went to depth-correct it we
21       had -- initially we had the wrong completion diagram,
22       and so I went back to Allied and said "Is this correct?"
23       And they sent me -- in fact what we hadn't received is
24       the final completion diagram, which showed the correct
25       depth of the gauge mantle(?) in the well.

Page 95

1    Q.  This is in the period between your original report and
2        your joint report?
3    A.  That's correct, yes.
4    Q.  Do you now accept that the drawdown of around 100 psi
5        was not "aggressive" or do you express no opinion on the
6        drawdown?
7    A.  No, I can't express an opinion because it may well be
8        that the correct drawdown was 50 psi.  We saw earlier
9        that 15,000 will bring in gas.  The maximum rate of
10       Oyo-5 exceeded 13,000.  To me that suggests that there's
11       a good chance it brought gas in at that rate.  Whatever
12       the corresponding drawdown might be, let's assume it is
13       100 psi, we do know when we look at Oyo-7, effectively
14       similar, it was brought in at tops 8,000 barrels of oil
15       a day.  That would imply from the physics that the
16       drawdown is going to be around half.  So whether we're
17       talking about 100 psi, 50 psi, whether 100 is excessive,
18       it did what it did.
19   Q.  Well, in your original report -- you don't need to look
20       it up but it is a paragraph I took Mr Dyson to at
21       4.2.2.7, and this is obviously before you were aware
22       that you had miscalculated the drawdown, you said:
23          "It must be noted that the maximum permitted
24       drawdown as specified in the Oyo-7 and 8 start-up
25       programmes is 100 psi and neither of these wells

Page 96

1        suffered the rapid and sudden gas incursion which
2        affected Oyo-5."
3    A.  Hmm.
4    Q.  So you appear implicitly at least to be approving
5        100 psi as an appropriate drawdown for wells drilled
6        into the Oyo reservoir.
7    A.  That's --
8    Q.  Have you now changed your mind on that and suggesting 50
9        would be better?
10   A.  I don't -- in terms of Oyo-7 and Oyo-8, the programme
11       mentioned maximum drawdown of 100.  We've seen how
12       difficult it is to calculate the drawdown because you've
13       got this conversion from gauge to sand face --
14   Q.  Why do you say it is difficult?  It appears to be
15       entirely straightforward?
16   A.  It is not at all.  So, for example, you would need to
17       monitor -- you have an issue here, you've got a gauge
18       1,000 vertical feet above the sand face.  You've got to
19       use PROSPER to do the conversion from where the gauge is
20       to the sand face.  In order to do that, you need to have
21       some information.  You need to know the internal
22       diameter of the tubing down to the sand face.  You need
23       to know the phases -- the rates, oil, water, gas, that
24       is flowing in the well, and use software which allows
25       you to calculate the friction of flowing pressure drops

24 (Pages 93 to 96)

| | |
|---|---|
| 1    along there. | 1    anyway, the one you modified.  Aren't you stretching |
| 2    Q. Sorry, Dr Moy -- | 2    credibility a little? |
| 3    A. But I would like to add -- | 3    **A. Why?  That's the method that's used.** |
| 4    Q. Sorry -- | 4    Q. Well, you're suggesting that merely arriving at |
| 5    **A. -- we are flowing this well without a test separator and** | 5    a drawdown figure requires an enormous amount of |
| 6    **we don't know exactly what the flow rates are because we** | 6    information, but doesn't the operator have all of that |
| 7    **are also having flow from Oyo-6.  So there is** | 7    information at its fingertips and this is a figure which |
| 8    **an inherent uncertainty as to any conversion from the** | 8    is routinely calculated?  I think what you're trying -- |
| 9    **gauge depth to the sand face.** | 9    **A. Routinely calculated --** |
| 10   THE CHAIRMAN:  For any operator, isn't it, important to know | 10   Q. Sorry, Dr Moy -- |
| 11   the drawdown?  They calculate the drawdown all the time, | 11   **A. -- but probably in the office.** |
| 12   don't they? | 12   Q. -- I think what you're trying to do is try to explain |
| 13   **A. They would calculate it using that, and what one would** | 13   away the fact that you miscalculated it yourself. |
| 14   **hope is having a completion design that allows you to** | 14   That's what you're doing, isn't it? |
| 15   **have that gauge near the sand face in the vertical** | 15   **A. No, I am referring to the 100 psi after the correct** |
| 16   **depth, and I think we heard from Mr Dyson the problem is** | 16   **calculations were done.  It would be unusual for someone** |
| 17   **you've got a packer and you want to run -- you want to** | 17   **on the drill -- the platform, the drill, the FPSO, for** |
| 18   **make sure that your gauge is run probably in the** | 18   **example, or wherever they were doing operations to do** |
| 19   **vertical -- almost vertical section of the hole.  You've** | 19   **these calculations on the hoof, and it may seem to** |
| 20   **then got the packer, you don't want your electrical** | 20   **a non-engineer that it is a bit involved, but that's the** |
| 21   **connections to run past the packer, so there's --** | 21   **method I've described is the method that's used.  But,** |
| 22   THE CHAIRMAN:  If I have understood correctly, one of the | 22   **of course, it really depends on knowing what well is** |
| 23   Oyo-7 or Oyo-8 does not even have a down hole gauge? | 23   **producing in both gas, oil and water.  And we know** |
| 24   **A. Oyo-8 does not have a down hole gauge.** | 24   **unfortunately that the test separator wasn't available.** |
| 25   THE CHAIRMAN:  So you are using this PROSPER software to | 25   **So you've got flow -- you've got the added uncertainty** |

|

| | |
|---|---|
| 1    calculate the drawdown based on the pressure at the top? | 1    **of co-mingled production from Oyo-6 and Oyo-5 at that** |
| 2    **A. We have -- that's partially correct.  What we have in** | 2    **time.** |
| 3    **Oyo-8 is no -- or I don't think the gauge is** | 3    Q. Dr Moy, I know you want to mention the test separator as |
| 4    **functioning.  So we have no down hole pressure data for** | 4    many times as possible, but you may recall that |
| 5    **Oyo-8.  We only have tubing head pressure on the seabed.** | 5    yesterday we looked with Mr Dyson at the calculation for |
| 6    **For the other wells 5 and 7, we have both.  We have** | 6    drawdown, and it is simply reservoir pressure minus |
| 7    **the tubing head and we have bottom hole pressure.  So** | 7    flowing bottom hole pressure. |
| 8    **what that allows you to do, using PROSPER software, is** | 8    **A. Yes.** |
| 9    **to calculate your pressure drop, theoretical pressure** | 9    Q. You agree with that? |
| 10   **drop, from your tubing head to your gauge depth.  But** | 10   **A. I do.** |
| 11   **because you've got data from those two gauges in the** | 11   Q. Good.  Let's move on. |
| 12   **real world, you can calculate how close the software is** | 12       If we go back -- how are we doing for time? -- if we |
| 13   **predicting that drawdown, and then extrapolate that** | 13   go back to paragraph 3.1.2.10 of your report -- this is |
| 14   **further thousand feet down to your sand face.  And** | 14   the top of page 133.  Can you find it? |
| 15   **that's the method used in this situation, where the** | 15   **A. If I am given sufficient time.** |
| 16   **gauge depth is so different from the sand face depth.** | 16   Q. Now, this is where you explain how you actually |
| 17   THE CHAIRMAN:  Mr Nesbitt. | 17   approached modelling a "but for" scenario.  Oh, sorry. |
| 18   MR NESBITT:  I think part of the puzzlement behind the | 18   **A. What paragraph number?** |
| 19   chairman's question is that you would accept, would you, | 19   Q. The top of the page. |
| 20   that drawdown is a very important parameter for any | 20   **A. Right.** |
| 21   operator producing from a well? | 21   Q. 3.1.2.10. |
| 22   **A. Yes.** | 22   **A. Okay, yes.** |
| 23   Q. And yet you have managed to make calculating drawdown | 23   Q. So I will just repeat that.  This is where you explain |
| 24   sound more complicated than preparing your model, which | 24   how you actually approached modelling your "but for" |
| 25   in fact you didn't actually prepare yourself, but | 25   scenario. |

|

**Page 101**

1    A. Mmm-hmm.
2    Q. And what you say, I will check I am at the right
3    paragraph, I think so, you say that:
4        "It was necessary to determine what would constitute
5    an alternative Oyo-5 production performance had the well
6    not suffered early and severe gas incursion.  Based on
7    the observed Oyo-7 and 8 GOR trends during the course of
8    the first six months of their production I felt that it
9    was reasonable to assume that they represented
10   an average or typical Oyo central well free from the gas
11   incursion issues experienced in Oyo-5."
12   A. Yes.
13   Q. "I therefore decided to adjust the received D&M model in
14   order to make Oyo-5's GOR versus cumulative oil trend
15   match that of Oyo-7, as this well's GOR trend was
16   intermediate between the very high GOR of Oyo-5 and the
17   low GOR of Oyo-8."
18       So if I can put that a slightly different way, what
19   you're saying here is that you -- for the purposes of
20   your "but for" forecast you assumed that if NAE had
21   managed Oyo-5 on the respondents' case in accordance
22   with internationally acceptable Petroleum Industry
23   Practices and Standards, it would have behaved in the
24   same way as Oyo-7 and, therefore, what you did was you
25   made some modifications to the D&M model, which were

**Page 102**

1    intended to force the gas-oil ratio trend of Oyo-5 to
2    match that of Oyo-7?
3    A. Correct, yes.
4    Q. Okay?  Then in the next paragraph you go on to explain
5    what the changes were that you made.
6    A. Yes.
7    Q. First of all, you say that you increased the global
8    permeability multiplier from 0.1 -- sorry, from 0.1 to
9    0.2.
10   A. Yes.
11   Q. Yes?  So that would effectively result in, as you say
12   there, a five times reduction in field permeability
13   instead of a ten times reduction.
14   A. Correct.
15   Q. So I will just check I've understood what that means.
16   That means you've doubled the degree of permeability
17   ascribed to the field as a whole; is that right?
18   A. Yes, considering the high permeability in the geomodel,
19   yes.
20   Q. Okay.  And then you say that you also removed the local
21   relative permeability multiplier around Oyo-5, that's
22   the box that was imposed by D&M; is that right?
23   A. Yes, that's right.
24   Q. Okay.  And you replaced that with a local permeability
25   multiplier around Oyo-5 of 1, 1.0?

**Page 103**

1    A. I think that was --
2    Q. It says in number 2:
3        "The permeability multiplier around 5 was set to
4    1.0."
5    A. That's a permeability multiplier, yes.
6    Q. On the removal of the box point, did you entirely remove
7    the box?
8    A. No, it's still defined in the model.
9    Q. Okay.  Because you say here that you did remove it.
10   A. Well, I meant that it's the multiplication of the
11   transmissibility that's there.  So there is a ...
12   (Pause.)
13       So in the model there are two relative permeability
14   tables, and the second one refers to or is applied to
15   Oyo-5 within the box, and, from memory that's the one
16   that I removed from the model, so that there was
17   a single set of relative permeability tables for the
18   whole field.
19   Q. Okay.  And as you said at 2 you set the multiplier to
20   1.0.
21   A. That's right, yes.
22   Q. And that again, just to check what that actually means,
23   that would increase the level of permeability attributed
24   to the area of the model by ten times?
25   A. No, what that does it returns the permeability to the

**Page 104**

1    permeability in the original geomodel that I received
2    from D&M.
3    Q. Okay.  Right.  And the way you justify what you are
4    doing there is that you refer back to the data from the
5    Oyo-1 cores; is that right?
6    A. You'd have to remind me, sorry.
7    Q. Yes.  This is in your joint report, or at least your
8    half of it.
9    A. Right.
10   Q. Page -- it is actually the genuinely joint bit,
11   page 138.  Sorry, the wrong page number.  198.
12   A. Okay.
13   Q. You say that it's within the range of data from Oyo-1
14   cores 1 to 3.
15   A. Mmm-hmm.
16   Q. So that's where that comes from.
17   A. Mmm-hmm.
18   THE CHAIRMAN:  Is that paragraph 6.15.3.14?
19   MR NESBITT:  Sorry, no, it's the paragraph before.  So it is
20   starts at the bottom page 197 and carries on on
21   page 198, and the relevant explanation appears at the
22   very end of the paragraph, where it says "which was
23   within the range of data from Oyo-1 cores 1 to 3."
24       Isn't what you are doing there relying on
25   permeability data from core samples on other wells to

1    justify the local permeability effects that you've
2    applied around Oyo-5, which is a different well?
3    **A.  Well, actually we don't -- in light of the**
4    **interpretation I presented from Oyo-5 well test, what is**
5    **the permeability around Oyo-5?  Essentially we have got**
6    **two wells that -- and I suspect this is why Eni drilled**
7    **Oyo-5 where they did, because at the heel you've got**
8    **Oyo-4, which is 150 metres away, and at the toe of Oyo-5**
9    **you have Oyo-1, which is about 200 metres away.  And it**
10   **is only Oyo-1 that has core data for the whole field.**
11   **So we're faced with a lack of data, and certainly what**
12   **is the permeability in Oyo-5 is a question mark based on**
13   **what I've seen of the well test.**
14   Q.  Well, that's what you say in your joint report, but in
15       your original report -- have you still got it there?
16   **A.  Yes.**
17   Q.  The top of page 148.
18   **A.  Mmm-hmm.**
19   Q.  Paragraph 4.2.4.2.
20   **A.  Mmm-hmm.**
21   Q.  Again, on the subject of permeability, you talk about
22       the range in the Oyo-1 cores --
23   **A.  Mmm-hmm.**
24   Q.  And then you say those on Oyo-5 range from 340 to
25       504 millidarcies.  So you're talking about permeability

1    adjust the modelled volumes of oil and gas produced by
2    Oyo-5.
3    **A.  That is correct, yes.**
4    Q.  Okay.  But what you haven't done is actually taken any
5        steps to model the effects of the alleged breaches of
6        contract.  You felt you couldn't do that.  You're
7        simply -- you're making an assumption, as indeed, as we
8        saw earlier, D&M did in their report, that the gas
9        incursion was caused by production management and/or
10       cementing, and so you're adjusting the model behaviour
11       of Oyo-5 to reflect how you think it ought to have
12       behaved.
13   **A.  Well, as I said, as simulators go they don't include**
14   **anything on cement or wells or casing.  It's not**
15   **appropriate to use them to model any gas down poor**
16   **cement, they are not designed for that.  And as**
17   **a reservoir engineer, my view is one of looking at what**
18   **are the possible mechanisms that bring gas into a well.**
19   MR NESBITT:  I think, Mr Chairman that's probably
20       an appropriate moment to break.
21   THE CHAIRMAN:  Very good.  Shall we resume at 1.30 pm and
22       take a full hour.  Thank you very much.
23   MR NESBITT:  Thanks.
24   THE CHAIRMAN:  The same rules apply, Dr Moy, you're not to
25       discuss your testimony.  See you all back at 1.30 pm.

1    in the hole range, you're not limiting your self --
2    sorry, in the whole reservoir, you're not limiting
3    yourself there.
4    **A.  I'm sorry, I don't understand what your question is when**
5    **you're talking about limiting.  Could you clarify,**
6    **please?  (Pause).**
7    Q.  I don't know what time you want to -- given we started
8        early, Mr Chairman, what time you wanted to take the
9        lunch break.  It is just after 12.20 pm.  I can go on
10       for a bit longer, it is entirely up to you.
11   THE CHAIRMAN:  If it is a good point to stop we can stop
12       now.  If you would like to go on for --
13   MR NESBITT:  I can go on for a few more minutes happily.
14   THE CHAIRMAN:  Yes.
15   MR NESBITT:  Okay.  So all of that that we just went
16       through, Dr Moy, that was in an attempt to clarify how
17       you interpreted the instruction that you got from the
18       respondents to assume for the purposes of your "but for"
19       forecast that there was no gas incursion into the well
20       as a result of the way they put it "poor cementing or
21       production mismanagement" --
22   **A.  Mmm-hmm.**
23   Q.  -- "such as aggressive beaning-up", et cetera.  So what
24       you did, your approach, was to make changes to the
25       modelled permeability of the reservoir in order to

1    (12.23 pm)
2              (The short adjournment)
3    (1.30 pm)
4    THE CHAIRMAN:  Welcome back, everyone.
5    MR NESBITT:  Thank you, Mr Chairman.
6        Dr Moy, turning to page 153 of your first amended
7        report, bundle E2, tab 2.
8    **A.  152?**
9    Q.  153.
10   **A.  Which section?**
11   Q.  4.2.7.1.
12   **A.  Okay.**
13   Q.  So this is the part of your report where you describe
14       some of the assumptions that you make in running your
15       "but for" forecasts.
16   **A.  Right.**
17   Q.  The first assumption is at 4.2.7.1, where you say that
18       using the modified model that we discussed earlier on
19       you set a maximum production rate of 7,000 barrels per
20       day.
21   **A.  Mmm-hmm.**
22   Q.  And is that your interpretation of what a less
23       aggressive approach to production would be?  Is that why
24       you took 7,000?
25   **A.  It was, yes, to try and get something close to the rates**

1    that we see in Oyo-7 and 8, which is between 7 and 8,000
2    barrels (inaudible).
3    Q. Well, in --
4    A. Sorry.
5    Q. -- 4.7.2.3 where you are talking about the hypothetical
6       Oyo B and C wells, you say:
7          "These wells were also set on a maximum production
8       rate of 7,000 barrels based on Allied guidelines."
9    A. Mmm-hmm.
10   Q. And guideline, according to the footnote, is the bean-up
11      programme for Oyo-8.
12   A. Right.
13   Q. But that document doesn't contain any reference to
14      limiting the maximum production rate to 7,000, so I was
15      wondering in what sense it is a guideline for you?
16   A. Well, if it doesn't, the 7,000 comes from the observed
17      rate between 7 and 8 -- for Oyo-7 and 8. I think in the
18      bean-up programme it specifies an assumed drawdown,
19      which is a limit of 100 psi, but as you pointed out, it
20      may not specify a rate, but I've taken something from
21      the observed rates of Oyo-7 and 8.
22   Q. So you're basing it on the drawdown from the bean-up?
23      Is that what you're saying?
24   A. No, no, we see in the production history of 7 and 8, but
25      that the total fluid production of those wells I don't

1    think exceeds 8,000 barrels of liquid. In the case of
2    Oyo-8, that's pretty much all oil. So I took
3    a 7,000 barrel limit as something that I thought was
4    a good starting point.
5    Q. Right. So it's based on the production history, it's
6       not based on the bean-up programme at all, so your
7       reference to the Oyo-8 bean-up programme is not correct.
8       That's not the Allied guideline you mean.
9    A. Well, let's take one step slightly back. If you're
10      saying and reminding me that actually a rate isn't
11      specified in that, then that's the case. If a rate is
12      not specified in the start-up bean-up programme, then
13      I've taken a rate from what we see in the actual field
14      production.
15   Q. Right. So not the bean-up programme. Okay.
16      And in fact it would be slightly curious if you did
17      rely on that document to dictate the maximum production
18      rate over the life of the well because, as its name
19      suggests, it's a bean-up programme, it's just for the
20      first days of production.
21   A. Certainly, yes. It's a bean-up programme.
22   Q. So your starting point, 7,000 barrels per day, but just
23      taking that figure, hasn't Oyo-8 been producing at
24      levels significantly above 7,000 barrels for most of its
25      productive life?

1    A. I think it's been somewhere between -- it is certainly
2       I think been over 8,000 barrels of liquid. I don't
3       think it has gone above 9,000 barrels of liquid. Most
4       of that is oil. The plateau rate we saw yesterday is
5       probably in the -- just above 8,000 barrels of oil a day
6       with no added water to that.
7    Q. Okay. And, again, just sort of focusing on the 7,000
8       figure, that's got nothing to do with your calculation
9       of the critical rate for Oyo-5, is that right, it's
10      unrelated to that? You're not concerned about the
11      critical rate at this stage?
12   A. No, because what we have -- the critical rate, as
13      I described, is really something that theory shows and
14      you would need something that had a finer grid cell to
15      mimic that. So -- and also it depends what the
16      permeability is. So I really was interested in using
17      a rate which appeared from the actual data from 7 and 8
18      to be approximately the right kind of rate to use in
19      these horizontal wells.
20   Q. Just for the benefit of the Tribunal, by critical rate
21      we mean the rate above which gas coning will start to
22      occur?
23   A. That's correct, yes.
24   Q. And just sticking with that for a moment, if you look
25      across to page 152, you calculate the critical rate for

1    Oyo-5, it is at the top of the page, at 4.2.5.5 --
2    A. Mmm-hmm.
3    Q. -- as 9035 barrels per day; yes?
4    A. Yes.
5    Q. Okay. Although if we look at your joint report at tab 5
6       in E3, page 175, you say there, in about the middle of
7       the page, 6.2.10:
8          "Using more realistic reservoir dimensions the
9       results from the Chaperon equation indicates that Oyo-5
10      would start to cone gas at rates around 6,000 barrels
11      per day."
12   A. Yes, right.
13   Q. So if you're taking 7,000 as your "but for" scenario,
14      are you saying that on that "but for" scenario Oyo-5
15      would have been produced at above the critical rate?
16   A. Well, what I am trying to show, both in the table at the
17      bottom of 175 is how -- and hopefully what I showed to
18      the Tribunal today is the sensitivity of this critical
19      rate to whatever other parameters you might apply, in
20      particular permeability.
21         I've got a critical rate in the table of, say,
22      6,000, but by adjusting the permeability you can see how
23      sensitive the critical rate is to that. We see
24      certainly in reality we have two other wells, 7 and 8,
25      that don't appear to have coned in gas at those liquid

1    rates.  And I took those -- whatever Chaperon may
2    suggest and you can adjust the parameters to get
3    a different critical rate -- I took what we observed in
4    the actual oilfield -- Oyo field as a good starting
5    point for what I had in the model.
6    Q. So in your original report you had over 9,000 for the
7       critical rate, and in your joint report, based on the
8       Chaperon equation, you've got 6,000, so you're relying
9       on -- what you're saying is you relied on real
10      observations, rather than Chaperon, is that right?
11   A. Well, in this particular case I could see that -- well,
12      we don't know what the true permeability is and that is
13      obviously an important input into both Chaperon and
14      Papatzacos equations.  What we do have are two wells
15      where we have seen them flowing at 8 -- 7 to
16      8,000 barrels of liquid a day, and we don't seem to be
17      getting any gas incursion.  I thought that was pretty
18      much a good starting point.
19   Q. Now, your second assumption on page 153 for your "but
20      for" forecast is that additional wells B and C -- this
21      is paragraph 4.2.7.3 -- were scheduled to start
22      production on 1 July 2012 and 31 December 2014
23      respectively.  As you say in the preceding paragraph,
24      Oyo B and Oyo C are basically Oyo-7 and Oyo-8, except
25      they've been brought forward by a considerable period of

1       time.  So while you say 1 July 2012 for Oyo B and
2       31 December 2014 for Oyo C, Oyo-8 was spudded in
3       May 2015 and Oyo-7 in June 2015; right?
4    A. Yes.
5    Q. And the basis for you bringing the start of production
6       for your two hypothetical wells forward so significantly
7       is purely Mr Omidele's fact evidence; correct?
8    A. Yes.
9    Q. Okay.  Now, can we just take a look at what your "but
10      for" forecasts show.
11   A. Mmm-hmm.
12   Q. So if you go to page 170, and forgive me, it's not
13      entirely straightforward to follow, this is the annex to
14      your amended report.  On page 170 is where you've
15      tabulated your "but for" case --
16   A. Mmm-hmm.
17   Q. -- which is called "Amended Oyo scenario 3AI2".
18   THE CHAIRMAN: Excuse me, could you give me the internal
19      page reference number?
20   MR NESBITT:  49.
21   THE CHAIRMAN:  Thank you very much.
22   MR NESBITT:  Now, in the body of your report you explain
23      that this is your forecast based on information as of
24      31 December 2015 assuming less gassy Oyo-5, if applying
25      internationally acceptable petroleum industry practices.

1    A. Yes.
2    Q. So, in other words, this scenario that you described, as
3       we looked at earlier, this is your "but for" forecast
4       taking into account all available information but
5       without any timing restrictions; is that a fair way of
6       putting it?
7    A. That I believe was the intention, yes.
8    Q. Yes.  Yes.  And what we're looking at on this page is
9       your "but for" forecast as submitted in your amended
10      report of 24 February; right?
11   A. Mmm-hmm.
12   Q. And that particular forecast did not change in the joint
13      report, and nor did you change it in the letter that we
14      got from Stephenson Harwood the day before the start of
15      the hearing?
16   A. I believe that's the case, yes.
17   Q. This particular forecast was not affected by those two
18      things; is that right?
19   A. I believe that's the case, yes.
20   Q. Okay.  If you look at your table 6.1, there is a column
21      there.  It is four columns from the right-hand side
22      headed "FGPR".
23   A. Yes.
24   Q. And that stands for field gas production rate?
25   A. That's right, yes.

1    Q. And what we can see, looking down, it obviously starts
2       at zero on 5 December 2009, the start of production,
3       bearing in mind that this is your "but for" case, and it
4       stays fairly constant through the to the end of
5       December, 7 February/18 February 2010, at about 4,500.
6       And then on 1 April 2010 the rate shoots up to 8,170.
7    A. Yes.
8    Q. And from there it increases pretty rapidly to 40,000-odd
9       in July.
10   A. Mmm-hmm.
11   Q. And continues increasing all the way up to 60,000.
12   A. Yes.
13   Q. That to me, the wholly-untrained eye, that looks like
14      a pretty rapid increase in gas.  Does it not to your eye
15      indicate gas ingression from the gas cap?
16   A. Well, one would need to calculate the GORs and compare
17      those with the ones that were observed in reality.
18      Certainly I suspect that if one were to do that they
19      would be lower.  We know that the model is not perfect
20      in showing gas coning in its true sense, and what
21      happens when gas starts to cone we saw yesterday some
22      cross sections of the model showing gas coming into the
23      well, and it was very telling that because of the
24      composition of the grid cells there were a number of
25      inactive cells that represent shale, and

1  stochastically -- both models have been populated
2  stochastically.  So the gas that we see in the model is
3  very much influenced by the well path that it takes due
4  to these shale blocks, which actually -- which in
5  reality aren't there as big blocks of shale acting as
6  barriers.
7      So that's -- you would need, first of all, to look
8  at the GOR in this model, and the fact that there may be
9  oil coming down or appears to come down from the gas cap
10  is due very much to the gross size of the cells and also
11  the presence of these inactive cells which represent
12  blocks of shale.  In reality, the real reservoir doesn't
13  have that.
14  Q.  So let me just put the question again.  Aren't the
15      volumes of gas showing in your "but for" scenario simply
16      too large for the gas to be coming from anywhere other
17      than the gas cap on your "but for" model?  Yes or no?
18  A.  Well, we saw yesterday that --
19  Q.  Yes or no?
20  A.  -- gas was coming was coming from the gas cap in those
21      models.
22  Q.  So it's a yes?
23  A.  Yes.
24  Q.  Okay.  So would you agree that what this data shows is
25      that even on your "but for" scenario, i.e. on the basis

Page 117

1  well from the gas cap as a result of the natural
2  features of the reservoir; correct?
3  A.  No, I would say that essentially the model, as I've
4      pointed out, is imperfect.  We've got large grid cells.
5      We do get gas coming in.  It's on a gross scale.  It's
6      not actually mirroring the type of coning that you would
7      expect.  So there is gas in the model coming into the
8      well.  It's still less gassy than the historic Oyo-5.
9      In order to get a model that would really represent what
10      was going on, you would need a complete rebuild.
11  Q.  So what you're saying is we can't rely on your model,
12      and we can't rely on the data coming out of it?
13  A.  No, what you can do, you can see clearly that actually
14      by reducing the gas production you are increasing the
15      oil, and that is still true whatever model you use.
16  Q.  Dr Moy, do you place any value on your model at all?
17  A.  I do, yes.  I do because D&M have been involved in this
18      project for several years.  They've spent a lot of time
19      both creating the structure, populating the grid cells.
20      They are a very experienced company.  So all the
21      indications suggest that it's -- a lot of time has been
22      spent on it.
23  Q.  Although, as we saw earlier, when you were discussing
24      with Ms Wilford for a different purpose; yes?
25  A.  No, I don't agree with that at all.

Page 119

1  that Oyo-5 was managed in accordance with
2  internationally acceptable practices, et cetera, that
3  Oyo-5 was still experiencing very significant levels of
4  gas incursion from the gas cap?
5  A.  What it shows is that if you moderate the gas production
6      you will increase your oil recovery.  That's very clear.
7      This "but for" Oyo-5 is less, less gassy than the
8      historic Oyo-5 and, as I pointed out in the first slide,
9      minimising your gas production maximises your oil
10      recovery.
11  Q.  So I will ask the question again.  Do you agree that
12      this data shows that even on your "but for" scenario
13      Oyo-5 still experiences very significant levels of gas
14      incursion from the gas cap; yes or no?
15  A.  From this model you can see that gas is coming from the
16      gas cap.
17  Q.  That is a "yes".
18      So if you go back to your original instructions, you
19  don't need to turn them up, appear to be worded rather
20  carefully, so when you are asked to assume, and I quote,
21  that:
22      "There was no gas incursion into the well as
23  a result of poor cementing or production mismanagement."
24      That doesn't exclude that even on your "but for"
25  scenario there could still be a gas incursion into the

Page 118

1  Q.  You don't agree with that?
2  A.  No, I don't.
3  Q.  Okay.  Now, the other thing that Stephenson Harwood
4      instructed you to do was to use your model to run
5      a number of other forecasts of production from the
6      field.
7  A.  Mmm-hmm.
8  Q.  And to the extent that there was actual production data
9      available from the field, you relied on that data?
10  A.  I think I did, yes.
11  Q.  Yes?
12  A.  Yes.
13  Q.  Well, hopefully, because you say in your report -- you
14      don't need to turn it up -- but you say at page 160:
15      "The model used actual Oyo-7 and 8 production data
16      until 1 January 2016."
17      Which must have been the last date that you had
18      actual available for.
19  A.  Yes.
20  Q.  "... and thereafter the model ran in forecast mode to
21      generates profiles for both wells."
22  A.  That's correct.
23  Q.  And presumably you got the data that you relied upon
24      from Allied.  They supplied it.
25  A.  Yes, they did.

Page 120

Page 121

1    Q. And was it certified in any way?  Did you check it in
2        any way or maybe you had no way of checking it's
3        accuracy?
4    **A. Well, I -- one has to assume that when you're given data**
5        **like this from a company like that that it's true.  And**
6        **how would one go about verifying it?  Because it's not**
7        **in the public domain not in the detail we received.  So**
8        **you have to take on trust that it's true.**
9    Q. Okay.  As we've seen, the various forecasts that you
10       produced on the basis of that data and your model are in
11       annex 6 to your report.
12   **A. Mmm-hmm.**
13   Q. And this is where the various changes that you've made
14       to your report become relevant, and I mentioned earlier
15       the first revision that you made.  So we've got your
16       report -- I think your report was originated
17       18 February, and we got it on the 19th, and then we got
18       a different version on the 23rd or 24th.  But anyway if
19       we perhaps turn to your covering letter, which is at
20       tab 3 of bundle E2 --
21   **A. Mmm-hmm.**
22   Q. -- of your first revised report.  Essentially this
23       letter addressed to Mr Wade at Stephenson Harwood
24       explains that you had made two errors in the original
25       version of your report, which you're now seeking to

Page 122

1        correct with the first revised report.  If I can
2        paraphrase, the first of those, number 1 in your letter,
3        appears to be that the "but for" forecast, which had
4        supposedly taken into account all information, had not
5        in fact taken into account the shut-in of Oyo-8 between
6        September 2015 and March 2016.
7    **A. Right, yes.**
8    Q. Correct?
9    **A. Mmm-hmm.**
10   Q. And the second mistake was that you -- or the second
11       change of heart, I suppose, is that you had decided it
12       was necessary to apply the same global permeability
13       modifier to all of your models in order to ensure
14       comparability between the resulting forecasts.
15   **A. Yes.**
16   Q. And so what you did was you increased the global
17       permeability modifier in your actual v2_3 scenario to
18       match what you had done in your "but for" scenario; yes?
19   **A. That's correct, yes.**
20   Q. That change, the change to the global permeability
21       modifier, had a significant effect, didn't it?
22   **A. Yes, yes, it does.**
23   Q. And we can see that if we look at the markup at tab 4,
24       the next tab, this is the marked up version of your
25       original report, if you look at page 248, I think it is,

Page 123

1        this is the one we looked at earlier but this time this
2        is the marked-up version.
3    **A. Hmm.**
4    Q. So it shows the word "amended" in red and underlined.
5    **A. Mmm-hmm.**
6    Q. And then if you look carefully you can see a red
7        underlining at the very bottom of the entire table,
8        which I suppose is intended to indicate that the figures
9        had changed.  But the actual table only shows one set of
10       figures, so it is quite difficult to compare your
11       original figures with your amended figures.  You need to
12       flick between the two versions of the report.
13       But if we do that and we compare the forecast actual
14       total oil production from the field as of, I think, the
15       end date is 27 February 2021, that gives you a total of
16       about 16.34 million barrels?
17   **A. I believe that's the case, yes.**
18   Q. Yes.  And if you look at the version -- the figure in
19       the amended report on the same date, this is page 250 of
20       the amended report, the figure at the very, very end
21       you've got 18.85 million barrels approximately --
22   **A. Yes.**
23   Q. -- which is an increase of more than 15 per cent in the
24       total forecast oil production from the field.  Or put
25       another way, it is a difference of about

Page 124

1        2.5 million barrels.
2    **A. Yes.**
3    Q. Do you agree with that?
4    **A. Yes.**
5    Q. Okay.  Then in your joint report with Mr Filippi you
6        again said that you had made an error, and that's -- if
7        we turn to bundle E3, containing your joint report, at
8        tab 5, and I am looking at page 193.  This is in the
9        body of your half of the joint report.  It is about
10       halfway down the page 16.15.2.5.  I am sure you're very
11       familiar with this.
12       There you say that:
13       "The plots shown in figures 4, 5 and 43 as Dr Moy of
14       BF1 have been taken from actual v2_3.  However, this has
15       been run as a 'but for' case with a global multiplier of
16       0.2 instead of 0.1.  This result is in a less gassy
17       Oyo-5 and consequent impact on overall reservoir
18       pressure and well performance.
19       "I acknowledge that this run was incorrectly run
20       with a multiplier of 0.2 and I present in annex 9.4 the
21       results of the same run but using a multiplier of 0.1."
22   **A. Mmm-hmm.**
23   Q. I have to be honest, I'm not entirely sure what you mean
24       by the actual having been run as a "but for" case, but
25       leaving that point to one side, what appears to be going

1  on here is in essence that you changed your mind back
2  and decided you were going to use the 0.1 global
3  permeability modifier for your forecasts of actual
4  production from the field after all; yes?
5  **A. No, I was struggling with the fact that the D&M model we**
6  **received or I received certainly had a multiplier of**
7  **0.1, so what you use for generating the actual profiles.**
8  **So I initially have used the 0.1 consistency would**
9  **suggest using -- sticking with the 0.2 modifier in both**
10  **the actual and the "but for" cases, in which case there**
11  **is a difference of over 2 million barrels.**
12  Q. Okay.  So you say you didn't change your mind, but in
13  the letter we just looked at from 24 February you
14  explained that the precise reason that you had amended
15  your report or one of the two reasons was that you
16  wanted to be consistent, and so you used 0.1 instead of
17  0.2.
18  **A. Mmm-hmm.**
19  Q. But then you changed that back again in your joint
20  report.  Isn't that changing your mind?
21  **A. Well, it's considering what the information is and --**
22  Q. Or changing your opinion, if you prefer.
23  **A. Potentially.  Because, as I said, the model I received**
24  **had a multiplier of 0.1.  Do I keep that for generating**
25  **the actual forecasts or do I make that consistent with**

Page 125

1  **the 0.2 I've used in the "but for" case.**
2  Q. So it was a potential change of opinion but you're not
3  prepared to agree with me that it was an actual change
4  of opinion?
5  **A. Well, okay, I changed my opinion.**
6  Q. Okay.  Now, in your joint report you also included
7  a revised set of history match comparison plots, which
8  you appear to have done in an attempt to improve your
9  history match and improve the credibility of your model.
10  If we just take a quick look at those history match
11  plots, and you'll find those in bundle E3 at tab 5,
12  page -- I think they start on 216.  Do you recognise
13  those?
14  **A. I do, yes.**
15  Q. Let's look at the ones on 218.
16  Now, if we take, for example -- let's take the one
17  for the gas rate at the bottom, that's figure 9CC.
18  **A. Mmm-hmm.**
19  Q. So the thick red line is Dr Moy's gas rate; yes?  Sorry,
20  Mr Filippi's gas rate.
21  **A. It is, yes.**
22  Q. The dotted line is your original forecast, and the dots,
23  which are quite hard to spot but they are there, is
24  history, that's actual, which only goes up to a certain
25  point.

Page 126

1  **A. Yes.**
2  Q. And then the black crosses are your revised match; yes?
3  **A. That's correct.**
4  Q. But the black crosses don't appear to be anywhere near
5  the plot for the lines showing the historical figures.
6  **A. Mmm-hmm.  Well --**
7  Q. In fact they appear to be further away than your initial
8  run, the dotted line.  So I was just curious to know why
9  you thought that achieved a better history match, or
10  maybe you don't think it did?
11  **A. Well, as I said, there are -- we have issues here with**
12  **the permeability.  We don't know what the permeability**
13  **is.  The model honours the log data.**
14  Q. Sorry, just to interrupt, but everything seems to come
15  back to not knowing what the permeability is.
16  **A. It is, it's true.**
17  Q. So does --
18  **A. You've seen the data that I've presented in the slides,**
19  **and the uncertainty as to what exactly is the average**
20  **permeability in the reservoir.**
21  Q. Well, I've seen that you've changed your mind at least
22  twice on what permeability modifier to use.
23  **A. In the actual scenario, yes.  When we received the D&M**
24  **model, the model had been history matched on gas rate,**
25  **and when you swap it over to oil rate you get this**

Page 127

1  **increase in gas at the beginning when it matches the**
2  **oil, but you don't get a match with the gas.  If you**
3  **switch it over, as it was when we received it, you get**
4  **a match to the gas.  You don't get a match to the oil**
5  **but it's not as apparent.**
6  **The issue I think is -- is one of permeability.**
7  Q. Would you go so far as to say that what you say is the
8  lack of information available to you about permeability
9  means that the information that you've produced can't be
10  relied upon or is that too harsh?
11  **A. That's not the case.**
12  Q. It's not the case?
13  **A. No.**
14  Q. It can be relied on?
15  **A. Yes, within the bounds of what's in the model, yes.**
16  Q. But as we've seen you're -- just looking at that example
17  on page 218 -- your model -- even after all your changes
18  of mind and revisions, your model still doesn't match
19  history while Mr Filippi's does.
20  **A. Well, Mr Filippi's model, as we saw yesterday, doesn't**
21  **honour the log data.**
22  Q. I think Mr Filippi would take very strong issue --
23  **A. I am sure he would --**
24  Q. -- with that suggestion.
25  **A. -- but it's a view based upon my observation.**

Page 128

1   Q. And this again, I'm not asking you to explain it again,
2       but when you say the log data you're referring to the
3       porosity log data?
4   A. Yes.
5   Q. I see.  If we turn to -- stay in bundle E3, you should
6       hopefully have a tab 5.1.  Have you got that?
7   A. I have, yes.
8   Q. This is the last letter that we have seen from you to
9       Mr Wade at Stephenson Harwood.
10  A. Mmm-hmm.
11  Q. This was on 14 June 2016, which is about a week after
12      the joint report --
13  A. Yes.
14  Q. -- and, as I've said the night before this hearing
15      started.  What you say in this letter is:
16          "I am writing to notify you that the current table
17      shown in the joint report in section 9.4.11 is not the
18      one appropriate for the scenario described in
19      section 6.15.2.5 in the joint report and section 4.2.9
20      of my original report.  The profile represents
21      a scenario where Oyo-5 is produced at historic gas
22      rates, whereas the table should show results for the
23      same model but with Oyo-5 produced at historic oil
24      rates."
25  A. Yes.

Page 129

1   Q. "In both cases the model was run with the permeability
2       modifier of 0.1."
3          Presumably by saying "the current table is not the
4       one appropriate for the scenario", that's another way of
5       saying it's the wrong one?
6   A. It was the wrong run.  As I said here, when you run
7       theses simulations you define what is the -- the
8       controlling phase, and the model as received from D&M in
9       the original ECLIPSE file had Oyo-5 controlled on the
10      gas rate.  And so the original table basically is the
11      oil -- the simulated oil rate based on historic gas
12      production.
13  Q. So if I --
14  A. So that was done in error, and so the correct table
15      should in fact show the same run, i.e. the same physical
16      reservoir model, but now the only difference is that
17      Oyo-5 is then simulated using historic oil rates, and
18      the gas rates are then generated by the simulator.
19  Q. So when you say the model received from D&M in the
20      original ECLIPSE file at Oyo-5 controlled on the gas
21      rate --
22  A. Yes.
23  Q. -- and you seem to be suggesting in the D&M model the gas
24      rate was set as a default, and you didn't really notice
25      that, and so when you ran the calculations, they were

Page 130

1       the gas rate calculations, not the oil rate
2       calculations.
3   A. No.
4   Q. You say it was controlled on the gas rate.
5   A. That's correct.  Let me clarify what you get in
6       an ECLIPSE file.  It's a text file of instructions that
7       run a simulator.  So you would have a date, which would
8       be, say, monthly, and then you would have a command word
9       that would say which well you're commanding, and then
10      you would have a series of oil, water, gas volumes.
11      There's a keyword at the beginning of that which defines
12      which one simulator one is going to be told to use as
13      a control rate.  So it can be gas, it could be oil.  In
14      theory you could also control on water.  So the original
15      file that we received from D&M had the well controlled
16      on gas rates, and you had to go through and manually
17      change that to an oil rate.  The numbers in the
18      particular line don't change, it just -- it just takes
19      note of the different -- it just controls it on
20      a different phase.
21  Q. Right.  And you forgot to do that?
22  A. We ran it on both but it so happens that this particular
23      table showed the results of it being run on gas rate.
24  THE CHAIRMAN: Excuse me, if I may.  Could you tell me what
25      columns change in the table?

Page 131

1   A. Are we looking --
2   THE CHAIRMAN: Or is it a totally different table because
3       I am a little bit lost.
4   A. Sure.  If you look at the -- the first column, which is
5       the Oyo-5, you can tell which one is which because the
6       third number, which in this table here is 7790, that's
7       when the well controlled on oil rate.  When you see
8       that number is 4,400, that's when the model is being
9       controlled on gas rate.  So that's an easy way for me
10      certainly to recognise which table is which.
11  THE CHAIRMAN: Okay.  Which column is that which has the
12      4,000 --
13  A. It would be -- well, if it were in the table it would be
14      the second column.  The WOPR Oyo-5 column.
15  THE CHAIRMAN: Okay.  So if I am looking at the 0.1, that's
16      the revised one?  The first line is zero.
17  A. The first line -- the third line is 7790.
18  THE CHAIRMAN: Yes.
19  A. Then the models is controlled on oil rate.
20  THE CHAIRMAN: Now, the prior one had --
21  A. Something like 44-something-something, which is Oyo-5 --
22      the same model, physically the same grid, but the well
23      is controlled on historic gas rates and then as
24      a consequence the calculated oil rate is less.  It is
25      4,400.

Page 132

33 (Pages 129 to 132)

DTI                              www.DTIGlobal.com                        8th Floor, 165 Fleet Street
(+44)207 4041400                                                          London EC4A 2DY

| | |
|---|---|
| 1 THE CHAIRMAN:  So you had the choice between having the | 1 still based on having different permeability modifiers. |
| 2     actual gas rate or the actual oil rate, and you ran it | 2     If I've understood correctly you've got 0.1 for the |
| 3     the first time on one and the second time on the other; | 3     actual and 0.2 for the "but for". |
| 4     is that -- | 4 **A.  Mmm-hmm.** |
| 5 **A.  Yes, it is being run on both.  And the model as received** | 5 Q.  Which directly contradicts what you said in your first |
| 6 **from D&M was run on gas rates.** | 6     letter to Mr Wade back in February, about the need to |
| 7 THE CHAIRMAN:  Please. | 7     ensure that the same modifier was used in all of the |
| 8 MR NESBITT:  Just to make sure we've all understood this, so | 8     models. |
| 9     the set of production forecast data that you included in | 9 **A.  Yes.** |
| 10     the joint report took the gas as its input or, if I may | 10 Q.  So we now have the situation where even in the figures |
| 11     use the reservoir engineer-speak, honoured the gas? | 11     that you've just confirmed you're happy with, we have |
| 12 **A.  I would need to verify what tables were in the joint** | 12     a "but for" reservoir that is attributed with double the |
| 13 **report.** | 13     permeability of the actual reservoir.  So you're |
| 14 Q.  I think that's what you just said, unless I am | 14     comparing apples with oranges, aren't you?  They are not |
| 15     fundamentally misunderstanding. | 15     comparable? |
| 16 **A.  The correct profiles would be ones where Oyo-5 is run on** | 16 **A.  Okay.** |
| 17 **historic oil rates --** | 17 Q.  And wouldn't they need to be comparable if they are |
| 18 Q.  Yes. | 18     going to be used as the basis for a damages calculation? |
| 19 **A.  -- and the gas rates are the ones that are calculated** | 19 **A.  Absolutely.  The issue of whether the actual is run on** |
| 20 **along with the water.** | 20 **0.1 or 0.2 consistency would strongly suggest that they** |
| 21 Q.  Right. | 21 **need to be run with the same multiplier, and that would** |
| 22 THE CHAIRMAN:  June 14 -- sorry, I can't resist, I am trying | 22 **be 0.2, considering the uncertainty we have on the** |
| 23     to figure out -- June 14 is being run on historic oil | 23 **actual permeabilities in the reservoir.  So this has** |
| 24     rates; right? | 24 **been something I've considered at quite some length, and** |
| 25 MR NESBITT:  No -- yes. | 25 **I think consistency has to suggest that you've got to** |
| Page 133 | Page 135 |

| | |
|---|---|
| 1 **A.  Yes, exactly.** | 1     compare apples with apples. |
| 2 MR NESBITT:  That was the correction. | 2 Q.  Okay.  So your response to my earlier question that you |
| 3 **A.  Yes, so it has got the table with the 7790 in it, the** | 3     were happy with your figures can't be right, because you |
| 4 **second column.** | 4     appear to have changed your mind back again to the |
| 5 Q.  But as I think you replied in response to a question | 5     position as set out in your letter of 23 February. |
| 6     from Ms Wilford earlier on, you were aware that your | 6 **A.  I am happy now, having considered it, that the** |
| 7     calculations are being used by Mr Taylor for the | 7 **appropriate multiplier to use in all the cases is 0.2.** |
| 8     purposes of the damages -- your forecast is being used | 8 Q.  Would you like to rerun the forecasts again? |
| 9     for the purposes of the damages calculation. | 9 **A.  Sorry?** |
| 10 **A.  Mmm-hmm.** | 10 Q.  Would you like to rerun the forecasts again?  Not now, |
| 11 Q.  And one might have thought that you would be mindful | 11     obviously. |
| 12     that producing historical -- producing figures based on | 12 **A.  Why?** |
| 13     gas were not terribly useful for the purposes of | 13 Q.  Okay.  Oyo-7 and Oyo-8, you're aware obviously that the |
| 14     calculating a damages claim for loss of oil production. | 14     respondents' position is that there has been no gas |
| 15 **A.  Mmm-hmm.** | 15     incursion from the gas cap into Oyo-7 and Oyo-8. |
| 16 Q.  But it was just a mistake, an oversight? | 16 **A.  Correct.** |
| 17 **A.  Well, yes, both runs were one done, one on oil, one on** | 17 Q.  And you obviously -- you agree with that assertion? |
| 18 **gas.  Oil is present in both runs.  In fact, if you run** | 18 **A.  I believe the evidence suggests that that's the case.** |
| 19 **it on gas you get a smaller oil profile, which would** | 19 Q.  Okay.  So although you acknowledge that -- I think in |
| 20 **actually increase the difference between the actual and** | 20     various places -- that there is an increasing GOR in |
| 21 **"but for".** | 21     Oyo-7, your position is that the increase in GOR in |
| 22 Q.  Can we assume that you're now happy with the set of | 22     Oyo-7 is solely attributable to solution gas; is that |
| 23     figures that you've finally produced. | 23     right? |
| 24 **A.  Yes.** | 24 **A.  From the information I have, yes.** |
| 25 Q.  Good.  However, as you said in your 14 June letter, it's | 25 MR NESBITT:  Okay, thank you.  I have no further questions |
| Page 134 | Page 136 |

1    for Dr Moy, Mr Chairman, thank you.
2    THE CHAIRMAN:  No direct, no questions?
3    MR GUNNING:  No.
4    THE CHAIRMAN:  Thank you very much, Dr Moy, you are excused
5        as a witness and as an expert.
6        Now, shall we next have the quantum experts.
7    MR NESBITT:  Mr Good.  Shall we not leave the room but just
8        two minutes just while Mr Good sets up.
9    THE CHAIRMAN:  That's permitted.
10   MR NESBITT:  The Tribunal is getting increasingly keen on
11       breaks as the day wears on.
12   (2.13 pm)
13                    (A short break)
14   (2.20 pm)
15               MR NICHOLAS GOOD (called)
16   THE CHAIRMAN:  Mr Good, welcome.  You've provided an expert
17       report in these proceedings.
18   **A. I did.**
19   THE CHAIRMAN:  And you signed a joint report with Mr Taylor.
20   **A. That's correct.**
21   THE CHAIRMAN:  And you understand your duty to express your
22       best professional opinions to the Tribunal?
23   **A. I do.**
24   THE CHAIRMAN:  Very good.
25           Examination-in-chief by MR NESBITT

Page 137

1    MR NESBITT:  Good afternoon, Mr Good.  I think you have in
2        front of you a copy of your own report, which should be
3        at tab 5 of bundle B2.
4    **A. Yes.**
5    Q. And I think to your left there is a bundle containing at
6        tab 4 a copy of your joint report with Mr Taylor.
7    **A. Yes, subsequently amended by the version in tab 6.**
8    Q. Indeed.  And there is nothing in either of those
9        reports, apart from your explanations that you're going
10       to give in your presentation, there is nothing that you
11       wish to clarify or indeed amend?
12   **A. No.**
13   Q. And all of your reports contain your independent
14       professional opinion on the matters on which you've been
15       instructed?
16   **A. They do.**
17   MR NESBITT:  Thank you very much.  The floor is yours.
18           Presentation by MR GOOD
19   MR GOOD:  Thank you.  Members of the Tribunal, as I say, my
20       name is Nicholas Good.  I am a partner in KPMG in
21       London, a firm of chartered accountants.  I will spend
22       about 15 minutes on this presentation.
23       I am instructed by NAE to consider two issues, the
24       quantification of the respondents' counterclaim and the
25       elements of the final adjustment statement.

Page 138

1        So, first of all, moving to the respondents'
2    counterclaim, and then I will look at the final
3    adjustment statement, and if you like the good news is
4    that the much of the computation and the underlying
5    invoice checking and analysis work is agreed between
6    myself and Mr Taylor of Navigant instructed by the
7    respondents.
8        There are two columns in the respondents'
9    counterclaim here.  The counterclaim is calculated by
10   looking at the production flows that have happened or
11   are estimated will happen in the actual world as
12   compared to the so-called "but for" world, the world
13   without the matter complained of, leading to
14   a differential set of oil production flows.  Therefore,
15   the key and significant input into the quantification is
16   the oil production flows.
17       On the right, we have the quantification using
18   Mr Filippi's forecasts, and just to the left of that is
19   that using Dr Moy's forecasts and, as you can see, they
20   come down to quite different figures, pre-interest --
21   these calculations are all before interest -- of
22   $498.7 million using Dr Moy's forecasts and $5.8 million
23   using Mr Filippi's forecasts.
24       As I say, the actual quantification, taking the oil
25   production as the input, is all agreed in terms of oil

Page 139

1    prices, future oil prices, costs, estimated costs,
2    discount rate.  That's all dealt with, and we don't need
3    to speak about that further.
4        There are only two points, therefore, of interest or
5    to pull out from this.  Firstly, as you'll see halfway
6    down there is a line "CPL's loss attributed to Allied
7    and CINL's beneficial interest", as I understand it,
8    these are matters still in dispute as to whether a loss
9    incurred by CPL forms part of the counterclaim.
10       The second point to pull out is near the top under
11   "Allied's loss", part of the way in which this is
12   quantified is that the NAE beneficial interest, having
13   been purchased by Allied in early 2012, was then sold on
14   to CPL in February 2014.  And you'll have heard about
15   that deal.  I wasn't here but I read in the transcript
16   that Dr Lawal confirmed that the consideration for that
17   deal was approximately CPL $570 million.
18       The way in which this figure in these tables has
19   been computed, though, is quite different and doesn't
20   bear any relation to that figure.  This has been
21   computed as the difference between -- based on --
22   looking at the Dr Moy column, an estimated future oil
23   production at that date in an actual scenario and in
24   a scenario "but for" what is complained of, and the
25   values there are 150 million as an estimated actual

Page 140

35 (Pages 137 to 140)

1    value at that date and approximately 180 million "but
2    for" the matter that was complained of.
3        It is worth pointing out that's not directly
4    comparable, the 150 million being the amount in the
5    actual, compared to the 570 million-odd, because on to
6    the 150 million also you would have to add the value of
7    any resources that aren't included in this
8    quantification, although at least on some measures they
9    are relatively insignificant financially.
10       Moving then on to the next slide.  This is Dr Moy's
11   oil production forecasts, the last ones, with the blue
12   lines being the actual and the estimated actual in the
13   future, and the red dotted ones being the "but for",
14   matter complained of forecasts.  You can see there in
15   2012 a significant peak.  This is with the bringing on
16   stream on the hypothetical Oyo B well that wasn't, of
17   course, actually drilled but exists in the "but for"
18   world, leading to the significant differential oil
19   production in that period, 2012 through to 2015.  And
20   that is the heart of the value, if you like, or the
21   difference in the two lines leading to the value in the
22   counterclaim.
23       So unless there are any questions from the Tribunal
24   on the counterclaim, I shall move on to the final
25   adjustment statement.

1    THE CHAIRMAN:  Excuse me, so it is the first amount on the
2    left-hand side which reflects the drilling of the newer
3    wells?
4    MR GOOD:  Oyo B in the "but for" is forecast to come on
5    stream in mid-July 2012.
6    THE CHAIRMAN:  I can't quite read the dates.  So it's the
7    first kind of --
8    MR GOOD:  That big peak is Oyo B coming online.
9    THE CHAIRMAN:  Okay.  Very good.
10   MR GOOD:  So moving on to the final adjustment statement
11   and, again, as I mentioned, the computation they're are
12   looking at the invoices, the bank statements is agreed
13   with Mr Taylor.  There are a few questions of principle,
14   however.
15       First of all, of course, there is the question --
16   a legal and factual question about whether it is right
17   simply to take the amount on the final adjustment
18   statement and say that has not been disputed.  Of
19   course, that's not something I can speak about, but that
20   as I understand it is NAE's case.
21       That is a number of $48.1 million, which is the top
22   right number on this table.  That is then split by
23   Mr Taylor into two columns, permitted and non-permitted,
24   and I will speak about those in a minute.  So those are
25   the two columns to the left of the total.

1        Having received the final adjustment statement,
2    I have then been through it and looked at the items in
3    it and identified that on a net basis for the principal
4    reason that some of the items in there do not relate to
5    the relevant period, it would be appropriate, doing that
6    review, to take out $1.6 million to come down to
7    a figure of 46.5 million.
8        The principal reason there is if -- one might
9    consider to be, although I don't think it's a term
10   that's used in the SPA or amended SPA, the "relevant
11   period", the way Mr Taylor and I have taken that is
12   goods and services supplied in the period
13   31 December 2011 to 28 June 2012.  So clearly you could
14   have a payment during that period which relates to goods
15   and services that were delivered before that period, and
16   those haven't been included.  You could have a payment
17   that occurs after 28 June 2012 that relates to goods and
18   services supplied in that period, and that would be
19   included.  So it's about the date of the provision of
20   the goods and services, and so I removed 1.6 --
21   principally -- million dollars -- principally for the
22   reason that although it wasn't recorded in NAE's
23   accounting systems until 2012, it actually related to
24   a period prior to 31 December 2011.  There is one small
25   wrinkle on that at the end, which is the very last point

1    I will deal with.
2        So that then leads to an updated amount of $46.5
3    million.  There is then how much of that is supported by
4    documentary evidence, and that is such as an invoice or
5    a NAE internal documentation such as a recharged debit
6    note from another Eni Group company, and that's
7    $45.4 million.
8        Then moving down, the amount supported by payment
9    evidence, and here there's payment evidence for
10   $37.7 million of that $45.4 million.  And then there are
11   a couple of sort of cuts of that.  One can cut these
12   figures, it feels like, innumerable ways but there are
13   two particular cuts highlighted here.  Of the amount
14   supported by third documentary evidence, the amount
15   which relates to goods and services received prior to
16   28 June 2012, 42.5 million, and then of that amount the
17   amount which is supported by payment evidence,
18   $36.9 million.
19       So before I talk about the points of disagreement,
20   just very briefly to touch on the price adjustment
21   mechanism in the SPA and the process that was set out in
22   the SPA and amended SPA.  There were 20 working days for
23   NAE to produce the final adjustment statement.  And
24   then, as per the amended SPA, there was ten days, as
25   I understand it, for that to be disputed, followed

1   potentially by a period of five working days for
2   discussions.  That is relevant when we come on, in
3   particular to the question of payment evidence.
4       So the first point of disagreement is whether items
5   are permitted or non-permitted.  I haven't formed my own
6   personal view on that, and I am in not instructed to
7   form a view.  Just, however, to highlight as a matter of
8   arithmetic what is in the non-permitted column and what
9   makes up the difference, the vast majority of it is in
10  relation to GSO rather than costs that were incurred in
11  that first half of 2012.  There's 4.8 million of GSO
12  costs paid by NAE, although NAE consider under
13  the side letter should be recharged, and under the SPA
14  to the respondents.
15      There is also 4.6 million of taxes which were paid
16  by NAE, although the principal amounts were paid by
17  Allied or another company of the respondents, and
18  they've all been paid -- principal amounts have been
19  paid.  Just to explain briefly how those taxes arise,
20  you may have an invoice for 1 million and then there may
21  be VAT on top of that, and also deducted from that is
22  Nigerian withholding tax, and then a further local tax
23  as well.  So the amount you pay to the supplier may be
24  900,000 out of that 1 million invoice, and then there
25  may be a further amount which is due to the tax

Page 145

1   a strict analysis, 1.1 is not supported by documentary
2   evidence, and that's agreed with Mr Taylor.
3       And then of the amount that's supported by
4   documentary evidence, 2.7 million is in respect of --
5   has documentation only from related parties.  So 1.7 of
6   that 2.7 is back to this operating activity indirect
7   share and the rest are principally allocation of
8   helicopter charges, so the helicopters operated for
9   a number of Eni's Nigeria operations, they are invoiced
10  by Bristow, the helicopter company, to a different Agip
11  Eni company in Nigeria, who then invoiced the different
12  ventures.  There are some quite detailed invoices from
13  that Eni Group company with the helicopters, the hours,
14  pages and pages of it allocating it out on an hours
15  basis, and in some cases we have the underlying Bristow
16  invoices, and in some cases we don't, and so the amount
17  where we don't have the underlying Bristow invoices are
18  characterised here as having only documentation from
19  related parties because we don't have the underlying
20  sort of third party cost.
21      And then on my final slide there is a question, of
22  course, about whether or not payment evidence is
23  required, and it's helpful, I think, to illustrate that
24  by looking at the 7.7 million for which there is no
25  payment evidence.  1.9 million relates to the provision

Page 147

1   authorities which is paid separately.
2       So just returning then to the topic of what's been
3   classified by Mr Taylor as non-permitted, there is
4   operating activity indirect share of 1.7 million, of
5   which 1.1 million of this relates to the provision of
6   production personnel, and then some smaller amounts.
7       Moving on then to the level of documentary evidence
8   required to support the costs.  There's 1.1 million
9   that's not supported by documentary evidence, as I've
10  classified it.  It is worth noting there that, you know,
11  as with all of this there are shades of grey.  So, for
12  example, within that within 1.1 million of not supported
13  by documentary evidence, there are some charges where
14  the whole charge is split on two invoices, for example,
15  40 per cent invoiced in local currency, 60 per cent
16  invoiced in US dollars.  We have the invoices for the
17  40 per cent invoiced in local currency.  We don't have
18  the invoices for the 60 per cent.  So the way I've
19  classified that is that the 60 per cent items are
20  considered to be not supported by documentary evidence,
21  albeit that we do have the invoices for the other
22  40 per cent that clearly state they are 40 per cent.
23  So, again, one could say that some of that not supported
24  is in fact supported by that or by other means, such as
25  it's in a regular period of payments, et cetera.  But on

Page 146

1   of security vessels, and there is no evidence of that
2   being paid.  I note there was a budget, a preliminary
3   budget, for 2012 with an amount of 5.4 million for
4   security vessels, and then the half-year amount is
5   1.9 million.  But there is no direct evidence in terms
6   of bank statements and payment orders of those amounts
7   being paid.
8       There is 2 million in respect of amounts due to
9   Nigerian tax authorities, and this is where, if we go
10  back to the $1 million invoice with the 900 payable to
11  the contractor, we have evidence of the payment of the
12  900.  What we don't have is the evidence of the payment
13  to the tax authorities of the other 100,000 that makes
14  up the 1 million.  They are bundled together on
15  a monthly -- the payments for Nigerian tax authorities
16  are based on charges paid in a particular month, and the
17  documentary link between those payments and the
18  underlying invoice that gave rise to the liability is
19  not particularly strong at times.  So it is quite hard
20  when you have a lump sum payment to Nigerian tax
21  authorities sometimes to work out exactly which invoices
22  that relates to.
23      And then 2.8 of the 7.7 is back to this related
24  parties point.  Again, with the big amount being the
25  indirect operating share.

Page 148

37 (Pages 145 to 148)

1    And then the final category is whether it is
2    appropriate to include amounts for goods and services
3    after 28 June.  This is a small amount.  It is
4    0.3 million.
5        The largest single amount is 200,000.  This was the
6    importation licence for the -- the temporary importation
7    licence for the FPSO.  They paid for a 12-month licence
8    in -- well, they paid in April on an invoice from March.
9    Clearly, an element of that importation licence relates
10   to the period after the end of 28 June.  I haven't seen
11   any suggestion that Allied didn't continue to receive
12   the benefit of having the importation licence, but on
13   a strict reading part of that charge does relate to the
14   period after 28 June, albeit that part of it relates to
15   prior and was a 12-month licence, and so that's the
16   final amount of difference in the final adjustment
17   statement numbers.
18       Thank you.
19   THE CHAIRMAN:  Thank you very much.  Mr Wade.
20           Cross-examination by MR WADE
21   MR WADE:  Thank you, Mr Good.
22       Before I turn to a number of questions that
23   I have -- I hope we will be able to finish them within
24   the 30 minutes I indicated, so there aren't many,
25   hopefully -- one question on your slides, would you like

Page 149

1    relation to how that was calculated you say:
2        "The way in which this figure in these tables has
3    been computed though is quite different.  It doesn't
4    bear ..."
5        Sorry, the second point to pull -- did I mark the
6    right place?  Goodness.  Right:
7        "The way in which this figure in these tables has
8    been computed though is quite different and doesn't bear
9    any relation to that figure."
10       And there you are talking about the 570 figure:
11       "This has been computed as the difference between
12   based on looking at Dr Moy's column and estimated future
13   oil production at the date in an actual scenario and
14   a scenario 'but for' what is complained of and the
15   values are there are 150 million as an estimated actual
16   value and that date and approximately 180 million but
17   for the matter that was complained of."
18       Remember that?
19       And I'm not sure I read it very well or perhaps it
20   sounded better when you said it --
21   A.  I hope so.
22   Q.  My question is, you're describing the way in which these
23   figures were calculated, and the way they were
24   calculated, as I understand them, is the estimated
25   future oil productions in the actual scenario compared

Page 151

1    paper copies of the slides or are you happy with what
2    you have on your screens?
3    THE CHAIRMAN:  As a general matter we're happy I think with
4    what we have on the screens.  By the way, just for your
5    information, we have electronic copies of Dr Moy and
6    Mr Filippi's presentations, but not of all of the
7    experts, and we would appreciate having all of them.
8    You have probably sent them ahead to us but I couldn't
9    locate them.  Sorry to interrupt.
10   MR WADE:  That's very useful.  I will also say that since
11   we're talking about documents, we will be looking at
12   some of the schedules to your joint report and some
13   others, and even on the A4 version they are quite small,
14   so I have larger A3 reproductions of them here, which
15   I think you will appreciate because you won't have them
16   on screen, and I can't see them very well on A4.
17       But before we go to all of that, just on page 2 of
18   your presentation when you were talking about the loss
19   of the sale to CPL entry.  Do you remember that?  That's
20   on page 2, if you want to flick back so you can see it.
21   Have you already?
22   A.  Yes.
23   Q.  You have.  Fantastic.  And when you described the way in
24   which this loss, which I know you don't accept on the
25   basis of Mr Filippi's forecasts it's not a loss, but in

Page 150

1    with the estimated future production, both of them are
2    reduced to net present value, and the larger is taken --
3    the smaller is taken away from the larger and the
4    resulting amount is either the damage, which we see
5    there as 28 -- the loss 28,000,000.3 or in square
6    brackets the amount in excess of the market value of the
7    asset; is that correct?  That is how I understood your
8    explanation.  And my question is -- then let me ask
9    a question?
10   A.  Can I just clarify, you've moved to a concept there of
11   market value.  I'm not sure I discussed market value per
12   se.  One could say market value is what it was sold for,
13   but the rest of the explanation absolutely I agree with,
14   and it's looking into the future from that date, what's
15   the future cash flows expressed as a lump sum at that
16   date on a actual situation and a "but for" the matter
17   complained of situation.
18   Q.  And my question in relation to that process is, do you
19   disagree with that method of calculation?  Is that the
20   appropriate method to calculate this kind of loss that
21   is complained of, in your view?
22   A.  Well, it's an arithmetical way of coming to this number.
23   If you know that the asset was sold for -- asset plus a
24   few resources, some resources was sold for -- was sold
25   for 570 million, and then the value, if it is damaged or

Page 152

| | | | |
|---|---|---|---|

1   not, is below 200 million, then there is a question
2   about whether you could have got more than the
3   570 million you actually got if the asset hadn't have
4   been, as is alleged, damaged.
5   Q.  So you accept, then -- I think you accept that the
6   process of discounting future income in the actual
7   forecasted scenario and the "but for" forecasted
8   scenario and comparing them is an appropriate way of
9   calculating damages in these circumstances, and you have
10   a caveat to that, which you've just explained.
11   **A.  I have a caveat that where you know what it was actually**
12   **sold for that needs to inform your question about**
13   **whether there was actually a loss.  The answer, sorry,**
14   **to your question about whether there was actually**
15   **a loss.**
16   Q.  Okay.  But in principle the process is something that
17   you accept and you are used to you, you know and
18   understand?
19   **A.  I understand the process, yes.**
20   Q.  And you think it's appropriate but subject to that
21   caveat that you've mentioned?
22   **A.  Subject to that caveat.**
23   Q.  Turning back then to your reports, you looked at the
24   reports in your bundles and this is not something I am
25   going to take you to but I am mentioning for the

Page 153

1   read Dr Lawal -- Dr Lawal.
2   Q.  Lawal.  Did you read the cross-examination of Mr Casula?
3   **A.  I think I was --**
4   Q.  That was on Day 4?
5   **A.  Yes, I think I have --**
6   Q.  Okay, I have a copy --
7   **A.  -- but no doubt you will take me to a particular point.**
8   Q.  Let me give you the relevant documents, should I be able
9   to find them at all. (Pause).
10       For ease of reference, you probably have them
11   electronically.  (Handed)
12       This is an excerpt, it is not the entire day but the
13   entire day is available to all of us.  Can you please
14   turn to page 38, at lines 5 to 9, and have a quick look
15   there.  By way of context, I was asking Mr Casula
16   questions about why NAE had failed to pay certain costs
17   incurred by Allied on behalf of NAE, and his response to
18   me was that:
19       "NAE couldn't -- could not pay simply receiving
20   an email, even a short letter saying we sent X million
21   dollars.  We want to see -- because when we have
22   internal audits we have an auditor from third parties,
23   we have to see all the proper supporting documents."
24       And then skipping a few lines down at line 18 --
25   lines 18 to 23:

Page 155

1       Tribunal, should you ever wish to look for the
2   appendices to Mr Good's report you won't find them in
3   the bundles you looked at.  They are in bundle F32, and
4   I am not sure that we need to go there at all, but
5   that's just a reference point for you.
6       Can I ask you, please, to tell me whether you were
7   assisted by anyone in preparing these reports?
8   **A.  Yes, I was, as I set out I think in the first section of**
9   **my report.**
10   Q.  Who were you assisted by?
11   **A.  I was assisted by two colleagues who are sitting over on**
12   **my left, principally, Ms Stewart and Ms Scott.**
13   Q.  Anyone else at all?
14   **A.  Yes, there were others helped check.  There were others**
15   **who helped prepare some of the modelling work.**
16   Q.  Everyone from KPMG, then?
17   **A.  All the people who helped prepare this report, yes, from**
18   **KPMG.  I would say the people from Navigant helped with**
19   **the joint statement because that was a collaborative**
20   **process.**
21   Q.  Thank you.  Now, you also told us that -- although
22   I think you were here on the first day or the second
23   day -- but you read the transcripts for the day that you
24   weren't here?
25   **A.  I haven't read every day, every transcript, no.  I did**

Page 154

1       "Again, we pay when we get -- or from the supplier
2   all the proper supporting documents duly certified by
3   the on board representative.  Not if we receive
4   an invoice without all the attachments, we cannot pay
5   [Later, that might be].  Later on somebody can obviously
6   argue that we follow the wrong procedure."
7       My question broadly about that is, that sounds
8   sensible to you, doesn't it?
9   **A.  In the context of NAE paying costs to third-party**
10   **suppliers, very broadly, yes.**
11   Q.  And it is right also that the supporting documents that
12   he was looking for included invoices and their
13   attachments.  That's an appropriate document to look
14   for, isn't it?
15   **A.  Yes, and invoices -- and appropriate documentation, yes.**
16   **And it may need the attachments.**
17   Q.  And proof of payment is also an appropriate -- it's is
18   not mentioned in his comments but it's also
19   an appropriate document -- supporting document to look
20   for, isn't it?
21   **A.  Well, it's -- it's a supporting document you could look**
22   **for.  The question is appropriate for what?**
23   Q.  Appropriate for reclaiming a cost you've expended.
24   **A.  In a financial statement audit, for example, you don't**
25   **look for payments when you're looking at a list of**

Page 156

39 (Pages 153 to 156)

1      expenditures.  Is it a necessary condition?  In all
2      circumstances, I can't imagine that it would be, no.
3      Q.  And so there are circumstances in which you can make
4      a claim for costs without proving that you've expended
5      the cost.  Is that what you're saying?
6      A.  Yes.
7      Q.  Can you give me examples of those circumstances?
8      A.  When I bill NAE for a hotel, I won't be proving that
9      I've paid the hotel for NAE.  I will be giving them the
10     invoice from the hotel.  That's a very superficial
11     example, but there are plenty of circumstances where you
12     provide the invoice but you don't necessarily provide
13     the proof that you've paid that invoice.
14     Q.  NAE is clearly a very generous invoice reimburser.  Are
15     there any other business-related circumstances you can
16     think of, other than your personal hotel bills?
17     A.  Well, it doesn't have to be personal hotel bills.  It
18     can be any third party disbursement.
19     Q.  Okay.  Any third parties.  All right.
20         Can you think of any other appropriate supporting
21     documents which you would expect to see?
22     A.  Well -- and this is in the context that you don't --
23     this is not a menu from which you have to have
24     everything.  It's you form a view based on the documents
25     available but, for example, you might look for the

Page 157

1      contract, so for a large long-term project you would
2      look for a contract.
3      LORD HOFFMANN:  Mr Wade, are you asking him about his
4      methodology and Mr Taylor's methodology for working out
5      the sums that they have done or are you seeking to
6      establish kind of custom of the trade in respect of the
7      demand on you for the adjustments?
8      MR WADE:  I am asking for his opinion as an expert on what
9      he might expect to see, because --
10     LORD HOFFMANN:  But wouldn't the contract specify what you
11     were entitled to see?
12     MR WADE:  Well, if the contract leaves room for doubt his
13     opinion might be relevant.
14     LORD HOFFMANN:  So you are seeking to establish a custom of
15     the trade?
16     MR WADE:  I wouldn't say -- well, a custom of the
17     dealings -- a custom of the trade, yes, I accept that.
18     LORD HOFFMANN:  Thank you.
19     MR WADE:  Would you care to answer -- the question was: are
20     there any other types of supporting documents you would
21     expect to see in a cost refund claim?
22     A.  As I say, it would --
23     Q.  You said except.  What about internal accounts, is
24     that an acceptable supporting --
25     A.  It will depend on the nature of the charge but quite

Page 158

1      possibly, yes.
2      Q.  What about accruals?
3      A.  Well, an accrual is not a type of document, it's
4      a record of an expected future expenditure.  And
5      certainly for a final adjustment statement produced
6      20 days after the period end, then I would be very
7      surprised if there weren't accruals in there, because
8      you wouldn't know at that point all the details of all
9      the costs you might not have been -- you might well not
10     have been invoiced for some of the costs that relate to
11     that period yet.
12     Q.  And my final question about that, is there any hierarchy
13     which you would expect to see?  Is there a hierarchy
14     in the sense that you would accept some types of proof
15     of payment as establishing a claim and some which are of
16     a lesser value in that regard?
17     A.  Well, I think the fact that I've broken out the third
18     party documentation from an internal NAE
19     documentation -- or Eni documentation, rather,
20     acknowledges that an invoice from a related party from
21     a group company, you have to look at it in a slightly
22     different way.  On the other hand, for indirect
23     operating overhead, that is all there is going to be
24     because by its very nature it's a parent company cost
25     that's being charged down to you, and then also you

Page 159

1      might look at, for example, the helicopter invoices and
2      think, well, these are very detailed, they are very
3      specific, they relate to specific trips, specific times,
4      you can see the allocation methodology is very clear on
5      them, and we may be prepared to accept them.  But as
6      a general rule you might apply a different level of
7      thinking when you looked at a related party invoice as
8      compared third party invoice.
9      Q.  And the third party invoices would rank higher?
10     A.  Potentially, yes.
11     Q.  Okay.
12     THE CHAIRMAN:  Mr Wade, may I?  Mr Good, I believe but
13     correct me if I am wrong, there's a difference of
14     opinion between you and Mr Taylor with respect to the
15     charging of internal employees costs, am I correct in
16     that?
17     A.  So this is the 1.7 million of indirect operating
18     overhead, yes, that appears in pretty much all the
19     categories in the presentation, both no third party
20     documentation and then no payment and whether permitted
21     or non-permitted.
22     THE CHAIRMAN:  So you take the view that certain costs of
23     NAE employees were allocated probably to the Oyo GSO or
24     whatever but, therefore, are properly part of the
25     positive adjustment; correct?

Page 160

1    A. **Essentially, partially, sorry.  Under annex B,**
2       **Schedule 2 of the PSC, which effectively sets out the**
3       **rules between the parties, it is very much envisaged**
4       **that those types of costs can be charged to the joint**
5       **account.  Whether they are permitted or not permitted**
6       **under the terms of the amended SPA is not really**
7       **something I can get into.  And then just to note that**
8       **1.1 million of that is, if you like, NAE personnel, it's**
9       **operating costs of the FPSO, it relates specifically to**
10      **the FPSO as opposed to overhead.**
11   THE CHAIRMAN: But the contractual basis is the annex to the
12      PSC for you for charging those costs, is that --
13   A. **While acknowledging that the amended SPA mill have**
14      **something to say about whether in these circumstances it**
15      **is appropriate to include them in the final adjustment**
16      **statement.**
17   THE CHAIRMAN:  Did either you or Mr Taylor look at the past
18      practices with respect to charging those costs?
19   A. **Yes, I tried to.  The Schedule B ones are very high**
20      **level unfortunately.  So they don't give a detailed**
21      **breakdown of the costs to enough level to enable me to**
22      **work out whether they were in there.  But they were**
23      **certainly envisaged in the PSC.**
24   THE CHAIRMAN:  Thank you.
25   MR WADE:  Which is a convenient moment to ask you to open

1    but it will just be a little bit more boring if we do --
2    but you explain and set out the operation and effect of
3    Articles 8, paragraph 4 of Article 4 of annex B, which
4    you just mentioned in your response to the chairman's
5    question.
6       You deal with Article 8.1(a) and (c) and -- sorry,
7    8(1)(a)(c) an Article 8.3 and Article 8.1(b) and
8    Article 8.1(d), and I think 8.1(e) as well.
9       My question to you really is whether, having looked
10   at all of those Articles and paragraphs of the annex and
11   explaining them, did you have any difficulty in
12   reviewing those Articles and understanding their effect?
13   A. **These Articles set out the cost -- cost splitting, if**
14      **you like, and the cost recovery, the way in which the**
15      **gross revenues are to be calculated and then split and**
16      **allocated between the co-venturers for want of a better**
17      **word.  It is a complex mechanism, but you can work your**
18      **way through it.**
19   Q. And you worked your way through it without any help from
20      any lawyers, didn't you?
21   A. **Well, I had Mr Bamford and Mr Taylor's report to help me**
22      **understand it.**
23   Q. But you checked the PSC yourself, I assume?
24   A. **Yes.**
25   Q. And you understood that what Mr Taylor saying was

1       your report, which is at D2, tab 5.  The chairman just
2       asked you about certain aspects of the PSC, or at least
3       you answered with regards to certain aspects of the PSC,
4       and can you go to paragraph 2.3.1 or section 2.3, which
5       is at page 256 of the bundle.  I am just going to skip
6       through some of the paragraphs here quite quickly but
7       stop me if you'd like to.
8          At 2.3 -- in that section generally you set out your
9       understanding of the operation of the PSC.  That's what
10      you say there.
11   A. **Yes.**
12   Q. And that's correct, isn't it?
13   A. **Yes.**
14   Q. And 2.3.2 you provide an overview of Articles 6,
15      recital 1, Article 7.4A(i) and Article 7.4A(ii) of the
16      PSC; is that correct?
17   A. **Certainly the Articles referenced in the footnotes, yes.**
18   Q. Are those the Articles?
19   A. **I don't have an encyclopedic knowledge of the PSC to**
20      **know whether other aspects of the PSC are also reflected**
21      **in this paragraph, but --**
22   Q. All right.  But those are the ones you refer to?
23   A. **Yes.**
24   Q. And in the following paragraphs, 2.2.3 down to 2.3.6 you
25      explain -- and we can go through each one if you want

1    correct, didn't you?
2    A. **The way in which he'd mathematically applied the PSC was**
3       **correct in his financial model, yes.**
4    Q. And you weren't helped by any lawyers in doing this
5       process, were you?
6    A. **No.**
7    Q. So whilst we're in your statement, can we go, please,
8       now to paragraph 5.1.9, which is on page 298, all the
9       way at the end there.  And in that paragraph you note
10      that after you received Mr Taylor's report and you
11      reviewed it -- and I think NAE -- you say there that NAE
12      further reviewed the items within the positive
13      adjustment and they provided you with additional --
14      well, they provided, it says here, but I am assuming
15      they provided them to you first -- they provided
16      additional supporting information in respect of its
17      updated schedule.  The updated schedule I think is the
18      final adjustment statement; is that correct?
19   A. **Yes, that's additional to the material that was attached**
20      **to Mr Taylor's report.**
21   Q. Okay.  And can you turn briefly to paragraph 5.2.10,
22      which is on page 302.  Sorry, page 300.  There again you
23      have a reference to NAE collating further evidence of
24      amounts paid and providing them to you as well,
25      I resume.  You don't say it there, but I presume it was

1    provided to you, is that correct?
2    **A. Yes, this is material trial that wasn't attached to**
3    **Mr Taylor's report.  It was then provided to me by**
4    **NAE --**
5    Q. And then now to page 302 to paragraph 5.2.17, and again
6    there is a reference there to:
7        "Additional information now being provided to me by
8    NAE."
9        And the examples of the additional information you
10   were given there were invoices reflecting amounts which
11   were initially included within accruals.
12   **A. Yes.**
13   Q. Were there other invoices that were given to you at that
14   time?
15   **A. I can't be definitive.  My recollection is that that was**
16   **the principal reason in respect of invoices.**
17   Q. Okay.  Can I ask you now to turn to Schedule 7,
18   appendix 7 of your joint report with Mr Taylor, and this
19   is one of those documents which I think you might
20   benefit from a larger copy, that's assuming, of course,
21   that I have it.  I can't read this in A4, so if you're
22   stuck with an A3 you are even worse off. (Handed).
23       Now, as I should say straightaway that although this
24   was provided as an attachment to your joint report, this
25   is not an agreed attachment.  This is a schedule of

Page 165

1    the first and only evidence Mr Taylor had been provided
2    with, as he says, I'm not disputing or doubting that
3    for one moment but just simply the source of that
4    comment for the first time with his report.
5    Q. So you don't know when these documents were provided to
6    Mr Taylor for the first time is what you saying
7    effectively?
8    **A. He says it with his report, and I'm absolutely saying --**
9    Q. Actually he says it was with your report.
10   **A. Sorry, with my report, and I am absolutely -- if that's**
11   **what he says, then I'm very happy to accept that.**
12   Q. Okay.  And so equally you haven't looked at the
13   computation, so you don't know whether the computation
14   is right or wrong?
15   **A. Well, in terms of --**
16   Q. The 21 million --
17   **A. -- whether it adds up.**
18   Q. -- at the bottom there?
19   **A. I haven't add it up, no.**
20   Q. You haven't added it, okay.  So when it's stated as not
21   agreed by you, it's not that you disagree with anything
22   you just haven't checked anything?
23   **A. Correct.**
24   Q. Okay.  Then, that helps us with that one.  Turning to
25   appendix 3 of your joint statement --

Page 167

1    costs -- well, it's an appendix that you don't agree to.
2    **A. I'm not saying I don't agree, it's just something**
3    **that --**
4    Q. That's what you said.
5    **A. -- that is not relevant to my work and that I've not**
6    **looked at.**
7    Q. Okay.  Well, in this schedule Mr Taylor set out the
8    details of 21.3 million -- an explanation of the
9    21.3 million related to the permitted items that were
10   incurred in the relevant date, and which are supported
11   by payment evidence provided by -- to Mr Taylor for the
12   first time with the publication of Mr Good's report.
13   Now, I was going to ask you, and I believe you've
14   already answered that question, what part of this you
15   didn't agree with?  Did you not agree or do you not
16   agree that these documents were provided -- the
17   documents listed here were provided for the first time
18   with your report?
19   **A. I simply haven't been through and ticked off as**
20   **an exercise whether the documents were not attached to**
21   **Mr Taylor -- firstly, whether the documents were or**
22   **weren't attached to Mr Taylor's report and, therefore,**
23   **fit the category of the title and, secondly, whether**
24   **there was other payment evidence already attached to my**
25   **report which this merely augmented or whether this was**

Page 166

1    PROFESSOR LEW:  Are we done with this?
2    MR WADE:  We have.  I am sure you will want to frame it and
3    keep it forever but we have for now.  Again I have
4    a larger -- it is not exactly -- I am told it's not
5    an exact copy, it's reformatted, but all of the data is
6    exactly the same within -- apparently to make it larger,
7    if you just print it out on A3 you get the same size of
8    text.
9        Can I ask you to look, please, at the left-hand box
10   in that under the heading -- it is four from the left --
11   "Amounts supported by documentation internal or
12   external".
13   **A. Yes.**
14   Q. Am I correct in understanding or am I just -- never mind
15   my understanding, am I correct that you were able to
16   agree the figure of -- I am going to go down the figures
17   but ultimately the figure of 45,421, were you able to
18   agree these figures as a result of the additional
19   documents that were provided together with your report?
20   **A. The number would have been different if I'd only relied**
21   **on the information attached to Mr Taylor's report.**
22   **Could I only agree -- some of the numbers, I think**
23   **I would have been able to agree or they would slightly**
24   **different and are augmented or changed by the material**
25   **attached to my first report.**

Page 168

1  Q. Indeed, you say augmented.  Some of the figures actually
2     become larger as a result of the documents and some
3     reduce --
4  A. Yes.
5  Q. -- as a result of the documents provided by you for the
6     first time.
7  A. By NAE to me, yes.
8  Q. By NAE to you and then by you to Mr Taylor --
9  A. Yes.
10 Q. -- the first time.  So when you compared the documents
11    to the figures claimed, you were then able, on the basis
12    of those documents, to agree the figures on that column
13    and, indeed, in the next column down.  So in the
14    "Amounts supported by payment evidence" you were able to
15    agree the figures as a result of the documents provided with
16    your report or --
17 **A. Again, the number would have been different, but for the**
18    **material that is attached to my report that wasn't**
19    **attached to Mr Taylor's report, yes, and --**
20 Q. Now, do you still have your statement open?  Your
21    statement, is it nearby?
22 A. Yes.
23 Q. Or the joint -- anyway, finally with regard to the final
24    adjustment statement, but touching on the admitted/not
25    admitted issue, at paragraph 5.2.4 of your report you

1     say that you don't -- and you said as much in your
2     introduction -- you didn't give an opinion in relation
3     to Mr Taylor's categorisation of the items as permitted
4     or not permitted.  And although you didn't say so
5     expressly, is it fair to say that you didn't give
6     an opinion because you were instructed not to?
7  **A. I was -- I've been asked from the outset -- told from**
8     **the outset that I don't need to consider that, and asked**
9     **not to consider it.  Obviously I've read the amended**
10    **SPA, and clearly based on the cross-examination of some**
11    **of the witnesses there's been some questions in**
12    **particular about the GSO costs and whether they should**
13    **be included and also the wording of the amended SPA and**
14    **whether that covers or doesn't cover items potentially**
15    **that aren't in that list of 12.**
16 Q. But within about eight words of the beginning of your
17    answer you said you were told not to consider that
18    categorisation --
19 A. Yes.
20 Q. -- and that's the reason you didn't; is that correct?
21 A. Yes.
22 Q. Good.  And then my next question about this is whether
23    you consider yourself competent to?
24 **A. I think I possibly went on to answer that with the**
25    **first -- the second part of -- to your earlier question.**

1  **But in summary, there seems to be a legal and factual**
2  **dispute about the GSO costs, which make up the bulk of**
3  **the non-permitted items, and then there is this question**
4  **about the wording in the amended SPA about potentially**
5  **agreeing or including other costs as may be agreed, and**
6  **those to me give sufficient -- well, they are uncertain.**
7  **I would -- I don't think as an accountant I could easily**
8  **come to a view at all.**
9  Q. Let's break that down into two, please, and I remind you
10    that you told me a short while ago that you were able to
11    construe the very complex provisions of the PSC with
12    regard to the allocation of costs, and so even though
13    you're an accountant this is something you have
14    testified you are able to do.  But looking just --
15 LORD HOFFMANN:  I am not sure that's a fair way of putting
16    it, because he didn't suggest that there was any
17    difficulties of construction about the allocation of
18    costs, he just said it was a complicated exercise, and
19    he went through it.  What you're now asking him about is
20    really the construction of the contract.  What does it
21    mean?
22 MR WADE:  And I am asking whether he feels --
23 LORD HOFFMANN:  Well, I can tell you he can't tell us what
24    it means, we decide what it means.
25 MR WADE:  I accept your admonition with respect, and I will

1     just ask him then about the categories of costs, which
2     seem to be a simple accounting exercise, in my view.
3  LORD HOFFMANN:  Yes.
4  MR WADE:  Not a question of construing individual words.
5  LORD HOFFMANN:  Right.
6  MR WADE:  So from the point of view of an accountant, who is
7     not a lawyer, even though it can and has read complex
8     legal documents, would it be within your competence to,
9     if you were instructed, look at the categories of the
10    final adjustment statement, so the individual claims,
11    things such as security vessels, maintenance charges,
12    and form a view as to whether they were or were not
13    included in the permitted -- or to be included in the
14    costs to be claimed under the final adjustment
15    statement?
16 **A. So we have to, I think, set aside the GSO costs because**
17    **that --**
18 Q. That's what I was doing.
19 **A. -- would be a construction question.  There is then the**
20    **question about the wording about other costs as agreed,**
21    **and I think you're telling me just to set that aside for**
22    **the purposes of this --**
23 Q. Yes, I am just looking at the list.
24 **A. -- exercise.  So I set that aside.  So as a hypothetical**
25    **question having set aside that part of the amended SPA,**

| | |
|---|---|
| 1    **can I then attempt to characterise the other -- I think** | 1    Q. Are you answering "no" to my question then, about |
| 2    **it is 1.8/$1.9 million --** | 2    your -- |
| 3    Q. I wasn't asking about money, I was asking about the | 3    **A. I don't think I can, no.** |
| 4    categories. | 4    Q. All right. Moving on then to the question of the sale |
| 5    **A. Yes. So I may refer to my slide if that's okay.** | 5    to CPL, returning to that question. You already helped |
| 6    **I expect my computer has gone to sleep. I don't know if** | 6    us with that a little bit. |
| 7    **you have a hard copy.** | 7    In the joint report at paragraph 3.2, which is at |
| 8    Q. If you look at the big page I -- | 8    E3, tab 6, 315, we might not all need to go there, but |
| 9    **A. Would it be possible to have a hard copy of my slides?** | 9    I saw Mr Good was going there so I slowed down. As you |
| 10   Q. Of course. (Handed). | 10   said in your presentation, you agree with the |
| 11   **A. So I think then the question would be: is it possible to** | 11   calculation performed by Mr Taylor; correct? |
| 12   **allocate operating activity in direct share, the IT** | 12   **A. Yes.** |
| 13   **costs, the telecom services and the bank commission?** | 13   Q. And applying Mr Filippi's forecasts you reach |
| 14   Q. Which page are you looking at? | 14   a different result of your own; is that correct? |
| 15   **A. I'm looking at slide 5.** | 15   **A. Well, not on my own but, yes, we both reach a different** |
| 16   Q. Slide 5, yes. Take those as an example. | 16   **result.** |
| 17   **A. Well, I think they are the items pretty much. IT costs** | 17   Q. Okay. Sorry, a different result was reached and you |
| 18   **and telecom services, again, sorry, I would need the** | 18   agree with it -- |
| 19   **wording of the amended SPA in front of me to do the** | 19   **A. Yes.** |
| 20   **allocation exercise.** | 20   Q. -- applying Mr Filippi's forecasts. And then on the |
| 21   Q. That's at bundle A. (Pause). | 21   following page, at point 3.3, you set out the reasons in |
| 22   MR NESBITT: Sorry, Mr Chairman I don't want to interrupt | 22   summary for your disagreeing that Allied suffered a loss |
| 23   Mr Wade's, flow but I'm entirely sure what the point of | 23   of $28.3 million. And I think it's fair to say that you |
| 24   this exercise is because it is a matter on which Mr Good | 24   set them the in summary there, not in full, because you |
| 25   said he hadn't been instructed, and it's a matter of | 25   do in report set them out in greater detail. But tell |
| Page 173 | Page 175 |
| 1    construction of the contract for the Tribunal, if indeed | 1    me if I am fairly summarising your view. The reasons |
| 2    Mr Wade is trying to get him to perform the exercise he | 2    for your disagreement is that the 2014 sale price to |
| 3    appears to be getting him to perform. | 3    CPL, around $576 million for the NAE beneficial interest |
| 4    MR WADE: So let me clarify what I am trying to do. The | 4    was higher than the modelled "but for" market price of |
| 5    question is whether he was competent, in his opinion, to | 5    215 million for that interest? |
| 6    do so, I'm not asking him to do so. So that is the | 6    **A. Well, the modelled amount has gone down, firstly, as** |
| 7    extent -- | 7    **a result of Dr Moy's changes to about 180 but, secondly,** |
| 8    MR NESBITT: Well, that's a yes or no answer, really. | 8    **I am not sure that's the right comparison because the** |
| 9    MR WADE: Yes -- | 9    **question is what the -- the one-fifth -- I think the** |
| 10   MR NESBITT: I think he said no. | 10   **right comparison is to the 150, which is the actual. So** |
| 11   MR WADE: But Mr Good wants to go to these documents and | 11   **the comparison -- sorry, I am confusing everybody,** |
| 12   I am going to prevent him. | 12   **including myself, I think. The comparison is the 576 or** |
| 13   THE CHAIRMAN: I think the expert asked to look at his | 13   **574, according to Dr Lawal, of sale price versus what it** |
| 14   slides. The expert is now looking at the slides and | 14   **was actually worth, 180, in the "but for".** |
| 15   will answer the question, and we'll see where that leads | 15   Q. Yes. |
| 16   us. | 16   **A. Yes.** |
| 17   MR WADE: You also wanted to look at bundle A/2 -- A, tab 2, | 17   Q. So I think from your comments, and perhaps this is the |
| 18   page 66. | 18   source of the confusion, you agree that the price of the |
| 19   **A. So I am on page 66, the very bottom line. I think any** | 19   sale to CPL of 576 million is not properly comparable |
| 20   **attempt to allocate these costs, to give a relatively** | 20   with the "but for" price that was calculated by |
| 21   **short answer, will depend on the construction of the** | 21   Mr Taylor, because Mr Taylor is only calculating the |
| 22   **provision and operation of maintenance services and** | 22   "but for" value of the income stream from the Oyo |
| 23   **whether these costs fell within that category or indeed** | 23   central field? |
| 24   **any of the other categories, but in particular the** | 24   **A. Yes. And, as I indicated in my presentation, the** |
| 25   **provision and operation of maintenance services.** | 25   **overall NAE beneficial interest will include the rights** |
| Page 174 | Page 176 |

44 (Pages 173 to 176)

| | |
|---|---|
| 1   to resources not part of Oyo central.  As I set out in | 1   market -- fundamentally you're taught as the 101 of |
| 2   the joint statement, certainly the (inaudible) valuation | 2   market valuation it is worth what someone is prepared to |
| 3   values that at about 10 or $11 million, although there | 3   pay for it. |
| 4   are, as Mr Taylor references, some other valuations that | 4   Q.  But you don't disagree with the method that Mr Taylor |
| 5   put different numbers on that. | 5   adopted in there -- |
| 6   Q.  And with regard to the other asset, whatever the value | 6   A.  Well, subject to the caveat, which comes straight back |
| 7   ascribed to them, would you agree in principle that if | 7   to the same point. |
| 8   you sell a bundle of assets in one sale and the value of | 8   Q.  Finally, in relation to this, in point 3.0.3 -- |
| 9   one of them increases, then the value of the total | 9   I'll struggle to find the page, probably -- at page 318 |
| 10  should also increase? | 10  you make an odd little comment there, I thought.  You |
| 11  A.  Well, it depends on whether you would have got more than | 11  say, talking about this difference -- |
| 12  576 for the package depending on the state of the | 12  PROFESSOR LEW:  Where are you? |
| 13  reservoir, and I don't think I can say that the | 13  MR WADE:  At page 318 at the very bottom of what is |
| 14  difference is so huge you could easily say that it will | 14  point 3.3.  You make a kind of concluding sweeping |
| 15  make no difference at all.  But you can't know.  You | 15  comment where you say: |
| 16  can't know. | 16       "In any event ..." |
| 17  Q.  Right.  The other point you appear to make is that -- | 17  A.  Sorry, I'm not -- |
| 18  and I am not sure I follow the basis for this, perhaps | 18  Q.  Page 318 in the joint report. |
| 19  you could help me -- is that comparing the price which | 19  A.  318? |
| 20  Allied paid for the assets in 2011 of 250 million, and | 20  Q.  Yes.  Are you looking at tab 6?  Tab 6, sorry.  It is |
| 21  the price it then sold it for two years later, there | 21  E3 -- |
| 22  just can't be a loss seems to be what you're saying. | 22  A.  Ah, sorry, yes. |
| 23  I'm not sure I understand the reasoning for that | 23  Q.  -- tab 6, page 318. |
| 24  assertion.  You compare the two prices, you say 250 in | 24  A.  I've got it. |
| 25  2011, 576 in 2014, there can't have been any loss. | 25  Q.  And it's just an odd comment there from you, I thought. |
| Page 177 | Page 179 |
| 1   A.  I think the purpose of looking at the 250 was to say, | 1   You mentioned that of the 250 only 100 million has been |
| 2   well, that was not just for the valuation of the Oyo | 2   paid.  And is that relevant to your calculations? |
| 3   reservoir, the Oyo central, which is part of the | 3   A.  In this context, no.  Although, as I understand it, it |
| 4   calculation that Mr Taylor has done and that I've looked | 4   is factually accurate. |
| 5   at that comes to on an undamaged basis, 180, but | 5   Q.  Did somebody ask you to put it into your report? |
| 6   includes the whole package, including the rights to the | 6   A.  No. |
| 7   resources. | 7   Q.  No.  You just thought "I shall add that in there because |
| 8        So that's looking at then the difference, if you | 8   it's not relevant to my calculations", but you had |
| 9   like, that could possibly be attributed to those | 9   a strong urge to put in the there? |
| 10  resources there and saying "Okay, so that doesn't bridge | 10  A.  Well, the 576 is the consideration that has passed as |
| 11  the gap between the 576 actual sale price", and what | 11  a result of the sale, and the 100 million is what has |
| 12  Mr Taylor says and I agree computationally it was worth | 12  passed as a result of the acquisition of the same asset |
| 13  even in an undamaged state, so if undamaged it is only | 13  two years before. |
| 14  worth 180 and you've sold it for 576, I still struggle | 14  Q.  How does that affect the calculations you've conducted? |
| 15  to see how you could sell it for more. | 15  A.  Well, it's illustrating the gap between what has been |
| 16  Q.  That's an impressionistic point from you, it's not based | 16  paid for it and what it has been sold for. |
| 17  on any recognised economic theory or accounting | 17  Q.  It is irrelevant to your calculations, isn't it?  And |
| 18  principles, it's just your impression; is that right? | 18  you've put it there because you've taken sides on this |
| 19  Is that a fair point to make in criticism of your view? | 19  point, haven't you? |
| 20  A.  Only that the 576 is a very hard number.  It's the | 20  A.  I've only -- I've not taken sides on this point. |
| 21  hardest number that's available because it's the amount | 21  Q.  Well -- |
| 22  that was agreed for a transaction and reported in, you | 22  A.  I am simply pointing out factually how much has been |
| 23  know, audited SEC filings so -- or the components of it | 23  paid for the asset and how much has been sold. |
| 24  were, sorry, rather than the actual number.  So, no, | 24  Q.  But you point out a factual point that's just not |
| 25  I don't think it is entirely impressionistic because the | 25  relevant, is it? |
| Page 178 | Page 180 |

| | |
|---|---|
| 1  **A. If you're looking at the value of the asset, what has** | 1  Q. And can you please turn to page 354 in the bundle. |

**Page 181 (left column)**

1  **A. If you're looking at the value of the asset, what has**
2     **been paid for it and what it has been sold for is**
3     **relevant.**
4  MR WADE: I have no further questions, thank you.
5  THE CHAIRMAN: Thank you very much.
6  MR NESBITT: No redirect.
7  THE CHAIRMAN: Thank you very much, Mr Good. You are
8     excused as an expert.
9     Now, gentlemen, is it time for a break?
10     How are we doing on time?
11  MR NESBITT: Well, that was rather more than 30 minutes, but
12     there we are. It is almost 3.30 pm so we have a couple
13     of hours still --
14  THE CHAIRMAN: 3.45 then we will come back.
15  MR NESBITT: Sorry, sir, I was going to suggest would now be
16     good moment to address you on what I forgot to do after
17     lunch, which is in relation to the mail log document or
18     do you want to leave that to the end?
19  THE CHAIRMAN: Let's leave that to the end.
20  MR NESBITT: Okay.
21  THE CHAIRMAN: The Tribunal might have a proposal for the
22     parties to address that, but we'll listen to both --
23  MR NESBITT: You wanted to know factually what it was and
24     where it came from, and I can now tell you that, but we
25     can wait until later.

**Page 183 (right column)**

1  Q. And can you please turn to page 354 in the bundle.
2  **A. Yes.**
3  Q. Do you see there your signature below the "statement of
4     truth"?
5  **A. I do, yes.**
6  Q. Now, I understand you've identified a number of
7     typographical errors in this statement, which you would
8     like to correct; is that true?
9  **A. Yes, there are a few things I wanted to correct.**
10  Q. And do you remember where they are? Would you like me
11     to direct you to them?
12  **A. I think I can remember where they are. There are three**
13     **of them. So the first one is on page 293 of the bundle.**
14  Q. Wait for everyone to be there. (Pause.)
15  **A. The figure on that page, figure 2, unfortunately that is**
16     **the ownership structure as of 22 November 2013 as**
17     **duplicated in my report in two pages' time. I copied**
18     **the wrong figure in. The correct figure can be found --**
19     **the correct diagram can be found at my exhibit 17,**
20     **MPJT17, page 8.**
21  THE CHAIRMAN: What paragraph of your statement or expert
22     report are you on?
23  **A. It is paragraph 3.2.5.**
24  THE CHAIRMAN: Yes.
25  **A. But it is over the page on page 17 of my report, there**

**Page 182 (left column)**

1  THE CHAIRMAN: We'll wait for later for that information.
2  MR NESBITT: All will be revealed. I hope it is worth
3     waiting for.
4  MR WADE: For the first time all will be revealed.
5  (3.28 pm)
6     (A short break)
7  (3.45 pm)
8     MR MARK TAYLOR (called)
9  THE CHAIRMAN: Good afternoon, Mr Taylor. Welcome to the
10     proceedings. Mr Taylor, you have provided an expert
11     report, and you've signed a joint report.
12  **A. That's right, yes.**
13  THE CHAIRMAN: And you understand that your duty is to
14     express your best professional opinion to the Tribunal?
15  **A. I do understand that, yes.**
16  THE CHAIRMAN: Very good. Mr Wade.
17     Examination-in-chief by MR WADE
18  MR WADE: Mr Taylor, do you have near you bundle E2?
19  **A. I do.**
20  Q. And I think it's open at tab 5. Can you confirm that it
21     is?
22  **A. It is.**
23  Q. And is that a copy of your expert report dated
24     24 February 2016?
25  **A. It is, yes.**

**Page 184 (right column)**

1  **is figure 2 "Ownership of the OMLs 22 July 2005". The**
2     **diagram beneath that heading is actually for the later**
3     **period, and the correct picture is as in my exhibit**
4     **MPJT17 on page 8.**
5  MR WADE: You won't know the bundle reference for it, so
6     I will inform the Tribunal, if I may. The bundle
7     reference is F19, tab 17, page 146. There is another
8     correction, I believe.
9  **A. There is. On page 29 of my report there is a table in**
10     **the middle of the page, table 4, a number of figures in**
11     **there.**
12     **The second column is headed "2011". The second row**
13     **of that column is "Royalty", and you can see all the**
14     **other numbers in that royalty row are negative numbers,**
15     **they are in brackets. Those brackets should be around**
16     **the 1830 as well. So that 1830 should be a negative**
17     **number. And then the revenue on the bottom line,**
18     **therefore, needs to be updated as well, so it is 50.5,**
19     **I think it is.**
20  PROFESSOR LEW: Sorry, could you say that --
21  **A. So the revenue changes to --**
22  PROFESSOR LEW: 9010.
23  **A. 9010 to 53.5. But those numbers don't flow through**
24     **anywhere into the report.**
25     **The last correction I think I am going to have to**

Day 10            NAE Arbitration            28 June 2016

1      ask Mr Wade to point me to it --
2 MR WADE:  Are you thinking of paragraph 4.3.4 of your report
3      on page 302?
4 **A. Yes, I am, thank you.  On paragraph 4.3.4 of my report**
5 **on page 26, which is page 302 of the bundle, in the**
6 **third line of that paragraph it starts "And CPL".  It**
7 **should read "And Allied".**
8 MR WADE:  Thank you.
9 **A. That's all my corrections.**
10 Q. Now, I see you also have what I think is bundle E3 in
11      front of you.  Could you open that at tab 6.
12 **A. Yes, I have that open at tab 6.**
13 Q. Does that contain a copy of your joint report with
14      Mr Good as amended on 15 June 2016?
15 **A. Yes, it does.**
16 Q. And if you turn over the page to page 308, is that your
17      signature next to the signature of Mr Good?
18 **A. Yes, it is.**
19 Q. And apart from the corrections you've told us about, is
20      there anything further that you would like to add or
21      clarify in those reports?
22 **A. No, there's not, thank you.**
23 Q. And subject to the updates that you've just given us and
24      the statements you will make in your opening remarks, do
25      those represent your full and independent opinions

Page 185

1      regarding the issues on which you've been instructed?
2 **A. Yes, they do.  The joint statement is after my report,**
3 **and so there are some things that might have been**
4 **updated in the joint statement.  But, yes, they do.**
5 MR WADE:  Okay.  I understand you have a presentation for
6      the Tribunal.
7           Presentation by MR TAYLOR
8 MR TAYLOR:  Yes, I do.
9      Good afternoon.  My name is Mark Taylor and I am the
10      expert accountant instructed by the solicitors to the
11      respondents.  I have got a presentation of 24 slides,
12      but many of them shouldn't require much discussion so
13      I hope to keep on time.
14      First, I am going to look at the respondents'
15      counterclaim.  Then I am going to look at the issues
16      relating to the final adjustment statement.  If
17      I colloquially refer to that as the FAS, so excuse me if
18      I slip into that terminology.  Followed by that I have
19      got a very brief comment on each of the Oyo-5 GSO costs
20      and the Oyo-7 drilling costs.
21      As we have already heard, Mr Good and I actually
22      agree on a lot of issues.  So I will try not to dwell on
23      what we agree, but I might have to talk about some of
24      what we agree on to put some of the issues into context.
25      My first area that I want to talk about is the

Page 186

1      counterclaim.  This slide is an overview of the timeline
2      in this matter, and the key points on this is that the
3      first dotted line in the top half is looking at
4      a transaction where Allied acquired the NAE beneficial
5      interests in which transaction NAE indemnified Allied
6      for the events that occurred to the left of that dotted
7      line.  The second dotted line is when CPL acquired the
8      NAE beneficial interests from Allied.
9      My loss assessment has got three principal parts,
10      but the biggest element is in respect of Allied's
11      ownership of the NAE beneficial interest, and that's the
12      small orange bar in the middle, and I assessed that loss
13      at $349 million.
14      My instructions in respect of the counterclaim were
15      to provide my opinion on the damages suffered by Allied
16      and its affiliates in respect of the NAE beneficial
17      interests and also the Allied and CINL beneficial
18      interests.  I was also instructed to provide my opinion
19      on the difference of the market value, the NAE
20      beneficial interest and the actual and "but for"
21      scenarios in February 2014 when it was sold to CPL.
22      It has been alleged that the oil production from Oyo
23      central area has been adversely affected, and any change
24      in the oil production will change the cash flows from
25      the Oyo central area.  The measure of damages is how

Page 187

1      much more the cash flows would have been in the "but
2      for" scenario over the actual scenario.  So
3      I, therefore, built a model that calculates the cash
4      flows arising from the different levels of production
5      from the Oyo central area.  My model calculates the cash
6      flows arising from the application of the production
7      sharing contract and what cash flows the various
8      interested parties would have received.
9      Mr Good identified a number of minor issues with my
10      initial model, and I updated my model for these.  These
11      updates are set out at appendix 1 to the joint
12      statement.
13      Mr Good and I agree that the final model that I've
14      created properly models the cash flow from the
15      production sharing contract.  As Mr Good pointed out,
16      we've got an agreed model between us.
17      By running my model using inputs of oil production
18      from either the actual scenario or inputs from the "but
19      for" scenario we can determine the differences in the
20      cash flows.  There were a few inputs on which Mr Good
21      and I agreed were secondary issues, and that's the
22      change in the cash flows from those issues would affect
23      the model, but we didn't know enough about those inputs
24      to actually amend the amounts in my model.  These are
25      set out in appendix 2 to the joint statement.  The two

Page 188

47 (Pages 185 to 188)

1 most important ones are the FPSO costs and the costs of
2 drilling the "but for" scenario wells, Oyo B and C.
3     The FPSO costs relate to the fact that NAE
4 negotiated a discount to the FPSO costs, and Mr Good
5 questioned whether the same level of reduction in the
6 FPSO costs would have been achieved in the "but for"
7 scenario, given that the "but for" scenario has higher
8 levels of productivity.
9     The "but for" scenario was modelled using the FPSO
10 as it actually was.  That is with the compressors not
11 working.  And Mr Nigido stated that the discount was
12 because the compressors weren't working.  So, in my
13 opinion, as the same FPSO is assumed in the same
14 condition in the "but for" scenario and the actual
15 scenario, the FPSO costs represent the correct level of
16 costs in the "but for" scenario.
17     On the second point, looking at the costs of the
18 drilling of the "but for" scenario, the Oyo wells B and
19 C, I used the actual drilling costs of other wells as
20 proxies for the costs for those, and I think this is
21 an entirely sensible and reasonable approach.
22     Mr Good noted that Mr Payne had a view that a number
23 of factors might affect the costs of drilling the wells,
24 and so there was some uncertainty there.  I acknowledge
25 that there might be factors that affect the costs of

1 drilling the wells, but I think using the proxies --
2 using the real-life drilling costs as proxies is
3 reasonable, and there hasn't been an alternative value
4 put forward, and so I think my opinions are reasonable
5 on that basis.
6     My model that is agreed between us as properly
7 modelling the cash flows from the PSC shows the impact
8 of the production forecasts as per Dr Moy and
9 Mr Filippi.  Using Dr Moy's forecasts, the losses are
10 527.9 million, and using Mr Filippi's forecasts they are
11 6.4 million.  The difference between these is entirely
12 down to the different input assumptions for the
13 production volumes and timings from Dr Moy and
14 Mr Filippi.  This is nicely illustrated by these two
15 charts, which I think we've all seen several times
16 before, which show the actual and "but for" by Dr Moy
17 and Mr Filippi.
18     It is immediately apparent that Dr Moy's view there
19 was a significant difference between the actual scenario
20 and the "but for" scenario, and that's what gives rise
21 to the significant loss, whereas in Mr Filippi's
22 forecasts there appears to be no such difference.
23     If you look at Dr Moy's forecasts, you can see that
24 the two lines, the actual and the "but for", diverge
25 most before 2016.  That is the loss is in respect of

1 historic periods.
2     The losses can also be considered in the tabular
3 format.  It is not immediately clear from this which
4 lines are for the loss.  So the top line A is the
5 biggest loss.  That was the loss for the middle orange
6 bar I pointed out on the timeline.  That's 349 million
7 using Dr Moy's forecasts.
8     The second biggest loss is row F, which is the top
9 part of the second half of the table, and that's
10 $130.6 million, and the last significant loss is 28.3,
11 which is the second line, and that's the loss on the
12 sale to CPL of 23 February 2014.
13     Although we agree the numbers in the table, the
14 point that we don't agree, as discussed Mr Good earlier,
15 is that we don't agree whether that amount actually
16 represents a loss suffered by Allied, although we agree
17 the maths that gets to the number.  As this is the only
18 significant area of potential disagreement between us on
19 the approach on the counterclaim, I thought I would just
20 explain in a little more detail how this arises.
21     Allied acquired the NAE beneficial interest for
22 $250 million in December 2011 and two years later, at
23 the end of 2013, agreed to sell is for cash and CAMAC
24 Energy Inc shares, which was a total consideration of
25 $416 million.  Following the announcement of the deal,

1 the CAMAC Energy share price rose and so the market
2 moved the price to the 576 million when it completed in
3 February 2014.
4     So Mr Good's position appears to be that because
5 Allied made a profit that it cannot possibly have
6 suffered a loss on that.  But, in my opinion, had the
7 Oyo central reserve not been damaged, Allied would have
8 made more profit on the sale and that this extra profit
9 that it did not make does represent a loss suffered by
10 Allied.
11     NAE's beneficial interests that Allied bought and
12 sold relate to NAE's beneficial economic interests under
13 the PSC, and as we've discussed, the PSC is in respect
14 of OMLs 120 and 121, and that includes the Oyo central
15 oilfield, which is what Dr Moy and Mr Filippi have
16 modelled, but it is much broader than just the Oyo
17 central, and there's actual or potential value in Oyo
18 west, Oyo far east as well as potentially otherwise in
19 OML 120 and 121.
20     Dr Moy, Mr Filippi, Mr Good and I have focused on
21 only one element of what comprises the beneficial
22 interest that were sold.  So none of us have considered
23 the actual or potential cash flows or value of the whole
24 of the OMLs because the values of the other aspects were
25 not likely damaged by the alleged wrongdoing.

1    So when asked to consider the difference in the
2    market value of the NAE beneficial interest as at that
3    date, I couldn't do this by considering the whole value
4    of the NAE beneficial interest, as we didn't have the
5    data on that.  So I, therefore, looked at the difference
6    in the market value of one element and assumed the
7    difference in that one element reflected a difference in
8    the broader NAE beneficial interest.
9        So using Dr Moy's "but for" and actual scenario
10   I could model the difference in that, and that's the
11   difference in the cash flows at that date which come to
12   discounted £28 million.  So I cannot comment on how the
13   holistic value of the OMLs have changed in the period
14   but, in my opinion, if one element has been damaged and
15   is worth less, then that reduction in value should be
16   considered when considering the value of the whole.
17       Now, I want to change topics and go on to the
18   financial adjustment statement.  The FAS submitted by
19   NAE -- so the composition of the FAS is as set out in
20   the amended SPA -- and the FAS submitted by NAE is
21   claimed at $48.1 million.  My instructions were to
22   consider whether the claimed items were within the list
23   of 12 permitted items in the amended SPA and whether the
24   evidence provided by NAE supported the items claimed.
25       Mr Good and I have agreed the figures in the table

Page 193

1    in the joint statement, as we've already heard.  In my
2    first report I concluded that only 7.5 million of the
3    48.1 million claimed met the criteria, but I've moved on
4    since then.  Mr Good exhibited more than 900 pages of
5    new supporting documentation to his report, and my team
6    and Mr Good's team worked together through that and
7    we've now been able to move on and we have seen
8    a further $21.3 million worth of support to show that
9    claims do relate to permitted items that were incurred
10   in the right period and are supported by payment
11   evidence.
12       So I have, therefore, updated my initial opinion to
13   28.1 million, which is as set out in the bottom
14   left-hand corner of the numbers in this slide.  We
15   looked at a summary of the 21.3 million, which is
16   appendix 7 to the joint statement, which was my appendix
17   Mr Wade talked about earlier with Mr Good.
18       Mr Good has also amended NAE's position, and
19   I understand the claim is not for 48 any more but is for
20   46.5.
21       Mr Good and I have got a number of disagreements as
22   to whether or not certain categories of costs should be
23   included in the FAS, but we agree the amounts of each of
24   these categories.  So we've agreed all the numbers.
25   We've gone through and agreed all of those.

Page 194

1    I applied five tests when deciding whether an item
2    should be included in the FAS.  The first test, which
3    isn't on this slide, is whether there was any support
4    for the item at all.  When no support was provided for
5    a cost claimed I didn't consider it was right to include
6    that cost in the FAS.
7        Where an item was ultimately supplied by a third
8    party I sought third party support for that amount, and
9    that's the fourth test on my slide there.
10       My approach after that was to look at the language
11   in the amended SPA.  Like Mr Good I'm not a lawyer, but
12   I tried to look at the language and the amended SPA sets
13   out:
14       "The positive adjustment shall include those items
15   listed below."
16       And, therefore, I sought to claim whether the items
17   were described by one of the items listed in the amended
18   SPA.  I called items that were in the list permitted,
19   and items that were not in the list non-permitted.  So
20   that's the first point on my slide there.
21       The amended SPA also says to include items that are
22   paid by the seller.  So I, therefore, sought evidence
23   that the items had been paid by the seller.  I only
24   looked for evidence such as order of payment.  I didn't
25   try tracing things through to bank statements because

Page 195

1    that would have been a very onerous task.
2        And the amended SPA includes items that were
3    incurred during the period from December 31, 2011, up to
4    completion.  As completion was on 28 June 2012, I looked
5    for evidence that the cost was incurred in that period.
6        With regards to the GSO costs, the amended SPA
7    states this "to the extent agreed by the parties", and
8    my understanding is that Allied's case is that it was
9    not agreed that the GSO costs should be included in the
10   FAS.
11       This slide shows my view that the top ten items in
12   NAE's FAS tally with the items listed in the amended
13   SPA, but the last six line items are not covered in the
14   amended SPA.  So, therefore, in my view, of the 48.1
15   claimed only the amounts in the blue box, which then sum
16   to 36.7 million, are permitted by the SPA.
17       Going back to the table in the joint statement that
18   we looked at earlier.  The starting point appears to be
19   the top right-hand corner 48.1 million, and my position
20   is that in the bottom left of 28.1.  Mr Good's position
21   was 46.5, I think, but acknowledged there was no support
22   for the sum bringing it down to the 45.4.
23       Below that, there are three alternative lines.  As
24   Mr Good said, you can slice and dice this in almost as
25   many ways as you like, but we do agree the numbers in

Page 196

| | |
|---|---|
| 1   this table. | 1   different permutations from an analysis of appendix 3. |
| 2       A further breakdown is at appendix 3, and it might | 2   THE CHAIRMAN:  Thank you very much. |
| 3   be helpful if I just explain a couple of points on that. | 3   MR TAYLOR:  And very briefly, on Oyo -- on the GSO costs, |
| 4   I think a larger appendix 3 was handed up earlier in | 4       Mr Good and I have agreed that the documentation and |
| 5   a bigger format.  (Pause.) | 5       Allied's schedule record GSO costs of 44.5 million, and |
| 6       After this, I have only got a very brief point, so | 6       I've traced those into the audited financial statements. |
| 7   there is not much longer. | 7       And similarly we have agreed that the documentation |
| 8   THE CHAIRMAN:  You're still within your time, as I see it. | 8       we've seen records costs of 154.7 million up to |
| 9   No, actually you're not.  But people are being very | 9       30 September 2015 for the Oyo-7 drilling costs. |
| 10   relaxed. | 10       Thank you. |
| 11   MR TAYLOR:  Thank you.  This is a similar table to the table | 11   THE CHAIRMAN:  Thank you very much. |
| 12   in the joint statement, but it's been transposed, and so | 12   MR NESBITT:  Some good news to follow that, Mr Chairman.  It |
| 13   the columns are rows and the rows are columns. | 13   is Mr Shoesmith. |
| 14       The categories are down the left and, you can see | 14           Cross-examination by MR SHOESMITH |
| 15   this breaks down the summary table into the individual | 15   MR SHOESMITH:  Good afternoon, Mr Taylor.  Just while we're |
| 16   categories.  The left-hand column is the original | 16   setting up, one point of clarification arising out of |
| 17   amount, which you can see sums down to a total of | 17   your presentation.  I believe at one point you said that |
| 18   48.1 million, which is four lines up from the bottom, | 18   you understood the claim, irrespective of the |
| 19   and then that's just analysed into the permitted and the | 19   adjustments was now for around $45 million.  That's not |
| 20   non-permitted according to my analysis.  We've then got | 20   in fact accurate.  The claimants maintain their claim |
| 21   the column of Mr Good's adjustments, and then that's the | 21   for the entire $48.1 million, and you and the Tribunal |
| 22   updated amount. | 22   can see that at, among other places, from section 4.3 of |
| 23       Then we go into two different ways of looking at | 23   the joint report.  That's at bundle E3, tab 6, page 324 |
| 24   things, column D and column E.  Those references are | 24   but we don't need to go there now. |
| 25   just below the titles of the column. | 25       Could we start very briefly by having a look at your |
| Page 197 | Page 199 |

| | |
|---|---|
| 1       Column D and E are two alternatives, where D has | 1   instructions in bundle F16, tab 1.  (Pause.) |
| 2   looked at the amount supported by documentation, so | 2       You've set these out in a number of places, so |
| 3   that's any supporting documentation at all, and if you | 3   I don't think we need to spend very long on them.  The |
| 4   look down the bottom that's where you get the 45.4 that | 4   point I would like to just clarify is that these do not |
| 5   we saw earlier.  And column E is looking it if you want | 5   appear to be dated, but we understood from -- well, |
| 6   to see that it was supported by payment evidence, and | 6   let's start, they are not dated but, as I understand it, |
| 7   that comes to the lower number of 37.7. | 7   these are instructions that were provided to Navigant, |
| 8       The analysis to the right works on pairs of columns. | 8   so to you and to Mr Dyson jointly; is that correct? |
| 9   So column F and column G is another pair of columns, and | 9   **A. That's my understanding, yes.** |
| 10   they look at columns D and E.  And they look to see | 10   Q. Very good.  And Mr Dyson told us yesterday that he was |
| 11   whether the items in D or E were received in the right | 11   instructed and he was involved in the drafting of the |
| 12   period.  So F is looking at D but stripping out things | 12   respondents' -- or the formation of the respondents' |
| 13   that were outside of the period, so 203 and 96 stripped | 13   reply and defence to counterclaim that was served in |
| 14   out, and G is looking at column E, which is where | 14   August 2015.  I wonder whether you were instructed at |
| 15   there's evidence of payment and stripping out things | 15   that point also? |
| 16   that were outside of the period. | 16   **A. I don't think I was, no.** |
| 17       And similarly columns H and I are paired, and they | 17   Q. You weren't.  So you weren't involved in formulating the |
| 18   look at D and E again.  So H and I look at whether there | 18   respondents' reply alongside Mr Dyson? |
| 19   was third party support.  And so H is looking at where | 19   **A. I don't believe so, no.** |
| 20   there's third party support at column D, and I is | 20   Q. Okay.  So when you did receive these instructions later |
| 21   looking whether there is third party support for column | 21   than Mr Dyson, they were presumably your introduction to |
| 22   E.  Then the last two columns again are pairs, and | 22   the case.  You hadn't at that stage received any |
| 23   that's summing up the total adjustments there. | 23   documents? |
| 24       So you can analyse the numbers in many, many ways | 24   **A. I didn't say I received these later than Mr Dyson,** |
| 25   and that's -- and I think you can get most of the | 25   **I just said I didn't do work that fed into the document** |
| Page 198 | Page 200 |

1    that you've mentioned.

2    Q. Okay. But this was your introduction to the case. You

3        hadn't received the documents along with your

4        instructions?

5    **A. I can't remember if some documents came through first or**

6        **this came through first.**

7    Q. I get that from paragraph 72 of the instructions on

8        page 28, which is helpfully the same -- I'm sorry,

9        page 22. Here you'll see the second sentence says:

10       "We will provide you with documents referred to in

11       the footnotes of these instructions by way of an online

12       data room."

13       So it suggests to me that either the documents were

14       provided contemporaneously or subsequent to the

15       instructions?

16   **A. "We request that you base your report and your**

17       **independent expert opinion formed in the light of the**

18       **information that has been made available to you."**

19   Q. Well, we can look at whichever --

20   **A. It then says:**

21       **"We will provide you with the documents referred to**

22       **in the footnotes of these instructions by way of an**

23       **online data room."**

24   Q. But you don't recall whether documents had been made

25       available to you?

1    **A. I can't remember, no.**

2    Q. You're not suggesting that they were, you just don't

3        remember?

4    **A. No.**

5    Q. Okay. We saw in your presentation, Mr Taylor, that

6        there is a point of disagreement between the experts,

7        yourself and Mr Good, as to whether items should be

8        classified as permitted or not permitted expenses.

9        Those are the items on the FAS, as you called it, the

10       final adjustment statement.

11   **A. I did form an opinion, Mr Good didn't form an opinion,**

12       **so I don't know if that's a disagreement, it's**

13       **a different approach.**

14   Q. You haven't agreed your approach, we can worry about

15       semantics. Your view is set out at section 4.4 of your

16       joint report, if we look there first. It is volume E3,

17       tab 6, page 325. So we're looking at section 4.4, your

18       views as set out in the right-hand column, and your view

19       is that as an independent chartered accountant you are

20       qualified to provide your opinion on whether expenses

21       should be classified as permitted or non-permitted in

22       accordance with the provision of the amended SPA.

23       You say, skipping down to the next paragraph, based

24       on your review of the documentation available and the

25       definition of the positive adjustment as per the amended

1    SPA you would have classified the individual expenditure

2    categories within the FAS as either permitted or

3    non-permitted.

4        Moving on to page 327, you've set out a list in

5    between times, but you there say you further note that

6    the positive adjustment can also include such other

7    expenses as may be agreed between the parties. I am

8    quoting here from the amended text of the SPA, and the

9    outstanding -- to the extent agreed by the parties the

10   outstanding payment in respect of the Oyo-5 GSO

11   liabilities. However, you understand that it is the

12   respondents' case that these items require

13   post-completion agreement. And you have not seen any

14   documentary evidence indicating that these items were

15   agreed between the parties. So based on your analysis,

16   your view is that the only -- only the ten items

17   permitted identified above, that's the list we skipped,

18   should be included as part of the positive adjustment.

19       So that's a good summary of your position, isn't it?

20   **A. Yes.**

21   Q. Okay. That analysis is not set out in your first

22       report, is it?

23   **A. I'm not sure. My first report came to a very different**

24       **answer, because I had a very different amount of**

25       **documentation, so I would have ...**

1    Q. You came to a different answer. Section 12 of your

2        first report, which is in bundle E2, tab 5, page 333.

3        Now, if I can explain, if we're all there, as I see

4        it, 12.1 headed "Background" you're setting the scene.

5        These paragraphs are largely taken word for word from

6        your instructions, paragraphs 61 to 65, I think. That's

7        not a criticism, I think that's just factually accurate.

8        Would you agree?

9    **A. Yes.**

10   Q. Okay. But you've added a 12.1.6 on page 335 and 12.1.7.

11       And 12.1.6 you list out what you consider to be and

12       define as "permitted costs", and then in 12.1.7 you say:

13       "In addition to the permit the costs above, NAE were

14       able to claim for other expenses incurred during the

15       relevant period which were agreed between the parties

16       and to the extent agreed the outstanding payment in

17       respect of the Oyo-5 GSO liabilities."

18       So NAE were to claim those other expenses, GSO

19       liabilities, but you don't define those in any way.

20       That's just a footnote, in effect, to your permitted

21       list.

22   **A. I say they were able to "claim for other expenses which**

23       **were agreed between the parties."**

24   Q. Mmm-hmm. But you don't define those as permitted or

25       non-permitted or anything else, you just note that.

1    A. Yes.
2    Q. Yes.  Your definition of "permitted costs" is taken from
3       your instructions, isn't it?
4    **A. My instructions make reference to the term "permitted",**
5    **I think, I can't -- do you want to go back to that.**
6    Q. Well, your instructions are helpfully set out at 12.2,
7       so we can stay in the same document.
8    **A. Thank you.**
9    Q. "In respect of each of the 16 line items in the final
10      adjustment statement, here is the nature of the expenses
11      claimed as described in that statement and in the
12      supporting spreadsheets and invoices such as to bring it
13      within the list of 12 permitted items in paragraph 1,
14      Part 1, Schedule 2 of the SPA as amended.  If so, please
15      identify, (b) if not, please describe cost claimed.
16         "To what extent does the evidence provided be NAE
17      support each of the items claimed, whether it is in the
18      permitted list or not?  Please identify supportive
19      evidence made available at the time of the final
20      adjustment statement."
21         So the concept of permitted items and the list being
22      the permitted items, that's something that you were
23      told, wasn't it?
24   **A. We can see what my instructions were, yes.**
25   Q. Yes.  Thank you.  At 12.3 you then set out what you did.

1       You say here that, in 12.3.1(i):
2          "In order to assess the nature of the expense
3       category, I reviewed supporting documentation and
4       summarised the nature of the expenses."
5       Do you see that?
6    **A. Yes.**
7    Q. And then you go on to say that you looked to see whether
8       expenses occurred in the relevant period, whether there
9       was supporting document, proof of payments, amongst
10      other things.  That's what you set there.  You don't say
11      in this list that you looked at the SPA or the amended
12      SPA.
13   **A. I am talking about permitted as per that list, and that**
14   **list is from the amended SPA.**
15   Q. Permitted as per your instructions.
16   **A. It's permitted as -- I interpreted that "permitted" to**
17   **be what's in the list of the amended SPA, so I -- sorry,**
18   **I am not quite sure where you're going but I do**
19   **reference back to the list in the amended SPA.**
20   Q. You do.  I am just trying to establish whether you
21      actually looked at the SPA and carried out
22      an independent assessment at this stage, but you don't
23      say that you've reviewed the SPA in this report.  You
24      simply say that you were asked whether certain costs
25      were within a list of what was specifically described to

1       you as 12 permitted items.
2    THE CHAIRMAN:  I leave this to Lord Hoffmann.
3    MR SHOESMITH:  I wondered how much indulgence I would enjoy.
4    LORD HOFFMANN:  What the witness has done is he's summarised
5       certain headings of expenditure in table 19 of his first
6       report, and he's categorised them as being, in his view,
7       within or without what is permitted to charge for under
8       the SPA.
9          Now, it may be that as a matter of construction he's
10      wrong about some item or other, but it is useful that
11      he's simply listed them on that category.  I mean,
12      I don't see that you can really cross-examine him on
13      whether he was wrong or right to list them as permitted
14      or not permitted.
15   MR SHOESMITH:  I don't intend to say it is not useful and
16      I don't intend to say he was wrong or right to
17      categorise them in a particular way.
18   LORD HOFFMANN:  Right.
19   MR SHOESMITH:  What I am trying to establish is whether
20      Mr Taylor looked at, as he says he's qualified to do,
21      the entirety of the provision or whether --
22   LORD HOFFMANN:  Does it matter?
23   MR SHOESMITH:  Well, if his instructions are to classify
24      something as permitted based on a list of 12 items, do
25      they fall within the list or not --

1    LORD HOFFMANN:  Yes.
2    MR SHOESMITH:  -- that is very different from saying --
3    LORD HOFFMANN:  He has summarised in his list the nature of
4       the expenditure.  If you want to cross-examine him and
5       say "Look there was an item of £500,000 which can't
6       really be described as what you've described that as",
7       that's one matter.  But if you don't object to the
8       categorisation, to then discuss with him whether he
9       truly considered whether it fell within the terms of the
10      SPA or not, that doesn't help.  Do you see the point
11      I am making?
12   MR SHOESMITH:  I think I can take the point, sir.
13   LORD HOFFMANN:  Do you see what I mean?
14   MR SHOESMITH:  I'm not sure I entirely do, but I take the
15      point that this is not --
16   LORD HOFFMANN:  Take, for example, he says telecom services
17      he regards as not permitted.  Now, if you want to
18      cross-examine him and say in that 180,000 that he's
19      listed for telecom expenditure some of them are not
20      telecom expenditure at all, that's perfectly
21      permissible.  But to argue with him as to whether
22      telecom expenditure falls within the terms of the SPA or
23      not, that doesn't help.
24   MR SHOESMITH:  I think --
25   MR NESBITT:  If I may, sir, I think the point that is being

1    driven at is not so much whether he's right or wrong on
2    permitted and non-permitted, it is simply he suggests
3    that he conducted an independent contractual analysis of
4    what the contract means, that's what he says.
5    LORD HOFFMANN:  Yes.
6    MR NESBITT:  But it appears from his instructions that he
7       didn't do that, he was told what the contract meant and
8       asked to assume it.
9    LORD HOFFMANN:  Well, so what?
10   MR NESBITT:  If you believe that that's not relevant, then
11      fine.
12   LORD HOFFMANN:  Tell me why it's relevant.
13   MR SHOESMITH:  I think Mr Taylor has indicated he believes
14      an independent chartered accountant he is qualified to
15      opine on the meaning of the SPA, and I'm suggesting --
16   LORD HOFFMANN:  I don't believe he's putting forward such
17      a thing at all.  I don't see how he can really do the
18      job unless he tells us which items he has regarded and
19      disregarded.
20   MR SHOESMITH:  As I say, I have taken your point, sir, that
21      you don't find it helpful, so we won't dwell on it.
22         As part of your exercise, Mr Taylor, were you
23      instructed to consider clause 11.2 of the SPA?
24   A.  Can I see that clause, please?
25   Q.  Certainly.  It is in bundle A1, tab 1, unamended,

Page 209

1    page 25.
2    A.  Which was --
3    Q.  Clause 11.2, page 25.  (Pause)
4       Are you there?
5    A.  Yes, I have got the indemnity 11 -- in paragraph 11.
6       Can you repeat the question, I don't have a transcript
7       in front of me so I can't --
8    Q.  That's no problem.  As part of the exercise you've
9       conducted reviewing the SPA, in interpreting its
10      provisions, perhaps, were you instructed to consider
11      clause 11.2?  I infer the answer is "no".
12   A.  I don't think I was explicitly instructed in the
13      instructions to look at that clause.
14   Q.  And did you have cause, therefore, to look at it
15      irrespective of any explicit instruction?
16   A.  Sorry, did you say absent explicit instruction?
17   Q.  You say you weren't explicitly instructed.
18   A.  Yeah, so --
19   Q.  Did you look at it in any event?
20   A.  Sorry, I can't read back what you've asked, so
21      I clarified the point.  In my instructions there was
22      reference made to 11.1 and so I would have looked around
23      it.  So I would have seen other clauses in the SPA.
24      I didn't just look at the specific items.
25   Q.  But you didn't consider in particular 11.2?  It's not

Page 210

1    a crime, it's just a factual enquiry.
2    A.  I am sure I did read it, yes, I am sure I did look at
3       it.
4    Q.  Let's move on to something else.  You don't mention in
5       your first report or indeed in the joint report the
6       respondents' own reconciliation exercise of the final
7       adjustment statement with the supporting documentation.
8       Were you aware that that exercise had been conducted?
9    A.  No, I don't -- I'm not sure what was done by the
10      respondents.
11   Q.  Okay.  You didn't discuss their reconciliation with
12      them?
13   A.  I didn't, no.
14   Q.  Now, in your first report you took the position in
15      respect of the GSO liabilities that they were not
16      permitted under the SPA because they did not relate to
17      the relevant period.  That's right, isn't it?
18   A.  Can you point me to that?
19   Q.  12.6 of your first statement.  It starts -- on page 346
20      is a non-permitted expense categories but the relevant
21      section is 12.6.18 on page 349 of the bundle.  I think
22      that's internal page 73, if that helps.
23   A.  Sorry, could you give me that reference again I will
24      scribble them down.
25   Q.  12.6.18 in you first report, the bundle page in the

Page 211

1    bottom right-hand corner is 349.
2    A.  Yes.  So you split out certain debit notes with little
3       Roman numerals, and at the end of each one you say:
4          "Both of the relevant invoices ..."
5          Or you say whatever it is that you're looking at
6       appear to relate to services provided outside the
7       relevant period or that you consider outside the
8       relevant period.
9    A.  I did note that they were all outside of the relevant
10      period, yes.
11   Q.  You did, and you exclude them on that basis.
12   A.  Sorry, I did exclude them, yes.
13   Q.  But by the time of your joint report you accepted that
14      that was wrong?
15   A.  I accepted that the GSO costs were not time-bound, yes.
16   Q.  They couldn't relate to the relevant period, as you term
17      it by definition.
18   A.  They were outside that period, yes.
19   Q.  Yes, by definition the Oyo-5 GSO costs, as they are
20      defined in the SPA, don't relate to the relevant period?
21   A.  They don't, and I am not --
22   Q.  You don't what the definition says?
23   A.  I don't know why you're saying by definition, no.
24   Q.  Okay.
25   A.  But they don't, they fall outside the period, yes.

Page 212

53 (Pages 209 to 212)

1    Q.  You can see in fact from the amended SPA from the
2        positive adjustment that there is no time provision in
3        respect of Oyo-5 GSO liabilities, and that's in contrast
4        with the express reference to the period for the listed
5        items and for the other expenses.  If you'd like to look
6        at that that's in bundle A --
7    A.  That one has gone back.  Thank you.  So bundle A --
8    Q.  Bundle A, tab 2 now.
9    A.  Tab 2.
10   Q.  And the page number is 66, that's the bundle reference,
11       internal page 5.
12   A.  Yes.
13   Q.  So do you see at the bottom of the page you have
14       a paragraph 12 and the bold heading "Positive
15       adjustment", and then the initial paragraph:
16           "The positive adjustment which will increase the
17       consideration shall include the items listed below."
18           If you skip ahead to line 3:
19           "... incurred during the period from
20       31 December 2011 up to completion."
21           So the listed items are time-bound.
22           I am sure you're very familiar with this provision
23       because you've analysed it.
24           Then in the next line, starting in the middle you
25       see "such other expenses as may be agreed".

Page 213

1            At the end of the following line, again they are
2        time-bound "incurred during the period from December 31
3        up until police".
4            And then finally you've got "and to the extent
5        agreed the Oyo-5 GSO liabilities".
6            But you see the words are missing there, they are
7        not time-bound?
8    A.  Yes.
9    Q.  So just reviewing this provision, you can see that they
10       were never time-bound.  The relevant period wasn't
11       relevant to those costs?
12   A.  That's what I've concluded in the end, yes.
13   Q.  So having excluded them in your first report on the
14       basis that you consider they are outside the relevant
15       period, it is a pretty major flaw in your reading of
16       this provision, isn't it?
17   A.  I did note that they were outside the period, but
18       I don't know if that was the only reason why I excluded
19       them, and the fact that we -- when I met with Mr Good
20       and we discussed it and we came to the conclusion that
21       they weren't time-bound, I think that's -- I've
22       come to the conclusion, and it's my conclusion, the
23       ultimate conclusion, that matters.
24   Q.  I agree that it's your ultimate conclusion that matters,
25       but you also say that your final position is that as

Page 214

1        an independent chartered accountant you're qualified to
2        "provide an opinion on whether the expenses should be
3        permitted or not permitted in accordance with the
4        provision of the amended SPA".
5            Now, we didn't want to pursue the question whether
6        you were only looking at a specific list and determining
7        whether they were permitted or not permitted on that
8        list, but if you're looking at this whole provision to
9        determine whether something is permitted or not it is
10       a major flaw in your reading of this provision to tie
11       the GSO costs, the liabilities, to the relevant period,
12       isn't it?  That's a misreading of this provision?
13   A.  My conclusion hasn't changed that whether they are --
14       should be included or not.  In my first report I noted
15       that they were outside the period, and I accept that
16       they're not time-bound, but my position has still stayed
17       the same, so they haven't come into my analysis and --
18   Q.  You exclude them for another reason, but it was
19       a misreading of the SPA to tie them to the relevant
20       period in your first report?  (Pause).
21           It's a yes or no, I think.  Did you misread the SPA
22       by tying it to the relevant period or not?
23   A.  As I said, they are not time-bound.
24   Q.  Above you've tied them to the relevant period in your
25       first report --

Page 215

1    THE CHAIRMAN:  Mr Shoesmith, you know we asked the experts
2        to meet and discuss and to agree on certain points, and
3        the experts have met and agreed on the points and,
4        therefore, we understand your point, but it's only valid
5        to a certain point.  You can turn it around and see we
6        have an expert who sees that he needs to correct asking
7        and he corrects it, so --
8    MR SHOESMITH:  I find it entirely laudable, I just find it
9        strange that he doesn't acknowledge that that's what
10       he's done.  But you still nevertheless stand by your
11       opinion that you are suitably qualified to express
12       an opinion on this provision, notwithstanding you
13       initially misread it?
14   A.  The agreement does say that if there is a dispute it
15       could be referred to a chartered accountant or -- it
16       might not be the exact words, but one of the resolutions
17       is a referral to an expert determinator, a chartered
18       accountant, and that's a role that I do do and I have
19       done in the past.
20   Q.  Let's move on to another topic.  Your view is that
21       supporting documentation must be provided for the
22       financial adjustment statement costs claimed, and that
23       Allied should not be required to pay costs that are not
24       supported by documentation; that's right?
25   A.  Yes.

Page 216

54 (Pages 213 to 216)

1    Q. And you also take issue with the type of documentation
2       provided. You're effectively saying that if the wrong
3       documentation is available, Allied is also not required
4       to pay.
5    **A. I said if the right documentation is not available --**
6    Q. I take your point, yes. If the right documentation is
7       not available, you are not required to pay. The wrong
8       documentation is insufficient.
9          The type of documentation required is not something
10      that's specified in the SPA, is it?
11   **A. The SPA says that it's -- that the amount should be paid**
12      **and so I have sought evidence to -- that something does**
13      **fulfil the criteria of the SPA, and the only evidence**
14      **I can find is documentary, so ...**
15   Q. The SPA doesn't say that NAE needs to supply documents
16      proving that every item has been paid by a particular
17      date. It simply says that it must provide all material
18      documents that are relevant to the preparation of the
19      final adjustment statement.
20   **A. Sorry, can you repeat that?**
21   Q. The SPA doesn't itself say that documentation proving
22      payment within a particular period or otherwise must be
23      provided, does it?
24   **A. No.**
25   Q. It just says --

1    **A. It says paid items are included, yes.**
2    LORD HOFFMANN: If the SPA says that in the event of
3       a dispute it must be referred to an accountant, that
4       would suggest that the criteria as to what documents
5       must be provided and so forth would be generally
6       accepted audit practice or it might suggest that it
7       should has nothing to do with us.
8    MR SHOESMITH: You might interpret the SPA in a number of
9       ways.
10         But there is a dispute in any event, isn't there,
11      whether we take audit practice or otherwise between the
12      accountants, you don't agree as to what level of
13      documentation is required?
14   **A. Mr Good and I haven't discussed audits at all.**
15   LORD HOFFMANN: Pardon?
16   **A. Mr Good and I haven't discussed audit practice.**
17   MR SHOESMITH: I am not suggesting you have. Lord Hoffmann
18      raised audit practice.
19   **A. I thought your said there had been a dispute between the**
20      **accountants, sorry I misheard, sorry.**
21   Q. No, there's disagreement between the accountants, I'm
22      sorry.
23   LORD HOFFMANN: I gather you have both followed what would
24      be your normal packed in checking whether the expenses
25      are properly vouched.

1    **A. That's right, yes.**
2    MR SHOESMITH: But you don't agree as between yourselves as
3       to what documentation would be sufficient?
4    **A. I don't think we disagree, because I don't think Mr Good**
5       **has concluded -- Mr Good identified there was**
6       **1.1 million of costs where there's no documentation, but**
7       **I don't think he's --**
8    LORD HOFFMANN: Do you also disagree on the question of
9       whether if you've got a related party documentation but
10      you don't have the original third party documentation
11      whereby the related party acquired the goods or
12      services, you can nevertheless treat that as being
13      sufficient if you can make a proper tie-up between one
14      party has got what the other has.
15   **A. I don't want to mischaracterise what Mr Good's**
16      **conclusion was and what opinion he formed. I can't**
17      **remember whether he did form an opinion on it. But,**
18      **yes, I certainly said that documentation from a third**
19      **party is stronger than the documentation from a related**
20      **party.**
21   LORD HOFFMANN: Stronger, certainly, but did you go as far
22      as to say that documentation from a related party alone
23      will not do?
24   **A. If it's from -- if the ultimate service was provided by**
25      **a third party --**

1    LORD HOFFMANN: Yes.
2    **A. -- then I would expect to see that third party invoice,**
3       **but when the service was something like a member of**
4       **staff from the third party, then there won't be that**
5       **documentation, so that's not the issue.**
6    LORD HOFFMANN: Because Mr Good, I thought, was willing to
7       accept a related party invoice if he could trace it back
8       sufficiently into a service provided to that related
9       party by an outside third party, like the helicopters
10      example that he gave.
11   **A. Yes. I did hear Mr Good, and I can't remember exactly**
12      **what he said, but, yes, I think he was saying that if**
13      **there's -- sometimes there can be a good trail and good**
14      **analysis.**
15   LORD HOFFMANN: Exactly.
16   **A. Yes.**
17   LORD HOFFMANN: And did you disagree with him about that?
18   **A. I said that I would like to see the third party invoice.**
19      **It must exist, and I would expect to tie it back. But**
20      **maybe it's a particularly onerous issue with the**
21      **helicopter invoices. I understand there are a very**
22      **large number of invoices. So I don't -- I'm not sure**
23      **Mr Good and I disagreed on that point. We just had**
24      **a slightly different view. And that's why we set**
25      **everything out in the different categories so that it**

| | |
|---|---|
| 1 | can be sliced and diced and constructed as it should be. |
| 2 | LORD HOFFMANN:  Yes, right.  Thank you. |
| 3 | MR SHOESMITH:  I can move away from that entirely, thank |
| 4 | you. |
| 5 | On 26 July 2012, Mr Taylor, NAE provided 1,225 pages |
| 6 | of invoices and an Excel spreadsheet.  You're aware of |
| 7 | that, aren't you? |
| 8 | A.  Sorry, on 26 -- |
| 9 | Q.  26 July 2012 NAE provided the supporting documentation, |
| 10 | and that -- it is in fact pleaded, you refer to in your |
| 11 | report by reference to the pleadings, 1,225 pages of |
| 12 | invoices and an Excel spreadsheet? |
| 13 | A.  I know they did provide a lot of information at |
| 14 | an earlier date that I had available, yes. |
| 15 | Q.  Well, you refer to it at 12.1.9 of your first report. |
| 16 | A.  Yes. |
| 17 | Q.  I don't think we need to worry too much with that. |
| 18 | That's the documentation that was provided. |
| 19 | Now, that's quite a specific number.  I am assuming |
| 20 | that you didn't count the pages yourself? |
| 21 | A.  Me personally?  No.  I might get it wrong. |
| 22 | Q.  And in fact I think that was pleaded in November 2014, |
| 23 | so unless I am mistaken someone either in the |
| 24 | respondents or their counsel must have -- |
| 25 | A.  I can't help you with who counted the page, no. |

Page 221

| | |
|---|---|
| 1 | label with it? |
| 2 | A.  Okay. |
| 3 | Q.  I think those are GSO costs.  We could have a look at |
| 4 | it, if you like -- |
| 5 | THE CHAIRMAN:  Sorry, is that exhibit R118? |
| 6 | MR SHOESMITH:  R118, yes. |
| 7 | Now, I am assuming, because you've exhibited it to |
| 8 | your report, these are the documents as provided by |
| 9 | Stephenson Harwood, or the respondents.  You didn't |
| 10 | remove anything from those documents that you thought |
| 11 | was irrelevant, and you didn't add anything to them that |
| 12 | you obtained from another source?  You wouldn't have |
| 13 | done that? |
| 14 | A.  I can't think that I would have, no. |
| 15 | Q.  No, okay.  Are you able to confirm that MPJT24 is the |
| 16 | Excel spreadsheet that was supplied with the |
| 17 | thousands -- 1,225 of invoices? |
| 18 | A.  Not just be looking at it there, but it -- |
| 19 | Q.  Would you like to look at them? |
| 20 | A.  But I don't even know if I would be able to by looking |
| 21 | at it there. |
| 22 | Q.  Okay.  I think it is right -- |
| 23 | A.  Yes -- |
| 24 | Q.  I'm happy to take you to it -- |
| 25 | A.  -- I'm not saying I don't think it is, I just don't know |

Page 223

| | |
|---|---|
| 1 | Q.  I will leave it at that. |
| 2 | At appendix B to your first report you set out the |
| 3 | information you relied upon.  If we stay in your first |
| 4 | report, because it's at page 357.  And the information |
| 5 | you relied upon includes the supporting documents |
| 6 | provided to you by the respondents as provided by NAE on |
| 7 | 26 July. |
| 8 | I just want to check that we're looking at the right |
| 9 | things.  So I think the supporting documents are your |
| 10 | exhibits MPJT21, which has a horrible name, as they all |
| 11 | do, I'm afraid, but ends "FPSO rentals Oyo".  Do you see |
| 12 | that on -- |
| 13 | A.  Yes, I see it, yes. |
| 14 | Q.  And that goes down to MPJT39, all these are supporting |
| 15 | documents -- |
| 16 | A.  Yes. |
| 17 | Q.  -- provided to you.  It also includes MPJT86, at the |
| 18 | very end of the list.  That is a maintenance repairs |
| 19 | approval 3.  And I think it also includes exhibit R118, |
| 20 | which is at the very top of the list before you start |
| 21 | your own exhibits, and that relates to the GSO costs |
| 22 | that was exhibited in the arbitration before you were |
| 23 | instructed. |
| 24 | A.  I can't see R18, do I need to see it? |
| 25 | Q.  On 357, it's just above your MPJT1, but there is no |

Page 222

| | |
|---|---|
| 1 | why you -- |
| 2 | Q.  I just wonder whether you recall having seen the |
| 3 | spreadsheet and various supporting documents -- |
| 4 | A.  Yes, there was spreadsheets and some supporting |
| 5 | documents, yes. |
| 6 | Q.  So you're happy to say it is MPJT24.  But you can come |
| 7 | back.  I am sure if I am wrong on that, someone will |
| 8 | tell me. |
| 9 | Would it be very unfair, given you're an accountant, |
| 10 | to ask you to do a little bit of arithmetic?  I can |
| 11 | offer you a pen and paper if it helps. |
| 12 | A.  I have a pen and paper. |
| 13 | Q.  You have a pen and paper or -- |
| 14 | A.  I have a pencil and Post-its.  Thank you. |
| 15 | Q.  Again, someone will shout if I can't read, but I've just |
| 16 | opened each of these exhibits in PDF form so that I can |
| 17 | see the number of pages, and I appreciate this isn't the |
| 18 | most exciting line of questioning but if I could have |
| 19 | the indulgence of the Tribunal.  So R118 is 87 pages. |
| 20 | MPJT21 is 23. |
| 21 | LORD HOFFMANN:  Have you added them up yourself? |
| 22 | MR SHOESMITH:  I have. |
| 23 | LORD HOFFMANN:  Well, why not just tell us? |
| 24 | MR SHOESMITH:  I'm happy to tell you.  I don't want anyone |
| 25 | to tell me that as a lawyer I've -- |

Page 224

56 (Pages 221 to 224)

1  THE CHAIRMAN:  You are not qualified.
2  MR SHOESMITH:  Precisely.
3    I would be the first -- I make the number of the
4    pages of the various exhibits you've submitted, taking
5    out MPJT24, which is the spreadsheet, and we say 1,225
6    plus the spreadsheets I make that 1,156 pages.  It's
7    just an opinion, yes.
8  MR WADE:  Is there a question?
9  THE CHAIRMAN:  I thought that one of the points, and you can
10   correct me, Mr Taylor, but one of the points that was
11   being made was a certain amount of material was
12   supplied, whether it is 1,200 or 1,001 --
13 MR SHOESMITH:  And the subsequent amount of material was --
14 THE CHAIRMAN:  That was with the CD-ROM, and then there was
15   additional material supplied, and then there was further
16   material supplied with Mr Good's --
17 MR SHOESMITH:  I am going to come on to that, if I may.
18 THE CHAIRMAN:  I am sorry to anticipate you --
19 MR SHOESMITH:  No, no, not at all.
20 THE CHAIRMAN:  -- but I thought that was what the point of
21   the discussion was, but I will leave it to you,
22   Mr Shoesmith, to follow that.  Have I got that right?
23 MR SHOESMITH:  I'm sorry to leave you in suspense.
24 A.  I think so, yes, sir.
25 THE CHAIRMAN:  Okay.  Very good.  Mr Shoesmith, please.

Page 225

1  MR SHOESMITH:  1,156, so at this stage we seem to be missing
2    70 approximate pages.
3  A.  70.  Did you include the spreadsheets?
4  Q.  I didn't, and if that helps you that is 13 pages.  So
5    we're still quite a number of pages short.
6  THE CHAIRMAN:  The two of you are getting --
7  A.  We are getting closer.
8  MR SHOESMITH:  It is as far as my maths goes.
9  A.  Was the spreadsheet PDF, so --
10 Q.  The copy that you supplied with your report is PDFs.
11   I am inferring from our previous discussion that you
12   weren't aware that those documents that you were
13   supplied were potentially incomplete based on the
14   respondents' --
15 A.  I didn't do a page count, no.
16 Q.  No.  But assuming they are incomplete, that does affect
17   the integrity of the review based on those documents,
18   doesn't it?
19 A.  I reviewed the documents that I was given.
20 Q.  It's not a criticism of you but if 1,225 pages were
21   supplied by NAE and the question is whether NAE
22   adequately supported its final adjustment statement and
23   you were only given 1,156 or maybe slightly more --
24 A.  The 21.3 million gap that we've got to now was 980
25   documents, something -- 980 pages.  So it's a different

Page 226

1    order of the 70 or you take off the 13 pages for the
2    spreadsheet that was --
3  Q.  But you can't actually say what was supported and what
4    was not supported as of 26 July 2012 because you haven't
5    been supplied --
6  A.  I don't know what was in those other pages.
7  Q.  -- with the information, no.
8    The chairman will be pleased to know that I am
9    getting on to his point.
10   The respondents' position is that CIL is only
11   required to pay costs under the adjustments guarantee if
12   they are supported by the documents supplied on
13   26 July 2012.  Are you aware of that?
14 A.  Can you repeat?  You talked about a guarantee.  Is that
15   different to --
16 Q.  Yes, so there are a number of respondents in this
17   case --
18 A.  Okay.
19 Q.  -- and there is the question in respect of Allied we're
20   here to discuss that today, but part of the arbitration
21   has been in respect of another respondent, CIL, as we
22   call it.
23 A.  Yes.
24 Q.  In their pre-hearing submissions at paragraph 13.3(vi)
25   the respondents suggested that this other respondent,

Page 227

1    CIL, is only required to pay costs under the adjustments
2    guarantee, that's its contract with NAE, if they are
3    supported by documents that were provided on
4    26 July 2012.  I take it you weren't aware of that?
5  A.  No.
6  Q.  And that's why it is relevant to establish what
7    documentation we have.
8  THE CHAIRMAN:  Are we back to the adjustments guarantee now?
9  MR SHOESMITH:  The simple point is on the supporting
10   documentation.  So for CIL it is said, we don't
11   understand precisely why, that only the documentation
12   supplied on 26 July 2012 --
13 THE CHAIRMAN:  Oh, I see.
14 MR SHOESMITH:  -- is relevant.
15 THE CHAIRMAN:  I think I understand.
16 MR SHOESMITH:  But the respondents haven't provided
17   Mr Taylor for review those documents.  They seem to have
18   counted them up, they seem to have them but they haven't
19   provided them, so we can't say with any certainty what
20   was and wasn't supported.
21 THE CHAIRMAN:  Thank you very much.
22 MR SHOESMITH:  Now, the respondents calculate the amount
23   supported by documents provided on 26 July 2012 was
24   $6.8 million.  That's not a figure you've given them, is
25   it?

Page 228

57 (Pages 225 to 228)

Day 10                          NAE Arbitration                     28 June 2016

1   A.  The figure I gave of 7.5 million, I hadn't treated the
2       tax properly in that, and so there are tax adjustments.
3       So if you take the -- my number and then take off the
4       tax adjustments, we get to Mr Shoesmith's number, and
5       then add back on my 21.3, we get to the number in my
6       table.  So you can see that actually it was a number
7       that I have used.  I didn't --
8   Q.  I was going to come on to your 21.3, so just to clarify,
9       then, your treatment of tax issue that's not you
10      reclassifying documents saying that documents that you
11      previously thought were sufficient to get to 7.5 were
12      provided subsequently, and that's a separate issue,
13      isn't it?  Your 21.3 doesn't include --
14  A.  No, my 21 -- so in my first report I said 7.5.
15      I subsequently identified that I had mistreated some tax
16      and it should have been 6.8.  We've now got the --
17      adding back the 21.3 that we've now got, brings me to
18      the number in the bottom of this schedule, which is the
19      28.1.
20  Q.  Just for my reference, because I hadn't picked up the
21      change in your tax treatment, where is that set out,
22      presumably in your joint report?
23  A.  I can't remember, sorry, I will have to look for that.
24  Q.  I don't think it is sufficiently important to dwell on,
25      if you don't know off the top of your head, that's fine.

Page 229

1       But you changed your view on tax?
2   A.  Yes, yes, as I said, and in my first report.
3   Q.  Now, the additional material that was supplied by
4       Mr Good you addressed that in the joint statement at
5       section 4.3.  So we're in bundle E6 -- sorry, E3, tab 6,
6       page 324.
7   A.  Yes.
8   Q.  Now, you say here that this information was new to you.
9       It was supplied to you for the first time with Mr Good's
10      report.  That's right, isn't it?
11  A.  That's what I say, yes.
12  Q.  But the respondents had seen it before, hadn't they?
13  A.  They had seen some of it before.
14  Q.  You can tell from the face of the documents what they'd
15      seen before.
16  A.  Those with their stamp on presumably they had seen
17      before, yes.
18  Q.  There are a number of documents with the stamp on so we
19      don't necessarily need to go there, but starting in
20      bundle F35 those are Mr Good's exhibits starting at
21      tab 15, 15 through 21, tabs 23 to 32, and then in
22      bundle F36, tabs 33 and 34, all of those documents.
23      I don't expect you to remember them in detail, but there
24      is a body of documentation which has the respondents'
25      stamp on it.

Page 230

1   A.  Yes, the fact the respondent has seen a document doesn't
2       mean it knows to tie that document to the FAS.
3   THE CHAIRMAN:  Were they documents stamped and transmitted
4       as part of the -- with the CD or is it --
5   MR SHOESMITH:  As far as we know, based on the documents the
6       respondents have provided to Mr Taylor they weren't with
7       the CD, no, but they'd seen them before.  Maybe we could
8       just go to one of those.  (Pause.)
9           If a party receives a document in support of a claim
10      of costs but it doesn't receive a duplicate of that
11      document on a CD at a particular time, does that mean,
12      in your view, that they're not liable to pay for the
13      cost?
14  A.  If a party --
15  Q.  If I send you an invoice --
16  A.  Yes.
17  Q.  -- and I agree that I will send you a bundle of invoices
18      so that you can understand the statement, but I omit to
19      send that particular invoice that you already have, does
20      that mean you're not liable to pay it, in your view, as
21      an accountant?  Would you expect a party to say "I don't
22      have to pay that" in your --
23  A.  Well, if it was obvious that I had the invoice and
24      I wasn't just turning a blind eye to it saying I can't
25      see it, even though it is there on my desk, then I don't

Page 231

1       think that does mean you have to pay it.  But if it's
2       an invoice I received a long time ago and I can't find
3       it, then I think to say if the claim was meant to be
4       supported, I think you could say "I can't find that
5       invoice can you please provide me with a copy".  So
6       I don't think it is a yes or no answer.
7   Q.  All right.  If the party then provides you with that
8       invoice you'd accept at that point that you should pay
9       it?
10  A.  Yes.
11  Q.  You consider do you that -- I've done some maths, I'm
12      sorry -- 99.9 per cent of the $9.3 million included on
13      the FAS in respect of the GSO costs, you consider that
14      paid by NAE?  You've seen evidence for that, haven't
15      you?
16  A.  I think that's right, yes, I think so.
17  Q.  You record that in your -- I think it is appendix 3, the
18      large document that we keep going to.  There is just
19      $8,000 -- the chairman opened it.  Would you like to
20      have a look at that?
21  THE CHAIRMAN:  No, please continue.  I am looking at it.
22      I will try to find the $8,000 as you talk.
23  MR SHOESMITH:  The claim is for 9.3, and you'll see two line
24      9.3 there is $8,000 not supported by payment evidence.
25          Please let me know if you need the reference.

Page 232

58 (Pages 229 to 232)

1    I would like to move on to the counterclaims briefly.
2    **A. Is there anything I can put away?**
3    Q. You can certainly put that document away. I don't need
4        to take you to a document immediately.
5    **A. Okay.**
6    Q. An important element of the counterclaims are the costs
7        of the Oyo-5 GSO that we've just touched upon and the
8        cost of drilling the Oyo-7 well, aren't they? They were
9        a component of the loss?
10   **A. Yes, they parts of -- they are costs associated with the**
11       **Oyo central, yes.**
12   Q. Now, we've been talking about the evidence that NAE
13       supplied and that you say is necessary to substantiate
14       its claims for operating costs, including the costs of
15       the GSO. You say that considerable documentation is
16       required. You want to see the invoice. You want to see
17       payment evidence. You want to see all of those
18       documents. So over 1,200 pages of invoices and
19       a summary spreadsheet. It's the respondents' position,
20       I am not sure it is entirely your position, that that is
21       insufficient to justify NAE's overall claim for
22       operating costs?
23   **A. Well, that 1,200 didn't support it, did it? Don't**
24       **forget there are extra 918 other to.**
25   Q. But there is a considerable body of invoices that have

Page 233

1    been supplied but it didn't support that --
2    **A. It only supported 6.8, so, yes --**
3    Q. Based on the partial set that you received.
4        In respect of a claim for approximately $200 million
5        of GSO costs and drilling costs by the respondents, you
6        are satisfied by a handful of spreadsheets, in effect,
7        without supporting invoices, without payment
8        documentation of any kind?
9    **A. They are very different situations. The FAS is looking**
10       **at supporting a claim that is an amount that's -- so**
11       **effectively floating, it is not tied down to anything.**
12       **Whereas the GSO costs and the Oyo-7 drilling costs are**
13       **amounts that are identifiable and flow into the**
14       **financial accounts of the parties. And so I can see**
15       **those flowing into the accounts, and the accounts are**
16       **audited accounts, so I think that they are tied down and**
17       **they've gone through a process and they have been what**
18       **has been audited. So --**
19   Q. I don't think you rely on the audited accounts, though,
20       do you?
21   **A. They do -- they all flow in, yes. They flow into the**
22       **financial statements.**
23   PROFESSOR LEW: Does that mean you just look at the
24       accounts, you look at the ledgers, rather than look to
25       see if there's supporting evidence, supporting --

Page 234

1    **A. Yes. Some of the GSO costs, there is -- the total**
2        **amount can be seen in the accounts, and then I ask for**
3        **a breakdown of that. But it reconciles in and they are**
4        **audited accounts and so I relied on those numbers, yes.**
5    MR SHOESMITH: Have you finished, sir?
6    PROFESSOR LEW: Just to follow-up, one thing. This is
7        a question asked earlier I think by Lord Hoffmann. In
8        this context, are you looking at the rules when you are
9        trying to determine that amount or are you looking at
10       the rules for auditing? Are you looking at the rules
11       for determining a potential liability between the
12       parties which involves the contract?
13   **A. For the GSO and the Oyo-7 drilling costs I was just**
14       **looking for the amounts in the accounts that had been**
15       **audited. I am not an auditor, sir. I haven't done**
16       **an audit since 1993, so I can't claim to know what the**
17       **audit procedures for that are. But I was satisfied by**
18       **the fact that they were in the accounts and flowed**
19       **through and are in the audited accounts.**
20   MR SHOESMITH: The GSO costs that we're talking about here,
21       those are that you say are fixed determinable costs they
22       are the same GSO costs that in fact NAE is claiming on
23       FAS, aren't they?
24   **A. The 9.3 in the bottom line, yes.**
25   Q. It's the same operation, so it's when you say that when

Page 235

1    they're a claim on the part of the respondents, they're
2    a fixed cost, but then when NAE is claiming them they're
3    an indeterminate flowing cost, I'm not sure I follow.
4    Surely you have to treat the same cost in the same way,
5    haven't you?
6    **A. The GSO costs and the FAS are a separate line item,**
7        **and -- I will have to look and see what the analysis of**
8        **those were.**
9    Q. I'm not suggesting the amount -- the residual amount
10       owed to NAE is identical to the amount that is being
11       claimed back because I think the respondents are
12       claiming the totality of the GSO costs. But it is still
13       the same cost item, isn't it, that you've just said was
14       fixed?
15   **A. Yes.**
16   Q. So if NAE claims from the respondents, it needs to
17       provide substantial invoice documentation, payment
18       evidence, but in respect of those same costs flowing in
19       the opposite direction the claim can be supported by
20       a simple breakdown that your client sends you?
21   **A. Well, the -- on appendix 3 we can see how the GSO costs**
22       **were supported of the 9311. This 9311 was supported by**
23       **documentation.**
24   Q. But you don't allow those costs, they are not permitted.
25   **A. My position on those costs is that it wasn't agreed by**

Page 236

Page 237

1    the parties and so I haven't included them.
2    Q.  Could we just look at one of those, an example then, in
3        bundle F35.  The position is true for all of them.
4        Let's look at tab 24.  We start with an email, I hope --
5    A.  Yes.
6    Q.  -- from a Martins Nwosu.  A camac.com email address
7        indicates that Mr Nwosu, I assume, is of the respondents
8        and that's to individuals at NAE.
9    A.  Yes.
10   Q.  So this email is sent 27 June 2011:
11       "Dear Francesco, please find attached the Aker
12       pro forma invoices on Oyo-5 well intervention ..."
13       So that's the GSO:
14       "... endorsed by NAE/Allied/CPL for final invoice."
15       So that's endorsed by everybody.  That's an approved
16       invoice, then, that's attached?
17   A.  Yes.
18   Q.  It's got Allied's signed stamp, CAMAC Petroleum Ltd's
19       signed stamp, to the extent relevant, and various other
20       stamps.
21   A.  Yes.
22   Q.  So if a party receives an invoice, a pro forma invoice,
23       reviews it, stamps it, sends it back to the operator and
24       says "Please issue the final invoice", is it fair to
25       infer that it's agreed, the amount of that invoice?

Page 238

1    A.  Yes, I think so.
2    Q.  You think so?
3    THE CHAIRMAN:  Could we just take a break for five minutes
4        and then we can resume?
5    MR SHOESMITH:  Yes.
6    THE CHAIRMAN:  Sorry.
7    MR SHOESMITH:  Not at all.
8        (5.10 pm)
9              (A short break)
10       (5.14 pm)
11   THE CHAIRMAN:  Mr Shoesmith.
12   MR SHOESMITH:  So I think where we had gotten to, Mr Taylor,
13       is that you'd agreed that the stamped invoice that we
14       just looked at and the process of stamping a pro forma,
15       sending it back, that shows agreement to that cost just
16       before the break, didn't we?
17   A.  Yes.
18   Q.  Okay.  The Tribunal will be relieved to know I'm not
19       going to go through all of the invoices, but I gave the
20       references earlier to Mr Good's exhibits so they will be
21       on the transcript.  To the extent that you would like to
22       go and check, then you are very welcome to do so.  The
23       same process is shown in respect of all of the
24       supporting documentation for the GSO costs.  So where
25       you say you haven't seen evidence that they were agreed,

Page 239

1        I think you've just told me that this would be evidence
2        of agreement?
3    A.  They have to be agreed to be included on the FAS.
4        That's my understanding of the agreement.
5    Q.  So they've agreed a cost but they haven't then
6        subsequently re-agreed it to include it in the FAS is
7        your position?
8    A.  The FAS says that to the extent it is agreed to be
9        included, then it can be.  So I've seen these -- I've
10       said in the analysis that these are documents that are
11       supported -- these are costs that are supported.
12   Q.  But you exclude them from the amount that you say NAE
13       should be entitled --
14   A.  Yes, for the reasons I have there said, yes.
15   Q.  Yes, notwithstanding the evidence of --
16   A.  They are agreed and the parties seem to be disputing
17       that.  That's one of the reasons why we're here, so ...
18   Q.  Let's talk briefly then about the sale of the NAE
19       beneficial interest to CEI.  That's another component of
20       your loss calculation.
21   A.  Can I put this F bundle away?
22   Q.  Please do, yes.  You don't need that any more.
23       Now, going back to your joint statement, your joint
24       report --
25   A.  Yes.

Page 240

1    Q.  -- E3, tab 6, page 315, you indicate here, in fact, the
2        experts agree that the instructions that you record in
3        your first report are not the instructions that you
4        received.
5    A.  Just in this section, yes, I --
6    Q.  Yes.
7    A.  The instructions are as per the introduction of my
8        report.
9    Q.  Okay.  The background is set out here.  The difference,
10       just so that we all understand, is essentially that your
11       instructions, your actual instructions, seek to compare
12       the market value of the NAE beneficial interest on the
13       one hand with a hypothetical value of that interest; is
14       that right?
15   A.  Can I just see my instructions?
16   Q.  Sure.  (Pause.)
17       They are in your first report, if it helps you.
18   A.  Yes.
19   Q.  1.1.4.  (Pause.)
20       It is the (b) that I think we're looking at for this
21       part:
22       "The difference in the market value of the NAE
23       beneficial interest on 23 February 2014 and its value on
24       the same date assuming ..."
25       And you give a hypothesis.

| | |
|---|---|
| 1      So it's the market value of the NAE beneficial | 1    Q.  So you weren't ever asked to opine on the issue that you |
| 2    interest compared with a hypothetical of that same | 2    misrecord as having been your instructions? |
| 3    interest; yes? | 3    **A.  I don't think so, no.** |
| 4  **A.  Yes.** | 4    Q.  It's just a coincidence that you record as your |
| 5    Q.  But what you record as being your instructions in your | 5    instructions an exercise that is relevant to an issue |
| 6    first report is a comparison of the market value of that | 6    that's pleaded as between the parties? |
| 7    interest against the consideration received by Allied | 7    **A.  I am getting lost in the questions.** |
| 8    for that interest.  That's the point that you're | 8    Q.  You weren't aware that there was a dispute between the |
| 9    addressing in your joint report here, isn't it, that | 9    parties as to the relevance of the consideration on the |
| 10    difference? | 10    question of whether Allied suffered any loss?  And |
| 11  **A.  I remember that I put my instructions down wrong in that** | 11    I asked if it's a coincidence that you happen to have |
| 12  **section of my report.  I can't remember what I said.** | 12    recorded in your report as your instructions that you |
| 13    Q.  In 7.1.2 -- | 13    should have performed an analysis as to whether that |
| 14  **A.  Yes.** | 14    consideration had any impact on Allied's loss? |
| 15    Q.  -- you say you have been instructed to assess the | 15  **A.  I don't think that I would be able to do the exercise** |
| 16    difference between the $576 million received by Allied | 16  **that are the wrong instructions.  I can't remember** |
| 17    and the market value of the NAE beneficial interest on | 17  **exactly how this all unfolded, but if I'd been asked to** |
| 18    3 February 2014. | 18  **do that exercise I wouldn't have been able to do it** |
| 19  **A.  Yes.** | 19  **because I didn't have sufficient information on the** |
| 20    Q.  So that's why I say "the market value against the | 20  **whole value of the OMLs 120 and 121.  And so had I been** |
| 21    consideration received" you make the comment in the | 21  **asked to do that, I would have said "I can't do that"** |
| 22    joint report because those are fundamentally different | 22  **and so I would have had to have different instructions.** |
| 23    exercises, aren't they? | 23    Q.  We will come on to that in a second. |
| 24  **A.  The actual instructions and the wrong instructions?** | 24      Now, what you've ultimately produced is also |
| 25    Q.  Yes. | 25    a different calculation from the one that you were |
| Page 241 | Page 243 |

| | |
|---|---|
| 1  **A.  Yes.** | 1    instructed to perform, isn't it?  Your instructions are |
| 2    Q.  Those two different processes are fundamentally | 2    to compare the market value of the NAE beneficial |
| 3    different. | 3    interest and the hypothetical value of that NAE |
| 4  **A.  Yes.** | 4    beneficial interest, aren't they? |
| 5    Q.  Are you aware that there is an issue between the parties | 5  **A.  I've assumed that the market value includes the cash** |
| 6    as to whether Allied suffered any loss specifically | 6  **flows in it that are the actual cash flows, and the** |
| 7    because of the value of the consideration received as | 7  **difference would be the difference between -- so the** |
| 8    a result of the transaction? | 8  **value would change had the cash flows been the "but for"** |
| 9  **A.  Am I aware that --** | 9  **scenario.  And I have said in my report that I've** |
| 10    Q.  That there is this issue between the parties as to | 10  **assumed -- certainly in the joint statement that I've** |
| 11    whether Allied suffered any loss as a result of the | 11  **assumed that the difference in those actual and "but** |
| 12    operation of that consideration? | 12  **for" cash flows should be taken into consideration when** |
| 13  **A.  I'm not quite sure what you're getting at.  Are you** | 13  **considering the value of the entity -- of the asset.** |
| 14  **saying am I aware that that's been pleaded or is that --** | 14    Q.  I think that's quite a round about way of coming to the |
| 15    Q.  Yes. | 15    point.  Let me put it a different way.  You were |
| 16  **A.  No, I'm not sure.** | 16    instructed to compare the market value of the NAE |
| 17    Q.  You weren't that that was a pleaded issue.  I think we | 17    beneficial interest -- the hypothetical value of the NAE |
| 18    said at the beginning you were instructed potentially by | 18    beneficial interest.  What you've actually done is |
| 19    August 2015 when the reply and the defence to | 19    compare the market value of a part of the NAE beneficial |
| 20    counterclaim went in, and it is in that document that | 20    interest with a hypothetical value of a part of that |
| 21    the issue arises.  It is pleaded in the defence to | 21    interest; is that correct? |
| 22    counterclaim and it comes in, but you weren't aware of | 22  **A.  I've assumed that the NAE beneficial interest is made up** |
| 23    that because you weren't involved in the drafting of | 23  **of a number of different elements.  One of those** |
| 24    that document? | 24  **elements is the benefit that's going to come from Oyo** |
| 25  **A.  In the drafting, no, I don't think so.** | 25  **central, and I've said if there's a difference in that** |
| Page 242 | Page 244 |

1    that affects the overall valuation.
2    Q.  But you've stopped at the partial calculation of the Oyo
3        interest.  You haven't gone on to --
4    **A.  No, I haven't valued -- I haven't done a valuation of**
5        **the other aspects of OML 120 and 121.**
6    Q.  And you've said that because you wouldn't have been able
7        to because the information wasn't available to you?
8    **A.  That's right.**
9    Q.  But that information has always been available to the
10       respondents, hasn't it?
11   **A.  I don't know.**
12   Q.  Well, you exhibit to the joint statement documents that
13       you say might be relevant to that further exercise,
14       valuing the NAE beneficial interest.  You got those from
15       the respondents?
16   **A.  Which ones were those?**
17   Q.  They are in bundle F38, tabs 3 and 4.  I think you refer
18       to them in section 3.3 of the joint report.  So there is
19       an October 2012 KLR group document entitled "Allied
20       Energy asset evaluation".
21   **A.  Yes.**
22   Q.  And then you refer to a September 2014 DeGolyer and
23       MacNaughton report.  So those are documents that were
24       received from the respondents?
25   **A.  Yes.**

Page 245

1    Q.  And they are relevant to that exercise of valuing the
2        NAE beneficial interest, you say?
3    **A.  Yes, they are relevant, yes.**
4    Q.  The respondents have those because they are, within
5        their group, the operator/owner of the OMLs.  They have
6        all the information connected to the OMLs.
7    **A.  Yes.**
8    Q.  So with some assistance from the respondents, you could
9        have performed the calculation that you were instructed
10       to perform?
11   **A.  Yes, with sufficient support and time and money and**
12       **everything else I could have done an analysis, but that**
13       **wasn't feasible with what I had.**
14   MR SHOESMITH:  No further questions.  Thank you very much.
15   MR WADE:  It is tempting to ask him about page numbers, but
16       I have no further questions.
17   THE CHAIRMAN:  Thank you very much.
18       Thank you very much, Mr Taylor.  You are excused as
19       an expert.
20            (The witness withdrew)
21                  Housekeeping
22   THE CHAIRMAN:  Now, that brings us almost to the end of the
23       hearing.  Correct me if I'm wrong, but the claimants
24       wish to address us about C40 and C41.
25   MR NESBITT:  You asked.

Page 246

1    THE CHAIRMAN:  We better give Mr Taylor perhaps a chance to
2        move to a more comfortable part of the room.  (Pause).
3            Mr Nesbitt, tell us what we need to know about C40
4        and C41.
5    MR NESBITT:  Well, you asked essentially what the document
6        was, how it exists in its native format.  It is, as
7        I understand it, an Excel spreadsheet, which is
8        maintained by the managing director's office's
9        secretarial staff in Abuja in Nigeria, which is
10       contemporaneously filled in with details of mail as it
11       is received in the MD's office.  The spreadsheet which
12       is relevant for this dispute is the one for the year
13       ending 30 December 2012, which is a distinct document.
14       There is a spreadsheet, as I understand it, for that
15       year.
16           In terms of what you actually got, what you've
17       received, the secretarial staff were asked to print out
18       the page that relates to 8 and 9 August 2012, to see
19       what mail was received on those two dates.  That page
20       was scanned as a PDF, emailed to the respondents'
21       solicitors and that is what you have.
22           Now, if you feel that it is necessary for you to see
23       the document in its native application, as we said to
24       the respondents several days ago, we are entirely happy
25       to provide that to the Tribunal, but obviously that

Page 247

1        would entail sending you an Excel spreadsheet, which
2        contains a whole year's worth of correspondence into the
3        MD's office, some of which is private and confidential,
4        so the clients are understandably reluctant to provide
5        that entire document to the documents.  But they are
6        entirely happy to provide it to the respondents if you
7        feel after that explanation you need further
8        satisfaction as to its authenticity.
9    THE CHAIRMAN:  The Tribunal is extremely reluctant to
10       receive any document that has not been transmitted to
11       the respondents, and I think you anticipated that
12       answer.  But anyway, the respondents do you have any
13       comment on that?
14   MR WADE:  The only additional comment I have is that
15       I understand from the correspondence received from
16       claimant's solicitors that the extracts from the Excel
17       spreadsheets you have received are further incomplete,
18       in that they have omitted a number of columns, one of
19       which is said to be empty and, therefore, of no
20       consequence, and if that's correct -- I don't know if
21       it's correct but if it's correct, of course, it makes no
22       difference because it is empty.  And the other, I'm not
23       sure if is this is C40 or C41 but on this one there are
24       apparently three missing columns.
25           Ultimately, we remain in the same state of confusion

Page 248

1   as you appeared to express, sir, earlier today as to
2   what is contained in these documents.  If they are
3   admitted we will make submissions on them on that basis.
4   If they are excluded, we will say no more.
5   THE CHAIRMAN:  Very good.  (Pause.)
6       The Tribunal had an initial question.  The Tribunal
7   understands confidentiality and the issue of
8   confidentiality, but one way of dealing with
9   confidentiality is to exchange documents between
10  counsel.  That's to exchange it in native format and
11  that could deal with basically the problem.
12  MR NESBITT:  On the basis of some sort of undertaking not to
13  disclose it to the lay client?
14  THE CHAIRMAN:  Would that be acceptable to the respondent.
15  MR WADE:  Perfectly, subject to instructions which I am
16  looking to receive, but I am not receiving at the
17  moment, it sounds --
18  PROFESSOR LEW:  It's a frequently used mechanism in cases
19  where there is intellectual property --
20  MR WADE:  I am not resisting the proposition, but I don't
21  have instructions on it.
22  MR GUNNING:  That's fine.
23  MR WADE:  Yes, that is fine.
24  THE CHAIRMAN:  So that might be a way of dealing with it,
25  because the Tribunal discussed it and thought of the

Page 249

1   the purposes of the position?  Is that your position?
2   Because if that's your position, then that --
3   THE CHAIRMAN:  Sorry, the respondents will get a chance to
4   answer, but I clearly understood the respondents took
5   the position that the document was incomplete, and
6   that's part of my problem too.  If somebody says to me
7   "This is an extract from an Excel sheet", then I want to
8   have all of the columns in the Excel sheet.  I want to
9   have a PDF exactly as that document appears on the
10  screen for the secretary.  But the respondents, you can
11  add or whatever, but I can tell you what my concern is.
12  MR WADE:  So our position is very simply that we have asked
13  various questions about these documents.  We don't
14  consider that they have been responded to, and we're not
15  in a position to form any view about them as regards
16  their awe authenticity or otherwise.  If we have the
17  native form of the document -- we actually only asked
18  for the metadata, and that wasn't provided.  A document
19  with metadata would have helped us, but that wasn't
20  provided.  And so once provided, we'll be able to form
21  a view, and that's really that.
22  MR NESBITT:  I will take instructions on the proposal.
23  I understand I think there is no objection to doing it
24  on a counsel-to-counsel basis on receipt of a suitable
25  undertaking.

Page 251

1   following procedure, and that is you've gathered that
2   the Tribunal has some questions about the document, and
3   thank you very much for your explanations, but as
4   a first step you may wish to exchange it with
5   respondents to see whether the respondents have any
6   objection initially, point number 1.
7       Assuming that the respondents object to the
8   admission of the document, then you can make
9   a submission within a week thereafter, to provide us
10  with your submissions as to the basis on which we can
11  take this document to be authentic.  That's what we're
12  basically concerned about.
13  MR NESBITT:  Yes.
14  THE CHAIRMAN:  The authenticity of the document.  And then
15  the respondents will be given a chance to respond to
16  that a week later.  The Tribunal would then look at
17  that, decide whether to admit the document, and if so
18  what weight, if any, to give to the document.  This is
19  a very onerous way of dealing with two specific
20  documents, and if the parties decide it's not worth it,
21  then we understand that as well.  But that's the
22  proposal of the Tribunal.
23  MR NESBITT:  Can I just understand from the respondents, are
24  you seriously challenging the authenticity of the
25  document?  Are you suggesting it has been fabricated for

Page 250

1   MR WADE:  No objection.
2   MR NESBITT:  And we'll take instructions on that, and I'm
3   sure we will be able to resolve it between us, and we're
4   grateful to the Tribunal for taking the time.
5   THE CHAIRMAN:  Thank you very much.  That issue is or may be
6   dealt with.
7   MR NESBITT:  It will be.
8   THE CHAIRMAN:  Any other issues before we get to
9   post-hearing issues?  Are there any other issues on the
10  claimant's side.
11  MR NESBITT:  No, sir.
12  THE CHAIRMAN:  Any other issues on the respondents' side
13  before we get to post-hearing issues?
14  MR WADE:  No, I don't believe there are, sir.
15  THE CHAIRMAN:  Very good.
16      Now, post-hearing issues.  We would like, as usual,
17  the parties to confer as to the appropriate post-hearing
18  procedure.  We have some ideas, but the parties should
19  feel free to confer.  First of all, the Tribunal does
20  not anticipate transmitting questions on July 3.  The
21  Tribunal is very grateful for all of the explanations of
22  the parties, and various issues have been raised,
23  including the pleadings issues, which were raised with
24  respect to document C40 and C41 and whatever.  Those can
25  be dealt with in the post-hearing submissions.

Page 252

63 (Pages 249 to 252)

| | |
|---|---|

1      The Tribunal thought it would be appropriate in
2  accordance with normal practice to have simultaneous
3  post-hearing submissions, and the Tribunal thought that
4  a date such as 31 July, if that fitted in with everybody
5  would be perfect, with reply submissions, when that is
6  possible, and the Tribunal thought that, given the
7  holiday period, towards the end of August would be fine,
8  if that's possible for counsel.
9      I realise that counsel may wish to agree on
10  something else, taking into account your vacation
11  schedules, but that was just an idea.  We don't want it
12  go on forever.  We would like it within four or five
13  weeks the simultaneous briefs, and then reply briefs as
14  quickly as possible, and if you agree on that that would
15  be very helpful.
16      Two or three weeks after that we'd like the cost
17  submissions of the parties, and with the usual
18  procedure, one week, and you're entitled to make
19  comments on the other party's costs submissions.
20      So that's what we have thought up in the way of
21  a post-hearing schedule.  If you wish to raise any
22  issues, please feel free to do that now, but you're also
23  invited, of course, to confer.
24  MR NESBITT:  Sure.
25  THE CHAIRMAN:  Would you like to raise any issues on that?

Page 253

1  it is up to you.  In the interests of what you said
2  about the Tribunal having an end and drawing a line,
3  I personally would be in favour of one round of
4  submissions.
5  THE CHAIRMAN:  Respondents, do you have any comment on one
6  round of submissions?
7  MR WADE:  I don't.  I am concerned over one round of
8  submissions, but I can see the force in Mr Nesbitt's
9  submission that we seek permission to reply if
10  necessary.
11      So the additional comment with regard to costs
12  submissions is that subsequent to your -- was it
13  October? -- October procedural order, I recall that both
14  parties expressed a view that costs submissions should
15  come subsequently.  I think just --
16  MR NESBITT:  I don't think we did.  I think we parked it for
17  the purposes of the CMC that we had just before the
18  final hearing, but I don't think we expressed a view one
19  way or the other.  I mean, our preference would be --
20  sorry, can I just ask one question first?  You're
21  envisaging dealing with costs in the award and not
22  having a separate award on costs?
23  THE CHAIRMAN:  Yes.
24  MR NESBITT:  So in terms of dealing with costs in the
25  post-hearing submissions, there is no reason why we

Page 255

1  MR NESBITT:  Well, I think just for clarity there was
2  a provision, as I think that is what you're referring
3  to, in the October procedural order for the Tribunal to
4  transmit a list of questions that it would like to see
5  addressed by the parties by -- it was actually 4 July so
6  that's no longer going to happen.
7  THE CHAIRMAN:  That's not going to happen.
8  MR NESBITT:  Right, understood.  Then again, obviously this
9  was purely provisional in the October procedural order,
10  post-hearing submissions if directed two to four weeks
11  after receipt of the Tribunal's list of questions,
12  including submissions on costs.  Now, as I understand
13  it, what you're now proposing is two rounds of
14  post-hearing submissions, followed by a set of
15  submissions on costs.
16  THE CHAIRMAN:  Yes.
17  MR NESBITT:  I think our preference, we can discuss it with
18  the other side -- and replies on costs -- we had assumed
19  that the Tribunal would stick to one round of
20  post-hearing submissions without provision for replies.
21  But if that's what you prefer, that's fine.  A middle
22  way might be to have one exchange of post-hearing
23  submissions and then if there is a burning issue that
24  the other side desperately want to reply to, it can seek
25  leave for the Tribunal.  Or you can schedule it upfront,

Page 254

1  shouldn't do that with all other issues in one round, is
2  there?
3  THE CHAIRMAN:  The usual objection that I hear from law
4  firms, such as the ones involved in this case is "How
5  can we provide the detail of costs until we've completed
6  our post-hearing submissions?"  Because the post-hearing
7  submissions takes time and costs money.  So my
8  adaptation of the procedural timetable was intended to
9  deal with that objection in advance.
10      If the parties wish to make a submission of costs at
11  the same time, that's fine, and they put in an estimate
12  for the costs for the last week or whatever, that's fine
13  with the Tribunal.  We're completely in your hands, but
14  I was just anticipating the objection that I have heard
15  on several occasions.
16  MR NESBITT:  I understand that.
17  MR WADE:  Yes.
18  MR NESBITT:  I think on this side of the table at least
19  we're pretty good at filling in our time sheets, so we
20  should be able to give you an exact figure rather than
21  estimate with our submissions on everything else.
22  MR WADE:  And I think we may prefer nevertheless to have
23  a separate submission.
24  THE CHAIRMAN:  When we have the separate submissions, so if
25  one party wants a separate submission on costs that can

Page 256

64 (Pages 253 to 256)

| | |
|---|---|
| 1 | occur a week or ten days later. However, this is |
| 2 | an international arbitration, the submissions on costs |
| 3 | are much less detailed than the submissions on costs in |
| 4 | English court proceedings, and you know that one of the |
| 5 | approaches of some tribunals is to compare the relative |
| 6 | costs of the two parties, so we have a kind of standard, |
| 7 | and that's why we like to get the submission on costs |
| 8 | before we render the award. But -- |
| 9 | MR NESBITT: If I may ask, in terms of submissions on costs, |
| 10 | what you're talking about is the numbers and the |
| 11 | description, you're not talking about submissions |
| 12 | related back to the way in which the case has been |
| 13 | conducted or that kind of thing? I see Professor Lew |
| 14 | shaking his head. |
| 15 | PROFESSOR LEW: Unless there's some major issue where there |
| 16 | is an allegation that the parties have abused something |
| 17 | which the rules normally allow for costs, it's really |
| 18 | a just a question of just knowing what were the legal |
| 19 | fees and related expenses that the party incurred in |
| 20 | coming to the state of the arbitration. |
| 21 | MR NESBITT: Yes. Well, of course, we say the entire |
| 22 | counterclaim is abuse of process, but that will come as |
| 23 | no surprise to the Tribunal. But, yes, understood. |
| 24 | PROFESSOR LEW: Look at the ICC rules -- this is not |
| 25 | an ICC -- the LCIA is very similar -- is that the |

<center>Page 257</center>

| | |
|---|---|
| 1 | reporters have followed the procedure I've adopted with |
| 2 | no complaint, almost, and it is very much appreciated. |
| 3 | So thank you to everyone. |
| 4 | MR NESBITT: Thank you. |
| 5 | MR WADE: Thank you, sir. |
| 6 | (5.46 pm) |
| 7 | (The arbitration adjourned) |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

<center>Page 259</center>

| | |
|---|---|
| 1 | Tribunal now, it has always been done, but since the ICC |
| 2 | changed the rules the LCIA has got a similar rule, the |
| 3 | arbitration tribunal has the right when allocating costs |
| 4 | to take into account whether parties have acted |
| 5 | expeditiously and appropriately in the conduct of the |
| 6 | arbitration. |
| 7 | MR NESBITT: Yes, indeed. |
| 8 | THE CHAIRMAN: Mr Wade, you look like you want to make |
| 9 | a comment. |
| 10 | MR WADE: Not particularly. |
| 11 | THE CHAIRMAN: Very good. Now, so we'll leave you to confer |
| 12 | on that. You know what the Tribunal's approach is, |
| 13 | I trust. |
| 14 | MR WADE: Yes. |
| 15 | THE CHAIRMAN: And so I think we've dealt with ... (Pause). |
| 16 | The parties can seek to agree on whatever they wish |
| 17 | to agree on, but page limits are not something that |
| 18 | I usually impose. |
| 19 | Now, with that, we have completed the hearing, so |
| 20 | let me thank you all for your very active participation |
| 21 | in your hearing. Your clients have attended, your |
| 22 | experts and witnesses have attended and have |
| 23 | contributed, and for which we are very grateful, and |
| 24 | counsel has enlightened us in many ways, and it has been |
| 25 | very, very helpful for the Tribunal, and the court |

<center>Page 258</center>

| | |
|---|---|
| 1 | INDEX |
| 2 | PAGE |
| 3 | Housekeeping .........................................1 |
| 4 | |
| 5 | DR SIMON MOY (called) ...............................4 |
| 6 | |
| 7 | Examination-in-chief by MR GUNNING ...........5 |
| 8 | |
| 9 | Presentation by DR MOY .............................6 |
| 10 | |
| 11 | Cross-examination by MS WILFORD .............26 |
| 12 | |
| 13 | Cross-examination by MR NESBITT ...........60 |
| 14 | |
| 15 | MR NICHOLAS GOOD (called) ........................137 |
| 16 | |
| 17 | Examination-in-chief by MR NESBITT .........137 |
| 18 | |
| 19 | Presentation by MR GOOD ...........................138 |
| 20 | |
| 21 | Cross-examination by MR WADE ...............149 |
| 22 | |
| 23 | MR MARK TAYLOR (called) ...........................182 |
| 24 | |
| 25 | Examination-in-chief by MR WADE .............182 |

<center>Page 260</center>

1
2        Presentation by MR TAYLOR .........................186
3
4            Cross-examination by MR SHOESMITH ...........199
5
6        Housekeeping ......................................246
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 261

**A**

**A/2** 174:17
**A1** 209:25
**A3** 150:14 165:22
168:7
**A4** 150:13,16
165:21
**abandoned** 20:8
**able** 7:10 72:24
149:23 155:8
168:15,17,23
169:11,14 171:10
171:14 194:7
204:14,18,22
223:15,20 243:15
243:18 245:6
251:20 252:3
256:20
**absence** 33:20
**absent** 14:4 210:16
**absolute** 92:3
**absolutely** 51:6
60:2 81:1 90:4
135:19 152:13
167:8,10
**abstract** 3:22
**Abuja** 247:9
**abuse** 257:22
**abused** 257:16
**accept** 37:23 67:16
86:3 95:4 98:19
150:24 153:5,5,17
158:17 159:14
160:5 167:11
171:25 215:15
220:7 232:8
**acceptable** 31:8
32:20 33:2 60:1
72:9 79:23 101:22
114:25 118:2
158:24 249:14
**accepted** 33:1 58:4
60:13 72:1 74:13
79:8 212:13,15
218:6

**accepting** 61:10
**access** 57:25
**accompany** 55:25
**accompanying**
56:6
**account** 28:10
30:10 41:23 42:4
44:14 46:25 47:10
49:6 115:4 122:4
122:5 161:5
253:10 258:4
**accountant** 171:7
171:13 172:6
186:10 202:19
209:14 215:1
216:15,18 218:3
224:9 231:21
**accountants** 138:21
218:12,20,21
**accounting** 143:23
172:2 178:17
**accounts** 58:1
158:23 234:14,15
234:15,16,19,24
235:2,4,14,18,19
**accrual** 159:3
**accruals** 159:2,7
165:11
**accuracy** 50:19
121:3
**accurate** 51:2,11
55:13 180:4
199:20 204:7
**accurately** 52:22
53:4,5
**achieve** 76:9 79:22
**achieved** 85:18
86:4 127:9 189:6
**acknowledge**
124:19 136:19
189:24 216:9
**acknowledged**
196:21
**acknowledges**
159:20

**acknowledging**
161:13
**acquired** 187:4,7
191:21 219:11
**acquisition** 180:12
**acronym** 33:7
**acted** 258:4
**acting** 117:5
**active** 71:23 258:20
**actively** 61:25
**activity** 146:4
147:6 173:12
**actual** 25:18 28:18
54:18 79:20 85:24
89:4 110:13
111:17 113:4
120:8,15,18
122:17 123:9,13
124:14,24 125:3,7
125:10,25 126:3
126:24 127:23
133:2,2 134:20
135:3,13,19,23
139:11,24 140:23
140:25 141:5,12
141:12 151:13,15
151:25 152:16
153:6 176:10
178:11,24 187:20
188:2,18 189:14
189:19 190:16,19
190:24 192:17,23
193:9 240:11
241:24 244:6,11
**adaptation** 256:8
**adapted** 62:9
**add** 43:21 48:19
71:10 73:5 93:1
97:3 141:6 167:19
180:7 185:20
223:11 229:5
251:11
**added** 13:2 99:25
111:6 167:20
204:10 224:21

**adding** 65:18
229:17
**addition** 5:21
204:13
**additional** 1:16
65:2,6,7,24 66:2
66:11,24 71:22
73:3 113:20
164:13,16,19
165:7,9 168:18
225:15 230:3
248:14 255:11
**address** 36:21
181:16,22 237:6
246:24
**addressed** 71:21
72:13,20 82:22
89:25 121:23
230:4 254:5
**addresses** 72:21
**addressing** 81:14
241:9
**adds** 167:17
**adequately** 226:22
**adjourned** 259:7
**adjournment** 108:2
**adjust** 101:13
107:1 113:2
**adjusting** 107:10
112:22
**adjustment** 138:25
139:3 141:25
142:10,17 143:1
144:20,23 149:16
159:5 160:25
161:15 164:13,18
169:24 172:10,14
186:16 193:18
195:14 202:10,25
203:6,18 205:10
205:20 211:7
213:2,15,16
216:22 217:19
226:22
**adjustments** 158:7

197:21 198:23
199:19 227:11
228:1,8 229:2,4
**admission** 250:8
**admit** 250:17
**admitted** 169:25
249:3
**admitted/not**
169:24
**admonition** 171:25
**adopted** 179:5
259:1
**advance** 4:8 256:9
**advancing** 49:4,9
**adversely** 187:23
**affect** 30:1 83:25
84:25 180:14
188:22 189:23,25
226:16
**affiliates** 40:10
41:4 187:16
**afraid** 222:11
**Africa** 6:25
**afternoon** 138:1
182:9 186:9
199:15
**aggressive** 90:8
91:1,2,11,12
92:10 95:5 106:23
108:23
**aggressively** 90:10
**Agip** 147:10
**ago** 56:5 171:10
232:2 247:24
**agree** 51:3 53:3
57:11 66:5 100:9
117:24 118:11
119:25 120:1
124:3 126:3
136:17 152:13
166:1,2,15,15,16
168:16,18,22,23
169:12,15 175:10
175:18 176:18
177:7 178:12

186:22,23,24
188:13 191:13,14
191:15,16 194:23
196:25 204:8
214:24 216:2
218:12 219:2
231:17 240:2
253:9,14 258:16
258:17
**agreed** 139:5,25
142:12 147:2
165:25 167:21
171:5 172:20
178:22 188:16,21
190:6 191:23
193:25 194:24,25
196:7,9 199:4,7
202:14 203:7,9,15
204:15,16,23
213:25 214:5
216:3 236:25
237:25 238:13,25
239:3,5,8,16
**agreeing** 171:5
**agreement** 203:13
216:14 238:15
239:2,4
**Ah** 179:22
**ahead** 34:4 46:16
73:21 75:7 150:8
213:18
**aim** 52:25
**Aker** 237:11
**albeit** 146:21
149:14
**allegation** 90:5,6
257:16
**alleged** 33:20 87:7
87:12 107:5 153:4
187:22 192:25
**Allied** 40:10 55:7
67:8,15 69:24
83:10 94:22 109:8
110:8 120:24
140:6,13 145:17

149:11 155:17
175:22 177:20
185:7 187:4,5,8
187:15,17 191:16
191:21 192:5,7,10
192:11 216:23
217:3 227:19
241:7,16 242:6,11
243:10 245:19
**Allied's** 140:11
187:10 196:8
199:5 237:18
243:14
**allocate** 173:12
174:20
**allocated** 160:23
163:16
**allocating** 147:14
258:3
**allocation** 147:7
160:4 171:12,17
173:20
**allow** 236:24
257:17
**allows** 42:17 96:24
97:14 98:8
**alludes** 39:12
**alongside** 200:18
**alternative** 86:14
101:5 190:3
196:23
**alternatives** 198:1
**amend** 138:11
188:24
**amended** 5:19
25:25 26:21 27:22
64:16 75:15 86:8
108:6 114:14,17
115:9 123:4,11,19
123:20 125:14
138:7 143:10
144:22,24 161:6
161:13 170:9,13
171:4 172:25
173:19 185:14

193:20,23 194:18
195:11,12,17,21
196:2,6,12,14
202:22,25 203:8
205:14 206:11,14
206:17,19 213:1
215:4
**amendments** 5:11
**America** 7:1
**amount** 9:4,20
29:11 62:16 99:5
141:4 142:1,17
144:2,8,13,14,16
144:17 145:23,25
147:3,16 148:3,4
148:24 149:3,5,16
152:4,6 176:6
178:21 191:15
195:8 197:17,22
198:2 203:24
217:11 225:11,13
228:22 234:10
235:2,9 236:9,9
236:10 237:25
239:12
**amounts** 145:16,18
146:6 148:6,8
149:2 164:24
165:10 168:11
169:14 188:24
194:23 196:15
234:13 235:14
**amplitudes** 68:13
**analyse** 198:24
**analysed** 197:19
213:23
**analysis** 74:2 139:5
147:1 197:20
198:8 199:1
203:15,21 209:3
215:17 220:14
236:7 239:10
243:13 246:12
**and/or** 107:9
**annex** 114:13

121:11 124:20
161:1,11 163:3,10
**announcement**
191:25
**annoy** 93:19
**answer** 2:1,16,18
42:2 45:22 64:10
80:2,20,25 82:16
84:10,13,15,23
85:5 88:14,17
91:5 153:13
158:19 170:17,24
174:8,15,21
203:24 204:1
210:11 232:6
248:12 251:4
**answered** 39:6,7
63:12 162:3
166:14
**answering** 175:1
**anticipate** 225:18
252:20
**anticipated** 248:11
**anticipating** 256:14
**anxious** 64:8
**anybody** 52:2
**anyway** 14:10
61:18 99:1 121:18
169:23 248:12
**apart** 17:19 22:18
41:7 47:22 59:2
138:9 185:19
**apologise** 4:8
**apparent** 29:18
31:23 44:2,24
46:10 48:15 91:3
128:5 190:18
**apparently** 69:15
168:6 248:24
**appear** 65:16 71:21
72:15 73:17,25
83:15 85:5 96:4
112:25 118:19
126:8 127:4,7
136:4 177:17

200:5 212:6
**appeared** 67:12
71:22 78:2 111:17
249:1
**appears** 3:19 15:6
34:22 69:24 79:14
90:6 96:14 104:21
117:9 122:3
124:25 160:18
174:3 190:22
192:4 196:18
209:6 251:9
**appendices** 154:2
**appendix** 165:18
166:1 167:25
188:11,25 194:16
194:16 197:2,4
199:1 222:2
232:17 236:21
**apples** 135:14
136:1,1
**applicable** 31:20
**application** 188:6
247:23
**applied** 24:10 76:6
78:4,9,12,25 79:1
83:16,23 92:11,23
103:14 105:2
164:2 195:1
**applies** 8:18
**apply** 63:23 77:10
80:17 81:10
107:24 112:19
122:12 160:6
**applying** 77:6 78:7
80:5 114:24
175:13,20
**appreciate** 84:5
150:7,15 224:17
**appreciated** 81:2
94:1 259:2
**approach** 87:2 90:7
91:1 106:24
108:23 189:21
191:19 195:10

202:13,14 258:12
**approached** 74:23
    100:17,24
**approaches** 257:5
**appropriate** 25:21
    42:18 44:23 55:14
    59:11,14 66:25
    90:16 96:5 107:15
    107:20 129:18
    130:4 136:7 143:5
    149:2 152:20
    153:8,20 156:13
    156:15,17,19,22
    156:23 157:20
    161:15 252:17
    253:1
**appropriately**
    258:5
**approval** 222:19
**approved** 237:15
**approving** 96:4
**approximate** 226:2
**approximately**
    111:18 123:21
    140:17 141:1
    151:16 234:4
**April** 35:21 116:6
    149:8
**aquifer** 10:11 23:7
    23:10,12,13,14,23
    23:24
**arbitration** 1:8
    6:10 26:19 33:5
    49:15 81:4 87:13
    222:22 227:20
    257:2,20 258:3,6
    259:7
**area** 16:18 20:14
    21:25 77:7 81:11
    88:18 89:15,18
    103:24 186:25
    187:23,25 188:5
    191:18
**argue** 156:6 208:21
**arises** 191:20

242:21
**arising** 188:4,6
    199:16
**arithmetic** 145:8
    224:10
**arithmetical**
    152:22
**arriving** 99:4
**Article** 162:15,15
    163:3,6,7,7,8
**Articles** 162:14,17
    162:18 163:3,10
    163:12,13
**ascribe** 76:20
**ascribed** 102:17
    177:7
**Asia** 6:25
**aside** 172:16,21,24
    172:25
**asked** 2:6 28:17,21
    29:20 36:16,20
    41:19,20 43:7
    50:16 83:10
    118:20 162:2
    170:7,8 174:13
    193:1 206:24
    209:8 210:20
    216:1 235:7 243:1
    243:11,17,21
    246:25 247:5,17
    251:12,17
**asking** 26:12 32:12
    32:13 33:9 79:13
    83:15 129:1
    155:15 158:3,8
    171:19,22 173:3,3
    174:6 216:6
**aspects** 162:2,3,20
    192:24 245:5
**assertion** 136:17
    177:24
**assess** 53:9 206:2
    241:15
**assessed** 187:12
**assessment** 34:1,2

41:15,19,21 43:8
    44:7 187:9 206:22
**asset** 152:7,23,23
    153:3 177:6
    180:12,23 181:1
    244:13 245:20
**assets** 177:8,20
**assist** 83:19
**assistance** 246:8
**assisted** 154:7,10
    154:11
**associated** 233:10
**assume** 38:7 88:7
    89:12 95:12 101:9
    106:18 118:20
    121:4 134:22
    163:23 209:8
    237:7
**assumed** 76:11
    101:20 109:18
    189:13 193:6
    244:5,10,11,22
    254:18
**assumes** 48:18
**assuming** 38:12
    114:24 164:14
    165:20 221:19
    223:7 226:16
    240:24 250:7
**assumption** 89:7
    107:7 108:17
    113:19
**assumptions** 57:10
    57:12 94:19
    108:14 190:12
**assure** 92:3
**astrophysics** 27:10
    27:11,12
**attach** 71:15
**attached** 164:19
    165:2 166:20,22
    166:24 168:21,25
    169:18,19 237:11
    237:16
**attachment** 165:24

165:25
**attachments** 156:4
    156:13,16
**attempt** 47:19 51:8
    64:9 80:24 81:19
    88:20 106:16
    126:8 173:1
    174:20
**attempted** 87:24
**attempting** 76:13
**attempts** 63:6
**attended** 258:21,22
**attributable** 38:3
    61:12 136:22
**attributed** 103:23
    135:12 140:6
    178:9
**attributes** 28:9
    30:9 41:23 42:3
    66:17
**audit** 156:24 218:6
    218:11,16,18
    235:16,17
**audited** 178:23
    199:6 234:16,18
    234:19 235:4,15
    235:19
**auditing** 7:5 235:10
**auditor** 155:22
    235:15
**audits** 155:22
    218:14
**augmented** 166:25
    168:24 169:1
**August** 200:14
    242:19 247:18
    253:7
**authentic** 250:11
**authenticity** 248:8
    250:14,24 251:16
**authorities** 146:1
    148:9,13,15,21
**authors** 13:10
    22:11,25
**available** 42:24

52:11,22 62:24,25
    66:18 99:24 115:4
    120:9,18 128:8
    155:13 157:25
    178:21 201:18,25
    202:24 205:19
    217:3,5,7 221:14
    245:7,9
**average** 10:7 22:22
    101:10 127:19
**avoid** 9:7 22:8
**award** 255:21,22
    257:8
**aware** 34:22 35:7
    41:6,9 47:13 48:7
    49:14 59:1 67:6
    75:12 87:18 89:17
    90:5,13 95:21
    134:6 136:13
    211:8 221:6
    226:12 227:13
    228:4 242:5,9,14
    242:22 243:8
**awe** 251:16
**awful** 27:17
**axis** 12:12,12 16:5
    78:17,18

---
**B**
**b** 25:12 109:6
    113:20,24 114:1
    141:16 142:4,8
    161:1,19 163:3
    189:2,18 205:15
    222:2 240:20
**B2** 138:3
**back** 2:14 3:10 4:6
    4:10 5:24,25 6:5
    11:13 16:15 17:20
    18:7,24 19:24
    20:3 21:14,19
    23:22 27:1,20
    29:2 33:16 38:17
    38:18 42:19 54:23
    57:2,14 59:16

63:13 75:15 79:12
83:5 86:3 92:8
93:11 94:22
100:12,13 104:4
107:25 108:4
110:9 118:18
125:1,19 127:15
135:6 136:4 147:6
148:10,23 150:20
153:23 179:6
181:14 196:17
205:5 206:19
210:20 213:7
220:7,19 224:7
228:8 229:5,17
236:11 237:23
238:15 239:23
257:12
**background** 55:20
204:4 240:9
**Badru** 70:2,3 71:17
83:13
**Badru's** 84:9
**balance** 7:2 8:23
66:4,8 67:18,20
**Bamford** 163:21
**bank** 142:12 148:6
173:13 195:25
**bar** 187:12 191:6
**barrel** 17:9 110:3
**barrels** 12:16,23
17:22 45:7 95:14
108:19 109:2,8
110:1,22,24 111:2
111:3,5 112:3,10
113:16 123:16,21
124:1 125:11
**barrels'** 23:19
**barriers** 117:6
**base** 92:14 201:16
**based** 7:8 13:3
18:11,13 21:24
24:8 25:15,19
26:8 31:5 34:3
38:16 42:23 44:23

52:22 74:2 76:12
91:17 98:1 101:6
105:12 109:8
110:5,6 113:7
114:23 128:25
130:11 134:12
135:1 140:21
148:16 151:12
157:24 170:10
178:16 202:23
203:15 207:24
226:13,17 231:5
234:3
**basic** 94:17
**basically** 13:19
65:12,16 82:3
113:24 130:10
249:11 250:12
**basing** 109:22
**basis** 8:23 66:17
89:16 114:5
117:25 121:10
135:18 143:3
147:15 150:25
161:11 169:11
177:18 178:5
190:5 212:11
214:14 249:3,12
250:10 251:24
**bcf** 71:25 72:1 73:2
73:4,6
**bean-up** 109:10,18
109:22 110:6,7,12
110:15,19,21
**beaning-up** 90:16
106:23
**bear** 140:20 151:4
151:8
**bearing** 116:3
**beautifully** 13:8
**beds** 43:5,12,14,16
44:20 46:6,19,25
47:3,12,18,23
48:19 49:8,12
51:15

**beginning** 7:21
92:8 128:1 131:11
170:16 242:18
**behalf** 155:17
**behave** 24:24 85:15
**behaved** 101:23
107:12
**behaving** 85:14
**behaviour** 47:4
52:21 55:15 77:12
81:9,15,18 82:22
82:25 83:24 84:25
107:10
**believe** 1:8,20 46:4
54:12 67:23 68:14
78:12 84:7 115:7
115:16,19 123:17
136:18 160:12
166:13 184:8
199:17 200:19
209:10,16 252:14
**believes** 209:13
**beneath** 184:2
**beneficial** 140:7,12
176:3,25 187:4,8
187:11,16,17,20
191:21 192:11,12
192:21 193:2,4,8
239:19 240:12,23
241:1,17 244:2,4
244:17,18,19,22
245:14 246:2
**benefit** 13:9 53:16
64:12 111:20
149:12 165:20
244:24
**best** 4:23 52:20
62:12,19 72:11
137:22 182:14
**better** 61:4,6 62:9
84:6 85:20 86:6
96:9 127:9 151:20
163:16 247:1
**BF1** 124:14
**BG** 6:24

**bibles** 9:17
**big** 117:5 142:8
148:24 173:8
**bigger** 12:2 197:5
**biggest** 187:10
191:5,8
**bill** 157:8
**bills** 157:16,17
**bit** 2:23 7:10 12:8
20:4 32:23 34:5
34:16 35:4 36:7
41:3 46:23 49:25
52:17 74:7 85:9
99:20 104:10
106:10 132:3
163:1 175:6
224:10
**black** 16:4 127:2,4
**blind** 231:24
**blocks** 117:4,5,12
**blocky** 68:16
**blue** 20:21 141:11
196:15
**board** 156:3
**body** 7:22 65:14
114:22 124:9
230:24 233:25
**bold** 213:14
**bores** 20:17
**boring** 163:1
**bottom** 11:20 15:4
19:6 35:16 73:13
73:20 84:14 94:2
98:7 100:7 104:20
112:17 123:7
126:17 167:18
174:19 179:13
184:17 194:13
196:20 197:18
198:4 212:1
213:13 229:18
235:24
**bought** 192:11
**bounds** 128:15
**box** 81:11 102:22

103:6,7,15 168:9
196:15
**brackets** 152:6
184:15,15
**breach** 33:1,6,19
33:20 49:17 87:7
87:7 90:6
**breaches** 87:11
107:5
**break** 2:15 59:11
59:13,15,19,22
60:5 69:5,18
106:9 107:20
137:13 171:9
181:9 182:6 238:3
238:9,16
**breakdown** 161:21
197:2 235:3
236:20
**breaks** 137:11
197:15
**breakthrough**
12:10,13,18,20,24
13:1,6 31:7,19
33:17 45:4 60:19
60:21 84:4
**bridge** 178:10
**brief** 7:18 35:22
48:21 186:19
197:6
**briefly** 1:10 7:16
11:3 26:6 36:4,5
36:19 39:20 70:6
144:20 145:19
164:21 199:3,25
233:1 239:18
**briefs** 253:13,13
**bright** 65:17 68:12
75:1
**bring** 24:18 44:20
45:6 95:9 107:18
205:12
**bringing** 31:9
114:5 141:15
196:22

**brings** 229:17
246:22
**Bristow** 147:10,15
147:17
**broader** 192:16
193:8
**broadly** 76:22
156:7,10
**broken** 159:17
**brought** 95:11,14
113:25
**bubble** 17:17 19:2
19:4,7,9,23 22:7
30:18
**budget** 148:2,3
**build** 62:5,6,15,18
63:4 70:16,18,20
70:20 80:4
**build-up** 15:22
16:3
**building** 58:14
62:14
**built** 53:24 54:2,11
188:3
**bulk** 79:3 171:2
**bunch** 3:24
**bundle** 5:4,21,25
6:6 27:2,22,24
31:2 37:3 40:2
41:18 45:14,16
46:21,22 54:24
55:4 56:1 60:17
64:20 69:23 83:5
94:7 108:7 121:20
124:7 126:11
129:5 138:3,5
154:3 162:5
173:21 174:17
177:8 182:18
183:1,13 184:5,6
185:5,10 199:23
200:1 204:2
209:25 211:21,25
213:6,7,8,10
230:5,20,22

231:17 237:3
239:21 245:17
**bundled** 148:14
**bundles** 153:24
154:3
**buoyancy** 12:6
**burning** 254:23
**business** 6:21 10:23
27:16
**business-related**
157:15

## C

**c** 25:12 109:6
113:20,24 114:2
163:6 189:2,19
**C40** 1:20 246:24
247:3 248:23
252:24
**C41** 246:24 247:4
248:23 252:24
**calculate** 76:19
88:9 92:24 96:12
96:25 97:11,13
98:1,9,12 111:25
116:16 152:20
228:22
**calculated** 11:22
99:8,9 132:24
133:19 139:9
151:1,23,24
163:15 176:20
**calculates** 82:4
188:3,5
**calculating** 88:9
98:23 134:14
153:9 176:21
**calculation** 59:16
93:8,12 100:5
111:8 134:9
135:18 152:19
175:11 178:4
239:20 243:25
245:2 246:9
**calculations** 29:5

50:10 87:2 92:21
99:16,19 130:25
131:1,2 134:7
139:21 180:2,8,14
180:17
**call** 64:16,18 65:2
70:6 71:10 79:22
227:22
**called** 4:14 15:9
114:17 137:15
182:8 195:18
202:9 260:5,15,23
**CAMAC** 57:18,23
57:23,25 58:3,9
58:12 60:12 61:11
61:21 191:23
192:1 237:18
**camac.com** 237:6
**cap** 8:19 9:7,8,15
9:24 11:18 12:7
17:15 19:3 21:23
22:9 25:16 29:24
30:18,20 42:10,15
65:19 84:4 116:15
117:9,17,20 118:4
118:14,16 119:1
136:15
**capillary** 10:7,25
**care** 158:19
**career** 6:23,24
**carefully** 12:11
118:20 123:6
**carried** 46:15 49:13
206:21
**carries** 104:20
**case** 2:7 8:25 9:6
11:19 25:9,18,18
38:14,15 43:11
50:25 54:12 64:5
74:2 77:10,14,14
78:19 80:20 86:10
87:9 90:10,14
94:5 101:21 110:1
110:11 113:11
114:15 115:16,19

116:3 123:17
124:15,24 125:10
126:1 128:11,12
136:18 142:20
196:8 200:22
201:2 203:12
227:17 256:4
257:12
**cases** 23:16 24:5
25:24 125:10
130:1 136:7
147:15,16 249:18
**cash** 152:15 187:24
188:1,3,5,7,14,20
188:22 190:7
191:23 192:23
193:11 244:5,6,8
244:12
**casing** 82:2 84:3
107:14
**Casula** 155:2,15
**categories** 160:19
172:1,9 173:4
174:24 194:22,24
197:14,16 203:2
211:20 220:25
**categorisation**
170:3,18 208:8
**categorise** 207:17
**categorised** 207:6
**category** 149:1
166:23 174:23
206:3 207:11
**cause** 30:5 48:11
61:25 82:25
210:14
**caused** 31:7,19
32:14 33:18 81:18
82:13 107:9
**causes** 82:17
**caveat** 153:10,11
153:21,22 179:6
**CD** 231:4,7,11
**CD-ROM** 225:14
**ceased** 40:4

**CEI** 239:19
**cell** 13:7,25 16:21
63:19,21 76:6
79:3,4,6 111:14
**cells** 13:17,23 32:5
62:19 65:7,18
66:24 68:9 70:9
71:23 72:21 73:3
74:24 75:10 82:4
82:5 86:1 116:24
116:25 117:10,11
119:4,19
**cement** 81:20,22
82:2,9,19 88:1,6
89:5,7,19,23,24
107:14,16
**cementation** 61:2,6
**cementing** 32:16
87:13,13,23 88:16
106:20 107:10
118:23
**cent** 9:16 10:1,9,12
10:12,21 25:14
123:23 146:15,15
146:17,18,19,22
146:22 232:12
**central** 6:25 7:24
8:2,6 16:25 23:13
56:15,19,25 73:1
101:10 176:23
177:1 178:3
187:23,25 188:5
192:7,14,17
233:11 244:25
**centres** 82:5
**certain** 2:9 28:18
50:7 57:10 58:20
68:16 126:24
155:16 160:22
162:2,3 194:22
206:24 207:5
212:2 216:2,5
225:11
**certainly** 16:18
20:1 30:14 35:10

36:8,9 44:15
58:24,25 61:18
62:22 63:11 69:18
70:25 72:15 73:23
74:9 75:3 80:16
80:17 81:21 89:19
89:20 93:3 105:11
110:21 111:1
112:24 116:18
125:6 132:10
159:5 161:23
162:17 177:2
209:25 219:18,21
233:3 244:10
**certainty** 228:19
**certified** 121:1
156:2
**cetera** 106:23 118:2
146:25
**chain** 70:12 71:4
84:16
**chairman** 1:7,13,15
1:25 2:4,18,25
3:13,19 4:7,10,15
4:17,20,22,25
6:18 18:7,11,13
18:23 24:21 26:10
36:4 38:19,21
39:3,5,15 59:9,14
59:24 60:2 64:21
64:23 68:23 69:2
69:4,8,10,20 78:6
78:9,13 79:16
82:12,16,21 97:10
97:22,25 98:17
104:18 106:8,11
106:14 107:19,21
107:24 108:4,5
114:18,21 131:24
132:2,11,15,18,20
133:1,7,22 137:1
137:2,4,9,16,19
137:21,24 142:1,6
142:9 149:19
150:3 160:12,22

161:11,17,24
162:1 173:22
174:13 181:5,7,14
181:19,21 182:1,9
182:13,16 183:21
183:24 197:8
199:2,11,12 207:2
216:1 223:5 225:1
225:9,14,18,20,25
226:6 227:8 228:8
228:13,15,21
231:3 232:19,21
238:3,6,11 246:17
246:22 247:1
248:9 249:5,14,24
250:14 251:3
252:5,8,12,15
253:25 254:7,16
255:5,23 256:3,24
258:8,11,15
**chairman's** 98:19
163:4
**challenging** 250:24
**chance** 30:16 69:5
95:11 247:1
250:15 251:3
**chances** 30:21
**change** 13:19,21
41:3 115:12,13
122:11,20,20
125:12 126:2,3
131:17,18,25
187:23,24 188:22
193:17 229:21
244:8
**changed** 27:14 96:8
123:9 125:1,19
126:5 127:21
136:4 168:24
193:13 215:13
230:1 258:2
**changes** 5:15 78:23
102:5 106:24
121:13 128:17
176:7 184:21

**changing** 24:19
125:20,22
**channel** 7:22 42:25
43:2 65:13 81:20
81:21 88:22
**Chaperon** 11:2,15
112:9 113:1,8,10
113:13
**Chaperon's** 9:22
13:4
**characterise** 173:1
**characterised**
147:18
**characteristics**
43:1 46:1,5,6
**charge** 146:14
149:13 158:25
207:7
**charged** 159:25
161:4
**charges** 146:13
147:8 148:16
**charging** 160:15
161:12,18
**chartered** 138:21
202:19 209:14
215:1 216:15,17
**charts** 190:15
**chase** 66:14
**check** 58:23 62:17
69:5 70:24 93:1,7
93:24 101:2
102:15 103:22
121:1 154:14
222:8 238:22
**checked** 163:23
167:22
**checking** 121:2
139:5 218:24
**chimneys** 67:12
73:17,25 74:8
**choice** 40:13 133:1
**choke** 87:16
**CIL** 227:10,21
228:1,10

**CINL** 187:17
**CINL's** 140:7
**circumstances**
62:13 153:9 157:2
157:3,7,11,15
161:14
**claim** 39:10 49:14
134:14 157:4
158:21 159:15
194:19 195:16
199:18,20 204:14
204:18,22 231:9
232:3,23 233:21
234:4,10 235:16
236:1,19
**claimant** 1:9,18
55:7
**claimant's** 1:11
248:16 252:10
**claimants** 199:20
246:23
**claimed** 169:11
172:14 193:21,22
193:24 194:3
195:5 196:15
205:11,15,17
216:22 236:11
**claiming** 235:22
236:2,12
**claims** 172:10
194:9 233:14
236:16
**clarification** 64:11
67:9 199:16
**clarifications** 6:12
**clarified** 74:5
210:21
**clarify** 79:8 106:5
106:16 131:5
138:11 152:10
174:4 185:21
200:4 229:8
**clarity** 7:11 11:14
254:1
**classified** 146:3,10

146:19 202:8,21
203:1
**classify** 207:23
**clause** 209:23,24
210:3,11,13
**clauses** 210:23
**clear** 4:5 12:24
32:25 49:2,12,24
66:7,11 67:11
77:15,21 78:1
85:25 91:17 118:6
160:4 191:3
**clearly** 19:1 44:24
65:21 119:13
143:13 146:22
149:9 157:14
170:10 251:4
**client** 94:18 236:20
249:13
**clients** 248:4
258:21
**close** 98:12 108:25
**closely** 1:19
**closer** 24:13 226:7
**closest** 55:12
**cloud** 13:17 16:11
**CMC** 255:17
**co-mingled** 100:1
**co-venturers**
163:16
**coffee** 2:14 69:18
**coincidence** 243:4
243:11
**coincident** 67:13
**collaborative**
154:19
**collating** 164:23
**colleagues** 30:11
74:23 154:11
**colloquially** 186:17
**column** 115:20
132:4,11,14,14
134:4 140:22
145:8 151:12
169:12,13 184:12

184:13 197:16,21
197:24,24,25
198:1,5,9,9,14,20
198:21 202:18
**columns** 115:21
131:25 139:8
142:23,25 197:13
197:13 198:8,9,10
198:17,22 248:18
248:24 251:8
**combination** 10:10
46:4
**come** 4:1,5 11:12
11:13 14:19 15:21
20:3 30:7 32:16
38:5 50:7 57:7
66:5 79:12 117:9
127:14 139:20
142:4 143:6 145:2
171:8 181:14
193:11 214:22
215:17 224:6
225:17 229:8
243:23 244:24
255:15 257:22
**comes** 2:22 17:18
17:18 19:7,15
24:12 29:25 30:8
38:16 39:13,17,21
74:15 104:16
109:16 178:5
179:6 198:7
242:22
**comfortable** 74:5
85:4 247:2
**coming** 13:20 18:2
27:3 86:3 92:8
116:22 117:9,16
117:20,20 118:15
119:5,7,12 142:8
152:22 244:14
257:20
**command** 77:19
131:8
**commanding** 131:9

**commencing** 48:13
**comment** 35:11
36:6 89:18,20
167:4 179:10,15
179:25 186:19
193:12 241:21
248:13,14 255:5
255:11 258:9
**commenting** 89:18
**comments** 71:10
156:18 176:17
253:19
**commission** 173:13
**commissioned** 55:6
**commissioning**
58:9,15
**committed** 94:17
**common** 14:3
33:12
**communicate** 22:4
22:17 23:6 70:7
**communication**
68:17
**company** 34:3,6
58:14,16,19
119:20 121:5
144:6 145:17
147:10,11,13
159:21,24
**comparability**
122:14
**comparable** 42:14
135:15,17 141:4
176:19
**compare** 45:11
89:22 93:5 116:16
123:10,13 136:1
177:24 240:11
244:2,16,19 257:5
**compared** 139:12
141:5 151:25
160:8 169:10
241:2
**comparing** 14:1
91:18 135:14

153:8 177:19
**comparison** 22:14
126:7 176:8,10,11
176:12 241:6
**competence** 172:8
**competent** 170:23
174:5
**complained** 139:13
140:24 141:2,14
151:14,17 152:17
152:21
**complaint** 259:2
**complete** 4:1
119:10
**completed** 192:2
256:5 258:19
**completely** 16:3
21:22 22:8 44:19
47:21 256:13
**completeness** 13:2
**completion** 82:3
94:8,10,21,24
97:14 196:4,4
213:20
**complex** 7:22 65:13
163:17 171:11
172:7
**complicated** 98:24
171:18
**component** 233:9
239:19
**components** 178:23
**composition** 92:17
116:24 193:19
**compressible** 9:3
**compressors**
189:10,12
**comprises** 192:21
**computation** 139:4
142:11 167:13,13
**computationally**
178:12
**computed** 140:19
140:21 151:3,8,11
**computer** 3:7 173:6

**concentrate** 17:11
**concentrated** 17:1
43:24
**concept** 52:18
76:14 152:10
205:21
**conceptual** 15:13
**concern** 251:11
**concerned** 111:10
250:12 255:7
**concerning** 7:11
71:14
**concerns** 73:8
**concluded** 194:2
214:12 219:5
**concluding** 179:14
**conclusion** 14:10
16:15 31:17 42:21
42:22 61:13,14
68:12 85:12
214:20,22,22,23
214:24 215:13
219:16
**conclusions** 31:5
69:13
**condition** 157:1
189:14
**conditions** 19:1
23:11
**conduct** 258:5
**conducted** 180:14
209:3 210:9 211:8
257:13
**conduit** 82:11 88:5
88:8 89:8,22
**cone** 11:18 13:5
24:17 86:2 112:10
116:21
**coned** 112:25
**cones** 16:19 25:4
**confer** 252:17,19
253:23 258:11
**conference** 70:6
71:9
**confidential** 248:3

**confidentiality**
249:7,8,9
**confirm** 5:18 6:8
6:12 11:6 39:21
40:9 93:24 182:20
223:15
**confirmed** 8:12
75:6 87:24 94:9
135:11 140:16
**conformable** 65:11
**confusing** 176:11
**confusion** 176:18
248:25
**coning** 7:14,15 9:21
11:4,5 13:8 14:4
14:11 23:3 26:4
29:14 30:1,16,21
31:23 32:2,3,8,12
33:8,11,20 44:18
46:9 48:17,24
61:3 62:4 85:25
111:21 116:20
119:6
**connected** 65:25
67:19 72:4 246:6
**connections** 97:21
**conscious** 35:4
**consequence**
132:24 248:20
**consequent** 124:17
**conservative** 61:7
**consider** 47:3 62:14
62:18 138:23
143:9 145:12
170:8,9,17,23
193:1,22 195:5
204:11 209:23
210:10,25 212:7
214:14 232:11,13
251:14
**considerable** 62:16
113:25 233:15,25
**considerably** 78:23
84:1
**consideration**

140:16 180:10
191:24 213:17
241:7,21 242:7,12
243:9,14 244:12
**considered** 55:12
62:12 135:24
136:6 146:20
191:2 192:22
193:16 208:9
**considering** 25:3
47:15 102:18
125:21 135:22
193:3,16 244:13
**consistency** 25:23
125:8 135:20,25
**consistent** 88:20
125:16,25
**constant** 18:25
19:23 22:6 48:18
116:4
**constantly** 19:22
**constitute** 86:14
101:4
**constrictions** 88:7
**constructed** 221:1
**construction**
171:17,20 172:19
174:1,21 207:9
**constructors** 71:22
**construe** 171:11
**construing** 172:4
**consultancy** 7:8
58:13
**consulted** 57:24
**contact** 19:4 21:11
21:18 71:24
**contacts** 8:12 13:14
17:2 91:21
**contain** 109:13
138:13 185:13
**contained** 249:2
**containing** 124:7
138:5
**contains** 248:2
**contemporaneous**

2:1,8 3:14 92:21
**contemporaneou...**
201:14 247:10
**context** 63:14
155:15 156:9
157:22 180:3
186:24 235:8
**continue** 10:25
69:21 149:11
232:21
**continued** 17:7
19:25 40:11 59:12
**continues** 19:10
116:11
**continuing** 68:8
**continuous** 16:1,2
**contract** 87:7,8,12
107:6 158:1,2,10
158:12,23 171:20
174:1 188:7,15
209:4,7 228:2
235:12
**contractor** 148:11
**contractual** 161:11
209:3
**contradiction**
75:12,13
**contradicts** 135:5
**contrast** 213:3
**contributed** 258:23
**control** 9:4,20 23:4
46:9 61:7 131:13
131:14
**controlled** 22:13
130:9,20 131:4,15
132:7,9,19,23
**controlling** 30:22
32:8 130:8
**controls** 131:19
**convenient** 161:25
**convergence** 71:20
72:23
**conversion** 96:13
96:19 97:8
**convert** 63:19

**convinced** 66:24
**copied** 83:13,14
183:17
**copies** 1:5 2:3
150:1,5
**copy** 5:7,18,21
138:2,6 155:6
165:20 168:5
173:7,9 182:23
185:13 226:10
232:5
**core** 14:15 24:8,9
24:12 47:14 51:16
51:22,23,23 77:24
78:2,16,19 85:10
85:12 104:25
105:10
**cores** 104:5,14,23
105:22
**corner** 7:20 194:14
196:19 212:1
**corporate** 47:19
**correct** 5:13 10:2
18:10,12 25:20
29:6 37:9,23 50:3
50:11 54:3,7,9
56:8 58:10,23
65:4 72:8,9 76:8
77:8 84:13 89:14
94:7,22,24 95:3,8
98:2 99:15 102:3
102:14 107:3
110:7 111:23
114:7 119:2
120:22 122:1,8,19
127:3 130:14
131:5 133:16
136:16 137:20
152:7 160:13,15
160:25 162:12,16
164:1,3,18 165:1
167:23 168:14,15
170:20 175:11,14
183:8,9,18,19
184:3 189:15

200:8 216:6
225:10 244:21
246:23 248:20,21
248:21
**corrected** 92:14
94:5
**correction** 92:13,18
134:2 184:8,25
**corrections** 185:9
185:19
**correctly** 65:6
97:22 135:2
**corrects** 216:7
**correlate** 21:2
**correspondence**
85:8 248:2,15
**corresponding**
95:12
**cost** 147:20 156:23
157:5 158:21
159:24 163:13,13
163:14 195:5,6
196:5 205:15
231:13 233:8
236:2,3,4,13
238:15 239:5
253:16
**Costa** 16:13
**costs** 140:1,1
145:10,12 146:8
155:16 156:9
157:4 159:9,10
160:15,22 161:4,9
161:12,18,21
166:1 170:12
171:2,5,12,18
172:1,14,16,20
173:13,17 174:20
174:23 186:19,20
189:1,1,3,4,6,15
189:16,17,19,20
189:23,25 190:2
194:22 196:6,9
199:3,5,8,9
204:12,13 205:2

206:24 212:15,19
214:11 215:11
216:22,23 219:6
222:21 223:3
227:11 228:1
231:10 232:13
233:6,10,14,14,22
234:5,5,12,12
235:1,13,20,21,22
236:6,12,18,21,24
236:25 238:24
239:11 253:19
254:12,15,18
255:11,14,21,22
255:24 256:5,7,10
256:12,25 257:2,3
257:6,7,9,17
258:3
**counsel** 221:24
249:10 253:8,9
258:24
**counsel-to-counsel**
251:24
**count** 221:20
226:15
**counted** 221:25
228:18
**counterclaim**
138:24 139:2,9,9
140:9 141:22,24
186:15 187:1,14
191:19 200:13
242:20,22 257:22
**counterclaims**
233:1,6
**couple** 34:18
144:11 181:12
197:3
**course** 53:11 58:16
87:10 99:22 101:7
141:17 142:15,19
147:22 165:20
173:10 248:21
253:23 257:21
**court** 257:4 258:25

**cover** 11:3 26:2
30:14 170:14
**covered** 196:13
**covering** 7:13,19
9:22 121:19
**covers** 170:14
**CPL** 140:9,14
150:19 175:5
176:3,19 185:6
187:7,21 191:12
**CPL's** 140:6
**create** 56:22 86:9
**created** 2:9,12 50:2
55:21 56:6 188:14
**creating** 79:21
119:19
**credibility** 99:2
126:9
**crime** 211:1
**criteria** 194:3
217:13 218:4
**critical** 11:16,17,22
11:25 13:2 16:19
32:13 111:9,11,12
111:20,25 112:15
112:18,21,23
113:3,7
**criticising** 46:24
**criticism** 19:14
204:7 226:20
**cross** 116:22
**cross-examination**
26:14 60:3 149:20
155:2 170:10
199:14 260:11,13
260:21 261:4
**cross-examine**
207:12 208:4,18
**crosses** 127:2,4
**cube** 58:21
**cubic** 17:8
**culminated** 55:9
**cumulative** 8:21,24
24:24 25:6 101:14
**curious** 110:16

127:8
**currency** 146:15,17
**current** 74:17
82:14 129:16
130:3
**curtailed** 60:22
**curtain** 13:19
**curves** 12:14,21,25
**cusping** 61:3,19
**custom** 158:6,14,16
158:17
**cut** 60:21 66:14
144:11
**cuts** 144:11,13

──────────────

**D**

**D** 197:24 198:1,1
198:10,11,12,18
198:20
**D&M** 14:5,8 16:21
24:3,10 43:16,22
50:5 53:25 54:5
54:11 55:9,12,21
55:25 56:6,11,22
57:9,17,21 58:9
58:10,10,19 59:1
60:7,12,25 61:9
62:2,7 65:5,22
70:17 71:14 72:12
75:18 76:5 77:14
77:21 81:3,10,14
81:18 82:13,16
86:9 101:13,25
102:22 104:2
107:8 119:17
125:5 127:23
130:8,19,23
131:15 133:6
**D2** 162:1
**Dake** 9:18 19:19
**damage** 38:23
152:4
**damaged** 88:6 89:5
152:25 153:4
192:7,25 193:14

**damages** 29:5
50:10 134:8,9,14
135:18 153:9
187:15,25
**dark** 16:4,5
**data** 2:9 3:7,12 8:7
8:11,12 14:16,18
14:25 15:1,10,11
15:17,17,23,24
16:10,11 17:25
20:10 42:12,12,24
43:24 46:8 47:14
47:17,19,19 48:3
58:2,15,18,21
59:2,4,6,7 63:23
66:7,12,12 71:2
76:12 77:24 78:2
78:17,19 80:4
85:10 91:4 92:12
93:12 94:4,7,18
94:19 98:4,11
104:4,13,23,25
105:10,11 111:17
117:24 118:12
119:12 120:8,9,15
120:23 121:4,10
127:13,18 128:21
129:2,3 133:9
168:5 193:5
201:12,23
**date** 40:24 120:17
123:15,19 131:7
140:23 141:1
143:19 151:13,16
152:14,16 166:10
193:3,11 217:17
221:14 240:24
253:4
**dated** 182:23 200:5
200:6
**dates** 2:24 142:6
247:19
**day** 12:16,23 34:8
45:7 76:13 95:15
108:20 110:22

111:5 112:3,11
113:16 115:14
137:11 154:22,23
154:23,25 155:4
155:12,13
**days** 12:9,13,17,18
12:20 13:1 45:5
110:20 144:22,24
145:1 159:6
247:24 257:1
**deal** 36:19,25 39:19
41:16 140:15,17
144:1 163:6
191:25 249:11
256:9
**dealing** 9:19 23:3
52:3,4 59:7 249:8
249:24 250:19
255:21,24
**dealings** 158:17
**dealt** 11:2 140:2
252:6,25 258:15
**Dear** 237:11
**debit** 144:5 212:2
**December** 113:22
114:2,24 116:2,5
143:13,24 191:22
196:3 213:20
214:2 247:13
**decide** 171:24
250:17,20
**decided** 27:16
101:13 122:11
125:2
**deciding** 195:1
**decision** 88:20
**decrease** 11:24
**deducted** 145:21
**default** 29:14
130:24
**defence** 200:13
242:19,21
**deficiencies** 36:11
**deficient** 19:17
33:24 34:14

**define** 90:15 130:7
204:12,19,24
**defined** 57:23
65:12 90:24 103:8
212:20
**defines** 65:10
131:11
**definitely** 79:10
**definition** 19:4
202:25 205:2
212:17,19,22,23
**definitive** 165:15
**DeGolyer** 50:2,5
57:24 245:22
**degree** 6:23 14:14
27:6,11,12 76:2DY
80:1,14 102:16
**delivered** 143:15
**Delphic** 85:5
**demand** 158:7
**demonstrated** 52:7
**denied** 78:24 79:10
**deny** 52:2
**department** 32:22
**depend** 158:25
174:21
**depending** 177:12
**depends** 79:24
99:22 111:15
177:11
**depletion** 67:20
**depth** 21:13,13,18
94:4,10,25 97:9
97:16 98:10,16,16
**depth-correct**
94:20
**depth-corrected**
67:10 94:20
**depths** 8:13 17:3
**derivative** 15:9,10
**derived** 8:23
**describe** 22:25
36:11 55:10 64:11
86:8 108:13
205:15

described 56:21
  62:2 99:21 111:13
  115:2 129:18
  150:23 195:17
  205:11 206:25
  208:6,6
describing 35:19
  151:22
description 36:9
  71:16 257:11
design 97:14
designed 107:16
desk 1:4 231:25
desperately 254:24
despite 21:8
detail 20:4 35:25
  36:3 46:23 93:11
  121:7 175:25
  191:20 230:23
  256:5
detailed 147:12
  160:2 161:20
  257:3
details 159:8 166:8
  247:10
determinable
  235:21
determinator
  216:17
determine 32:7
  44:23 51:24 86:14
  101:4 188:19
  215:9 235:9
determined 66:18
determines 16:5
determining 215:6
  235:11
develop 34:5 42:16
developed 6:24
  11:3
development 33:23
  33:24 34:13 35:1
  35:20 49:5 56:18
  56:24 61:5
deviation 21:16

devices 61:7
devoted 34:10
diagram 52:6 94:8
  94:21,24 183:19
  184:2
diagrammatically
  40:7
diagrams 53:18
diameter 89:8
  96:22
dice 196:24
diced 221:1
dictate 110:17
difference 19:12
  77:17 123:25
  125:11 130:16
  134:20 140:21
  141:21 145:9
  149:16 151:11
  160:13 177:14,15
  178:8 179:11
  187:19 190:11,19
  190:22 193:1,5,7
  193:7,10,11 240:9
  240:22 241:10,16
  244:7,7,11,25
  248:22
differences 18:22
  51:13 188:19
different 3:9 8:13
  8:13 17:12 18:19
  19:21 22:9 27:10
  32:11 38:12 54:5
  63:5 78:14,15
  86:7 98:16 101:18
  105:2 113:3
  119:24 121:18
  131:19,20 132:2
  135:1 139:20
  140:19 147:10,11
  151:3,8 159:22
  160:6 168:20,24
  169:17 175:14,15
  175:17 177:5
  188:4 190:12

197:23 199:1
  202:13 203:23,24
  204:1 208:2
  220:24,25 226:25
  227:15 234:9
  241:22 242:2,3
  243:22,25 244:15
  244:23
differential 139:14
  141:18
difficult 21:2,5
  23:4 57:4 59:2
  61:15 71:16 96:12
  96:14 123:10
difficulties 28:23
  36:22 171:17
difficulty 63:1
  163:11
dimensions 14:3
  112:8
diminish 9:10
dip 21:20
dipping 43:5,12,14
  43:16 44:20 46:6
  46:19 47:3,12,18
  47:23 48:19 49:8
  49:11 51:15
direct 84:3 137:2
  148:5 173:12
  183:11
directed 51:8 60:10
  254:10
direction 27:14
  236:19
directly 9:6,8 21:11
  51:18,21 71:11
  135:5 141:3
director 7:6
director's 247:8
disagree 53:14 89:1
  152:19 167:21
  179:4 219:4,8
  220:17
disagreed 220:23
disagreeing 175:22

disagreement
  144:19 145:4
  176:2 191:18
  202:6,12 218:21
disagreements
  194:21
disagrees 58:8
disappear 21:3
disappeared 38:25
  83:7
disbursement
  157:18
disclose 249:13
discontinuous 21:1
  21:25
discount 140:2
  189:4,11
discounted 193:12
discounting 153:6
discredit 51:8
discuss 34:11 46:23
  47:2 50:7 55:1
  59:18 64:18 65:1
  107:25 208:8
  211:11 216:2
  227:20 254:17
discussed 36:15
  50:9 53:24 56:5
  108:18 152:11
  191:14 192:13
  214:20 218:14,16
  249:25
discussing 7:12
  27:18 119:23
discussion 4:11
  7:11 43:17 47:23
  63:15 186:12
  225:21 226:11
discussions 145:2
dispute 37:10 45:21
  140:8 171:2
  216:14 218:3,10
  218:19 243:8
  247:12
disputed 142:18

144:25
disputing 167:2
  239:16
disregarded 209:19
distance 20:24
distances 22:1
distinct 247:13
distribution 66:10
diverge 190:24
divided 8:2
document 2:5,8,8
  2:12 3:2,4,19 4:11
  6:5 26:23 33:9
  36:8,10,12 56:3,9
  60:16,17 71:12
  75:20 109:13
  110:17 156:13,19
  156:19,21 159:3
  181:17 200:25
  205:7 206:9 231:1
  231:2,9,11 232:18
  233:3,4 242:20,24
  245:19 247:5,13
  247:23 248:5,10
  250:2,8,11,14,17
  250:18,25 251:5,9
  251:17,18 252:24
documentary 144:4
  144:14 146:7,9,13
  146:20 147:1,4
  148:17 203:14
  217:14
documentation
  144:5 147:5,18
  156:15 159:18,19
  159:19 160:20
  168:11 194:5
  198:2,3 199:4,7
  202:24 203:25
  206:3 211:7
  216:21,24 217:1,3
  217:5,6,8,9,21
  218:13 219:3,6,9
  219:10,18,19,22
  220:5 221:9,18

228:7,10,11
230:24 233:15
234:8 236:17,23
238:24
**documented** 66:18
**documents** 1:17,21
2:2 26:19 34:3
56:13 150:11
155:8,23 156:2,11
157:21,24 158:20
165:19 166:16,17
166:20,21 167:5
168:19 169:2,5,10
169:12,15 172:8
174:11 200:23
201:3,5,10,13,21
201:24 217:15,18
218:4 222:5,9,15
223:8,10 224:3,5
226:12,17,19,25
227:12 228:3,17
228:23 229:10,10
230:14,18,22
231:3,5 233:18
239:10 245:12,23
248:5 249:2,9
250:20 251:13
**doing** 29:16 34:5
42:18 48:9,24
56:22 58:16 59:5
62:20,23 63:1
68:7 79:22 88:5
99:14,18 100:12
104:4,24 143:5
164:4 172:18
181:10 251:23
**dollars** 143:21
146:16 155:21
**domain** 121:7
**dominated** 84:3
**dots** 14:25 15:1
126:22
**dotted** 126:22
127:8 141:13
187:3,6,7

**double** 12:23
135:12
**double-check** 2:17
**doubled** 102:16
**doubt** 26:11 155:7
158:12
**doubting** 167:2
**doubts** 72:16
**Dr** 4:14,15,17 5:3
6:16,18,19,20
10:2,4 11:2 18:10
18:12,14,24 26:11
26:15 27:5,17
29:7 31:16 32:25
33:6 35:7 37:13
38:4 39:5,12 40:9
40:23 43:10 44:12
45:18 46:14 47:7
49:14 50:13 53:3
53:23 54:24 55:21
56:3 57:8 58:7
59:18 60:5 69:12
69:16 79:12 92:20
97:2 99:10 100:3
106:16 107:24
108:6 119:16
124:13 126:19
137:1,4 139:19,22
140:16,22 141:10
150:5 151:12
155:1,1 176:7,13
190:8,9,13,16,18
190:23 191:7
192:15,20 193:9
260:5,9
**draft** 5:12
**drafting** 200:11
242:23,25
**drawdown** 12:5
19:12 61:7 91:16
91:23,25 92:3,7
92:11,18,22 93:5
95:4,6,8,12,16,22
95:24 96:5,11,12
97:11,11 98:1,13

98:20,23 99:5
100:6 109:18,22
**drawdowns** 12:3
**drawing** 255:2
**drawn** 13:12 21:17
90:11
**drill** 42:17 99:17,17
**drilled** 20:7 54:17
59:3 96:5 105:6
141:17
**drilling** 28:10
41:24 44:14 142:2
186:20 189:2,18
189:19,23 190:1,2
199:9 233:8 234:5
234:12 235:13
**drive** 17:14,16 20:1
**driven** 209:1
**drop** 12:19 19:2,24
19:25 38:2 39:10
82:6 89:3,22 98:9
98:10
**dropped** 17:20
**drops** 11:25,25
82:4 96:25
**due** 10:7 18:19
37:18 40:4 85:22
117:3,10 145:25
148:8
**duly** 156:2
**duplicate** 231:10
**duplicated** 183:17
**duty** 4:22 137:21
182:13
**dwell** 186:22
209:21 229:24
**dynamic** 47:4
67:19 68:17
**Dyson** 83:13,14
90:19 94:11 95:20
97:16 100:5 200:8
200:10,18,21,24

**E**

**E** 197:24 198:1,5

198:10,11,14,18
198:22
**E&P** 6:24
**E2** 5:4,25 27:2,22
54:24 86:21,22
108:7 121:20
182:18 204:2
**E3** 5:21,25 45:14
86:21 88:11 112:6
124:7 126:11
129:5 175:8
179:21 185:10
199:23 202:16
230:5 240:1
**E6** 230:5
**earlier** 12:4 22:16
25:1 46:25 48:22
59:10 77:22 79:2
91:19 95:8 107:8
108:18 115:3
119:23 121:14
123:1 134:6 136:2
170:25 191:14
194:17 196:18
197:4 198:5
221:14 235:7
238:20 249:1
**earliest** 71:4
**early** 31:7 60:18,20
61:11 84:2 86:16
101:6 106:8
140:13
**ease** 25:4 155:10
**easily** 16:19 171:7
177:14
**east** 192:18
**eastern** 8:9
**easy** 132:9
**ECLIPSE** 77:16,18
77:19 130:9,20
131:6
**economic** 178:17
192:12
**effect** 16:22 28:13
28:23 36:21 39:16

65:18 81:19
122:21 163:2,12
204:20 234:6
**effective** 64:4
**effectively** 8:23
14:9 42:3 53:18
81:15 82:10 95:13
102:11 161:2
167:7 217:2
234:11
**effects** 81:16 82:23
105:1 107:5
**efforts** 61:4 84:19
85:6
**eight** 170:16
**either** 3:2 51:12
53:6 94:8 138:8
152:4 161:17
188:18 201:13
203:2 221:23
**elaborated** 36:6
48:25
**electrical** 97:20
**electronic** 2:25
150:5
**electronically** 2:21
3:16 155:11
**element** 84:4 149:9
187:10 192:21
193:6,7,14 233:6
**elements** 138:25
244:23,24
**email** 69:1,8,12,17
69:22,24 70:7,12
71:4,5 72:15,20
73:19 74:10 75:6
83:11,13 84:9,14
84:15 155:20
237:4,6,10
**emailed** 247:20
**emails** 4:4,7 73:16
**employees** 57:25
160:15,23
**empty** 248:19,22
**enable** 32:7 161:21

encased 7:23 65:14
encounter 32:10
encountered 29:12
encyclopedic
  162:19
endorsed 237:14,15
ends 222:11
energy 9:1,9 57:18
  57:23 70:4 73:9
  83:11,15 191:24
  192:1 245:20
engineer 15:11,17
  16:8 29:23 30:19
  31:22 33:13 49:19
  49:21 61:18 70:5
  80:3 107:17
engineer-speak
  133:11
engineering 6:23
  7:2 9:18 27:6,9
  32:18,22 33:22,25
  34:2,21 35:18
  56:14 58:1,8
engineers 30:12
English 257:4
Eni 20:13 23:11
  34:6 44:13 46:11
  46:15,24 47:10,15
  47:21 48:12 65:12
  105:6 144:6
  147:11,13 159:19
Eni's 49:5,15 147:9
enjoy 207:3
enlightened 258:24
enormous 99:5
enquired 94:6
enquiries 67:8
enquiry 211:1
ensure 122:13
  135:7
entail 248:1
enter 88:22
entering 84:3
entire 18:4 73:5,6
  77:8 123:7 155:12

155:13 199:21
248:5 257:21
entirely 50:22
  96:15 103:6
  106:10 114:13
  124:23 173:23
  178:25 189:21
  190:11 208:14
  216:8 221:3
  233:20 247:24
  248:6
entirety 207:21
entitled 158:11
  239:13 245:19
  253:18
entity 41:2 244:13
entry 87:25 150:19
environment 78:22
envisaged 161:3,23
envisaging 255:21
equally 167:12
equation 9:23 11:3
  12:8 23:5 112:9
  113:8
equations 11:4,6,8
  12:14 113:14
Erin 55:7 70:4 73:9
  83:11,15
error 11:8 92:12
  94:17 124:6
  130:14
errors 50:18
  121:24 183:7
especially 34:6
  78:19 84:2
essence 125:1
essential 85:14
essentially 7:22
  10:16 20:6 42:5
  44:12 46:13 47:8
  54:13 87:7,11
  105:5 119:3
  121:22 161:1
  240:10 247:5
establish 30:21

82:13 158:6,14
206:20 207:19
228:6
established 62:5
establishing 159:15
estimate 10:17
  11:16 12:9 15:19
  56:16 92:15
  256:11,21
estimated 139:11
  140:1,22,25
  141:12 151:12,15
  151:24 152:1
et 106:23 118:2
  146:25
evaluation 245:20
event 179:16
  210:19 218:2,10
events 187:6
everybody 176:11
  237:15 253:4
evidence 6:9 37:25
  38:1 50:14 114:7
  136:18 144:4,9,9
  144:14,17 145:3
  146:7,9,13,20
  147:2,4,22,25
  148:1,5,11,12
  164:23 166:11,24
  167:1 169:14
  193:24 194:11
  195:22,24 196:5
  198:6,15 203:14
  205:16,19 217:12
  217:13 232:14,24
  233:12,17 234:25
  236:18 238:25
  239:1,15
evolution 55:8
exact 66:19 168:5
  216:16 256:20
exactly 39:18 41:2
  44:3 45:3 74:6
  82:7 97:6 127:19
  134:1 148:21

168:4,6 220:11,15
243:17 251:9
examination 58:3
Examination-in-...
  5:1 137:25 182:17
  260:7,17,25
example 42:10 45:1
  77:22 78:15 80:9
  81:18,20 82:19,21
  96:16 99:18
  126:16 128:16
  146:12,14 156:24
  157:11,25 160:1
  173:16 208:16
  220:10 237:2
examples 14:23
  157:7 165:9
exceeded 95:10
exceeds 110:1
Excel 2:7 3:5,25
  221:6,12 223:16
  247:7 248:1,16
  251:7,8
excerpt 155:12
excess 152:6
excessive 95:17
exchange 69:25
  249:9,10 250:4
  254:22
exciting 224:18
exclude 118:24
  212:11,12 215:18
  239:12
excluded 214:13,18
  249:4
excuse 18:7 38:19
  68:23 82:12
  114:18 131:24
  142:1 186:17
excused 137:4
  181:8 246:18
executed 7:4
executive 31:3,4,14
  31:17 34:19 35:22
  56:11

exercise 166:20
  171:18 172:2,24
  173:20,24 174:2
  209:22 210:8
  211:6,8 243:5,15
  243:18 245:13
  246:1
exercises 241:23
exhibit 183:19
  184:3 222:19
  223:5 245:12
exhibited 194:4
  222:22 223:7
exhibits 1:20
  222:10,21 224:16
  225:4 230:20
  238:20
exist 3:21 48:3 75:4
  220:19
existed 3:3,4
existence 43:5
exists 141:17 247:6
expect 15:16 16:11
  17:14 22:5 26:8
  58:19,20 119:7
  157:21 158:9,21
  159:13 173:6
  220:2,19 230:23
  231:21
expected 25:15
  46:8 159:4
expeditiously 258:5
expended 156:23
  157:4
expenditure 159:4
  203:1 207:5 208:4
  208:19,20,22
expenditures 157:1
expense 206:2
  211:20
expenses 202:8,20
  203:7 204:14,18
  204:22 205:10
  206:4,8 213:5,25
  215:2 218:24

257:19
**experience** 9:19
**experienced** 58:19
  101:11 119:20
**experiences** 118:13
**experiencing** 118:3
**expert** 4:18 69:11
  90:19 137:5,16
  158:8 174:13,14
  181:8 182:10,23
  183:21 186:10
  201:17 216:6,17
  246:19
**expertise** 88:18
  89:15
**experts** 33:4 137:6
  150:7 202:6 216:1
  216:3 240:2
  258:22
**explain** 34:25 36:2
  48:11 76:5,14
  79:2 81:7 94:11
  99:12 100:16,23
  102:4 114:22
  129:1 145:19
  162:25 163:2
  191:20 197:3
  204:3
**explained** 75:18
  77:23 125:14
  153:10
**explaining** 163:11
**explains** 121:24
**explanation** 4:4
  67:15,21 74:13
  84:22 94:3 104:21
  152:8,13 166:8
  248:7
**explanations** 138:9
  250:3 252:21
**explicit** 210:15,16
**explicitly** 210:12,17
**exploded** 8:1
**exported** 77:18
**express** 4:23 30:4

31:18 68:9 95:5,7
  137:21 182:14
  213:4 216:11
  249:1
**expressed** 90:1
  152:15 255:14,18
**expressing** 72:16
**expressly** 29:20
  37:24 170:5
**extend** 21:23
**extension** 74:16
**extent** 43:21 78:9
  120:8 174:7 196:7
  203:9 204:16
  205:16 214:4
  237:19 238:21
  239:8
**external** 168:12
**extra** 68:9 70:9
  74:15,24 75:10
  192:8 233:24
**extract** 2:3 3:25 4:1
  251:7
**extracted** 2:6 3:7,8
  3:12
**extracting** 2:9
**extracts** 248:16
**extrapolate** 98:13
**extremely** 248:9
**eye** 56:23 116:13
  116:14 231:24

─────────────
            **F**
**F** 191:8 198:9,12
  239:21
**F16** 200:1
**F19** 184:7
**F32** 154:3
**F35** 230:20 237:3
**F36** 230:22
**F38** 245:17
**F39** 69:23 83:5
**fabricated** 250:25
**face** 74:20 92:2,17
  96:13,18,20,22

97:9,15 98:14,16
  230:14
**faced** 105:11
**fact** 8:15 12:17
  17:4,8 18:1 20:7
  21:24 22:17,20
  23:18 24:5 29:24
  30:10,19 33:7
  37:5 43:10 45:3
  47:16,19 51:6
  61:19 82:5 88:22
  94:23 98:25 99:13
  110:16 114:7
  117:8 122:5 125:5
  127:7 130:15
  134:18 146:24
  159:17 189:3
  199:20 213:1
  214:19 221:10,22
  231:1 235:18,22
  240:1
**factor** 10:24 24:10
  63:24 83:23
**factors** 30:22 32:8
  189:23,25
**factual** 142:16
  171:1 180:24
  211:1
**factually** 180:4,22
  181:23 204:7
**fail** 89:13
**failed** 89:7 155:16
**failure** 38:23 40:15
**fair** 115:5 170:5
  171:15 175:23
  178:19 237:24
**fairly** 15:19 33:12
  48:15 80:15 116:4
  176:1
**fall** 207:25 212:25
**falls** 19:6,9 208:22
**falsify** 59:2
**familiar** 8:1 50:20
  124:11 213:22
**fantastic** 80:6

150:23
**far** 7:11 8:5 38:21
  41:5,9 52:7 68:15
  75:12 84:10 128:7
  192:18 219:21
  226:8 231:5
**FAS** 186:17 193:18
  193:19,20 194:23
  195:2,6 196:10,12
  202:9 203:2 231:2
  232:13 234:9
  235:23 236:6
  239:3,6,8
**fault** 8:2 43:23 44:1
  44:5,21 73:1,4
**faulted** 20:14
**faulting** 20:13
**faults** 43:18
**favour** 255:3
**favourite** 79:14
**FDP** 35:19
**feasible** 246:13
**feature** 46:20 48:20
**features** 44:13,18
  45:8 46:7,19 47:9
  49:7 61:12 75:1
  119:2
**February** 5:11 27:1
  27:23 60:6 115:10
  116:5 121:17
  123:15 125:13
  135:6 136:5
  140:14 182:24
  187:21 191:12
  192:3 240:23
  241:18
**February/18** 116:5
**fed** 200:25
**feel** 62:23 71:10
  91:6,8 92:8
  247:22 248:7
  252:19 253:22
**feeling** 75:2 92:10
**feels** 144:12 171:22
**fees** 257:19

**feet** 17:8 92:14
  94:10 96:18 98:14
**fell** 174:23 208:9
**felt** 36:8,8,10 63:11
  92:24 101:8 107:6
**FFRM** 56:19
**FGPR** 115:22
**field** 8:8 10:20
  13:11 24:19 25:15
  27:10 28:19 31:23
  33:10,14,23 34:5
  34:13 35:1,20,21
  37:15 40:11 41:2
  41:5 42:13,17,24
  43:24 47:2,5 49:5
  50:8 55:8,13,15
  56:15,19,20,25
  58:14 63:25 65:9
  66:7 77:12 80:9
  102:12,17 103:18
  105:10 110:13
  113:4 115:24
  120:6,9 123:14,24
  125:4 176:23
**fields** 10:13 22:12
  22:22,25 23:1
  26:8
**figure** 19:19 37:11
  37:13,17 40:8
  94:12 99:5,7
  110:23 111:8
  123:18,20 126:17
  133:23 140:18,20
  143:7 151:2,7,9
  151:10 168:16,17
  183:15,15,18,18
  184:1 228:24
  229:1 256:20
**figures** 66:4 123:8
  123:10,11,11
  124:13 127:5
  134:12,23 135:10
  136:3 139:20
  144:12 151:23
  168:16,18 169:1

169:11,12 184:10
193:25
**figuring** 16:9
**file** 75:24 77:19
130:9,20 131:6,6
131:15
**filings** 178:23
**Filippi** 5:22 14:5,8
16:21 36:6 45:19
51:8 53:12 56:21
62:6 63:1,3 64:10
65:23 66:5 78:9
78:24 79:9 88:25
89:2,25 124:5
128:22 190:9,14
190:17 192:15,20
**Filippi's** 51:9 52:6
53:17 63:8 126:20
128:19,20 139:18
139:23 150:6,25
175:13,20 190:10
190:21
**filled** 20:21 71:23
71:24 247:10
**filling** 256:19
**final** 3:3,4 26:1
54:15 60:18 94:7
94:24 138:25
139:2 141:24
142:10,17 143:1
144:23 147:21
149:1,16,16 159:5
159:12 161:15
164:18 169:23
172:10,14 186:16
188:13 202:10
205:9,19 211:6
214:25 217:19
226:22 237:14,24
255:18
**finally** 134:23
169:23 179:8
214:4
**financial** 156:24
164:3 193:18

199:6 216:22
234:14,22
**financially** 141:9
**find** 18:16 20:1
34:17 35:8 55:3
64:2 68:6 69:1,17
77:4 82:1 86:18
100:14 126:11
154:2 155:9 179:9
209:21 216:8,8
217:14 232:2,4,22
237:11
**findings** 7:18
**fine** 11:6 13:7 14:3
32:4,4 36:1 38:10
46:7,19 48:24
49:21 53:12
209:11 229:25
249:22,23 253:7
254:21 256:11,12
**finer** 111:14
**fingertips** 99:7
**finish** 68:10 93:18
149:23
**finished** 235:5
**firm** 138:21
**firms** 256:4
**first** 13:15 21:14
25:5 26:17 27:11
27:20 28:7 30:25
34:24 36:18 37:1
41:13 44:4,11
47:8,24 48:5,20
48:23 49:4,11
54:23 67:23,24
69:11,19 70:14
77:25 80:5 84:18
92:9 93:15 94:1
101:8 102:7 108:6
108:17 110:20
117:7 118:8
121:15,22 122:1,2
132:4,16,17 133:3
135:5 139:1 142:1
142:7,15 145:4,11

154:8,22 164:15
166:12,17 167:1,4
167:6 168:25
169:6,10 170:25
182:4 183:13
186:14,25 187:3
194:2 195:2,20
201:5,6 202:16
203:21,23 204:2
207:5 211:5,14,19
211:25 214:13
215:14,20,25
221:15 222:2,3
225:3 229:14
230:2,9 240:3,17
241:6 250:4
252:19 255:20
**firstly** 140:5 166:21
176:6
**fit** 16:12 36:7,10
166:23
**fits** 22:18
**fitted** 253:4
**five** 10:20 20:5,17
102:12 145:1
195:1 238:3
253:12
**fixed** 235:21 236:2
236:14
**flag** 45:5 59:4
**flared** 38:3 41:4,9
**flaring** 39:25 41:11
**flaw** 214:15 215:10
**flick** 35:8 123:12
150:20
**flicked** 11:14
**floating** 234:11
**floor** 138:17
**flow** 15:2 82:10
88:4,6 89:4 92:16
97:6,7 99:25
173:23 184:23
188:14 234:13,21
234:21
**flowed** 235:18

**flowing** 19:6 89:3
96:24,25 97:5
100:7 113:15
234:15 236:3,18
**flows** 139:10,14,16
152:15 187:24
188:1,4,6,7,20,22
190:7 192:23
193:11 244:6,6,8
244:12
**fluid** 9:3 92:16
109:25
**fluids** 25:14
**focused** 192:20
**focusing** 111:7
**follow** 24:22 38:10
46:24 144:13
156:6 177:18
199:12 225:22
236:3
**follow-up** 235:6
**followed** 33:18
144:25 186:18
218:23 254:14
259:1
**following** 28:6 31:8
31:20 32:19 40:8
71:18 74:23 79:15
162:24 175:21
191:25 214:1
250:1
**footnote** 109:10
204:20
**footnotes** 162:17
201:11,22
**for'** 124:15 151:14
**force** 102:1 255:8
**forces** 12:5,6
**forecast** 101:20
106:19 113:20
114:23 115:3,9,12
115:17 120:20
122:3 123:13,24
126:22 133:9
134:8 142:4

**forecasted** 84:25
153:7,7
**forecasts** 28:18
29:2,4 38:5,11
50:8 53:2 108:15
114:10 120:5
121:9 122:14
125:3,25 136:8,10
139:18,19,22,23
141:11,14 150:25
175:13,20 190:8,9
190:10,22,23
191:7
**forever** 168:3
253:12
**forget** 41:2 233:24
**forgive** 114:12
**forgot** 131:21
181:16
**form** 3:3,4 145:7
157:24 172:12
202:11,11 219:17
224:16 251:15,17
251:20
**forma** 237:12,22
238:14
**format** 191:3 197:5
247:6 249:10
**formation** 27:13
200:12
**formed** 145:5
201:17 219:16
**forms** 140:9
**formula** 42:16
**formulating** 200:17
**forth** 218:5
**forward** 37:13
48:10 74:3 113:25
114:6 190:4
209:16
**forward-looking**
57:4
**found** 35:15 42:25
183:18,19
**four** 42:1 115:21

168:10 197:18 253:12 254:10
**fourth** 195:9
**FPSO** 99:17 149:7 161:9,10 189:1,3 189:4,6,9,13,15 222:11
**frame** 168:2
**Francesco** 237:11
**free** 71:10 101:10 252:19 253:22
**freely** 57:24
**frequently** 249:18
**fresh** 72:7
**friction** 96:25
**front** 5:3 60:7 138:2 173:19 185:11 210:7
**FTP** 73:11
**fuel** 41:1,8
**fulfil** 217:13
**full** 28:17 56:20 107:22 175:24 185:25
**fully** 71:21
**function** 14:12
**functioning** 98:4
**fundamentally** 133:15 179:1 241:22 242:2
**furnished** 58:3
**further** 19:16 73:9 73:16 74:22 76:25 98:14 127:7 136:25 140:3 145:22,25 164:12 164:23 181:4 185:20 194:8 197:2 203:5 225:15 245:13 246:14,16 248:7 248:17
**future** 53:5 56:23 56:24 61:5 140:1 140:22 141:13

151:12,25 152:1 152:14,15 153:6 159:4

**G**

**G** 198:9,14
**G&G** 74:2
**G25** 56:1
**gained** 27:10
**gap** 178:11 180:15 226:24
**gas** 8:19,20 9:1,2,4 9:7,8,8,11,13,15 9:20,21,24 11:4,5 11:17,18 12:6,6,7 12:9,18,24 13:1,4 13:6,11,19 14:11 16:19,20 17:15,18 18:2,17 19:3,7,10 19:13,15,18 21:8 21:23 22:9,9 23:3 23:25 25:4,16 26:4 28:13,24 29:8,14,24 30:1,5 30:16,18,20,21 31:7,19 32:8,14 33:17 36:22 37:19 38:3,8,24 39:25 40:12,21,25 41:5 41:7,11 42:10,15 44:20 45:4,25 48:11 56:17 60:18 60:21 61:3,11,19 61:25 65:8,9,19 65:24 66:2,11,24 67:12 70:9 71:23 71:24,25 72:25 73:2,4,6,17,18,25 74:1,8,15 77:2 82:9,10 83:24,25 84:1,2,3,4 86:16 87:25 88:4,6,15 88:21 89:3,4 90:11 95:9,11 96:1,23 99:23
**gas-bearing** 68:15
**gas-drive** 22:5
**gas-filled** 20:20 65:17 75:3
**gas-oil** 8:21 21:11 71:24 102:1
**gassy** 24:16 25:1 61:17 87:9 114:24 118:7 119:8 124:16
**gather** 218:23
**gathered** 250:1
**gauge** 92:12,13,17 93:4,5,6,12 94:2,9 94:25 96:13,17,19 97:9,15,18,23,24 98:3,10,16
**gauges** 92:1 98:11
**general** 55:19 77:3 79:17 150:3 160:6
**generally** 162:8 218:5
**generate** 15:13 24:15
**generated** 130:18

101:6,10 106:19 107:1,8,15,18 111:21 112:10,25 113:17 115:24 116:14,15,15,20 116:21,22 117:2,9 117:15,16,17,20 117:20 118:4,4,5 118:9,13,14,15,16 118:22,25 119:1,5 119:7,14 126:17 126:19,20 127:24 128:1,2,4 129:21 130:10,11,18,20 130:23 131:1,4,10 131:13,16,23 132:9,23 133:2,6 133:10,11,19 134:13,18,19 136:14,15,22

**generates** 120:21
**generating** 125:7 125:24
**generous** 157:14
**gentlemen** 4:16 26:9 181:9
**genuine** 63:11
**genuinely** 104:10
**geological** 42:23 56:14 58:1 77:25 78:15 79:19 83:20
**geology** 79:20
**geomodel** 24:4,8 76:10 77:16,20 78:2 85:12 102:18 104:1
**geophysical** 56:14
**getting** 3:18 16:15 18:24 45:4 113:17 137:10 174:3 226:6,7 227:9 242:13 243:7
**GIIP** 72:1
**give** 2:18 12:3,19 13:5 28:22 34:18 41:14,19,21 43:8 45:21 58:15 59:6 66:8 69:5 80:24 82:5 93:4 114:18 138:10 155:8 157:7 161:20 170:2,5 171:6 174:20 211:23 240:25 247:1 250:18 256:20
**given** 12:1 28:4,12 57:25 58:12 59:10 61:10 65:8 74:12 78:18 83:8 84:22 92:4 100:15 106:7 121:4 165:10,13 185:23 189:7 224:9 226:19,23 228:24 250:15 253:6

**generates** ...

**gives** 11:15 12:9 66:10 73:4 80:5 123:15 190:20
**giving** 49:18 58:17 59:3 157:9
**global** 63:23 75:19 76:5,18 81:5 102:7 122:12,16 122:20 124:15 125:2
**glowing** 67:13
**go** 5:24 12:16 17:6 18:7 21:14,17,19 23:22 24:2 26:1 27:16,20 29:2 33:9 34:4,24 36:2 41:8 42:1,12 55:10 57:14 60:25 64:6 69:22 73:21 75:7 79:6 86:8 100:12,13 102:4 106:9,12,13 107:13 114:12 118:18 121:6 128:7 131:16 148:9 150:17 154:4 162:4,25 164:7 168:16 174:11 175:8 193:17 197:23 199:24 205:5 206:7 219:21 230:19 231:8 238:19,22 253:12
**goes** 13:16 17:17 29:15 38:17 51:10 74:19 85:8 126:24 222:14 226:8
**going** 7:13,16 9:22 11:13 12:10 17:13 20:3,16 26:17 29:14 36:17 42:19 46:16 49:22 52:12 59:25 62:18,20,21 63:13 69:4 75:15

83:5 95:16 119:10
124:25 125:2
131:12 135:18
138:9 153:25
159:23 162:5
166:13 168:16
174:12 175:9
181:15 184:25
186:14,15 196:17
206:18 225:17
229:8 232:18
238:19 239:23
244:24 254:6,7
good 1:7,7,15 10:4
10:10,13 15:18
18:15 26:15,16
27:17 39:23 41:10
57:5 69:20 71:3
83:3 85:18 86:4
87:14 95:11
100:11 106:11
107:21 110:4
113:4,18 134:25
137:7,8,15,16,24
138:1,1,18,19,20
139:3 142:4,8,9
142:10 149:21
160:12 170:22
173:24 174:11
175:9 181:7,16
182:9,16 185:14
185:17 186:9,21
188:9,13,15,20
189:4,22 191:14
192:20 193:25
194:4,17,18,21
195:11 196:24
199:4,12,15
200:10 202:7,11
203:19 214:19
218:14,16 219:4,5
220:6,11,13,13,23
225:25 230:4
249:5 252:15
256:19 258:11

260:15,19
Good's 154:2
166:12 192:4
194:6 196:20
197:21 219:15
225:16 230:9,20
238:20
Goodness 151:6
goods 143:12,14,17
143:20 144:15
149:2 219:11
GOR 7:17 8:24
17:5,6,7,19 18:4,6
18:8,25 19:18,21
19:23,24 22:4,6
24:6,24 25:5,6
26:3,6 101:7,14
101:15,16,17
117:8 136:20,21
GORs 22:7 116:16
gotten 238:12
gradient 15:8,10,23
16:3
graduated 6:22
graphic 82:1
grateful 252:4,21
258:23
great 4:12 5:2 64:1
greater 9:12 12:4
175:25
green 13:11 15:1
15:11,23 20:19,22
grey 146:11
grid 11:6 13:7,10
13:23 14:1 16:21
22:15,15 24:4
32:4,5 48:24 62:3
62:19 63:19,20
71:22 76:6 77:16
77:18 79:1,3,4,6
82:4 111:14
116:24 119:4,19
132:22
gross 89:8 117:10
119:5 163:15

group 144:6 147:13
159:21 245:19
246:5
grows 19:9
GSO 145:10,11
160:23 170:12
171:2 172:16
186:19 196:6,9
199:3,5 203:10
204:17,18 211:15
212:15,19 213:3
214:5 215:11
222:21 223:3
232:13 233:7,15
234:5,12 235:1,13
235:20,22 236:6
236:12,21 237:13
238:24
guarantee 227:11
227:14 228:2,8
guess 71:17
guideline 109:10,15
110:8
guidelines 109:8
Gunning 5:1,3 6:16
26:17,24 39:1,4
39:21 50:16 63:6
137:3 249:22
260:7
Gunning's 51:7

H

H 198:17,18,19
half 12:22 70:14
91:23,24 92:6,7
95:16 104:8 124:9
145:11 187:3
191:9
half-year 148:4
halfway 60:19
124:10 140:5
hand 159:22
240:13
handed 155:11
165:22 173:10

197:4
handful 234:6
hands 256:13
happen 19:11
40:18 85:21 89:23
139:11 243:11
254:6,7
happened 38:12
53:4 57:3,5,10
84:24 87:25
139:10
happening 19:15
52:5
happens 16:20 19:5
86:2 116:21
131:22
happily 50:4
106:13
happy 34:18 62:11
67:16 70:17 75:8
134:22 135:11
136:3,6 150:1,3
167:11 223:24
224:6,24 247:24
248:6
hard 87:20 126:23
148:19 173:7,9
178:20
hardest 178:21
harsh 128:10
Harwood 28:4,21
29:19 30:4 36:16
36:20 41:14
115:14 120:3
121:23 129:9
223:9
Haslemere 7:8
head 34:7 40:6,15
98:5,7,10 229:25
257:14
headed 115:22
184:12 204:4
heading 57:20
168:10 184:2
213:14

headings 207:5
hear 220:11 256:3
heard 9:11 12:3
22:20 50:5 94:11
97:16 140:14
186:21 194:1
256:14
hearing 50:13
115:15 129:14
246:23 255:18
258:19,21
heart 122:11
141:20
heavily 20:14
heel 105:7
helicopter 147:8,10
160:1 220:21
helicopters 147:8
147:13 220:9
help 42:20 85:3
163:19,21 177:19
208:10,23 221:25
helped 154:14,15
154:17,18 164:4
175:5 251:19
helpful 147:23
197:3 209:21
253:15 258:25
helpfully 26:17
201:8 205:6
helps 167:24
211:22 224:11
226:4 240:17
hierarchy 159:12
159:13
high 13:20 14:14
18:21 24:9,9
42:24 76:10 80:14
80:15,16 87:15
101:16 102:18
161:19
higher 16:6,7 76:21
76:22 77:1 92:1
160:9 176:4 189:7
highlight 145:7

**highlighted** 23:16
144:13
**historic** 25:8 118:8
119:8 129:21,23
130:11,17 132:23
133:17,23 191:1
**historical** 38:8
52:21 53:19 54:20
127:5 134:12
**history** 52:16,17,18
52:19 53:10,15
54:19 76:9 79:23
83:24 84:17,19
85:6,17,20 86:4,6
93:14 109:24
110:5 126:7,9,10
126:24 127:9,24
128:19
**hit** 22:7
**Hmm** 96:3 123:3
**Hoffmann** 78:24
79:10 158:3,10,14
158:18 171:15,23
172:3,5 207:2,4
207:18,22 208:1,3
208:13,16 209:5,9
209:12,16 218:2
218:15,17,23
219:8,21 220:1,6
220:15,17 221:2
224:21,23 235:7
**hold** 35:11
**hole** 3:2 15:4,4 19:6
20:7,24 21:12,20
94:2 97:19,23,24
98:4,7 100:7
106:1
**holiday** 253:7
**holistic** 193:13
**homework** 44:17
49:10,16
**honest** 124:23
**honour** 128:21
**honoured** 51:19
133:11

**honours** 127:13
**hoof** 99:19
**hope** 5:10 7:10 10:5
10:19 51:13 85:20
97:14 149:23
151:21 182:2
186:13 237:4
**hopefully** 5:3 26:1
60:7 112:17
120:13 129:6
149:25
**hopes** 52:24
**horizontal** 8:4
13:16,18 23:20
111:19
**horrible** 222:10
**hotel** 157:8,9,10,16
157:17
**hour** 107:22
**hours** 71:20 147:13
147:14 181:13
**Housekeeping** 1:3
246:21 260:3
261:6
**huge** 177:14
**hydrocarbon** 23:10
23:15
**hydrocarbons**
23:25
**hypothesis** 240:25
**hypothetical** 87:5
109:5 114:6
141:16 172:24
240:13 241:2
244:3,17,20

_____

**I**

**i.e** 9:21 117:25
130:15
**ICC** 257:24,25
258:1
**idea** 49:9 253:11
**ideas** 252:18
**identical** 24:5
236:10

**identifiable** 234:13
**identified** 46:18
47:11,13 85:2
143:3 183:6 188:9
203:17 219:5
229:15
**identify** 43:7 44:15
205:15,18
**ignored** 47:17,21
**illustrate** 147:23
**illustrated** 190:14
**illustrating** 180:15
**imagine** 32:21
58:18 157:2
**immediate** 29:25
**immediately** 31:23
45:5 190:18 191:3
233:4
**impact** 124:17
190:7 243:14
**imperfect** 119:4
**Imperial** 6:22 27:6
**implications** 47:4
**implicit** 58:17
**implicitly** 96:4
**imply** 61:20 95:15
**importance** 26:3
48:23
**important** 8:17,25
9:4 13:15 17:24
21:7 22:16 23:2,7
30:2 48:4 52:18
53:2 97:10 98:20
113:13 189:1
229:24 233:6
**importation** 149:6
149:6,9,12
**impose** 258:18
**imposed** 102:22
**impression** 178:18
**impressionistic**
178:16,25
**improve** 126:8,9
**improved** 74:4
**in-place** 10:5,17

72:8
**inactive** 116:25
117:11
**inaudible** 1:24
11:11 87:15 109:2
177:2
**inches** 89:8
**include** 43:12 61:6
73:3 107:13 149:2
161:15 176:25
195:5,14,21 203:6
213:17 226:3
229:13 239:6
**included** 5:11
23:12 47:23 126:6
133:9 141:7
143:16,19 156:12
165:11 170:13
172:13,13 194:23
195:2 196:9
203:18 215:14
218:1 232:12
237:1 239:3,9
**includes** 178:6
192:14 196:2
222:5,17,19 244:5
**including** 171:5
176:12 178:6
233:14 252:23
254:12
**inclusion** 70:9
**income** 153:6
176:22
**incomplete** 226:13
226:16 248:17
251:5
**inconsistency** 75:8
**incorporated** 46:11
**incorporating** 71:1
**incorrectly** 124:19
**increase** 17:8,10
22:7 65:19 103:23
116:14 118:6
123:23 128:1
134:20 136:21

177:10 213:16
**increased** 24:18
25:2 60:21 102:7
122:16
**increases** 19:18
25:7 116:8 177:9
**increasing** 116:11
119:14 136:20
**increasingly**
137:10
**incurred** 140:9
145:10 155:17
166:10 194:9
196:3,5 204:14
213:19 214:2
257:19
**incursion** 16:20
22:9 28:13 61:25
86:16 96:1 101:6
101:11 106:19
107:9 113:17
118:4,14,22,25
136:15
**indemnified** 187:5
**indemnity** 210:5
**independent** 6:24
18:20 138:13
185:25 201:17
202:19 206:22
209:3,14 215:1
**indeterminate**
236:3
**INDEX** 260:1
**indicate** 13:4 61:24
92:22 116:15
123:8 240:1
**indicated** 60:11
72:11 149:24
176:24 209:13
**indicates** 112:9
237:7
**indicating** 61:10
203:14
**indication** 19:25
42:11 61:10 66:9

79:19
indications 119:21
indirect 146:4
 147:6 148:25
 159:22 160:17
individual 172:4,10
 197:15 203:1
individuals 237:8
indulgence 59:25
 207:3 224:19
industry 31:9,21
 32:20 33:2 101:22
 114:25
inevitably 52:12
infer 210:11 237:25
inferring 226:11
inflow 61:7
influenced 117:3
inform 153:12
 184:6
information 13:5
 20:15 24:14 31:6
 51:16,21 52:10,23
 57:20,22 58:3,11
 58:25 60:11 61:21
 71:11 75:5 80:1
 91:18 92:20,24
 94:13 96:21 99:6
 99:7 114:23 115:4
 122:4 125:21
 128:8,9 136:24
 150:5 164:16
 165:7,9 168:21
 182:1 201:18
 221:13 222:3,4
 227:7 230:8
 243:19 245:7,9
 246:6
ingression 29:9
 30:6 32:14 45:25
 48:12 61:11 88:15
 116:15
inherent 97:8
inherently 52:3,14
initial 29:19 36:16

37:6 41:17 43:8
 45:12 71:25 73:8
 94:7 127:7 188:10
 194:12 213:15
 249:6
initially 54:13
 73:18 74:1,15
 94:6,21 125:8
 165:11 216:13
 250:6
inject 7:10
injection 40:4,5
innumerable
 144:12
input 113:13
 133:10 139:15,25
 190:12
inputs 188:17,18
 188:20,23
insensitive 24:17
inside 22:18
insignificant 141:9
insofar 85:7
instructed 29:7
 120:4 138:15,23
 139:6 145:6 170:6
 172:9 173:25
 186:1,10 187:18
 200:11,14 209:23
 210:10,12,17
 222:23 241:15
 242:18 244:1,16
 246:9
instruction 28:12
 28:16 41:13
 106:17 210:15,16
instructions 2:4
 3:10 4:5 28:3,5
 29:19 36:17
 118:18 131:6
 187:14 193:21
 200:1,7,20 201:4
 201:7,11,15,22
 204:6 205:3,4,6
 205:24 206:15

207:23 209:6
 210:13,21 240:2,3
 240:7,11,11,15
 241:5,11,24,24
 243:2,5,12,16,22
 244:1 249:15,21
 251:22 252:2
insufficient 49:13
 217:8 233:21
integrity 226:17
intellectual 249:19
intend 207:15,16
intended 102:1
 123:8 256:8
intention 115:7
intercept 23:19
interest 39:15
 139:21 140:4,7,12
 176:3,5,25 187:11
 187:20 191:21
 192:22 193:2,4,8
 239:19 240:12,13
 240:23 241:2,3,7
 241:8,17 244:3,4
 244:17,18,20,21
 244:22 245:3,14
 246:2
interested 45:23
 111:16 188:8
Interestingly 11:5
interests 187:5,8,17
 187:18 192:11,12
 255:1
intermediate
 101:16
internal 27:25 31:1
 37:1 40:2 41:18
 45:17 55:3 96:21
 114:18 144:5
 155:22 158:23
 159:18 160:15
 168:11 211:22
 213:11
international 257:2
internationally

31:8,20 32:20
 33:1,2 101:22
 114:25 118:2
interpret 218:8
interpretation
 14:19,21 15:12,16
 16:8 53:15 58:22
 62:17 105:4
 108:22
interpretations 7:3
interpreted 7:4
 106:17 206:16
interpreting 210:9
interrupt 9:24
 127:14 150:9
 173:22
intersect 16:7
intersects 16:5
interval 21:6 91:21
 92:6
intervention
 237:12
introduced 27:19
introducing 56:12
introduction 170:2
 200:21 201:2
 240:7
introductory 27:4
 57:16
invest 34:4
investigate 29:8
 62:4 81:17 82:25
 88:21
investigated 31:24
 32:19 61:25
Investigations 72:3
invited 253:23
invoice 139:5 144:4
 145:20,24 148:10
 148:18 149:8
 156:4 157:10,12
 157:13,14 159:20
 160:7,8 220:2,7
 220:18 231:15,19
 231:23 232:2,5,8

233:16 236:17
 237:14,16,22,22
 237:24,25 238:13
invoiced 146:15,16
 146:17 147:9,11
 159:10
invoices 142:12
 146:14,16,18,21
 147:12,16,17
 148:21 156:12,15
 160:1,9 165:10,13
 165:16 205:12
 212:4 220:21,22
 221:6,12 223:17
 231:17 233:18,25
 234:7 237:12
 238:19
invoked 44:20
involved 7:1,4
 99:20 119:17
 200:11,17 242:23
 256:4
involves 92:16
 235:12
irrelevant 39:14
 180:17 223:11
irrespective 48:18
 199:18 210:15
isolated 21:22
isolation 92:25
issue 24:11 25:20
 29:14 30:19 31:24
 36:1 38:22,24
 43:25 44:2 45:13
 51:15 61:16 63:5
 63:14 69:10 72:25
 91:25 92:2 96:17
 128:6,22 135:19
 169:25 217:1
 220:5,20 229:9,12
 237:24 242:5,10
 242:17,21 243:1,5
 249:7 252:5
 254:23 257:15
issues 1:11 7:12

40:21 45:18,20,22
63:2,10,11 64:3
65:23 71:20
101:11 127:11
138:23 186:1,15
186:22,24 188:9
188:21,22 252:8,9
252:9,12,13,16,22
252:23 253:22,25
256:1
**item** 45:23 195:1,4
195:7 207:10
208:5 217:16
236:6,13
**items** 143:2,4 145:4
146:19 164:12
166:9 170:3,14
171:3 173:17
193:22,23,24
194:9 195:14,16
195:17,18,19,21
195:23 196:2,11
196:12,13 198:11
202:7,9 203:12,14
203:16 205:9,13
205:17,21,22
207:1,24 209:18
210:24 213:5,17
213:21 218:1

**J**
**January** 70:13
71:19 72:22 74:9
83:13 84:11
120:16
**job** 71:1,3 209:18
**joined** 7:6
**joint** 4:20 5:22
27:19 34:11 35:25
36:14 45:13,20
46:22 47:7,11
48:9 49:4 67:22
67:25 69:13 70:8
75:10 88:11 89:6
89:16 93:22 95:2

104:7,10 105:14
112:5 113:7
115:12 124:5,7,9
125:19 126:6
129:12,17,19
133:10,12 137:19
138:6 150:12
154:19 161:4
165:18,24 167:25
169:23 175:7
177:2 179:18
182:11 185:13
186:2,4 188:11,25
194:1,16 196:17
197:12 199:23
202:16 211:5
212:13 229:22
230:4 239:23,23
241:9,22 244:10
245:12,18
**jointly** 200:8
**July** 113:22 114:1
116:9 184:1 221:5
221:9 222:7 227:4
227:13 228:4,12
228:23 252:20
253:4 254:5
**June** 1:1,8 6:3 40:4
40:12,25 114:3
129:11 133:22,23
134:25 143:13,17
144:16 149:3,10
149:14 185:14
196:4 237:10
**justify** 104:3 105:1
233:21

**K**
**keen** 137:10
**keep** 125:24 168:3
186:13 232:18
**keeping** 9:1
**keeps** 9:1
**kept** 2:21
**key** 84:7 85:3

139:15 187:2
**keyword** 79:11
131:11
**kind** 10:21 17:12
18:22 32:3 44:17
78:22 80:6 111:18
142:7 152:20
158:6 179:14
234:8 257:6,13
**kinds** 7:14 9:19
32:5 45:1 77:3
**KLR** 245:19
**know** 1:6 2:16 4:2
6:20 31:25 33:4
33:19 45:3 46:14
52:7,21 53:1,14
55:20,20,21,22
57:12 59:11 63:3
69:2,3 79:13
87:11 91:2 95:13
96:21,23 97:6,10
99:23 100:3 106:7
113:12 116:19
127:8,12 146:10
150:24 152:23
153:11,17 159:8
162:20 167:5,13
173:6 177:15,16
178:23 181:23
184:5 188:23
202:12 212:23
214:18 216:1
221:13 223:20,25
227:6,8 229:25
231:5 232:25
235:16 238:18
245:11 247:3
248:20 257:4
258:12
**knowing** 92:16
99:22 127:15
257:18
**knowledge** 33:13
162:19
**known** 46:7 48:4

**knows** 231:2
**KPMG** 138:20
154:16,18

**L**
**label** 223:1
**labour** 52:17
**lack** 49:15 51:9
105:11 128:8
**language** 195:10,12
**large** 8:18 87:16
117:16 119:4
158:1 220:22
232:18
**largely** 69:24 204:5
**larger** 150:14 152:2
152:3 165:20
168:4,6 169:2
197:4
**largest** 149:5
**laudable** 216:8
**Laurie** 9:18
**law** 256:3
**Lawal** 140:16
155:1,1,2 176:13
**lawyer** 172:7
195:11 224:25
**lawyer's** 58:6
**lawyers** 39:7
163:20 164:4
**lay** 249:13
**LCIA** 1:8 257:25
258:2
**leading** 5:10 139:13
141:18,21
**leads** 144:2 174:15
**leakage** 82:18
**leave** 137:7 181:18
181:19 207:2
222:1 225:21,23
254:25 258:11
**leaves** 19:17 40:23
158:12
**leaving** 124:25
**ledgers** 234:24

**left** 3:25 14:6,24
138:5 139:18
142:25 154:12
168:10 187:6
196:20 197:14
**left-hand** 7:20
142:2 168:9
194:14 197:16
**legal** 142:16 171:1
172:8 257:18
**length** 135:24
**lengths** 17:3
**lesser** 159:16
**let's** 16:23 35:2,12
36:15 49:22 57:13
63:14 75:14 81:24
95:12 100:11
110:9 126:15,16
171:9 181:19
200:6 211:4
216:20 237:4
239:18
**letter** 1:9 6:2
115:13 121:19,23
122:2 125:13
129:8,15 134:25
135:6 136:5
145:13 155:20
**letters** 26:21
**letting** 1:6
**level** 103:23 146:7
160:6 161:20,21
189:5,15 218:12
**levels** 15:5 110:24
118:3,13 188:4
189:8
**Lew** 9:24 10:3,15
11:1 23:22 168:1
179:12 184:20,22
234:23 235:6
249:18 257:13,15
257:24
**liabilities** 203:11
204:17,19 211:15
213:3 214:5

215:11
**liability** 148:18
235:11
**liable** 231:12,20
**liberty** 71:15
**licence** 149:6,7,7,9
149:12,15
**lies** 17:25
**life** 10:20 110:18,25
**light** 105:3 201:17
**limit** 109:19 110:3
**limitations** 51:5
**limited** 52:12
**limiting** 106:1,2,5
109:14
**limits** 258:17
**line** 16:1,2,4,4,5,12
39:11,19 46:24
53:19,19,20 84:18
126:19,22 127:8
131:18 132:16,17
132:17 140:6
155:24 174:19
184:17 185:6
187:3,7,7 191:4
191:11 196:13
205:9 213:18,24
214:1 224:18
232:23 235:24
236:6 255:2
**lines** 127:5 141:12
141:21 155:14,24
155:25 190:24
191:4 196:23
197:18
**link** 53:15 148:17
**linked** 16:1
**liquid** 110:1 111:2
111:3 112:25
113:16
**liquids** 9:10
**list** 156:25 170:15
172:23 193:22
195:18,19 203:4
203:17 204:11,21

205:13,18,21
206:11,13,14,17
206:19,25 207:13
207:24,25 208:3
215:6,8 222:18,20
254:4,11
**listed** 166:17
195:15,17 196:12
207:11 208:19
213:4,17,21
**listen** 181:22
**little** 7:10 35:4 36:6
41:3 51:23 52:17
59:12 78:22 85:9
99:2 132:3 163:1
175:6 179:10
191:20 212:2
224:10
**local** 61:3 75:19
76:6 77:5 79:18
80:6,17 81:10
102:20,24 105:1
145:22 146:15,17
**localised** 32:6 77:7
**locate** 150:9
**located** 8:7 63:19
66:9
**location** 91:20
**locations** 8:3 54:15
54:18 92:5
**log** 2:3 42:12 58:24
59:4,8 63:15,18
63:23 79:25 80:4
91:17 127:13
128:21 129:2,3
181:17
**log-log** 15:6,22
**logs** 3:15 21:24
51:16 62:18 71:2
**London** 138:21
**long** 48:16 52:5
69:4 72:24 200:3
232:2
**long-term** 158:1
**longer** 70:20,25

106:10 197:7
254:6
**look** 1:17 5:9 7:16
14:25 16:23 17:24
20:4 21:3 23:21
29:16 30:2,15,23
33:16 34:8 35:2
35:12 37:5 55:23
55:25 57:13 58:21
61:18 62:16,17
69:7 70:12 71:12
72:7,9 73:13
74:24 75:6 78:17
91:4 95:13,19
111:24 112:5
114:9 115:20
117:7 122:23,25
123:6,18 126:10
126:15 132:4
139:2 154:1
155:14 156:13,19
156:21,25 157:25
158:2 159:21
160:1 161:17
168:9 172:9 173:8
174:13,17 186:14
186:15 190:23
195:10,12 198:4
198:10,10,18,18
199:25 201:19
202:16 208:5
210:13,14,19,24
211:2 213:5 223:3
223:19 229:23
232:20 234:23,24
234:24 236:7
237:2,4 250:16
257:24 258:8
**look-up** 82:7
**looked** 1:19 22:11
22:12,13 26:2,5,7
67:1,3 77:22,24
85:10 93:11 100:5
115:3 123:1
125:13 143:2

153:23 154:3
160:7 163:9 166:6
167:12 178:4
193:5 194:15
195:24 196:4,18
198:2 206:7,11,21
207:20 210:22
238:14
**looking** 22:10
29:10,13 31:22
33:14 43:25 47:16
48:8 53:10 55:2
56:23 57:2 61:16
67:11,17 73:1
81:8 82:17 83:9
83:12 86:12 88:13
91:3 92:12 107:17
115:8 116:1 124:8
128:16 132:1,15
139:10 140:22
142:12 147:24
150:11 151:12
152:14 156:12,25
171:14 172:23
173:14,15 174:14
178:1,8 179:20
181:1 187:3
189:17 197:23
198:5,12,14,19,21
202:17 212:5
215:6,8 222:8
223:18,20 232:21
234:9 235:8,9,10
235:14 240:20
249:16
**looks** 3:25 73:8
82:6 116:13
**Lord** 78:24 79:10
158:3,10,14,18
171:15,23 172:3,5
207:2,4,18,22
208:1,3,13,16
209:5,9,12,16
218:2,15,17,23
219:8,21 220:1,6

220:15,17 221:2
224:21,23 235:7
**loss** 3:20 37:17
88:10 134:14
140:6,8,11 150:18
150:24,25 152:5
152:20 153:13,15
175:22 177:22,25
187:9,12 190:21
190:25 191:4,5,5
191:8,10,11,16
192:6,9 233:9
239:20 242:6,11
243:10,14
**losses** 190:9 191:2
**lost** 73:19 132:3
243:7
**lot** 12:10 20:15
27:17 35:25 50:6
50:12,21 68:20
70:19 119:18,21
186:22 221:13
**lots** 21:9 80:10
**love** 80:3
**low** 10:6,24 18:21
34:23 101:17
**lower** 7:25 12:2
16:6,7,18,20 17:4
46:8 116:19 198:7
**Ltd's** 237:18
**lump** 148:20
152:15
**lunch** 1:17 69:5
106:9 181:17
**lunchtime** 4:6,11

------

**M**

**MacNaughton** 50:2
50:5 57:24 245:23
**magic** 15:6
**magnitude** 16:17
78:20
**mail** 2:22 3:15
181:17 247:10,19
**main** 68:17

**maintain** 199:20
**maintained** 3:1,16
  247:8
**maintenance**
  172:11 174:22,25
  222:18
**major** 71:20 214:15
  215:10 257:15
**majority** 10:13
  145:9
**making** 7:9 81:16
  107:7 208:11
**managed** 90:9
  98:23 101:21
  118:1
**management** 46:5
  107:9
**managing** 87:8
  247:8
**manipulated** 3:17
**mantle** 94:25
**manually** 131:16
**March** 122:6 149:8
**mark** 105:12 151:5
  182:8 186:9
  260:23
**marked** 7:23 8:3
  122:24
**marked-up** 123:2
**market** 152:6,11,11
  152:12 176:4
  179:1,2 187:19
  192:1 193:2,6
  240:12,22 241:1,6
  241:17,20 244:2,5
  244:16,19
**marks** 68:20
**markup** 122:23
**Martins** 237:6
**master's** 6:22 27:6
  27:9
**match** 16:11 52:16
  52:18,19,19 53:10
  53:15 65:24 66:7
  66:12,12 74:3

76:9 79:23 80:5
  81:9 83:24 85:18
  85:20 86:4,6
  101:15 102:2
  122:18 126:7,9,10
  127:2,9 128:2,4,4
  128:18
**matched** 53:21
  54:19 127:24
**matches** 15:17,18
  128:1
**matching** 77:12
  84:19 85:6
**material** 2:7 7:2
  8:23 27:19 66:4,8
  67:17 164:19
  165:2 168:24
  169:18 217:17
  225:11,13,15,16
  230:3
**mathematically**
  164:2
**maths** 191:17 226:8
  232:11
**matrix** 65:9,15
  67:14
**matter** 91:22
  139:13 141:2,14
  145:7 150:3
  151:17 152:16
  173:24,25 187:2
  207:9,22 208:7
**matters** 28:6
  138:14 140:8
  214:23,24
**mature** 80:9
**maximise** 8:22
**maximises** 118:9
**Maximising** 8:19
**maximum** 14:17
  95:9,23 96:11
  108:19 109:7,14
  110:17
**MD's** 247:11 248:3
**mean** 10:3 14:21

15:2 30:11 32:3
  39:4 42:7,15
  44:16 48:3,16
  51:6,17 52:5
  57:12 63:14 66:3
  72:15 81:24 88:4
  110:8 111:21
  124:23 171:21
  207:11 208:13
  231:2,11,20 232:1
  234:23 255:19
**meaning** 209:15
**means** 8:20 16:9
  35:7 40:9 91:2
  102:15,16 103:22
  128:9 146:24
  171:24,24 209:4
**meant** 92:10
  103:10 209:7
  232:3
**measure** 51:20,23
  187:25
**measured** 21:11
  37:6 51:18 63:18
  63:24 79:5
**measures** 141:8
**measuring** 82:9,10
**mechanical** 40:15
  40:20 61:2
**mechanism** 144:21
  163:17 249:18
**mechanisms**
  107:18
**meet** 216:2
**member** 220:3
**Members** 138:19
**memory** 103:15
**mention** 32:1 34:13
  34:14 38:4 44:6
  64:15 100:3 211:4
**mentioned** 9:23
  16:13 22:3 27:5
  35:20 43:21 44:9
  44:10 48:21,23,25
  49:10 53:13 61:20

74:20 77:23 78:16
  85:11 96:11
  121:14 142:11
  153:21 156:18
  163:4 180:1 201:1
**mentioning** 8:14
  153:25
**menu** 157:23
**merely** 13:4 99:4
  166:25
**met** 70:5 194:3
  214:19 216:3
**metadata** 251:18
  251:19
**method** 98:15 99:3
  99:21,21 152:19
  152:20 179:4
**methodology** 158:4
  158:4 160:4
**metres** 14:6,7,7
  19:5 20:23,25
  21:7,13,19,24
  22:1,23,23,24
  40:22 47:22 105:8
  105:9
**mid-July** 142:5
**middle** 44:21 112:6
  184:10 187:12
  191:5 213:24
  254:21
**mill** 161:13
**millidarcies** 105:25
**millidarcy** 12:15,17
  14:17 23:17
**million** 17:22 23:19
  25:9,10 34:4
  123:16,21 124:1
  125:11 139:22,22
  140:17,25 141:1,4
  141:6 142:21
  143:6,7,21 144:3
  144:7,10,10,16,18
  145:11,15,20,24
  146:4,5,8,12
  147:4,24,25 148:3

148:5,8,10,14
  149:4 151:15,16
  152:25 153:1,3
  155:20 160:17
  161:8 166:8,9
  167:16 173:2
  175:23 176:3,5,19
  177:3,20 180:1,11
  187:13 190:10,11
  191:6,10,22,25
  192:2 193:12,21
  194:2,3,8,13,15
  196:16,19 197:18
  199:5,8,19,21
  219:6 226:24
  228:24 229:1
  232:12 234:4
  241:16
**million-odd** 141:5
**mimic** 111:15
**mind** 5:10 29:25
  44:2 68:2 96:8
  116:3 125:1,12,20
  127:21 128:18
  136:4 168:14
**mindful** 134:11
**minimise** 8:21 61:3
**minimised** 80:12
**minimising** 8:20
  118:9
**minor** 188:9
**minus** 92:19 100:6
**minute** 20:3 56:5
  142:24
**minutes** 34:18
  59:15 106:13
  137:8 138:22
  149:24 181:11
  238:3
**minutiae** 34:8
**mirror** 16:22 86:2
**mirroring** 119:6
**miscalculated**
  95:22 99:13
**mischaracterise**

219:15
**misheard** 218:20
**mismanagement**
106:21 118:23
**misread** 215:21
216:13
**misreading** 215:12
215:19
**misrecord** 243:2
**missed** 4:7
**missing** 59:1,5
214:6 226:1
248:24
**mistake** 122:10
134:16
**mistaken** 221:23
**mistreated** 229:15
**misunderstanding**
133:15
**Mmm-hmm** 5:23
28:20 36:24 37:20
37:22 56:10 60:15
62:10 70:15 74:18
83:17 90:21 101:1
104:15,17 105:18
105:20,23 106:22
108:21 109:9
112:2 114:11,16
115:11 116:10
120:7 121:12,21
122:9 123:5
124:22 125:18
126:18 127:6
129:10 134:10,15
135:4 204:24
**mobile** 19:11
**mobility** 9:11 12:4
**mode** 120:20
**model** 11:7,12 14:5
14:5,8,9 15:14
22:15 23:12 24:4
24:7,25 25:1 29:8
32:6 43:11,16,22
43:23 47:17 48:17
48:24 49:23 50:1

50:6,18 51:1,9,10
51:11,14,19 52:20
53:1,2,4,9,23,24
54:2,5,9,11,13,16
55:1,9,10,12,21
56:1,6,20,22 57:9
62:1,3,6,7,11,14
62:15,21 63:3,4,8
63:18 64:13 65:5
65:7,18,19 66:17
66:20 67:6,12
70:10,16,18,20,21
71:14,16,19 72:1
72:8,17,23 73:7,9
73:11 74:4,5,8
75:7,18 76:5,20
76:22 77:8,11,14
77:17 78:4 79:19
79:21 80:4 81:3
81:15,17,17,19,21
82:18,23,24,24
84:5 85:3,18 86:1
86:4,9 87:24 88:4
88:21 89:3 90:23
91:1 98:24 101:13
101:25 103:8,13
103:16,24 107:5
107:10,15 108:18
113:5 116:19,22
117:2,8,17 118:15
119:3,7,9,11,15
119:16 120:4,15
120:20 121:10
125:5,23 126:9
127:13,24,24
128:15,17,18,20
129:23 130:1,8,16
130:19,23 132:8
132:22 133:5
164:3 188:3,5,10
188:10,13,16,17
188:23,24 190:6
193:10
**modelled** 15:17
25:11 74:16 89:21

106:25 107:1
176:4,6 189:9
192:16
**modelling** 11:9
51:4 52:3 58:15
58:16 59:5 82:9
100:17,24 154:15
190:7
**models** 13:7,25
16:21 24:3,17
43:13 55:6 77:15
86:1 117:1,21
122:13 132:19
135:8 188:14
**moderate** 23:1
118:5
**modification** 54:10
84:23
**modifications** 50:7
80:6 81:16 101:25
**modified** 79:9 86:9
99:1 108:18
**modifier** 76:18
77:5 78:10 81:5
81:11 83:16
122:13,17,21
125:3,9 127:22
130:2 135:7
**modifiers** 75:19
76:6,16 77:11
78:7 79:16,17,18
79:20 80:17 135:1
**modifying** 82:24
**moment** 17:11
30:24 45:23
107:20 111:24
161:25 167:3
181:16 249:17
**Monday** 71:13
**money** 173:3
246:11 256:7
**monitor** 15:4 96:17
**month** 62:22 63:4
70:14,18,19,22
71:1,3 148:16

**monthly** 131:8
148:15
**months** 101:8
**morning** 1:7 26:15
26:16
**mouthful** 64:25
**move** 21:4 35:9
36:15 39:25 41:13
49:22 75:14
100:11 141:24
194:7 211:4
216:20 221:3
233:1 247:2
**moved** 152:10
192:2 194:3
**moving** 86:7 139:1
141:10 142:10
144:8 146:7 175:4
203:4
**Moy** 4:14,15,16,17
5:3 6:16,18,19,20
6:21 10:2,4 11:2
18:10,12,14,24
26:11,15 27:5,17
29:7 31:16 32:25
33:6 35:7 37:13
38:4 39:5,12 40:9
40:23 43:10 44:12
45:18 46:14 47:7
49:14 50:13 53:3
53:23 54:24 55:21
56:3 57:8 58:7
59:18 60:5 69:12
69:16 79:12 92:20
97:2 99:10 100:3
106:16 107:24
108:6 119:16
124:13 137:1,4
140:22 150:5
190:8,13,16
192:15,20 260:5,9
**Moy's** 126:19
139:19,22 141:10
151:12 176:7
190:9,18,23 191:7

193:9
**MPJT1** 222:25
**MPJT17** 183:20
184:4
**MPJT21** 222:10
224:20
**MPJT24** 223:15
224:6 225:5
**MPJT39** 222:14
**MPJT86** 222:17
**multi-rate** 93:4
**multiple** 76:18,21
**multiplication**
24:10 103:10
**multiplier** 24:5,19
25:19,21,22 77:23
78:12 79:25 85:14
102:8,21,25 103:3
103:5,19 124:15
124:20,21 125:6
125:24 135:21
136:7
**multiply** 63:21
77:20 79:4

---

**N**

**NAE** 33:18 37:18
38:3 44:13 87:8
90:9 92:10 93:2
101:20 138:23
140:12 144:5,23
145:12,12,16
155:16,17,19
156:9 157:8,9,14
159:18 160:23
161:8 164:11,11
164:23 165:4,8
169:7,8 176:3,25
187:4,5,8,11,16
187:19 189:3
191:21 193:2,4,8
193:19,20,24
204:13,18 205:16
217:15 221:5,9
222:6 226:21,21

228:2 232:14
233:12 235:22
236:2,10,16 237:8
239:12,18 240:12
240:22 241:1,17
244:2,3,16,17,19
244:22 245:14
246:2
**NAE's** 37:14 90:7
142:20 143:22
192:11,12 194:18
196:12 233:21
**NAE/Allied/CPL**
237:14
**name** 4:16 110:18
138:20 186:9
222:10
**native** 247:6,23
249:10 251:17
**natural** 119:1
**nature** 158:25
159:24 205:10
206:2,4 208:3
**Navigant** 139:6
154:18 200:7
**near** 64:1 97:15
127:4 140:10
182:18
**nearby** 169:21
**necessarily** 80:3,20
157:12 230:19
**necessary** 36:2,11
67:20 101:4
122:12 157:1
233:13 247:22
255:10
**need** 1:23 10:10
30:21 34:16 35:24
42:12 44:20,21,22
61:19 80:9,16
86:18 95:19 96:16
96:20,21,22
111:14 116:16
117:7 118:19
119:10 120:14

123:11 133:12
135:6,17,21 140:2
154:4 156:16
170:8 173:18
175:8 199:24
200:3 221:17
222:24 230:19
232:25 233:3
239:22 247:3
248:7
**needed** 44:6 65:24
66:3,11 67:9
93:24
**needs** 72:8 153:12
184:18 216:6
217:15 236:16
**negative** 184:14,16
**negotiated** 189:4
**neither** 14:8 16:21
95:25
**Nesbitt** 1:12,23 2:1
2:16,20 3:12,14
4:4,9,13 26:11
39:8,22 59:24
60:3,4 64:22,24
69:7,12,22 79:8
79:12 82:20 98:17
98:18 104:19
106:13,15 107:19
107:23 108:5
114:20,22 133:8
133:25 134:2
136:25 137:7,10
137:25 138:1,17
173:22 174:8,10
181:6,11,15,20,23
182:2 199:12
208:25 209:6,10
246:25 247:3,5
249:12 250:13,23
251:22 252:2,7,11
253:24 254:1,8,17
255:16,24 256:16
256:18 257:9,21
258:7 259:4

260:13,17
**Nesbitt's** 255:8
**net** 143:3 152:2
**never** 39:9 67:10
80:8 168:14
214:10
**nevertheless**
216:10 219:12
256:22
**new** 27:19 47:7
74:2 79:14 194:5
230:8
**newer** 142:2
**news** 139:3 199:12
**nicely** 22:18 23:12
190:14
**Nicholas** 137:15
138:20 260:15
**Nigeria** 42:25
56:15 147:9,11
247:9
**Nigerian** 7:19
22:10 42:5 145:22
148:9,15,20
**night** 1:9 129:14
**Nigido** 189:11
**non-engineer** 99:20
**non-linear** 12:21
**non-permitted**
142:23 145:5,8
146:3 160:21
171:3 195:19
197:20 202:21
203:3 204:25
209:2 211:20
**normal** 10:22 19:8
22:8 42:14 218:24
253:2
**normally** 257:17
**note** 13:15 20:25
37:5 131:19 144:6
148:2 161:7 164:9
203:5 204:25
212:9 214:17
**noted** 95:23 189:22

215:14
**notes** 212:2
**notice** 13:18 15:24
17:2 19:24 20:11
20:23 78:19
130:24
**notify** 129:16
**noting** 146:10
**notwithstanding**
216:12 239:15
**November** 183:16
221:22
**number** 9:16 55:6
73:24 75:18 76:5
93:13,25 100:18
103:2 104:11
114:19 116:24
120:5 122:2 132:6
132:8 142:21,22
147:9 149:22
152:22 168:20
169:17 178:20,21
178:24 183:6
184:10,17 188:9
189:22 191:17
194:21 198:7
200:2 213:10
218:8 220:22
221:19 224:17
225:3 226:5
227:16 229:3,4,5
229:6,18 230:18
244:23 248:18
250:6
**numbering** 64:24
**numbers** 3:24
19:20 131:17
149:17 168:22
177:5 184:14,14
184:23 191:13
194:14,24 196:25
198:24 235:4
246:15 257:10
**numerals** 212:3
**Nwosu** 237:6,7

**O**

**object** 208:7 250:7
**objection** 78:6,11
250:6 251:23
252:1 256:3,9,14
**observation** 128:25
**observations** 71:18
113:10
**observed** 21:18
67:20 85:15 101:7
109:16,21 113:3
116:17
**obtained** 57:23
223:12
**obvious** 82:20
231:23
**obviously** 40:18
50:1,12 52:10
57:16 86:17 87:4
89:1 90:5 95:21
113:13 116:1
136:11,13,17
156:5 170:9
247:25 254:8
**occasions** 256:15
**occupied** 23:25
**occur** 111:22 257:1
**occurred** 8:6 38:6
187:6 206:8
**occurs** 44:18
143:17
**October** 245:19
254:3,9 255:13,13
**odd** 179:10,25
**offer** 224:11
**office** 34:7 99:11
247:11 248:3
**office's** 247:8
**officers** 57:25
**OGIP** 56:17
**Oh** 31:13 52:13
75:24 78:13 85:20
100:17 228:13
**oil** 6:21 7:19 8:19
8:22,24 9:12 10:5

10:10,13,15,23
11:11 12:1,4,4,12
12:16,23 17:18
18:11,18 19:17
22:10,19,20,21,22
23:3 24:1,25 25:7
27:16 28:14 29:11
29:12,13,24 45:7
56:17 60:22 77:2
95:14 96:23 99:23
101:14 107:1
110:2 111:4,5
117:9 118:6,9
119:15 123:14,24
127:25 128:2,4
129:23 130:11,11
130:17 131:1,10
131:13,17 132:7
132:19,24 133:2
133:17,23 134:14
134:17,18,19
139:14,16,24,25
140:1,22 141:11
141:18 151:13,25
187:22,24 188:17
**oil-filled** 20:20
21:10,21
**oilfield** 8:18 13:12
113:4 192:15
**okay** 4:6 5:2,18 6:8
6:16,17,20 10:4
24:6 29:7,18 30:3
30:8,23 31:15
35:6,12,22 36:5
36:13,15 37:21,25
38:10,18 40:23
41:10 42:10 43:20
44:10,11,17 45:9
45:10 46:18 48:2
48:9 49:2,20
51:13 53:12,23
54:8,21 55:20,23
56:2 57:2,13
59:17 69:6,17
70:12,24 75:13,17

76:2,3,4,25 77:5
77:10 81:7 84:8
86:7,23 87:3
90:13 91:3,10
100:22 102:4,20
102:24 103:9,19
104:3,12 106:15
107:4 108:12
110:15 111:7
112:5 114:9
115:20 117:24
120:3 121:9 124:5
125:12 126:5,6
132:11,15 135:16
136:2,13,19,25
142:9 153:16
155:6 157:19
160:11 164:21
165:17 166:7
167:12,20,24
173:5 175:17
178:10 181:20
186:5 200:20
201:2 202:5
203:21 204:10
211:11 212:24
223:2,15,22
225:25 227:18
233:5 238:18
240:9
**Omidele** 71:6 83:14
**Omidele's** 114:7
**omissions** 34:1
**omit** 231:18
**omitted** 248:18
**OML** 192:19 245:5
**OMLs** 28:15 184:1
192:14,24 193:13
243:20 246:5,6
**once** 9:12 70:6
92:18 251:20
**one-fifth** 176:9
**onerous** 196:1
220:20 250:19
**ones** 11:20 116:17

126:15 133:16,19
141:11,13 161:19
162:22 189:1
245:16 256:4
**online** 142:8 201:11
201:23
**onset** 46:9
**OOIP** 56:16
**open** 27:21 60:7
161:25 169:20
182:20 185:11,12
**opened** 224:16
232:19
**opening** 7:21 91:15
185:24
**operated** 147:8
**operating** 146:4
147:6 148:25
159:23 160:17
161:9 173:12
233:14,22
**operation** 162:9
163:2 174:22,25
235:25 242:12
**operations** 99:18
147:9
**operator** 31:8,20
32:1,7,21 33:10
40:19 41:1 44:22
92:22 97:10 98:21
99:6 237:23
**operator/owner**
246:5
**operatorship** 37:15
40:11
**opine** 209:15 243:1
**opinion** 4:18,23
6:14 28:6,22 30:5
90:1 95:5,7
125:22 126:2,4,5
138:14 158:8,13
160:14 170:2,6
174:5 182:14
187:15,18 189:13
192:6 193:14

194:12 201:17
202:11,11,20
215:2 216:11,12
219:16,17 225:7
**opinions** 137:22
185:25 190:4
**opportunity** 64:9
68:25 69:17
**opposed** 161:10
**opposite** 236:19
**option** 62:12
**options** 56:24 61:18
**orange** 187:12
191:5
**oranges** 135:14
**order** 14:4 24:16
24:21,25,25 66:7
66:12 67:20 76:9
78:4 81:9 83:23
86:9 96:20 101:14
106:25 119:9
122:13 195:24
206:2 227:1 254:3
254:9 255:13
**orders** 78:20 148:6
**original** 26:20,25
27:21 34:12 36:5
56:17,17 64:16
66:23 67:3,22
68:8,21 69:14
75:9,15 86:3,8
95:1,19 104:1
105:15 113:6
118:18 121:24
122:25 123:11
126:22 129:20
130:9,10,20
131:14 197:16
219:10
**originally** 28:4 50:2
**originated** 26:19
121:16
**ought** 39:21 107:11
**output** 93:2
**outset** 170:7,8

**outside** 23:2 89:18
198:13,16 212:6,7
212:9,18,25
214:14,17 215:15
220:9
**outstanding** 203:9
203:10 204:16
**overall** 124:17
176:25 233:21
245:1
**overcome** 12:6
**overhead** 159:23
160:18 161:10
**overly** 90:7
**overpressured** 8:15
8:16
**oversight** 134:16
**overspeaking**
27:15 29:22 93:19
**overview** 162:14
187:1
**owed** 236:10
**ownership** 183:16
184:1 187:11
**Oyo** 7:16,24,24 8:2
8:6,14 14:14,23
16:16,23,25 17:12
19:21 20:12 22:18
22:20,23 23:2,13
23:18 25:12,12
28:8,19,24 29:24
33:24,24 35:21
36:23 40:11 41:2
41:15 42:24 43:8
47:2 50:8 55:6
56:15,18,24 66:6
73:1 78:19 80:13
96:6 101:10 109:6
113:4,24,24 114:1
114:2,17 141:16
142:4,8 160:23
176:22 177:1
178:2,3 187:22,25
188:5 189:2,18
192:7,14,16,17,18

199:3 222:11
233:11 244:24
245:2
**Oyo-1** 46:8 47:14
47:21 104:5,13,23
105:9,10,22
**Oyo-2** 20:6
**Oyo-4** 14:18,23
40:4 105:8
**Oyo-5** 14:19 15:21
16:18,24 17:7
24:16,20,23 28:10
28:13 29:9 30:6
31:6,10,19 32:14
33:17 37:6,7
41:24 44:15 45:25
46:10 55:15 57:3
57:8,11 60:23
61:11 81:10,12,15
82:23,25 83:24
84:2,24,25 86:15
88:15 94:8 95:10
96:2 100:1 101:5
101:11,16,21
102:1,21,25
103:15 105:2,4,5
105:7,8,12,24
107:2,11 111:9
112:1,9,14 114:24
118:1,3,7,8,13
119:8 124:17
129:21,23 130:9
130:17,20 132:5
132:14,21 133:16
186:19 203:10
204:17 212:19
213:3 214:5 233:7
237:12
**Oyo-5's** 101:14
**Oyo-6** 14:18,24
17:11,12,21,24,25
18:5 20:2,4,7,24
21:6,14 22:4 97:7
100:1
**Oyo-7** 17:11,25

18:1,6 24:24
54:15,20 74:3
91:14,16,19 95:13
95:24 96:10 97:23
101:7,15,24 102:2
109:1,17,21
113:24 114:3
120:15 136:13,15
136:21,22 186:20
199:9 233:8
234:12 235:13
**Oyo-8** 8:9 17:3,10
22:6 54:15 91:19
96:10 97:23,24
98:3,5 101:17
109:11 110:2,7,23
113:24 114:2
122:5 136:13,15

---

**P**
**package** 177:12
178:6
**packed** 218:24
**packer** 97:17,20,21
**page** 6:2 27:24,25
31:1,1,2 37:1,2
39:23 40:1,2
41:18,18 45:16,17
46:21,22 55:3,3
56:9 57:14,14
60:16,17,17,18
64:15,19,20 68:11
69:16 70:13 71:5
73:10,13,14,20
75:16,25 81:8
83:9,12 84:14
86:13,18,19,24
88:12 100:14,19
104:10,11,11,20
104:21 105:17
108:6 111:25
112:1,6,7 113:19
114:12,14,19
115:8 120:14
122:25 123:19

124:8,10 126:12
128:17 150:17,20
155:14 162:5
164:8,22,22 165:5
173:8,14 174:18
174:19 175:21
179:9,9,13,18,23
183:1,13,15,20,25
183:25 184:4,7,9
184:10 185:3,5,5
185:16,16 199:23
201:8,9 202:17
203:4 204:2,10
210:1,3 211:19,21
211:22,25 213:10
213:11,13 221:25
222:4 226:15
230:6 240:1
246:15 247:18,19
258:17 260:2
**pages** 42:1 46:21
147:14,14 194:4
221:5,11,20
224:17,19 225:4,6
226:2,4,5,20,25
227:1,6 233:18
**pages'** 183:17
**paid** 145:12,15,16
145:18,19 146:1
148:2,7,16 149:7
149:8 157:9,13
164:24 177:20
180:2,16,23 181:2
195:22,23 217:11
217:16 218:1
232:14
**pair** 198:9
**paired** 198:17
**pairs** 198:8,22
**Papatzacos** 11:3,6
12:8 14:1 113:14
**paper** 3:20,21,24
4:3 7:18 11:7,10
150:1 224:11,12
224:13

**paragraph** 31:11
33:16 34:20 37:5
40:3 42:21 55:2
60:18 64:17,21,24
66:16 81:9 86:23
95:20 100:13,18
101:3 102:4
104:18,19,22
105:19 113:21,23
162:4,21 163:3
164:8,9,21 165:5
169:25 175:7
183:21,23 185:2,4
185:6 201:7
202:23 205:13
210:5 213:14,15
227:24
**paragraphs** 49:1
162:6,24 163:10
204:5,6
**parameter** 22:19
78:3 79:24 98:20
**parameters** 11:20
22:13,17 23:7
32:9 51:20 90:24
112:19 113:2
**paraphrase** 122:2
**Pardon** 218:15
**parent** 159:24
**parked** 255:16
**part** 8:7 17:7 29:10
43:22 62:3 65:1
84:1,2 98:18
108:13 140:9,11
149:13,14 160:24
166:14 170:25
172:25 177:1
178:3 191:9
203:18 205:14
209:22 210:8
227:20 231:4
236:1 240:21
244:19,20 247:2
251:6
**partial** 234:3 245:2

**partially** 98:2
161:1
**participation**
258:20
**particular** 7:17
8:21 11:4 16:25
21:9 28:9 30:9
41:20,22 42:3,8
44:13 49:7 50:23
51:17 55:16
112:20 113:11
115:12,17 131:18
131:22 144:13
145:3 148:16
155:7 170:12
174:24 207:17
210:25 217:16,22
231:11,19
**particularly** 34:22
47:9 53:2 61:17
68:22 72:18,19
79:18 148:19
220:20 258:10
**parties** 147:5,19
148:24 155:22
157:19 161:3
181:22 188:8
196:7 203:7,9,15
204:15,23 234:14
235:12 237:1
239:16 242:5,10
243:6,9 250:20
252:17,18,22
253:17 254:5
255:14 256:10
257:6,16 258:4,16
**partner** 7:7 138:20
**partner-owned** 7:7
**partners** 55:7
**parts** 187:9 233:10
**party** 147:20
157:18 159:18,20
160:7,8,9,19
195:8,8 198:19,20
198:21 219:9,10

219:11,14,19,20
219:22,25 220:2,4
220:7,9,9,18
231:9,14,21 232:7
237:22 256:25
257:19
**party's** 253:19
**passed** 29:4 50:9
180:10,12
**passing** 36:6 49:1
**patches** 79:22
**path** 117:3
**Pause** 24:7 103:12
106:6 155:9
173:21 183:14
197:5 200:1 210:3
215:20 231:8
240:16,19 247:2
249:5 258:15
**pay** 145:23 155:16
155:19 156:1,4
179:3 216:23
217:4,7 227:11
228:1 231:12,20
231:22 232:1,8
**payable** 148:10
**paying** 156:9
**payment** 143:14,16
144:8,9,17 145:3
147:22,25 148:6
148:11,12,20
156:17 159:15
160:20 166:11,24
169:14 194:10
195:24 198:6,15
203:10 204:16
217:22 232:24
233:17 234:7
236:17
**payments** 146:25
148:15,17 156:25
206:9
**Payne** 189:22
**PDF** 2:3 3:5 224:16
226:9 247:20

251:9
**PDFs** 226:10
**Peacock** 11:11
**peak** 141:15 142:8
**peaking** 17:20
**pen** 224:11,12,13
**pencil** 224:14
**penetration** 80:10
**penetrations** 80:14
**people** 10:22 34:7
154:17,18 197:9
**percentage** 10:6
**perfect** 116:19
253:5
**perfectly** 208:20
249:15
**perform** 42:13
174:2,3 244:1
246:10
**performance** 11:23
15:15 53:20 60:20
61:1 86:15 101:5
124:18
**performed** 175:11
243:13 246:9
**period** 37:15 95:1
113:25 141:19
143:5,11,12,14,15
143:18,24 145:1
146:25 149:10,14
159:6,11 184:3
193:13 194:10
196:3,5 198:12,13
198:16 204:15
206:8 211:17
212:7,8,10,16,18
212:20,25 213:4
213:19 214:2,10
214:15,17 215:11
215:15,20,22,24
217:22 253:7
**periods** 191:1
**perm** 51:21 52:1
**permeabilities**
11:21 24:12 76:10

77:20 78:1,5
85:24 92:4 135:23
**permeability** 7:15
11:24,25 12:2,15
12:19 13:1 14:12
14:13,15,22 15:20
16:6,7,8,15,17,19
23:8,17 24:6,8,18
25:2 26:5 42:11
45:2,3 46:9 48:18
51:22,24 64:2,2,4
64:4 75:14,19
76:7,14,16,18,19
76:22 77:1,5,11
78:7,10,18,21,23
79:13,16 80:2,16
80:18 81:5,11
83:15 84:20 85:6
85:13,23 91:17
102:8,12,16,18,21
102:24 103:3,5,13
103:17,23,25
104:1,25 105:1,5
105:12,21,25
106:25 111:16
112:20,22 113:12
122:12,17,20
125:3 127:12,12
127:15,20,22
128:6,8 130:1
135:1,13
**permeable** 25:2
**permissible** 208:21
**permission** 255:9
**permit** 204:13
**permitted** 95:23
137:9 142:23
145:5 160:20
161:5,5 166:9
170:3,4 172:13
193:23 194:9
195:18 196:16
197:19 202:8,8,21
203:2,17 204:12
204:20,24 205:2,4

205:13,18,21,22
206:13,15,16,16
207:1,7,13,14,24
208:17 209:2
211:16 215:3,3,7
215:7,9 236:24
**permutations**
199:1
**person** 2:12 59:4
79:21
**personal** 145:6
157:16,17
**personally** 221:21
255:3
**personnel** 146:6
161:8
**perspective** 81:25
90:22
**Petrel** 66:19
**petroleum** 6:23
27:6,9 31:9,21
32:20 33:2 101:22
114:25 237:18
**petrophysical** 43:1
44:25 56:14
**phase** 9:13 130:8
131:20
**phases** 96:23
**PhD** 27:13
**phenomena** 14:9
18:2 19:20,22
**photocopies** 1:21
**photocopy** 2:11
**phrase** 60:13
**physical** 130:15
**physically** 132:22
**physics** 27:12 91:22
95:15
**pick** 48:5
**picked** 229:20
**picture** 7:20 21:5
23:7 184:3
**piece** 2:22 61:20
**pieces** 75:5
**pilot** 20:7,24 21:12

**pinch** 21:3
**pipe** 88:10 89:3
**PIPS** 33:3,6,18
**place** 15:25 56:17
56:17 71:25 73:18
74:1,15 119:16
151:6
**places** 136:20
199:22 200:2
**plan** 33:23 34:14
35:1,20 49:5
56:18
**planned** 7:3 91:16
91:16
**planning** 46:12
**plateau** 111:4
**platform** 99:17
**pleaded** 49:14
90:14 221:10,22
242:14,17,21
243:6
**pleading** 252:23
**pleadings** 221:11
**please** 2:4 6:18
71:10 73:11 74:2
83:8,19 106:6
133:7 154:6
155:13 164:7
168:9 171:9 183:1
205:14,15,18
209:24 225:25
232:5,21,25
237:11,24 239:22
253:22
**pleased** 227:8
**plenty** 157:11
**plethora** 92:20
**plot** 12:14 15:6,8,8
17:6 18:3,15,19
18:22 78:16 127:5
**plots** 124:13 126:7
126:11
**plotted** 16:23 18:14
19:19 77:25
**PLTs** 7:4

**plugs** 51:23
**plus** 92:19 152:23
 225:6
**pm** 106:9 107:21
 107:25 108:1,3
 137:12,14 181:12
 182:5,7 238:8,10
 259:6
**point** 2:4 3:2 14:16
 17:17 18:15 19:1
 19:2,4,6,7,9,23
 22:3,7 26:23 27:4
 29:22 30:7,14,18
 31:22 32:12,18
 34:15 35:18 36:11
 36:11,20 38:21
 39:8,25 40:24
 41:8 43:4 44:3
 45:5 46:13 51:10
 52:16,17,19 57:8
 58:8 67:5 73:16
 73:22,24 74:5,14
 78:3 83:22 84:19
 86:3 87:23 92:8
 103:6 106:11
 110:4,22 113:5,18
 124:25 126:25
 140:10 143:25
 145:4 148:24
 151:5 154:5 155:7
 159:8 172:6
 173:23 175:21
 177:17 178:16,19
 179:7,8,14 180:19
 180:20,24,24
 185:1 189:17
 191:14 195:20
 196:18 197:6
 199:16,17 200:4
 200:15 202:6
 208:10,12,15,25
 209:20 210:21
 211:18 216:4,5
 217:6 220:23
 225:20 227:9

228:9 232:8 241:8
 244:15 250:6
**pointed** 109:19
 118:8 119:4
 188:15 191:6
**pointing** 141:3
 180:22
**points** 7:12 26:2
 71:9 72:12 84:6
 85:2 93:13 140:4
 144:19 187:2
 197:3 216:2,3
 225:9,10
**police** 214:3
**poor** 46:5 61:2
 88:15 89:23
 106:20 107:15
 118:23
**populate** 62:19
 80:4
**populated** 76:11
 78:2 85:12 117:1
**populating** 119:19
**pore** 63:16,20
 76:12 79:1,7
**porosity** 51:17
 63:15,16,18,20,21
 64:1,4 78:12,13
 78:17,18,21,25
 79:4,5,9,14 91:18
 129:3
**position** 7:17 16:24
 26:6 39:5 44:11
 74:25 75:9 89:20
 136:5,14,21 192:4
 194:18 196:19,20
 203:19 211:14
 214:25 215:16
 227:10 233:19,20
 236:25 237:3
 239:7 251:1,1,2,5
 251:12,15
**positions** 17:1
**positive** 160:25
 164:12 195:14

202:25 203:6,18
 213:2,14,16
**possibilities** 2:13
**possibility** 2:10,11
**possible** 10:9 80:25
 81:21,23,23 100:4
 107:18 173:9,11
 253:6,8,14
**possibly** 159:1
 170:24 178:9
 192:5
**post-completion**
 203:13
**post-hearing** 252:9
 252:13,16,17,25
 253:3,21 254:10
 254:14,20,22
 255:25 256:6,6
**Post-its** 224:14
**potential** 9:10
 29:25 47:4 82:18
 126:2 191:18
 192:17,23 235:11
**potentially** 29:14
 45:4 58:21 125:23
 145:1 160:10
 170:14 171:4
 192:18 226:13
 242:18
**practice** 58:13
 218:6,11,16,18
 253:2
**practices** 31:9,21
 33:2 49:17 61:4,6
 101:23 114:25
 118:2 161:18
**pre-hearing** 39:8
 227:24
**pre-interest** 139:20
**preceding** 113:23
**precise** 125:14
**precisely** 225:2
 228:11
**predicting** 98:13
**prediction** 83:25

**prefer** 64:11
 125:22 254:21
 256:22
**preferably** 15:3
**preference** 254:17
 255:19
**preferentially**
 19:14
**preferred** 9:13 86:6
**preliminary** 2:18
 148:2
**premature** 31:7,19
**preparation** 57:22
 217:18
**prepare** 98:25
 154:15,17
**prepared** 49:5
 55:25 57:17 126:3
 160:5 179:2
**preparing** 44:4
 45:19 60:12 98:24
 154:7
**presence** 8:12 47:2
 117:11
**present** 3:1 21:4,8
 30:20 47:14,15
 82:17 124:20
 134:18 152:2
**presentation** 6:13
 6:19 20:13 27:5
 27:18 53:13 85:25
 138:10,18,22
 150:18 160:19
 175:10 176:24
 186:5,7,11 199:17
 202:5 260:9,19
 261:2
**presentations**
 150:6
**presented** 24:2
 31:5 32:5 63:10
 105:4 127:18
**presents** 11:7 90:22
**pressed** 84:13
**pressure** 8:7,11,11

8:13 12:2,5 15:4,8
 15:9 16:2 19:6,12
 19:25 28:24 35:5
 36:23 37:6,14,18
 38:2,13,15 39:11
 41:12 66:7,12
 72:3 82:4,6 88:9
 89:3,22 92:15
 93:5,6 96:25 98:1
 98:4,5,7,9,9 100:6
 100:7 124:18
**pressures** 10:8,25
**presumably** 90:13
 94:11 120:23
 130:3 200:21
 229:22 230:16
**presume** 6:7 56:3
 164:25
**pretty** 2:16 10:7
 16:13 36:5 110:2
 113:17 116:8,14
 160:18 173:17
 214:15 256:19
**prevent** 9:21
 174:12
**previous** 5:12 13:3
 71:25 226:11
**previously** 229:11
**price** 144:20 176:2
 176:4,13,18,20
 177:19,21 178:11
 192:1,2
**prices** 140:1,1
 177:24
**primarily** 74:15
**principal** 53:9
 143:3,8 145:16,18
 165:16 187:9
**principally** 143:21
 143:21 147:7
 154:12
**principle** 77:6
 142:13 153:16
 177:7
**principles** 178:18

**print** 3:5 168:7
  247:17
**printout** 2:23
**prior** 18:8 132:20
  143:24 144:15
  149:15
**private** 248:3
**pro** 237:12,22
  238:14
**probably** 10:12
  34:16 36:19 39:19
  54:22 58:6 65:22
  83:2 97:18 99:11
  107:19 111:5
  150:8 155:10
  160:23 179:9
**problem** 85:22
  90:23 97:16 210:8
  249:11 251:6
**problems** 29:11
  34:9 40:5 61:2
  72:23
**procedural** 1:11
  254:3,9 255:13
  256:8
**procedure** 156:6
  250:1 252:18
  253:18 259:1
**procedures** 235:17
**proceedings** 4:18
  5:7 30:25 38:22
  44:5 137:17
  182:10 257:4
**process** 29:10
  144:21 152:18
  153:6,16,19
  154:20 164:5
  234:17 238:14,23
  257:22
**processes** 242:2
**produce** 9:2,5,8,14
  9:21 19:10 91:22
  92:6 144:23
**produced** 17:22
  18:3,11,17,20

19:14,16 41:5,7
  84:1 107:1 112:15
  121:10 128:9
  129:21,23 134:23
  159:5 243:24
**producers** 61:8
**producing** 9:6,10
  9:13 17:3,17
  18:25 19:18,22
  20:9 21:6 46:16
  57:9 90:16 91:21
  92:6 98:21 99:23
  110:23 134:12,12
**production** 8:5,10
  8:20 10:16 25:8
  26:4 28:10,18
  31:10 32:17 37:7
  38:6 41:24 44:15
  46:5 48:13 50:8
  54:19,20 60:20
  61:4 83:25 84:2
  86:15 87:15 90:7
  90:19 91:1,4
  93:13 100:1 101:5
  101:8 106:21
  107:9 108:19,23
  109:7,14,24,25
  110:5,14,17,20
  113:22 114:5
  115:24 116:2
  118:5,9,23 119:14
  120:5,8,15 123:14
  123:24 125:4
  130:12 133:9
  134:14 139:10,14
  139:16,25 140:23
  141:11,19 146:6
  151:13 152:1
  187:22,24 188:4,6
  188:15,17 190:8
  190:13
**productions** 151:25
**productive** 69:7
  110:25
**productivity** 60:22

189:8
**professional** 4:23
  6:14 28:5 30:5
  49:18,20 137:22
  138:14 182:14
**professionals** 47:16
**Professor** 9:24 10:3
  10:15 11:1 23:22
  168:1 179:12
  184:20,22 234:23
  235:6 249:18
  257:13,15,24
**profile** 129:20
  134:19
**profiles** 24:2,15
  120:21 125:7
  133:16
**profit** 192:5,8,8
**program** 3:8
**programme** 96:10
  109:11,18 110:6,7
  110:12,15,19,21
**programmes** 95:25
**project** 66:19
  119:18 158:1
**projecting** 53:5
**projection** 20:17
  51:1
**projections** 50:19
  51:11
**promised** 1:5
**proof** 156:17
  157:13 159:14
  206:9
**propensity** 30:15
**proper** 70:20 71:1
  155:23 156:2
  219:13
**properly** 13:22
  62:15,22 63:12
  86:2 160:24
  176:19 188:14
  190:6 218:25
  229:2
**properties** 10:10,11

44:25 66:20 76:6
  80:11,15
**property** 63:24,25
  80:17 249:19
**proportion** 10:5,19
  18:17
**proposal** 181:21
  250:22 251:22
**proposing** 254:13
**proposition** 249:20
**PROSPER** 93:12
  93:23 96:19 97:25
  98:8
**provenance** 66:19
**provide** 157:12,12
  162:14 187:15,18
  201:10,21 202:20
  215:2 217:17
  221:13 232:5
  236:17 247:25
  248:4,6 250:9
  256:5
**provided** 2:22 4:18
  9:20 60:12 81:3
  92:23 94:13,18
  137:16 164:13,14
  164:15,15 165:1,3
  165:7,24 166:11
  166:16,17 167:1,5
  168:19 169:5,15
  182:10 193:24
  195:4 200:7
  201:14 205:16
  212:6 216:21
  217:2,23 218:5
  219:24 220:8
  221:5,9,18 222:6
  222:6,17 223:8
  228:3,16,19,23
  229:12 231:6
  251:18,20,20
**provides** 232:7
**providing** 164:24
**proving** 157:4,8
  217:16,21

**provision** 143:19
  146:5 147:25
  174:22,25 202:22
  207:21 213:2,22
  214:9,16 215:4,8
  215:10,12 216:12
  254:2,20
**provisional** 254:9
**provisions** 171:11
  210:10
**proxies** 189:20
  190:1,2
**prudent** 32:21
  44:22
**PSC** 161:2,12,23
  162:2,3,9,16,19
  162:20 163:23
  164:2 171:11
  190:7 192:13,13
**psi** 8:16 92:11,19
  95:4,8,13,17,17
  95:25 96:5 99:15
  109:19
**psia** 37:8
**public** 121:7
**publication** 166:12
**pull** 140:5,10 151:5
**purchased** 140:13
**purely** 34:8 114:7
  254:9
**purpose** 36:7 39:11
  56:16 119:24
  178:1
**purposes** 60:12
  101:19 106:18
  134:8,9,13 172:22
  251:1 255:17
**pursue** 215:5
**put** 13:9 23:1 27:15
  27:18 30:3 37:13
  37:15,17 40:20
  48:10 49:3 53:1
  54:16 61:21 63:14
  82:22 86:12 90:8
  101:18 106:20

117:14 123:24
177:5 180:5,9,18
186:24 190:4
233:2,3 239:21
241:11 244:15
256:11
**putting** 48:10 115:6
171:15 209:16
**puzzlement** 98:18

**Q**

**qualified** 202:20
207:20 209:14
215:1 216:11
225:1
**quality** 10:13 42:24
89:19
**quantification**
138:24 139:15,17
139:24 141:8
**quantified** 22:14
39:9,10 140:12
**quantify** 90:15
**quantities** 25:17
40:25 51:18
**quantity** 18:11
**quantum** 137:6
**question** 1:18 2:6
3:23 10:4 28:22
39:2 45:24 50:17
50:23,24 68:20
79:15 82:12,20,21
84:10,23 88:14
93:18 98:19
105:12 106:4
117:14 118:11
134:5 136:2
142:15,16 145:3
147:21 149:25
151:22 152:8,9,18
153:1,12,14 156:7
156:22 158:19
159:12 163:5,9
166:14 170:22,25
171:3 172:4,19,20

172:25 173:11
174:5,15 175:1,4
175:5 176:9 210:6
215:5 219:8 225:8
226:21 227:19
235:7 243:10
249:6 255:20
257:18
**questioned** 189:5
**questioning** 39:12
39:19 224:18
**questions** 26:13
51:7 74:22 80:25
136:25 137:2
141:23 142:13
149:22 155:16
170:11 181:4
243:7 246:14,16
250:2 251:13
252:20 254:4,11
**quick** 1:18 35:2,8
126:10 155:14
**quickly** 16:20 35:8
162:6 253:14
**quite** 10:22 20:14
21:4 24:9,21
36:19 40:24 42:14
49:12 50:6,12
52:18 59:9,14
60:14 80:18,22
123:10 126:23
135:24 139:20
140:19 142:6
147:12 148:19
150:13 151:3,8
158:25 162:6
206:18 221:19
226:5 242:13
244:14
**quote** 118:20
**quoting** 203:8

**R**

**R118** 222:19 223:5
223:6 224:19

**R18** 222:24
**raise** 253:21,25
**raised** 3:22 71:25
79:16 218:18
252:22,23
**ran** 71:16,19 93:22
120:20 130:25
131:22 133:2
**range** 10:14,14
11:21 12:14 13:24
17:7 22:13,17
23:16 25:3,15
26:7 32:9,13 45:2
45:2 51:25 78:20
80:18 104:13,23
105:22,24 106:1
**rank** 160:9
**rapid** 96:1 116:14
**rapidly** 72:12 116:8
**rare** 10:8 59:6
**rate** 7:15 11:16,17
11:17,22,25 12:1
12:3,12,22 13:1,4
18:21,21 28:15
91:23 92:6,16
95:9,11 108:19
109:8,14,17,20
110:10,11,13,18
111:4,9,11,12,17
111:18,20,21,25
112:15,19,21,23
113:3,7 115:24
116:6 126:17,19
126:20 127:24,25
130:10,11,21,24
131:1,1,4,13,17
131:23 132:7,9,19
132:24 133:2,2
140:2
**rate-sensitive** 14:11
**rates** 13:3 16:19
26:5 38:8 96:23
97:6 108:25
109:21 112:10
113:1 129:22,24

130:17,18 131:16
132:23 133:6,17
133:19,24
**ratio** 8:22 23:9,14
23:23,24 102:1
**raw** 59:2,7
**RC3** 35:20
**re-agreed** 239:6
**re-evaluation**
74:19
**reach** 19:1,23
175:13,15
**reached** 175:17
**reaches** 17:8
**read** 28:16 33:23
58:6 61:22 140:15
142:6 151:19
154:23,25 155:1,2
165:21 170:9
172:7 185:7
210:20 211:2
224:15
**reading** 58:7
149:13 214:15
215:10
**real** 14:25 15:1,17
98:12 113:9
117:12
**real-life** 190:2
**realise** 21:8 253:9
**realistic** 89:21
112:8
**reality** 88:6 89:22
112:24 116:17
117:5,12
**really** 3:17 13:24
14:8 22:2 24:17
33:22 34:3 44:1
52:18 57:2 79:24
80:16 84:5 85:4
86:2 88:12 99:22
111:13,16 119:9
130:24 161:6
163:9 171:20
174:8 207:12

208:6 209:17
251:21 257:17
**reason** 18:14 38:4
78:14 83:20 94:16
125:14 143:4,8,22
165:16 170:20
214:18 215:18
255:25
**reasonable** 101:9
189:21 190:3,4
**reasonably** 85:15
**reasoning** 31:18
177:23
**reasons** 61:1
125:15 175:21
176:1 239:14,17
**rebuild** 119:10
**rebut** 64:9
**recall** 50:16 52:6
53:17 100:4
201:24 224:2
255:13
**receipt** 251:24
254:11
**receive** 149:11
156:3 200:20
231:10 248:10
249:16
**received** 1:9 24:3
50:1 54:13,17
67:6,10,21 71:16
77:15 94:23
101:13 104:1
121:7 125:6,6,23
127:23 128:3
130:8,19 131:15
133:5 143:1
144:15 164:10
188:8 198:11
200:22,24 201:3
232:2 234:3 240:4
241:7,16,21 242:7
245:24 247:11,17
247:19 248:15,17
**receives** 231:9

237:22
**receiving** 155:19
249:16
**recharged** 144:5
145:13
**reciprocal** 8:24
**recital** 162:15
**reclaiming** 156:23
**reclassifying**
229:10
**recognise** 45:18
126:12 132:10
**recognised** 178:17
**recollection** 165:15
**recommend** 56:18
**recommended** 61:5
**reconciles** 235:3
**reconciliation**
211:6,11
**record** 2:20,23,25
3:14 26:21 27:1
92:21 159:4 199:5
232:17 240:2
241:5 243:4
**recorded** 143:22
243:12
**records** 2:2 58:1
199:8
**recover** 10:6,19
**recoverable** 28:14
**recoveries** 9:15,25
10:3,9,11 22:12
25:12,16 26:7
**recovering** 10:15
**recovery** 7:13 8:17
8:20,22,24 10:14
22:14 23:20 25:7
25:13 26:2 28:15
30:1 118:6,10
163:14
**red** 13:12 15:1,10
15:24 16:2 20:20
123:4,6 126:19
141:13
**redactions** 3:6

**redirect** 181:6
**reduce** 25:4,5 78:4
169:3
**reduced** 24:12
152:2
**reducing** 25:6 26:3
119:14
**reduction** 63:24
83:21 84:20 85:7
102:12,13 189:5
193:15
**refer** 50:5 54:6
68:14,23,24 69:23
74:19 104:4
162:22 173:5
186:17 221:10,15
245:17,22
**reference** 31:25
34:15 35:1,22
69:1 109:13 110:7
114:19 154:5
155:10 164:23
165:6 184:5,7
205:4 206:19
210:22 211:23
213:4,10 221:11
229:20 232:25
**referenced** 67:23
67:24,25 162:17
**references** 35:24
48:21 177:4
197:24 238:20
**referral** 216:17
**referred** 69:11,14
69:18 201:10,21
216:15 218:3
**referring** 33:19
60:23 87:1 99:15
129:2 254:2
**refers** 60:18 103:14
**refine** 62:3
**reflect** 84:24
107:11
**reflected** 84:5
162:20 193:7

**reflecting** 85:24
165:10
**reflects** 142:2
**reformatted** 168:5
**refreshments** 59:19
**refund** 158:21
**regard** 159:16
169:23 171:12
177:6 255:11
**regarded** 209:18
**regarding** 74:14
84:19 186:1
**regards** 77:5 162:3
196:6 208:17
251:15
**regime** 8:13
**region** 19:8 37:7
92:19
**regular** 146:25
**reimburser** 157:14
**reinject** 38:23
40:12
**reinjected** 37:18
38:4
**reinjecting** 28:23
36:22 40:21
**reinjection** 38:8
**reiterate** 8:5
**rel** 51:21
**relate** 87:13 143:4
149:13 159:10
160:3 189:3
192:12 194:9
211:16 212:6,16
212:20
**related** 7:13 35:10
43:24 60:16 63:17
76:7 79:2,7
143:23 147:5,19
148:23 159:20
160:7 166:9 219:9
219:11,19,22
220:7,8 257:12,19
**relates** 87:14
143:14,17 144:15

146:5 147:25
148:22 149:9,14
161:9 222:21
247:18
**relating** 39:10
186:16
**relation** 38:13 57:7
63:22 74:25 75:10
140:20 145:10
151:1,9 152:18
170:2 179:8
181:17
**relationship** 12:25
13:13
**relative** 11:23
16:24 17:1 18:18
81:10 91:20
102:21 103:13,17
257:5
**relatively** 141:9
174:20
**relaxed** 197:10
**relevance** 88:5 89:4
243:9
**relevant** 2:23 46:20
104:21 121:14
143:5,10 145:2
155:8 158:13
166:5,10 180:2,8
180:25 181:3
204:15 206:8
209:10,12 211:17
211:20 212:4,7,8
212:9,16,20
214:10,11,14
215:11,19,22,24
217:18 228:6,14
237:19 243:5
245:13 246:1,3
247:12
**reliability** 53:1
63:7 72:16
**reliable** 15:19
51:12 52:25 53:10
**relied** 94:12 113:9

120:9,23 128:10
128:14 168:20
222:3,5 235:4
**relief** 26:12
**relies** 69:12
**relieve** 59:25
**relieved** 238:18
**reluctant** 248:4,9
**rely** 70:8 110:17
119:11,12 234:19
**relying** 58:11 94:13
104:24 113:8
**remain** 248:25
**remarks** 185:24
**remember** 17:21
50:22 65:13
150:19 151:18
183:10,12 201:5
202:1,3 219:17
220:11 229:23
230:23 241:11,12
243:16
**remind** 31:11 104:6
171:9
**reminding** 110:10
**removal** 103:6
**remove** 103:6,9
223:10
**removed** 102:20
103:16 143:20
**render** 257:8
**rentals** 222:11
**repairs** 172:11
222:18
**repeat** 100:23
210:6 217:20
227:14
**replaced** 102:24
**replicate** 52:20
81:16 82:23
**replied** 134:5
**replies** 254:18,20
**reply** 200:13,18
242:19 253:5,13
254:24 255:9

**report** 4:20 5:7,19
11:21 25:25 26:20
26:21,25 27:8,20
27:21,22,25 30:24
30:25 31:2,5,16
32:1 34:11,12,24
36:1,5,14 37:1,1
37:24 38:1 40:1,2
41:16,17 42:19
43:18 44:4,11
45:12,13,20 46:22
47:7,8,11,24 48:6
48:10,20,23 49:4
49:11 54:6,23
55:25 56:6,12,13
57:17,22 58:9
60:6,6,13 61:22
64:13,16,18 65:1
65:22 66:23 67:3
67:22,22,23,24,25
68:8,10,21 69:11
69:11,13,14,19
70:8,14 71:12
75:9,10,15,21,23
77:21,25 81:7
85:11 86:8,22
88:11 89:6,16
92:9 93:15,16,22
94:1,12 95:1,2,19
100:13 104:7
105:14,15 107:8
108:7,13 112:5
113:6,7 114:14,22
115:10,13 120:13
121:11,14,16,16
121:22,25 122:1
122:25 123:12,19
123:20 124:5,7,9
125:15,20 126:6
129:12,17,19,20
133:10,13 137:17
137:19 138:2,6
150:12 154:2,9,17
162:1 163:21
164:10,20 165:3

165:18,24 166:12
166:18,22,25
167:4,8,9,10
168:19,21,25
169:16,18,19,25
175:7,25 179:18
180:5 182:11,11
182:23 183:17,22
183:25 184:9,24
185:2,4,13 186:2
194:2,5 199:23
201:16 202:16
203:22,23 204:2
206:23 207:6
211:5,5,14,25
212:13 214:13
215:14,20,25
221:11,15 222:2,4
223:8 226:10
229:14,22 230:2
230:10 239:24
240:3,8,17 241:6
241:9,12,22
243:12 244:9
245:18,23
**reported** 34:21
65:22 178:22
**reporters** 259:1
**reports** 11:7 24:3
58:2 90:2 138:9
138:13 153:23,24
154:7 185:21
**represent** 40:7 55:8
65:8,9 66:6 68:15
72:22 116:25
117:11 119:9
185:25 189:15
192:9
**representation**
55:13 63:5
**representative**
79:20 156:3
**represented** 58:4
60:13 65:5 67:8
89:8 101:9

**representing** 58:10
**represents** 6:9,13
13:10,13 15:10
51:14 129:20
191:16
**reproduce** 14:4
15:15 53:3
**reproduced** 13:22
**reproductions**
150:14
**request** 57:18
201:16
**requested** 58:2
**require** 25:23
84:19 186:12
203:12
**required** 12:3 71:2
85:6 146:8 147:23
216:23 217:3,7,9
218:13 227:11
228:1 233:16
**requires** 99:5
**reran** 93:7
**rerun** 136:8,10
**reserve** 7:5 192:7
**reserves** 9:25 28:14
28:15
**reservoir** 7:1,2,17
8:14 9:1,2,3,9,17
10:8 11:24 12:1
12:17 13:14 14:14
15:14,14 16:17
17:13,15,16,23
19:3,13,17 20:1
22:5,21,21 23:3
23:11 25:14 28:8
28:24,25 29:12,13
29:23,24 30:12,16
30:17,19 31:22
32:18,21 33:13,22
33:25 34:2,21
35:18 36:22,23
37:6,14,17,19
38:2,13,16,23
39:11,16 41:12,15

41:20,22 42:6,10
43:5,8 44:7,13,19
44:25 45:6,8 46:1
46:4,6,20 47:3,10
49:6,7,16,18,21
49:23 51:5 52:2
52:11 56:20 57:18
61:16 63:5 64:7
65:3,11,16 66:1
67:7,14 70:5 72:4
73:2 75:11 76:20
77:7 80:11,13
81:25 82:1 96:6
100:6 106:2,25
107:17 112:8
117:12 119:2
124:17 127:20
130:16 133:11
135:12,13,23
177:13 178:3
**reservoirs** 7:14,19
9:15,19 11:11
22:11 25:3,16
42:15,25 77:3
**residual** 236:9
**resist** 133:22
**resisting** 249:20
**resolution** 16:22
**resolutions** 216:16
**resolve** 252:3
**resources** 7:6 141:7
152:24,24 177:1
178:7,10
**respect** 1:16 30:11
147:4 148:8 158:6
160:14 161:18
164:16 165:16
171:25 187:10,14
187:16 190:25
192:13 203:10
204:17 205:9
211:15 213:3
227:19,21 232:13
234:4 236:18
238:23 252:24

**respectively** 113:23
**respond** 250:15
**responded** 251:14
**respondent** 3:22
227:21,25 231:1
249:14
**respondents** 2:5
41:4 81:4 87:12
90:14 106:18
139:7 145:14,17
186:11 211:10
221:24 222:6
223:9 227:16,25
228:16,22 230:12
231:6 234:5 236:1
236:11,16 237:7
245:10,15,24
246:4,8 247:24
248:6,11,12 250:5
250:5,7,15,23
251:3,4,10 255:5
**respondents'** 1:13
90:10 101:21
136:14 138:24
139:1,8 186:14
200:12,12,18
203:12 211:6
226:14 227:10
230:24 233:19
247:20 252:12
**response** 15:9,13
15:23 16:10 17:14
50:23 73:8 84:9
85:9 134:5 136:2
155:17 163:4
**rest** 72:4 147:7
152:13
**restrain** 80:24
**restrictions** 115:5
**result** 32:16 45:25
74:8 88:15 102:11
106:20 118:23
119:1 124:16
168:18 169:2,5,15
175:14,16,17

176:7 180:11,12
242:8,11
**resulted** 87:6
**resulting** 35:19
51:12 73:17,25
122:14 152:4
**results** 11:8 14:2
23:5,6 25:22,24
56:13 67:17 112:9
124:21 129:22
131:23
**resume** 107:21
164:25 238:4
**resumed** 40:6
**retrospect** 47:22
67:17
**return** 64:13
**returning** 146:2
175:5
**returns** 103:25
**revealed** 182:2,4
**revenue** 184:17,21
**revenues** 163:15
**review** 11:10 26:8
143:6 202:24
226:17 228:17
**reviewed** 164:11,12
206:3,23 226:19
**reviewing** 163:12
210:9 214:9
**reviews** 237:23
**revised** 121:22
122:1 126:7 127:2
132:16
**revision** 121:15
**revisions** 128:18
**right** 2:18 5:12,14
5:16,17 6:1 18:5
21:9 31:15 39:22
45:15 54:8 55:17
58:5 59:17 62:8
65:20 66:21 75:20
75:24 76:23 77:9
79:17 82:15 83:1
83:2 85:7,17,17

87:22 89:10 90:17
90:24 91:13 93:25
94:15 100:20
101:2 102:17,22
102:23 103:21
104:3,5,9 108:16
109:12 110:5,15
111:9,18 112:12
113:10 114:3
115:10,18,25
122:7 131:21
133:21,24 136:3
136:23 139:17
142:16,22 151:6,6
156:11 157:19
162:22 167:14
172:5 175:4 176:8
176:10 177:17
178:18 182:12
194:10 195:5
198:8,11 207:13
207:16,18 209:1
211:17 216:24
217:5,6 219:1
221:2 222:8
223:22 225:22
230:10 232:7,16
240:14 245:8
254:8 258:3
**right-hand** 7:25
14:24 115:21
196:19 202:18
212:1
**rights** 176:25 178:6
**rim** 7:19 11:11
22:10,19,21,21,22
23:3 29:12,13,24
**rise** 15:4,5 148:18
190:20
**robust** 34:6 36:8
51:1
**robustness** 51:9
63:7
**rock** 10:10 68:15
**rocket** 63:16,22

**Rockflow** 7:6,7
**role** 7:15 26:5
216:18
**Roman** 212:3
**room** 137:7 158:12
201:12,23 247:2
**rose** 17:19 192:1
**Rotondi** 50:14,16
50:24
**roughly** 12:18
**round** 5:15 23:19
244:14 254:19
255:3,6,7 256:1
**rounds** 254:13
**routinely** 99:8,9
**row** 184:12,14
191:8
**rows** 197:13,13
**royalty** 184:13,14
**rule** 160:6 258:2
**rules** 107:24 161:3
235:8,10,10
257:17,24 258:2
**run** 7:9 12:11 28:17
38:5 50:8 62:21
72:9,23,24 97:17
97:18,21 120:4
124:15,19,19,21
124:24 127:8
130:1,6,6,15
131:7,23 133:5,6
133:16,23 134:18
135:19,21
**running** 38:11
108:14 188:17
**runs** 134:17,18

─────────────
        **S**
─────────────
**sale** 150:19 175:4
176:2,13,19 177:8
178:11 180:11
191:12 192:8
239:18
**samples** 24:10
51:22 104:25

**sand** 7:22 21:7,10
21:17,21,23 42:25
43:2 46:7,19
65:13 92:2,14,17
96:13,18,20,22
97:9,15 98:14,16
**sands** 20:18,20,20
20:22,25 21:3,8
21:12,25 65:9,15
65:25 67:13,19
68:16,18
**satisfaction** 75:7
248:8
**satisfactorily** 77:13
**satisfactory** 64:9
**satisfied** 74:11
234:6 235:17
**saturated** 30:17
**saturation** 13:19,21
51:18
**saw** 3:15 7:20
11:15 13:3 25:1
36:10 43:13 45:20
53:22 89:2 91:19
95:8 107:8 111:4
116:21 117:18
119:23 128:20
175:9 198:5 202:5
**saying** 12:22 32:25
33:6,21 36:7 42:9
44:9 54:8 56:12
58:11 63:9 66:22
89:16 90:3 93:7
94:16 101:19
109:23 110:10
112:14 113:9
119:11 130:3,5
155:20 157:5
163:25 166:2
167:6,8 177:22
178:10 208:2
212:23 217:2
220:12 223:25
229:10 231:24
242:14

**says** 33:10 74:14
84:16 85:10 88:25
103:2 104:22
164:14 167:2,8,9
167:11 178:12
195:21 201:9,20
207:20 208:16
209:4 212:22
217:11,17,25
218:1,2 237:24
239:8 251:6
**scale** 15:7,22 18:4
46:7,19 51:24
64:3 119:5
**scanned** 247:20
**scenario** 86:17 87:4
87:6,9 100:17,25
112:13,14 114:17
115:2 117:15,25
118:12,25 122:17
122:18 127:23
129:18,21 130:4
140:23,24 151:13
151:14,25 153:7,8
188:2,2,18,19
189:2,7,7,9,14,15
189:16,18 190:19
190:20 193:9
244:9
**scenarios** 187:21
**scene** 204:4
**schedule** 161:2,19
164:17,17 165:17
165:25 166:7
199:5 205:14
229:18 253:21
254:25
**scheduled** 113:21
**schedules** 150:12
253:11
**schematic** 13:12
21:15
**science** 63:16,22
**scientific** 39:15
**Scott** 154:12

screen 14:23
    150:16 251:10
screens 150:2,4
screenshots 71:15
scribble 211:24
se 81:23 152:12
sea 40:22
seabed 98:5
sealing 43:18,23
    44:1,5,8,21
SEC 178:23
second 20:9 28:12
    29:3 47:20 66:13
    83:22 87:14 93:16
    103:14 113:19
    122:10,10 132:14
    133:3 134:4
    140:10 151:5
    154:22 170:25
    184:12,12 187:7
    189:17 191:8,9,11
    201:9 243:23
secondary 188:21
secondly 13:17
    166:23 176:7
secretarial 247:9
    247:17
secretary 251:10
section 13:11 14:10
    34:10 35:18 36:25
    37:13 40:1 41:17
    43:4,17 64:17
    68:10 97:19
    108:10 129:17,19
    129:19 154:8
    162:4,8 199:22
    202:15,17 204:1
    211:21 230:5
    240:5 241:12
    245:18
sections 116:22
sector 6:25
security 148:1,4
    172:11
see 2:13 3:1,24 5:9

7:25 11:23 12:17
    13:25 14:13 15:16
    15:18,21 18:21
    19:18,22 20:19,22
    21:25 22:6 23:18
    29:23 30:20 34:19
    35:8 51:14 53:18
    60:23 64:8 74:14
    74:24,25 75:4
    84:10 107:25
    109:1,24 110:13
    112:22,23 113:11
    116:1 117:2
    118:15 119:13
    122:23 123:6
    129:5 132:7
    139:19 140:5
    141:14 150:16,20
    152:4 155:21,23
    157:21 158:9,11
    158:21 159:13
    160:4 174:15
    178:15 183:3
    184:13 185:10
    190:23 197:8,14
    197:17 198:6,10
    199:22 201:9
    204:3 205:24
    206:5,7 207:12
    208:10,13 209:17
    209:24 213:1,13
    213:25 214:6,9
    216:5 220:2,18
    222:11,13,24,24
    224:17 228:13
    229:6 231:25
    232:23 233:16,16
    233:17 234:14,25
    236:7,21 240:15
    247:18,22 250:5
    254:4 255:8
    257:13
seeing 18:1
seek 4:5 240:11
    254:24 255:9

258:16
seeking 121:25
    158:5,14
seen 1:4 14:11,11
    16:18 24:9,17
    25:5 26:4 44:18
    51:25 56:3 63:2
    67:24,25 69:14
    75:1 80:8 90:1
    91:14,14 93:1,3
    96:11 105:13
    113:15 121:9
    127:18,21 128:16
    129:8 149:10
    190:15 194:7
    199:8 203:13
    210:23 224:2
    230:12,13,15,16
    231:1,7 232:14
    235:2 238:25
    239:9
sees 216:6
seismic 42:23 51:15
    58:20,22 59:8
    62:17 65:16 67:10
    71:2 75:2,4,6
self 106:1
sell 177:8 178:15
    191:23
seller 195:22,23
semantic 63:15
semantics 202:15
send 73:11 231:15
    231:17,19
sending 238:15
    248:1
sends 236:20
    237:23
sense 29:17 42:14
    109:15 116:20
    159:14
sensible 156:8
    189:21
sensitive 112:23
sensitivity 7:14

26:3,4 48:19 62:4
    112:18
sent 5:10 6:2 43:22
    72:22 73:9 94:8
    94:23 150:8
    155:20 237:10
sentence 201:9
separate 229:12
    236:6 255:22
    256:23,24,25
separately 146:1
separator 97:5
    99:24 100:3
September 122:6
    199:9 245:22
sequence 36:18
    68:13
series 65:7,14 82:3
    82:7 131:10
serious 33:25
seriously 250:24
served 30:25 70:14
    200:13
service 219:24
    220:3,8
services 143:12,15
    143:18,20 144:15
    149:2 173:13,18
    174:22,25 208:16
    212:6 219:12
set 28:3,5 45:19
    48:16 53:18 59:6
    90:19 103:3,17,19
    108:19 109:7
    123:9 126:7
    130:24 133:9
    134:22 136:5
    139:14 144:21
    154:8 162:8 163:2
    163:13 166:7
    172:16,21,24,25
    175:21,24,25
    177:1 188:11,25
    193:19 194:13
    200:2 202:15,18

203:4,21 205:6,25
    206:10 220:24
    222:2 229:21
    234:3 240:9
    254:14
sets 137:8 161:2
    195:12
setting 14:20
    199:16 204:4
seven 88:13
severe 86:16 101:6
shades 146:11
Shai 72:11
shaking 257:14
shale 7:23 21:9,21
    46:7,19 65:9,14
    65:15 67:14
    116:25 117:4,5,12
shale-filled 65:13
shales 21:9
shallower 17:4 92:2
shape 66:10
share 146:4 147:7
    148:25 173:12
    192:1
shares 191:24
sharing 188:7,15
sharp 15:5
sheet 3:20,21,23
    4:1,2 251:7,8
sheets 256:19
Shell 11:10,10
    22:10 26:8
Shoesmith 1:24
    199:13,14,15
    207:3,15,19,23
    208:2,12,14,24
    209:13,20 216:1,8
    218:8,17 219:2
    221:3 223:6
    224:22,24 225:2
    225:13,17,19,22
    225:23,25 226:1,8
    228:9,14,16,22
    231:5 232:23

235:5,20 238:5,7
238:11,12 246:14
261:4
**Shoesmith's** 229:4
**shoots** 116:6
**short** 40:24 59:22
80:25 108:2
137:13 155:20
171:10 174:21
182:6 226:5 238:9
**shorthand** 50:4
**shout** 224:15
**show** 11:4 13:12
17:13 18:1 31:17
112:16 114:10
129:22 130:15
190:16 194:8
**showed** 22:16
53:13 60:20 72:3
94:24 112:17
131:23
**showing** 8:2 18:8
20:18 21:16
116:20,22 117:15
127:5
**shown** 11:19 12:25
124:13 129:17
238:23
**shows** 18:3,16
19:20 20:13 61:9
111:13 117:24
118:5,12 123:4,9
190:7 196:11
238:15
**shut** 15:3
**shut-in** 93:5 122:5
**sic** 12:5
**side** 1:11,12,13
7:25 8:9,15,16
14:24 33:23,25
43:25 63:6 66:6
73:4 115:21
124:25 142:2
145:13 252:10,12
254:18,24 256:18

**sides** 180:18,20
**sidetrack** 20:9 21:6
21:15 47:20
**sidetracked** 20:8
**sidetracks** 20:6,24
47:20
**signature** 183:3
185:17,17
**signed** 4:20 137:19
182:11 237:18,19
**significance** 29:3
44:6
**significant** 47:9
50:18 60:20 77:1
118:3,13 122:21
139:15 141:15,18
190:19,21 191:10
191:18
**significantly** 65:19
110:24 114:6
**similar** 11:12 17:2
17:3 22:6 42:14
91:18,20,21 92:4
92:5 95:14 197:11
257:25 258:2
**similarly** 198:17
199:7
**Simon** 4:14,16 6:21
260:5
**simple** 63:22 172:2
228:9 236:20
**simplification** 89:9
**simply** 44:3 61:9
79:2,7 81:16
83:23 84:16 87:1
100:6 107:7
117:15 142:17
155:19 166:19
167:3 180:22
206:24 207:11
209:2 217:17
251:12
**simulate** 13:22
**simulated** 38:16
130:11,17

**simulation** 7:2 14:2
22:15,15 24:4
32:4,4 35:19 51:5
53:21 55:6 58:14
77:17,18 78:4
**simulations** 130:7
**simulator** 81:25
82:1,4,8 130:18
131:7,12
**simulators** 107:13
**simultaneous** 253:2
253:13
**simultaneously**
89:13
**single** 103:17 149:5
**sir** 1:12 39:18
181:15 208:12,25
209:20 225:24
235:5,15 249:1
252:11,14 259:5
**sit** 23:18
**sits** 65:10
**sitting** 87:20
154:11
**situated** 67:13
**situation** 80:13
82:14,17 98:15
135:10 152:16,17
**situations** 234:9
**six** 101:8 196:13
**size** 13:23 23:7,10
65:19 80:11 87:16
117:10 168:7
**sizeable** 30:20
**sizes** 13:25
**skewed** 59:6
**skip** 162:5 213:18
**skipped** 203:17
**skipping** 155:24
202:23
**sleep** 173:6
**slice** 196:24
**sliced** 221:1
**slide** 11:13,19 13:3
13:9,17,24 18:8

20:3,15 21:14
22:2 23:22 25:5,8
25:13 26:1 118:8
141:10 147:21
173:5,15,16 187:1
194:14 195:3,9,20
196:11
**slides** 14:20 22:16
32:6 52:7 53:17
74:3 127:18
149:25 150:1
173:9 174:14,14
186:11
**slightly** 86:7 101:18
110:9,16 159:21
168:23 220:24
226:23
**slim** 85:9
**slip** 186:18
**slowed** 175:9
**small** 8:19 13:18,21
13:23 16:22 17:10
20:25 40:25
143:24 149:3
150:13 187:12
**smaller** 10:19
17:22 134:19
146:6 152:3
**so-called** 81:11
139:12
**software** 15:12
93:13,23 96:24
97:25 98:8,12
**sold** 140:13 152:12
152:23,24,24
153:12 177:21
178:14 180:16,23
181:2 187:21
192:12,22
**solely** 136:22
**solicitors** 186:10
247:21 248:16
**solution** 17:14,16
17:18 18:2 19:7
19:16 20:1 22:5

136:22
**somebody** 156:5
180:5 251:6
**soon** 29:23
**sophisticated** 12:8
**sorry** 2:1 5:25 8:15
9:24 12:23 24:21
31:11,13 32:11,25
33:1 38:20 39:2,4
39:4 52:17 61:10
61:14,15 64:19,24
66:2,13 67:3 68:5
73:19,19,21,21
75:20,24,25 79:12
83:8,10 86:18,23
91:5 93:7,18,21
97:2,4 99:10
100:17 102:8
104:6,11,19 106:2
106:4 109:4
126:19 127:14
133:22 136:9
150:9 151:5
153:13 161:1
163:6 164:22
167:10 173:18,22
175:17 176:11
178:24 179:17,20
179:22 181:15
184:20 201:8
206:17 210:16,20
211:23 212:12
217:20 218:20,20
218:22 221:8
223:5 225:18,23
229:23 230:5
232:12 238:6
251:3 255:20
**sort** 27:4 42:1
46:23 54:10 56:24
66:14 87:16 111:7
144:11 147:20
249:12
**sought** 195:8,16,22
217:12

sound 98:24
sounded 151:20
sounds 50:20 156:7
 249:17
source 29:8 57:20
 167:3 176:18
 223:12
South 7:1
SPA 143:10,10
 144:21,22,22,24
 145:13 161:6,13
 170:10,13 171:4
 172:25 173:19
 193:20,23 195:11
 195:12,18,21
 196:2,6,13,14,16
 202:22 203:1,8
 205:14 206:11,12
 206:14,17,19,21
 206:23 207:8
 208:10,22 209:15
 209:23 210:9,23
 211:16 212:20
 213:1 215:4,19,21
 217:10,11,13,15
 217:21 218:2,8
speak 140:3 142:19
 142:24
specific 90:24
 160:3,3,3 210:24
 215:6 221:19
 250:19
specifically 3:22
 55:2 76:16 161:9
 206:25 242:6
specified 95:24
 110:11,12 217:10
specifies 109:18
specify 109:20
 158:10
spend 138:21 200:3
spent 27:17 119:18
 119:22
split 142:22 146:14
 163:15 212:2

splitting 163:13
spoken 70:6
spot 126:23
spreadsheet 221:6
 221:12 223:16
 224:3 225:5 226:9
 227:2 233:19
 247:7,11,14 248:1
spreadsheets
 205:12 224:4
 225:6 226:3 234:6
 248:17
spudded 114:2
square 152:5
staff 220:4 247:9
 247:17
stage 38:7 74:7
 76:25 111:11
 200:22 206:22
 226:1
stamp 230:16,18,25
 237:18,19
stamped 231:3
 238:13
stamping 238:14
stamps 237:20,23
stand 55:18 216:10
standard 17:8
 34:23 42:8 257:6
standards 31:9,21
 32:20 33:3 49:17
 101:23
stands 56:19
 115:24
star 27:13
start 4:17 6:18
 11:14 31:2,4,14
 59:10 111:21
 112:10 113:21
 114:5 115:14
 116:2 126:12
 199:25 200:6
 222:20 237:4
start-up 95:24
 110:12

started 6:23 27:9
 37:7 106:7 129:15
starting 110:4,22
 113:4,18 196:18
 213:24 230:19,20
starts 9:13 11:17
 13:5 37:1 41:17
 71:5 104:20 116:1
 116:21 185:6
 211:19
state 146:22 177:12
 178:13 248:25
 257:20
stated 167:20
 189:11
statement 5:22
 55:18 138:25
 139:3 141:25
 142:10,18 143:1
 144:23 149:17
 154:19 156:24
 159:5 161:16
 164:7,18 167:25
 169:20,21,24
 172:10,15 177:2
 183:3,7,21 186:2
 186:4,16 188:12
 188:25 193:18
 194:1,16 196:17
 197:12 202:10
 205:10,11,20
 211:7,19 216:22
 217:19 226:22
 230:4 231:18
 239:23 244:10
 245:12
statements 142:12
 148:6 185:24
 195:25 199:6
 234:22
states 196:7
stay 12:7 129:5
 205:7 222:3
stayed 17:20
 215:16

stays 116:4
steeply 46:6,18
 47:3 49:8,11
step 42:12 110:9
 250:4
Stephenson 28:4,21
 29:19 30:4 36:16
 36:20 41:14
 115:14 120:3
 121:23 129:9
 223:9
steps 107:5
Stewart 154:12
stick 72:11 254:19
sticking 111:24
 125:9
stochastically
 117:1,2
stop 32:11 66:13
 106:11,11 162:7
stopped 40:12,21
 245:2
straight 179:6
straightaway
 165:23
straightforward
 96:15 114:13
strange 216:9
stream 141:16
 142:5 176:22
stretching 99:1
strict 147:1 149:13
stripped 198:13
stripping 198:12,15
strong 10:11
 128:22 148:19
 180:9
stronger 79:18
 219:19,21
strongly 31:6
 135:20
structurally 51:14
structure 23:13
 43:1 54:14 58:23
 65:2,6 73:5

 119:19 183:16
structures 67:7,11
struggle 178:14
 179:9
struggling 125:5
stuck 165:22
studies 13:8 42:18
 44:17,23 45:1
 46:15 56:15
study 32:2,3,12,22
 33:8,11,20 48:17
 48:24 56:16 57:18
subject 6:12 50:6
 105:21 153:20,22
 179:6 185:23
 249:15
subjects 79:15
submission 1:16
 91:15 250:9 255:9
 256:10,23,25
 257:7
submissions 7:21
 39:9 227:24 249:3
 250:10 252:25
 253:3,5,17,19
 254:10,12,14,15
 254:20,23 255:4,6
 255:8,12,14,25
 256:6,7,21,24
 257:2,3,9,11
submitted 1:20
 27:1 44:12 115:9
 193:18,20 225:4
subsea 21:13 40:5
subsequent 72:20
 84:14 201:14
 225:13 255:12
subsequently 138:7
 229:12,15 239:6
 255:15
substandard 49:13
substantial 236:17
substantially 92:1
substantiate 31:16
 233:13

**subsurface** 7:7 34:1
48:13 52:5,8
**sudden** 96:1
**suddenly** 15:3
47:11,13
**suffered** 31:7,19
40:20 86:15 96:1
101:6 175:22
187:15 191:16
192:6,9 242:6,11
243:10
**sufficient** 48:12
49:16 94:18
100:15 171:6
219:3,13 229:11
243:19 246:11
**sufficiently** 49:10
51:11 77:12 220:8
229:24
**suggest** 31:6 92:10
113:2 119:21
125:9 135:20,25
171:16 181:15
218:4,6
**suggested** 60:14
227:25
**suggesting** 96:8
99:4 130:23 202:2
209:15 218:17
236:9 250:25
**suggestion** 128:24
149:11
**suggests** 95:10
110:19 136:18
201:13 209:2
**suitable** 251:24
**suitably** 216:11
**sum** 148:20 152:15
196:15,22
**summarise** 23:5
28:17 42:2
**summarised** 13:8
22:2 25:17 26:18
206:4 207:4 208:3
**summarises** 13:24

**summarising** 176:1
**summary** 7:18 31:3
31:4,14,17 34:19
35:23 45:18 56:11
87:1 171:1 175:22
175:24 194:15
197:15 203:19
233:19
**summing** 198:23
**sums** 158:5 197:17
**superficial** 157:10
**supplement** 77:25
78:16
**supplementary**
71:11
**supplied** 31:6
120:24 143:12,18
195:7 223:16
225:12,15,16
226:10,13,21
227:5,12 228:12
230:3,9 233:13
234:1
**supplier** 145:23
156:1
**suppliers** 156:10
**supply** 217:15
**support** 69:13 70:9
146:8 194:8 195:3
195:4,8 196:21
198:19,20,21
205:17 231:9
233:23 234:1
246:11
**supported** 144:3,8
144:14,17 146:9
146:12,20,23,24
147:1,3 166:10
168:11 169:14
193:24 194:10
198:2,6 216:24
226:22 227:3,4,12
228:3,20,23 232:4
232:24 234:2
236:19,22,22

239:11,11
**supporting** 155:23
156:2,11,19,21
157:20 158:20,24
164:16 194:5
198:3 205:12
206:3,9 211:7
216:21 221:9
222:5,9,14 224:3
224:4 228:9 234:7
234:10,25,25
238:24
**supportive** 205:18
**suppose** 10:22 48:4
54:12 122:11
123:8
**supposed** 49:15
87:6
**supposedly** 37:18
122:4
**sure** 2:16 4:13 7:9
45:17 52:6 53:17
54:8 58:7 59:9
64:14 68:7 80:23
97:18 124:10,23
128:23 132:4
133:8 151:19
152:11 154:4
168:2 171:1,5
173:23 176:8
177:18,23 203:23
206:18 208:14
211:2,2,9 213:22
220:22 224:7
233:20 236:3
240:16 242:13,16
248:23 252:3
253:24
**Surely** 236:4
**surface** 20:12 40:22
65:10,11 82:6
**surfaces** 20:12
62:17
**surprise** 257:23
**surprised** 10:24

34:3 159:7
**survey** 11:10 21:16
22:10
**surviving** 90:6
**suspect** 105:6
116:18
**suspense** 225:23
**swap** 127:25
**sweeping** 179:14
**switch** 128:3
**systems** 143:23

**T**

**T1A** 25:14 65:2,10
65:15 67:7 68:17
73:2 74:16 75:1
75:11
**tab** 5:6,9,14,21
27:2,22 45:14
54:24 56:1 60:8
69:23 75:23,25
83:10 108:7 112:5
121:20 122:23,24
124:8 126:11
129:6 138:3,6,7
162:1 174:17
175:8 179:20,20
179:23 182:20
184:7 185:11,12
199:23 200:1
202:17 204:2
209:25 213:8,9
230:5,21 237:4
240:1
**table** 45:18,23
112:16,21 115:20
123:7,9 129:16,22
130:3,10,14
131:23,25 132:2,6
132:10,13 134:3
142:22 184:9,10
191:9,13 193:25
196:17 197:1,11
197:11,15 207:5
229:6 256:18

**tables** 82:7 103:14
103:17 133:12
140:18 151:2,7
**tabs** 230:21,22
245:17
**tabular** 191:2
**tabulated** 114:15
**take** 2:4 9:20 20:16
26:24 29:22 35:7
36:17 48:16 49:6
49:23 59:15 62:3
62:21 63:20,23
64:8 69:4 70:17
70:19,25 71:12
72:7,24 74:11
77:19 79:3 106:8
107:22 110:9
114:9 121:8
126:10,16,16
128:22 142:17
143:6 153:25
155:7 160:22
173:16 208:12,14
208:16 217:1,6
218:11 223:24
227:1 228:4 229:3
229:3 233:4 238:3
250:11 251:22
252:2 258:4
**taken** 9:17 11:19
23:11 28:9 30:10
41:23 42:4 44:14
46:25 47:10 60:5
71:14 107:4
109:20 110:13
122:4,5 124:14
143:11 152:2,3
180:18,20 204:5
205:2 209:20
244:12
**takes** 62:15 70:19
117:3 131:18
256:7
**talk** 10:16 33:22
36:18 49:25 75:14

105:21 144:19
186:23,25 232:22
239:18
**talked** 194:17
227:14
**talking** 13:7 30:24
45:8 68:1 87:5
95:17 105:25
106:5 109:5
150:11,18 151:10
179:11 206:13
233:12 235:20
257:10,11
**tally** 196:12
**task** 34:7 62:15,21
196:1
**taught** 179:1
**tax** 145:22,22,25
148:9,13,15,20
229:2,2,4,9,15,21
230:1
**taxes** 145:15,19
**Taylor** 29:5 50:9
134:7 137:19
138:6 139:6
142:13,23 143:11
146:3 147:2
160:14 161:17
163:25 165:18
166:7,11,21 167:1
167:6 169:8
175:11 176:21,21
177:4 178:4,12
179:4 182:8,9,10
182:18 186:7,8,9
197:11 199:3,15
202:5 207:20
209:13,22 221:5
225:10 228:17
231:6 238:12
246:18 247:1
260:23 261:2
**Taylor's** 158:4
163:21 164:10,20
165:3 166:22

168:21 169:19
170:3
**team** 49:6,16 194:5
194:6
**technical** 34:9
49:12
**telecom** 173:13,18
208:16,19,20,22
**tell** 21:1 39:6 58:7
131:24 132:5
154:6 171:23,23
175:25 181:24
209:12 224:8,23
224:24,25 230:14
247:3 251:11
**telling** 74:12
116:23 172:21
**tells** 209:18
**temporary** 149:6
**tempting** 246:15
**ten** 10:20 102:13
103:24 144:24
196:11 203:16
257:1
**tends** 19:11
**term** 33:3 143:9
205:4 212:16
**terminology** 49:25
186:18
**terms** 13:13 24:24
29:18 32:19 65:23
66:5 80:2 88:6
91:11 93:2,2
96:10 139:25
148:5 161:6
167:15 208:9,22
247:16 255:24
257:9
**terribly** 134:13
**test** 7:3,3 14:18,18
14:21 15:2,11,12
24:14 46:10 51:25
93:3,4 97:5 99:24
100:3 105:4,13
195:2,9

**testified** 171:14
**testimony** 59:18
107:25
**tests** 195:1
**text** 131:6 168:8
203:8
**thank** 4:16,25 6:16
6:17,20 11:1
18:23 26:9,10
60:4 64:23 71:9
107:22 108:5
114:21 136:25
137:1,4 138:17,19
149:18,19,21
154:21 158:18
161:24 181:4,5,7
185:4,8,22 197:11
199:2,10,11 205:8
205:25 213:7
221:2,3 224:14
228:21 246:14,17
246:18 250:3
252:5 258:20
259:3,4,5
**Thanks** 59:20
107:23
**theoretical** 14:2
15:15 98:9
**theory** 15:15 48:11
49:2,3 111:13
131:14 178:17
**theses** 130:7
**they'd** 230:14
231:7
**thick** 21:7 68:16
126:19
**thickest** 22:23
**thickness** 22:19
**thin** 20:22 22:20,21
23:1,3
**thing** 3:7,9 18:3
26:17 28:21 29:25
68:1 83:9 91:3
120:3 209:17
235:6 257:13

**things** 1:19 9:1
33:15 36:15 58:20
64:15 87:16 90:23
115:18 172:11
183:9 186:3
195:25 197:24
198:12,15 206:10
222:9
**think** 1:5 2:20 4:4
5:6,9,14,24 30:8
32:23 33:11 34:14
34:25 35:9 36:19
37:10 39:1,1,2,6
39:11,20 40:23
41:3 43:4,10,13
44:5 46:13 48:25
49:9 50:4,12,13
52:2 53:8 54:8
56:21 59:14 60:14
62:5 63:10 65:22
70:22 74:9 75:5
75:24 76:13 81:2
82:20 83:2,7
86:12 87:10,23
88:11,12 89:25
94:16 97:16 98:3
98:18 99:8,12
101:3 103:1
107:11,19 109:17
110:1 111:1,2,3
120:10 121:16
122:25 123:14
126:12 127:10
128:6,22 133:14
134:5 135:25
136:19 138:1,5
143:9 147:23
150:3,15 153:5,20
154:8,22 155:3,5
157:16,20 159:17
160:2 163:8
164:11,17 165:19
168:22 170:24
171:7 172:16,21
173:1,11,17

174:10,13,19
175:3,23 176:9,12
176:17 177:13
178:1,25 182:20
183:12 184:19,25
185:10 189:20
190:1,4,15 196:21
197:4 198:25
200:3,16 204:6,7
205:5 208:12,24
208:25 209:13
210:12 211:21
214:21 215:21
219:4,4,7 220:12
221:17,22 222:9
222:19 223:3,14
223:22,25 225:24
228:15 229:24
232:1,3,4,6,16,16
232:17 234:16,19
235:7 236:11
238:1,2,12 239:1
240:20 242:17,25
243:3,15 244:14
245:17 248:11
251:23 254:1,2,17
255:15,16,16,18
256:18,22 258:15
**thinking** 46:11
160:7 185:2
**thinner** 20:23
**third** 36:20 132:6
132:17 144:14
147:20 155:22
157:18,19 159:17
160:8,9,19 185:6
195:7,8 198:19,20
198:21 219:10,18
219:25 220:2,4,9
220:18
**third-party** 156:9
**thought** 39:5,18
48:15 69:10 82:12
94:4,19 110:3
113:17 127:9

134:11 179:10,25
180:7 191:19
218:19 220:6
223:10 225:9,20
229:11 249:25
253:1,3,6,20
**thousand** 98:14
**thousands** 34:7
223:17
**three** 3:8 12:14,22
16:24 20:6 23:16
36:15 183:12
187:9 196:23
248:24 253:16
**ticked** 166:19
**tie** 215:10,19
220:19 231:2
**tie-up** 219:13
**tied** 16:3 215:24
234:11,16
**tight** 80:22
**time** 2:2,21,21 3:1
3:15 4:3 7:9 11:5
12:24 13:6 18:13
18:16 27:17 34:16
35:3,4 43:25 44:4
45:19 48:5 49:4
49:23 57:3 59:11
59:15 62:16,23,25
66:23 67:4,16
70:16 72:9,25
80:5,22 92:9,22
93:15,22,25 97:11
100:2,12,15 106:7
106:8 114:1
119:18,21 123:1
133:3,3 165:14
166:12,17 167:4,6
169:6,10 181:9,10
182:4 183:17
186:13 197:8
205:19 212:13
213:2 230:9
231:11 232:2
246:11 252:4

256:7,11,19
**time-bound** 212:15
213:21 214:2,7,10
214:21 215:16,23
**timeline** 187:1
191:6
**times** 9:12 100:4
102:12,13 103:24
148:19 160:3
190:15 203:5
**timetable** 256:8
**timing** 115:5
**timings** 59:10
190:13
**title** 166:23
**titles** 197:25
**today** 35:5 59:10
112:18 227:20
249:1
**toe** 105:8
**told** 58:9 61:21
131:12 154:21
168:4 170:7,17
171:10 185:19
200:10 205:23
209:7 239:1
**tool** 55:14
**top** 5:24 7:20 12:7
17:25 20:11 65:10
70:12 73:10 84:15
86:13,24 98:1
100:14,19 105:17
112:1 140:10
142:21 145:21
187:3 191:4,8
196:11,19 222:20
229:25
**topic** 49:22 86:7
146:2 216:20
**topics** 193:17
**tops** 95:14
**tortuosities** 88:7
**total** 25:13 28:14
73:5 109:25
123:14,15,24

142:25 177:9
191:24 197:17
198:23 235:1
**totality** 6:9 236:12
**totally** 3:9 19:8
22:8 132:2
**touch** 144:20
**touched** 233:7
**touching** 169:24
**town** 62:22
**Toyin** 70:3 71:17
72:21 74:10 85:16
94:9
**trace** 220:7
**traced** 199:6
**tracing** 195:25
**tracked** 5:15
**tracks** 53:19
**trade** 158:6,15,17
**trail** 220:13
**trajectories** 58:24
**transaction** 178:22
187:4,5 242:8
**transcribers** 93:19
**transcript** 70:24
140:15 154:25
210:6 238:21
**transcripts** 154:23
**transmissibility**
103:11
**transmit** 254:4
**transmitted** 231:3
248:10
**transmitting**
252:20
**transposed** 197:12
**treat** 219:12 236:4
**treated** 229:1
**treatment** 229:9,21
**trend** 17:25 22:4
101:14,15 102:1
**trends** 7:18 12:25
18:19 26:7 101:7
**trial** 165:2
**tribunal** 1:17 4:22

13:9 26:12 36:2
38:1 53:14,16
64:12 111:20
112:18 137:10,22
138:19 141:23
154:1 174:1
181:21 182:14
184:6 186:6
199:21 224:19
238:18 247:25
248:9 249:6,6,25
250:2,16,22 252:4
252:19,21 253:1,3
253:6 254:3,19,25
255:2 256:13
257:23 258:1,3,25
**Tribunal's** 59:24
254:11 258:12
**tribunals** 257:5
**tried** 23:6 26:2 79:1
161:19 195:12
**trips** 160:3
**true** 6:14 16:9,17
18:17 21:13,16
52:15 63:4 113:12
116:20 119:15
121:5,8 127:16
183:8 237:3
**truly** 208:9
**trust** 74:11 121:8
258:13
**truth** 74:12 183:4
**truthful** 58:18
**try** 24:23 68:25
99:12 108:25
186:22 195:25
232:22
**trying** 22:3 46:14
52:20 57:8 66:14
82:13 99:8,12
112:16 133:22
174:2,4 206:20
207:19 235:9
**tubing** 96:22 98:5,7
98:10

**Tuesday** 1:1
**turn** 1:10 5:6,14
27:24 31:1 37:2
38:18 40:1 41:15
45:13,16 46:21
54:23 56:9 60:16
69:16 71:4 118:19
120:14 121:19
124:7 129:5
149:22 155:14
164:21 165:17
183:1 185:16
216:5
**turned** 67:18
**turning** 53:23
108:6 153:23
167:24 231:24
**twice** 19:21 127:22
**two** 1:16 2:13 14:23
25:11 29:15 47:20
49:1 50:21 54:12
63:17 75:5 77:15
78:20 79:2,7
87:11 91:19 92:5
94:19 98:11
103:13 105:6
112:24 113:14
114:6 115:17
121:24 123:12
125:15 137:8
138:23 139:8
140:4 141:21
142:23,25 144:13
146:14 154:11
171:9 177:21,24
180:13 183:17
188:25 190:14,24
191:22 197:23
198:1,22 226:6
232:23 242:2
247:19 250:19
253:16 254:10,13
257:6
**tying** 215:22
**type** 119:6 159:3

217:1,9
**types** 158:20
159:14 161:4
**typical** 9:15,25
10:21 23:20 25:16
42:5,24 43:1
101:10
**typographical**
183:7

_____

**U**

**ultimate** 214:23,24
219:24
**ultimately** 54:10
168:17 195:7
243:24 248:25
**unamended** 26:25
209:25
**unavoidable** 9:5
**uncertain** 45:2
171:6
**uncertainties** 44:24
51:4 52:1,3,14
**uncertainty** 14:14
16:16 25:3 68:9
80:1,10,15,19
85:23 97:8 99:25
127:19 135:22
189:24
**uncomfortable**
74:7
**uncontroversial**
53:8
**undamaged** 178:5
178:13,13
**underground**
10:18
**underlined** 123:4
**underlining** 123:7
**underlying** 139:4
147:15,17,19
148:18
**undermine** 63:7
**understand** 3:21
4:22 27:8 29:3

40:17 42:8,13
43:10 50:22 54:4
56:19 87:10 106:4
137:21 140:7
142:20 144:25
145:12 151:24
153:18,19 163:22
177:23 180:3
182:13,15 183:6
186:5 194:19
200:6 203:11
216:4 220:21
228:11,15 231:18
240:10 247:7,14
248:15 250:21,23
251:23 254:12
256:16
**understandably**
248:4
**understanding**
41:7 55:8,15 57:5
58:17 83:19 84:6
85:3 162:9 163:12
168:14,15 196:8
200:9 239:4
**understands** 249:7
**understood** 38:21
38:22 65:6 82:16
97:22 102:15
133:8 135:2 152:7
163:25 199:18
200:5 251:4 254:8
257:23
**undertaking**
249:12 251:25
**unfair** 224:9
**unfamiliar** 10:23
**unfolded** 243:17
**unfortunately**
26:11 99:24
161:20 183:15
**uniform** 44:19
48:18 88:8
**uninterpretable**
16:14

**unrealistic** 89:12
**unrelated** 111:10
**unusual** 28:8 30:9
41:22 99:16
**updated** 2:21 54:18
144:2 164:17,17
184:18 186:4
188:10 194:12
197:22
**updates** 185:23
188:11
**upfront** 254:25
**upscale** 62:20
**upscaling** 71:2
**upset** 50:19
**urge** 180:9
**use** 15:12 25:22,23
29:5,8 33:3,7
50:10 61:6 62:11
70:17 75:7 79:16
79:18 81:4 88:21
96:19,24 107:15
111:18 119:15
120:4 125:2,7
127:22 131:12
133:11 136:7
**useful** 134:13
150:10 207:10,15
**uses** 82:7
**usual** 58:13,13
60:14 252:16
253:17 256:3
**usually** 258:18

_____

**V**

**v2_3** 122:17 124:14
**vacation** 253:10
**Vaguely** 50:20
**valid** 216:4
**valuation** 177:2
178:2 179:2 245:1
245:4
**valuations** 177:4
**value** 74:20 119:16
141:1,6,20,21

151:16 152:2,6,11
152:11,12,25
159:16 176:22
177:6,8,9 181:1
187:19 190:3
192:17,23 193:2,3
193:6,13,15,16
240:12,13,22,23
241:1,6,17,20
242:7 243:20
244:2,3,5,8,13,16
244:17,19,20
**valued** 245:4
**values** 140:25
151:15 177:3
192:24
**valuing** 245:14
246:1
**valve** 40:5,16
**variability** 63:25
64:5,6
**varies** 78:22
**various** 8:3 26:18
54:4 83:14 121:9
121:13 136:20
188:7 224:3 225:4
237:19 251:13
252:22
**vast** 145:9
**VAT** 145:21
**ventures** 147:12
**verbal** 71:15
**verified** 66:20
**verify** 133:12
**verifying** 121:6
**version** 5:16 26:25
54:6,17 71:12
73:9 74:17 87:5
121:18,25 122:24
123:2,18 138:7
150:13
**versions** 54:5
123:12
**versus** 24:24
101:14 176:13

**vertical** 8:4,10
20:16 21:12,13
92:13 96:18 97:15
97:19,19
**vessels** 148:1,4
172:11
**view** 8:2 30:15
31:18,22 32:18
33:17 42:23 45:21
46:15 47:8 49:18
49:20 58:8 59:7
89:21 107:17
128:25 145:6,7
152:21 157:24
160:22 171:8
172:2,6,12 176:1
178:19 189:22
190:18 196:11,14
202:15,18 203:16
207:6 216:20
220:24 230:1
231:12,20 251:15
251:21 255:14,18
**views** 202:18
**vintages** 54:12
**volume** 13:21 18:18
23:10,24,25 63:16
63:20,20 66:10
72:1 79:1,3,4,7
202:16
**volumes** 10:17
25:18 56:18 65:8
65:24 66:2,9 72:9
72:25 107:1
117:15 131:10
190:13
**vouched** 218:25

_____

**W**

**Wade** 1:4,14
121:23 129:9
135:6 149:19,20
149:21 150:10
158:3,8,12,16,19
160:12 161:25

168:2 171:22,25
172:4,6 174:2,4,9
174:11,17 179:13
181:4 182:4,16,17
182:18 184:5
185:1,2,8 186:5
194:17 225:8
246:15 248:14
249:15,20,23
251:12 252:1,14
255:7 256:17,22
258:8,10,14 259:5
260:21,25
**Wade's** 173:23
**wait** 181:25 182:1
183:14
**waiting** 69:16
182:3
**want** 14:25 17:10
61:15 62:9 97:17
97:17,20 100:3
106:7 150:20
155:21 162:25
163:16 168:2
173:22 181:18
186:25 193:17
198:5 205:5 208:4
208:17 215:5
219:15 222:8
224:24 233:16,16
233:17 251:7,8
253:11 254:24
258:8
**wanted** 24:23 26:23
27:16 41:11 68:23
106:8 125:16
174:17 181:23
183:9
**wants** 174:11
256:25
**warm** 75:2
**wasn't** 40:13 48:7,7
56:23 77:21,24
85:18 86:4 87:14
94:2,5 99:24

140:15 141:16
143:22 165:2
169:18 173:3
205:23 214:10
228:20 231:24
236:25 245:7
246:13 251:18,19
**water** 20:21 51:17
60:21 61:3 71:24
96:23 99:23 111:6
131:10,14 133:20
**way** 3:17 5:15
10:15 23:2 25:12
27:15,19 30:3
37:16 40:20 45:6
48:11 49:3,17
50:4 52:5 53:9
55:24 61:12 62:20
65:25 67:19 81:14
82:22 85:13 86:12
90:2,7,8,16
101:18,24 104:3
106:20 115:5
116:11 121:1,2,2
123:25 130:4
132:9 140:11,18
143:11 146:18
150:4,23 151:2,7
151:22,23 152:22
153:8 155:15
159:22 163:14,18
163:19 164:2,9
171:15 201:11,22
204:19 207:17
236:4 244:14,15
249:8,24 250:19
253:20 254:22
255:19 257:12
**ways** 53:11 144:12
196:25 197:23
198:24 218:9
258:24
**we'll** 30:23 35:8
49:25 50:7 57:7
174:15 181:22

182:1 251:20
252:2 258:11
**we're** 18:1 39:23
41:6 49:22 67:25
87:4 95:16 105:11
115:8 150:3,11
164:7 199:15
202:17 204:3
222:8 226:5
227:19 230:5
235:20 239:17
240:20 250:11
251:14 252:3
256:13,19
**we've** 7:12 14:10
14:11 16:18 24:9
25:5 26:2,4,5,7
44:18 50:5,9
51:25 53:24 62:5
63:2 91:14 96:11
119:4 121:9,15
128:16 133:8
188:16 190:15
192:13 194:1,7,24
194:25 197:20
199:8 226:24
229:16,17 233:7
233:12 256:5
258:15
**wears** 137:11
**week** 87:21 129:11
250:9,16 253:18
256:12 257:1
**weeks** 3:8 50:22
253:13,16 254:10
**weight** 250:18
**welcome** 108:4
137:16 182:9
238:22
**well's** 101:15
**wells** 7:16 8:3,6 9:5
16:23,24 18:9
19:5 20:5,5,17
25:11 26:6 42:17
52:8 54:16 61:5

85:14 86:2 91:19
92:1,5 95:25 96:5
98:6 104:25 105:6
107:14 109:6,7,25
111:19 112:24
113:14,20 114:6
120:21 142:3
189:2,18,19,23
190:1
**wells'** 9:10
**went** 27:12,15
93:11 94:20,22
106:15 170:24
171:19 242:20
**weren't** 29:7 54:15
57:2 63:11 66:24
82:18,24 94:18
154:24 159:7
164:4 166:22
189:12 200:17,17
210:17 214:21
226:12 228:4
231:6 242:17,22
242:23 243:1,8
**west** 7:24 8:6 16:25
17:12 20:12 43:24
73:1,1 192:18
**western** 8:15,16
43:25 66:6 73:3
**whichever** 201:19
**whilst** 164:7
**white** 3:20,21,23
4:2
**wholly-untrained**
116:13
**wide** 14:16 80:18
**wider** 51:24
**Wilford** 26:12,14
26:15 36:13 38:20
39:18,23 59:9,25
60:5,10 119:24
134:6 260:11
**willing** 72:7 220:6
**wise** 32:24 93:1
**wish** 1:22 138:11

154:1 246:24
250:4 253:9,21
256:10 258:16
**withdrew** 246:20
**withholding** 145:22
**witness** 137:5 207:4
246:20
**witnesses** 170:11
258:22
**wonder** 200:14
224:2
**wondered** 207:3
**wondering** 109:15
**WOPR** 132:14
**word** 62:9 71:11
123:4 131:8
163:17 204:5,5
**worded** 118:19
**wording** 28:16
57:16 60:10
170:13 171:4
172:20 173:19
**words** 76:21 79:21
81:14 88:13 115:2
170:16 172:4
214:6 216:16
**work** 34:21 35:19
48:13 49:12 139:5
148:21 154:15
161:22 163:17
166:5 200:25
**worked** 163:19
194:6
**working** 6:25 52:10
52:14 144:22
145:1 158:4
189:11,12
**works** 198:8
**world** 38:7 90:9
98:12 139:11,12
139:12 141:18
**worry** 202:14
221:17
**worse** 165:22
**worth** 8:14 88:12

141:3 146:10
176:14 178:12,14
179:2 182:2
193:15 194:8
248:2 250:20
**wouldn't** 30:18
135:17 158:10,16
159:8 223:12
243:18 245:6
**wrinkle** 143:25
**writing** 66:23 67:5
129:16
**written** 3:15
**wrong** 69:15 75:24
93:10,16 94:21
104:11 130:5,6
156:6 160:13
167:14 183:18
207:10,13,16
209:1 212:14
217:2,7 221:21
224:7 241:11,24
243:16 246:23
**wrongdoing** 192:25
**wrote** 67:4

**X**

**X** 12:12 78:17
155:20

**Y**

**Y** 12:12 16:5 78:18
**Yeah** 210:18
**year** 247:12,15
**year's** 248:2
**years** 6:22 10:20
119:18 177:21
180:13 191:22
**yesterday** 8:1 9:11
11:2,15 17:21
22:20 43:13 51:7
53:13,22 56:21
63:2,8,10,12
64:10 89:2,25
94:11 100:5 111:4
116:21 117:18

128:20 200:10

**Z**

**zero** 116:2 132:16
**zoom** 81:25

**0**

**0.1** 24:10,11 25:19
25:22 77:21 81:5
83:23 102:8,8
124:16,21 125:2,7
125:8,16,24 130:2
132:15 135:2,20
**0.2** 24:11,19 25:23
25:24,25 102:9
124:16,20 125:9
125:17 126:1
135:3,20,22 136:7
**0.3** 149:4

**1**

**1** 24:20 30:7,14
76:13 78:3 84:19
102:25 104:14,23
113:22 114:1
116:6 120:16
122:2 145:20,24
148:10,14 162:15
188:11 200:1
205:13,14 209:25
250:6 260:3
**1,000** 92:13 94:10
96:18
**1,1001** 225:12
**1,156** 225:6 226:1
226:23
**1,200** 225:12
233:18,23
**1,225** 221:5,11
223:17 225:5
226:20
**1,579** 21:13,18
**1.0** 102:25 103:4,20
**1.1** 146:5,8,12
147:1 161:8 219:6
**1.1.4** 240:19

**1.2** 14:7
**1.3.2** 81:9
**1.30** 107:21,25
108:3
**1.6** 143:6,20
**1.7** 146:4 147:5
160:17
**1.8/$1.9** 173:2
**1.9** 147:25 148:5
**10** 55:3 74:9 92:19
177:3
**10,000** 14:17
**10.51** 59:21
**100** 14:7,7 92:19
95:4,13,17,17,25
96:5,11 99:15
109:19 180:1,11
**100,000** 148:13
**101** 179:1
**11** 70:13 71:19
72:22 177:3 210:5
210:5
**11.1** 210:22
**11.10** 59:16
**11.15** 59:23
**11.2** 209:23 210:3
210:11,25
**11th** 74:10
**12** 69:23 83:10
170:15 193:23
204:1 205:13
207:1,24 213:14
**12-month** 149:7,15
**12.1** 204:4
**12.1.6** 204:10,11
**12.1.7** 204:10,12
**12.1.9** 221:15
**12.2** 205:6
**12.20** 106:9
**12.23** 108:1
**12.3** 205:25
**12.3.1(i)** 206:1
**12.6** 211:19
**12.6.18** 211:21,25
**120** 192:14,19

243:20 245:5
**121** 192:14,19
243:20 245:5
**126** 27:24
**128** 31:2
**13** 23:9,9,15,19
226:4 227:1
**13,000** 95:10
**13.3(vi)** 227:24
**130.6** 191:10
**131** 55:3
**132** 75:16 76:1 81:8
**132498** 1:8
**133** 86:13,20
100:14
**135** 41:18
**136** 45:16 88:12
**137** 260:15,17
**138** 104:11 260:19
**14** 6:3 41:18 129:11
133:22,23 134:25
**146** 184:7
**148** 105:17
**149** 260:21
**15** 10:20 22:23
59:15 123:23
138:22 185:14
230:21,21
**15,000** 12:16 45:7
95:9
**150** 12:18 34:4
105:8 140:25
141:4,6 151:15
176:10
**152** 108:8 111:25
**153** 21:19,24 108:6
108:9 113:19
**154.7** 199:8
**155** 72:1 73:4
**156** 46:21
**16** 205:9
**16.15.2.5** 124:10
**16.34** 123:16
**160** 120:14
**165** 40:1

**166** 37:2
**179** 9:12 183:19,25
184:7
**170** 114:12,14
**175** 112:6,17
**18** 121:17 155:24
155:25
**18.85** 123:21
**180** 64:15,20 141:1
151:16 176:7,14
178:5,14
**180,000** 208:18
**181** 68:11
**182** 260:23,25
**1830** 184:16,16
**186** 261:2
**19** 27:1 207:5
**193** 124:8
**197** 104:20
**198** 104:11,21
**199** 261:4
**1993** 235:16
**1996** 46:8 47:15
48:4
**19th** 121:17

**2**

**2** 5:6 21:6,15 27:22
40:4 47:22 54:24
73:16,22,24 74:5
74:14 75:23,25
89:8 103:2,19
108:7 125:11
148:8 150:17,20
161:2 174:17
183:15 184:1
188:25 205:14
213:8,9
**2.1.1** 31:12
**2.1.1.1** 33:16 34:20
**2.13** 137:12
**2.2.3** 162:24
**2.20** 137:14
**2.3** 162:4,8
**2.3.1** 162:4

2.3.2 162:14
2.3.6 162:24
2.5 124:1
2.7 147:4,6
2.8 148:23
20 10:12,20 19:5
  21:7 144:22 159:6
20-metre 21:17
200 105:9 153:1
  234:4
200,000 149:5
2005 184:1
2008 23:12 47:17
  49:6
2009 35:21 116:2
2010 47:18 71:19
  116:5,6
2011 143:13,24
  177:20,25 184:12
  191:22 196:3
  213:20 237:10
2012 1:21 2:2,12
  3:3,4,6 113:22
  114:1 140:13
  141:15,19 142:5
  143:13,17,23
  144:16 145:11
  148:3 196:4 221:5
  221:9 227:4,13
  228:4,12,23
  245:19 247:13,18
2013 7:6 40:4,12,25
  54:11 72:12
  183:16 191:23
2013/2014 56:22
2014 54:10,22 55:9
  60:6 65:5 72:16
  113:22 114:2
  140:14 176:2
  177:25 187:21
  191:12 192:3
  221:22 240:23
  241:18 245:22
2015 114:3,3,24
  122:6 141:19

199:9 200:14
  242:19
2016 1:1 5:11 6:3
  70:13 120:16
  122:6 129:11
  182:24 185:14
  190:25
2021 123:15
203 198:13
21 45:17 167:16
  229:14 230:21
21.3 166:8,9 194:8
  194:15 226:24
  229:5,8,13,17
2115 35:16,17
215 176:5
216 126:12
218 126:15 128:17
22 6:22 183:16
  184:1 201:9
227 73:6,18 74:1
23 136:5 155:25
  191:12 224:20
  230:21 240:23
23rd 121:18
24 5:11 27:23
  115:10 125:13
  182:24 186:11
  237:4
246 261:6
248 122:25
24th 121:18
25 9:16,25 22:23
  210:1,3
250 123:19 177:20
  177:24 178:1
  180:1 191:22
256 162:5
26 185:5 221:5,8,9
  222:7 227:4,13
  228:4,12,23
  260:11
27 123:15 237:10
28 1:1,8 143:13,17
  144:16 149:3,10

149:14 152:5
  193:12 196:4
  201:8
28,000,000.3 152:5
28.1 194:13 196:20
  229:19
28.3 175:23 191:10
29 184:9
293 183:13
298 164:8

————————
**3**

3 5:9 20:6 47:22
  104:14,23 121:20
  167:25 197:2,4
  199:1 213:18
  222:19 232:17
  236:21 241:18
  245:17 252:20
3,000 37:8
3.0.3 179:8
3.1.2.10 86:13
  100:13,21
3.1.2.4 55:3
3.1.2.6 75:16 76:3
3.2 175:7
3.2.5 183:23
3.28 182:5
3.3 175:21 179:14
  245:18
3.30 181:12
3.45 181:14 182:7
3.5 25:9
30 12:20 45:5
  149:24 181:11
  199:9 247:13
300 12:15,19 23:17
  40:22 164:22
302 164:22 165:5
  185:3,5
306 6:2,4
308 185:16
31 25:14 113:22
  114:2,24 143:13
  143:24 196:3

213:20 214:2
  253:4
315 175:8 240:1
318 179:9,13,18,19
  179:23
32 230:21
324 199:23 230:6
325 202:17
327 203:4
33 230:22
333 204:2
335 204:10
34 230:22
340 105:24
346 211:19
349 187:13 191:6
  211:21 212:1
35 7:19 9:16 10:1
  10:21 11:10 22:10
  22:12,22 23:1
35/40 10:12
354 183:1
357 222:4,25
36.7 196:16
36.9 144:18
37.7 144:10 198:7
38 155:14
3AI2 114:17

————————
**4**

4 5:14 14:7 17:22
  41:17 43:17 60:17
  68:13 122:23
  124:13 138:6
  155:4 163:3,3
  184:10 245:17
  254:5 260:5
4,000 17:21 132:12
4,400 132:8,25
4,500 116:5
4.1.3.1 42:21
4.16 40:8
4.2.2.7 95:21
4.2.4.2 105:19
4.2.5.5 112:1

4.2.7.1 108:11,17
4.2.7.3 113:21
4.2.9 129:19
4.3 199:22 230:5
4.3.2.4 40:3
4.3.2.6 37:5
4.3.4 185:2,4
4.4 202:15,17
4.6 145:15
4.7.2.3 109:5
4.8 145:11
40 22:24 146:15,17
  146:22,22
40,000-odd 116:8
400 92:11 93:10
41 1:21 46:22
416 191:25
42.5 144:16
43 124:13
44 40:2
44-something-so...
  132:21
44.5 199:5
45 14:6 37:1 199:19
45,000 17:8 18:4
45,421 168:17
45.4 144:7,10
  196:22 198:4
46.5 143:7 144:2
  194:20 196:21
48 194:19
48.1 142:21 193:21
  194:3 196:14,19
  197:18 199:21
49 114:20
498.7 139:22

————————
**5**

5 5:21 27:25 45:14
  98:6 103:3 112:5
  116:2 124:8,13
  126:11 138:3
  155:14 162:1
  173:15,16 182:20
  204:2 213:11

260:7
**5,000** 17:20
**5.1** 129:6
**5.1.9** 164:8
**5.10** 238:8
**5.14** 238:10
**5.2.10** 164:21
**5.2.17** 165:5
**5.2.4** 169:25
**5.4** 148:3
**5.46** 259:6
**5.8** 139:22
**5/8** 20:23
**50** 10:9 20:25 22:1
  95:8,17 96:8
**50.5** 184:18
**500** 8:16 12:15
**500,000** 208:5
**504** 105:25
**527.9** 190:10
**53.5** 184:23
**55** 14:6
**570** 140:17 141:5
  151:10 152:25
  153:3
**574** 176:13
**576** 176:3,12,19
  177:12,25 178:11
  178:14,20 180:10
  192:2 241:16

─────────────
**6**

**6** 18:25 20:7 27:2
  45:23 121:11
  138:7 162:14
  175:8 179:20,20
  179:23 185:11,12
  199:23 202:17
  230:5 240:1 260:9
**6,000** 112:10,22
  113:8
**6.1** 115:20
**6.15.2.5** 129:19
**6.15.3.14** 104:18
**6.2.10** 112:7

**6.2.4.1** 64:17,22
**6.2.4.3** 66:16
**6.4** 64:21 190:11
**6.8** 228:24 229:16
  234:2
**60** 146:15,18,19
  260:13
**60,000** 116:11
**61** 204:6
**62** 71:25 73:2
**65** 204:6
**656** 56:1 60:8
**66** 174:18,19
  213:10

─────────────
**7**

**7** 16:24 18:25 31:1
  31:1 57:14 83:25
  85:1 98:6 109:1
  109:17,24 111:17
  112:24 113:15
  116:5 165:17,18
  194:16
**7,000** 108:19,24
  109:8,14,16 110:3
  110:22,24 111:7
  112:13
**7,500** 12:23
**7.1.2** 241:13
**7.4A(i)** 162:15
**7.4A(ii)** 162:15
**7.5** 194:2 229:1,11
  229:14
**7.7** 147:24 148:23
**70** 226:2,3 227:1
**72** 201:7
**73** 211:22
**7790** 132:6,17
  134:3

─────────────
**8**

**8** 16:25 54:20 56:9
  74:3 83:13,25
  84:11 85:1 95:24
  101:7 109:1,17,17
  109:21,24 111:17

112:24 113:15
120:15 163:3
183:20 184:4
247:18
**8(1)(a)(c)** 163:7
**8,000** 95:14 109:1
  110:1 111:2,5
  113:16 232:19,22
  232:24
**8,170** 116:6
**8.1(a)** 163:6
**8.1(b)** 163:7
**8.1(d)** 163:8
**8.1(e)** 163:8
**8.3** 163:7
**80** 20:25 22:1
**800** 12:15,17 23:17
**87** 224:19

─────────────
**9**

**9** 25:10 60:16,17
  81:9 155:14
  247:18
**9,000** 111:3 113:6
**9.28** 1:2
**9.3** 232:12,23,24
  235:24
**9.4** 124:20
**9.4.11** 129:17
**900** 148:10,12
  194:4
**900,000** 145:24
**9010** 184:22,23
**9035** 112:3
**918** 233:24
**92** 70:13 73:13,20
  84:14
**93** 83:9,12
**9311** 236:22,22
**94** 71:5 73:10
**96** 198:13
**980** 226:24,25
**99.9** 232:12
**9CC** 126:17