IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ERIN ENERGY CORPORTON, *et al.*,[1] | § | CASE NO. 18-32106 |
| | § | |
| Debtors. | § | CHAPTER 11 |
| | § | |
| | § | (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE
COMBINED WITH REQUEST FOR ALL COPIES PURSUANT
TO BANKRUPTCY RULE 2002(a) AND PLEADINGS
PURSUANT TO BANKRUPTCY RULES 3017(a) AND 9007**

STAFF WEEMS, LLP, on behalf of JDR Cable Systems Limited, requests that all notices given or required to be given in this case and in any cases consolidated herewith, and all papers served or required to be served in this case be given to and served upon:

Richard W. Staff
Jeff Weems
Staff Weems LLP
6363 Woodway, Ste. 1100
Houston, Texas 77057
Telephone: (281) 903-5988
Fax: (281) 903-5992
rstaff@staffweems.com
jweems@staffweems.com

With a copy to:

Alistair Mackie
JDR Cable Systems Limited
Littleport Innovation Park
177 Wisbech
Littleport Cambridgeshire
UNITED KINGDOM CB6 1 RA

This request encompasses all notices, copies, and pleadings referred to in rules 2002, 3017,

---

[1] The last four digits of Erin Energy Corporation's ("ERN") federal tax identification number are 9798. The other Debtors in these cases are: Erin Energy Limited ("EEL"); Erin Energy Kenya Limited ("EEKL"); and Erin Petroleum Nigeria Limited ("EPNL"). The Debtors' service address is: 1330 Post Oak Blvd., Suite 2250, Houston TX 77056.

and 9007 of the Bankruptcy Rules of Procedure, including but not limited to notices of any orders, motions, demands, complaints, petitions, pleadings, requests, applications, and any other documents brought before this court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegram, telex, or otherwise, which affect or seek to affect this case.

Please take further notice that the foregoing request for notice and service of papers is not a submission by JDR Cable Systems Limited, to the jurisdiction of the Bankruptcy Court nor a waiver of its respective rights to: (a) receive service of process for any complaint or subpoena; (b) have final orders in non-core matters entered only after de novo review by a District Judge; (c) trial by jury in any proceedings so triable in these cases, controversies, or proceedings related to these cases; (d) have the District Court withdraw reference in any matter subject to mandatory or discretionary withdrawal; or (e) waive any other rights, claims, actions, defenses, setoffs, or recoupments to which JDR Cable Systems Limited, or may be entitled, in law or in equity, all of which are expressly reserved.

Date: May 23, 2018

Respectfully submitted,

*/s/ Richard W. Staff*
Richard W. Staff
STAFF WEEMS LLP
Richard W. Staff
State Bar No. 18991330
Federal ID No. 9754
rstaff@staffweems.com
Jeff Weems
State Bar No. 21027600
Federal ID No. 12155
jweems@staffweems.com
6363 Woodway, Suite 1100
Houston, TX 77057
Phone: 281.903.5988
Fax: 281.903.5992
**ATTORNEYS FOR JDR CABLE SYSTEMS LIMITED**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on May 23, 2018, a true and correct copy of this document was served via the Court's electronic case filing system upon the parties listed below and all parties requesting electronic notice of all filings.

**Debtors:**

Erin Energy Corporation
Erin Energy Limited
Erin Energy Kenya Limited
Erin Petroleum Nigeria Limited
1330 Post Oak Boulevard
Suite 2250
Houston, TX 77056

**Debtors' Counsel:**

Matthew S. Okin  David L. Curry, Jr.  John Thomas Oldham  Ryan A. O'Connor
OKIN ADAMS LLP
1113 Vine St, Suite 201
Houston, Texas 77002
Tel: 713.228.4100
Fax: 888.865.2118

**US Trustee:**

Christine March,
Sr. Assistant U.S. Trustee
Stephen Statham, Trial Attorney
Hector Duran, Trial Attorney
Office of the U.S. Trustee
515 Rusk, Suite 3516
Houston, TX 77002

                                              */s/ Richard W. Staff*
                                               Richard W. Staff