| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 18-32106 (MI) |
|---|---|---|---|
| Debtor | In Re: | Erin Energy Corporation, et al. | |

This lawyer, who is admitted to the State Bar of  California :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Jeffrey N. Pomerantz, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Boulevard, 13th Floor<br>Los Angeles, CA 90067-4100<br>(310) 277-6910<br>California (143717) |

Seeks to appear as the attorney for this party:

| Official Committee of Unsecured Creditors |
|---|
| Dated: May 24, 2018 | Signed: /s/ Jeffrey N. Pomerantz |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated: _____   Signed: _____
                           Deputy Clerk

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____    _____
                          United States Bankruptcy Judge