## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| **ERIN ENERGY CORPORATION,** *et al.,*[1] | § § § | Case No. 18-32106 |
| Debtors. | § § § | Chapter 11 |
| | § | (Jointly Administered) |

### NOTICE OF CONTINUED HEARING ON USE OF CASH COLLATERAL

**PLEASE TAKE NOTICE** that a continued hearing will be held before the Honorable Marvin Isgur, United States Bankruptcy Judge, at the United States Bankruptcy Court, 515 Rusk, 4th Floor, Courtroom 404, Houston, Texas 77002 on **May 30, 2018 at 3:45 p.m. (CT)**, or at such other time as the court may determine, on the following motion and supporting documents requesting certain emergency relief (the "Motion"), which was filed by the Debtors in connection with the Chapter 11 Cases:

> Debtors' Emergency Motion for Interim and Final Orders (I) Authorizing Use of Cash Collateral Pursuant to Section 363(c) of the Bankruptcy Code; (II) Granting Adequate Protection for the use thereof; and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001 as to Use of Cash Collateral [Docket No. 28].

A copy of the above referenced Motion may be (i) inspected in the office of the Clerk of the Bankruptcy Court during normal business hours; and (ii) downloaded from the Bankruptcy Court's website at http://www.txs.uscourts.gov/bankruptcy. Please note that prior registration with the PACER Service Center and payment of a fee may be required to access such documents. Requests for a copy of the Motion and further information regarding hearing may

---

[1] The last four digits of Erin Energy Corporation's ("ERN") federal tax identification number are 9798. The other Debtors in these cases are: Erin Energy Limited ("EEL"); Erin Energy Kenya Limited ("EEKL"); and Erin Petroleum Nigeria Limited ("EPNL"). The Debtors' service address is: 1330 Post Oak Blvd., Suite 2250, Houston, TX 77056.

also be made to proposed counsel for the Debtors using the contact information below.

Respectfully submitted this 30th day of May, 2018.

            Respectfully submitted,

            **OKIN ADAMS LLP**

By:    /s/ *Matthew S. Okin*
            Matthew S. Okin
            Texas Bar No. 00784695
            mokin@okinadams.com
            David L. Curry, Jr.
            Texas Bar No. 24065107
            dcurry@okinadams.com
            John Thomas Oldham
            Texas Bar No. 24075429
            joldham@okinadams.com
            Ryan A. O'Connor
            Texas Bar No. 24098190
            roconnor@okinadams.com
            1113 Vine St., Suite 201
            Houston, Texas 77002
            Tel: 713.228.4100
            Fax: 888.865.2118

            **PROPOSED ATTORNEYS FOR THE DEBTORS**

## CERTIFICATE OF SERVICE

    I hereby certify that on May 30, 2018 the foregoing Notice of Continued Hearing on Use of Cash Collateral was served upon filing via the Court's EM/ECF electronic system on all parties subscribing thereto.

            */s/ Matthew S. Okin*
            Matthew S. Okin