**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**HENRY G. HOBBS, JR.**
**ACTING UNITED STATES TRUSTEE**
**REGION 7, SOUTHERN and WESTERN DISTRICTS OF TEXAS**
**HECTOR DURAN**
**TRIAL ATTORNEY**
**515 Rusk, Suite 3516**
**Houston, Texas  77002**
**Telephone:  (713) 718-4650 x 241**
**Fax:  (713) 718-4670**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. |
| | § | |
| ERIN ENERGY CORPORATION, *et al.,* | § | 18-32106 (MI) |
| | § | (Chapter 11) |
| | § | Jointly Administered |
| DEBTORS[1] | § | |

## NOTICE OF RECONSTITUTED COMMITTEE OF UNSECURED CREDITORS

TO THE HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE:

     COMES NOW Henry G. Hobbs, Jr., the Acting United States Trustee for Region 7, by and through the undersigned counsel, who pursuant to 11 U.S.C. § 1102(a) hereby reconstitutes the Committee of Unsecured Creditors in these cases:

---

[1] The last four digits of Erin Energy Corporation's ("ERN") federal tax identification number are 9798. The other Debtors in these cases are: Erin Energy Limited ("EEL"); Erin Energy Kenya Limited ("EEKL"); and Erin Petroleum Nigeria Limited ("EPNL"). The Debtors' service address is: 1330 Post Oak Blvd., Suite 2250, Houston, TX 77056.

| Members | Counsel for Member |
|---|---|
| 1. Baker Hughes<br>Attn: Christopher J. Ryan<br>2001 Rankin Road<br>Houston, TX  77073<br>Tel. 713-879-1063<br>E-Mail: christopher.ryan3@bhge.com | Snow Spence Green, LLP<br>Phil Snow, Esq.<br>2929 Allen Parkway, Suite 2800<br>Houston, TX  77019<br>Tel. 713-335-4802<br>Fax 713-335-4848<br>E-Mail: philsnow@snowspencelaw.com |
| 2. Schlumberger Overseas S.A.<br>Attn:  Donald Burell<br>1325 S. Dairy Ashford<br>Houston, TX  77077<br>Tel. 281-285-1963<br>E-Mail: dburell@slb.com | Snow Spence Green, LLP<br>Phil Snow, Esq.<br>2929 Allen Parkway, Suite 2800<br>Houston, TX  77019<br>Tel. 713-335-4802<br>Fax 713-335-4848<br>E-Mail: philsnow@snowspencelaw.com |
| 3. Transocean Offshore Gulf of Guinea VII Limited and Indigo Drilling Limited<br>Attn:  Robyn Goldstein & Dave Faure<br>4 Greenway Plaza<br>Houston, TX  77046<br>Tel. 713-232-7708/713-232-7226<br>E-Mail: robyn.goldstein@deepwater.com<br>david.faure@deepwater.com | Baker Botts L.L.P.<br>James R. Prince, Esq.<br>2001 Ross Avenue, Suite 900<br>Dallas, TX  75201-2980<br>Tel. 214-917-0024<br>Fax 214-661-4612<br>E-Mail: jim.prince@bakerbotts.com<br><br>Daniels & Tredennick<br>Douglas A. Daniels, Esq.<br>6363 Woodway, Suite 965<br>Houston, TX 77057<br>Tel. 713-917-0024<br>E-Mail: doug.daniels@dtlawyers.com |
| 4. AOS Orwell Limited<br>Attn: Gopinathan Chemmenkotil<br>Emecheta Ononuju<br>Plot 52/53 Trans Armadi Industrial Layout, P.M.B. 029<br>Port Hart Harcourt, Rivers State<br>Nigeria<br>Tel. + 234 01 462 7514<br>E-Mail: gopi.nath@aosorwell.com<br>emecheta.ononuju@aosorwell.com | |

| | |
|---|---|
| 5. Armada Oyo Limited<br>Attn: Malcolm Gomes<br>c/o Level 21, Menara Perak, 24, Jalan Perak<br>50450 Kuala Lumpur, Malaysia<br>Tel. +60 12 286 6764<br>E-Mail: malcolm.gomes@bumiarmada.com | Munsch Hardt Kopf & Harr, P.C.<br>Kevin M. Lippman, Esq.<br>600 N. Akard Street, Suite 3800<br>Dallas, TX  75201-6659<br>Tel. 214-855-7553<br>E-Mail: klippman@munsch.com<br><br>Munsch Hardt Kopf & Harr, P.C.<br>John Cornwell, Esq.<br>700 Milam Street, Suite 2700<br>Houston, TX  77002-2806<br>Tel. 713-222-4066<br>E-Mail: jcornwell@munsch.com |

Dated: May 30, 2018

Respectfully Submitted,

HENRY G. HOBBS, JR.
ACTING UNITED STATES TRUSTEE
REGION 7, SOUTHERN and WESTERN
DISTRICTS OF TEXAS

By:   /s/ Hector Duran
      Hector Duran
      Trial Attorney
      Texas Bar No. 00783996
      515 Rusk, Suite 3516
      Houston, TX 77002
      Telephone:  (713) 718-4650 x 241
      Fax:  (713) 718-4670

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by electronic means on all PACER participants on this 30th day of May, 2018.

/s/ Hector Duran
Hector Duran, Trial Attorney