IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ERIN ENERGY CORPORATION, *et al.*, | § | Case No. 18-32106 |
| | § | |
| | § | (Jointly Administered) |
| Debtors.[1] | § | |
| | § | |

## NOTICE OF DEPOSITION OF DIPPO BELLO

PLEASE TAKE NOTICE that pursuant to the Court's Order set forth on the record at the telephonic hearing on May 30, 2018 at 3:45 p.m., Public Investment Corporation Soc. Ltd. will take the deposition of **Dippo Bello on May 31, 2018 at 8:30 a.m. (Central Time).**

PLEASE TAKE FURTHER NOTICE that the deposition will take place at the law offices of Vinson & Elkins, LLP, 1001 Fannin Street, Suite 2500, Houston, Texas  77002.  The deposition will be recorded stenographically by a certified court reporter.  Parties that desire to listen in telephonically may email agepppert@velaw.com to obtain dial-in information.

---

[1]  The last four digits of Erin Energy Corporation's ("ERN") federal tax identification number are 9798.  The other Debtors in these cases are:  Erin Energy Limited ("EEL"); Erin Energy Kenya Limited ("EEKL"); and Erin Petroleum Nigeria Limited ("EPNL").  The Debtors' service address is: 1330 Post Oak Blvd., Suite 2250, Houston, Texas 77056.

1

Dated:  May 30, 2018

                **VINSON & ELKINS LLP**

                */s/ Bradley R. Foxman*
                Rebecca L. Petereit (Texas Bar No. 24062776)
                Bradley R. Foxman (Texas Bar No. 24065243)
                **VINSON & ELKINS LLP**
                Trammell Crow Center
                2001 Ross Avenue, Suite 3700
                Dallas, Texas 75201-2975
                Tel: (214) 220-7700
                rpetereit@velaw.com
                bfoxman@velaw.com

                - and -

                Laura R. Hall (*pro hac vice* pending)
                Ken Coleman (*pro hac vice* pending)
                **ALLEN & OVERY LLP**
                1221 Avenue of the Americas
                New York, New York 10020
                Tel: (212) 610-6300
                Laura.Hall@AllenOvery.com
                Ken.Coleman@AllenOvery.com

                *COUNSEL FOR PUBLIC INVESTMENT*
                *CORPORATION SOC. LTD.*

## **CERTIFICATE OF SERVICE**

   I certify that on May 30, 2018, I caused a copy of the foregoing document to be served upon filing via the Court's CM/ECF electronic system on all parties subscribing thereto.

            */s/ Bradley R. Foxman*
            One of Counsel