**SUPPLEMENTAL WITNESS AND EXHIBIT LIST**

|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF TEXAS**<br>**HOUSTON DIVISION** ||
| Case No: 18-32106<br>(Joint Administration Requested) | Name of Debtors: **Erin Energy Corporation, et al.,**[1] |
| Witnesses:<br>  1. Sakiru Adefemi (Femi) Ayoade<br>  2. Dippo Bello<br>  3. Loretta Cross<br>  4. Any witness listed by other parties | Judge: Marvin Isgur |
| | Hearing Date:  May 31, 2018 |
| | Hearing Time: 3:15:00 p.m. |
| | Party Names:   Erin Energy Corporation, et al. |
| | Attorney's Name:  Matthew S. Okin |
| | Attorney's Phone:  (713) 228-4100 |
| |  |

**Nature of Proceedings:**

1. Debtors' Emergency Motion for Interim and Final Orders (I) Authorizing Use of Cash Collateral Pursuant to Section 363(c) of the Bankruptcy Code; (II) Granting Adequate Protection for the Use Thereof; and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001 as to Use of Cash Collateral [Doc. #28]

2. Emergency Motion of Armada Oyo Limited and Bumi Armada (Singapore), Pte., Ltd. and for an Order Pursuant to Sections 105(a), 362(d)(1) and 363(e) of the Bankruptcy Code Modifying the Automatic Stay and Granting Related Relief [Doc. #69]

3. Emergency Motion of Armda Oyo Limited and Bumi Armada (Singapore) Pte., Ltd. to Compel Assumption or Rejection of Executory Contracts Pursuant to Sections 105(a) and 365(d)(2) of the Bankruptcy Code [Doc. #71]

**DEBTOR'S SUPPLEMENTAL EXHIBITS**

| Ex.# | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 25. | Proposed Cash Collateral Order | | | | |

---

[1] The last four digits of Erin Energy Corporation's ("ERN") federal tax identification number are 9798. The other Debtors in these cases are: Erin Energy Limited ("EEL"); Erin Energy Kenya Limited ("EEKL"); and Erin Petroleum Nigeria Limited ("EPNL").  The Debtors' service address is: 1330 Post Oak Blvd., Suite 2250, Houston, TX 77056.

| Ex.# | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 26. | Correspondence from Counsel to PIC regarding the Proposed Cash Collateral Order | | | | |

Respectfully submitted this 31st day of May, 2018.

        Respectfully submitted,

        **OKIN ADAMS LLP**

        By:     /s/ *Matthew S. Okin*
            Matthew S. Okin
            Texas Bar No. 00784695
            David L. Curry, Jr.
            Texas Bar No. 24065107
            dcurry@okinadams.com
            John Thomas Oldham
            Texas Bar No. 24075429
            joldham@okinadams.com
            Ryan A. O'Connor
            Texas Bar No. 24098190
            roconnor@okinadams.com
            1113 Vine St., Suite 201
            Houston, Texas 77002
            Tel: 713.228.4100
            Fax: 888.865.2118

        **PROPOSED ATTORNEYS FOR THE DEBTORS**

## CERTIFICATE OF SERVICE

    I hereby certify that on May 31, 2018, I filed the foregoing pleading electronically, causing a true and correct copy of the foregoing to be served via the Court's EM/ECF electronic system to all parties consenting to service through same.

        */s/ Matthew S. Okin*
        Matthew S. Okin