

ENTERED
05/31/2018

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| ERIN ENERGY CORPORATION; fdba | § | CASE NO: 18-32106 |
| CAMAC ENERGY INC.; fdba PACIFIC | § | |
| ASIA PETROLEUM INC., *et al* | § | |
| | § | |
| ERIN ENERGY LTD.; fdba CAMAC | § | CASE NO: 18-32107 |
| ENERGY LTD. | § | |
| | § | |
| ERIN ENERGY KENYA LIMITED; fdba | § | CASE NO: 18-32108 |
| CAMAC ENERGY KENYA LIMITED | § | |
| | § | |
| ERIN PETROLEUM NIGERIA LIMITED; | § | CASE NO: 18-32109 |
| fdba CAMAC PETROLEUM LIMITED | § | |
| | § | Jointly Administered Order |
| Debtor(s) | § | |
| | § | CHAPTER 11 |

## INTERIM ORDER FOR ADEQUATE PROTECTION

As of 6:45 p.m. (Houston, Texas time), on May 29, 2018, Armada Oyo Limited and Bumi Armada (Singapore) PTE. Ltd. are granted a first lien on the oil aboard the FPSO Armada Perdana.  The lien secures all obligations incurred after the granting of the lien, to the extent that such obligations are incurred for the preservation, protection and safety or the ship, its crew or its cargo.

This is an interim order.  The automatic stay otherwise remains in effect.

The balance of the relief sought in Armada Oyo Limited's and Bumi Armada's motion for relief from stay (ECF No. 69) and in the motion to compel assumption or rejection of executory contracts (ECF No. 71) will be considered at a hearing to be held on June 19, 2018, at 9:00 a.m.

SIGNED **May 31, 2018.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE