

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
05/31/2018

| | | |
|---|---|---|
| IN RE: § | | |
| ERIN ENERGY CORPORATION; fdba § | CASE NO: 18-32106 | |
| CAMAC ENERGY INC.; fdba PACIFIC § | | |
| ASIA PETROLEUM INC., *et al* § | | |
| § | | |
| ERIN ENERGY LTD.; fdba CAMAC § | CASE NO: 18-32107 | |
| ENERGY LTD. § | | |
| § | | |
| ERIN ENERGY KENYA LIMITED; fdba § | CASE NO: 18-32108 | |
| CAMAC ENERGY KENYA LIMITED § | | |
| § | | |
| ERIN PETROLEUM NIGERIA LIMITED; § | CASE NO: 18-32109 | |
| fdba CAMAC PETROLEUM LIMITED § | | |
| § | Jointly Administered Order | |
| Debtor(s) § | | |
| § | CHAPTER 11 | |

## INTERIM ORDER FOR ADEQUATE PROTECTION

As of 6:45 p.m. (Houston, Texas time), on May 29, 2018, Armada Oyo Limited and Bumi Armada (Singapore) PTE. Ltd. are granted a first lien on the oil aboard the FPSO Armada Perdana. The lien secures all obligations incurred after the granting of the lien, to the extent that such obligations are incurred for the preservation, protection and safety or the ship, its crew or its cargo.

This is an interim order. The automatic stay otherwise remains in effect.

The balance of the relief sought in Armada Oyo Limited's and Bumi Armada's motion for relief from stay (ECF No. 69) and in the motion to compel assumption or rejection of executory contracts (ECF No. 71) will be considered at a hearing to be held on June 19, 2018, at 9:00 a.m.

SIGNED **May 31, 2018.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE

1 / 1

```
                              United States Bankruptcy Court
                                Southern District of Texas
In re:                                                          Case No. 18-32106-mi
Erin Energy Corporation                                         Chapter 11
Erin Energy Ltd.
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0541-4          User: LinhthuDo              Page 1 of 3               Date Rcvd: May 31, 2018
                              Form ID: pdf002              Total Noticed: 15


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 02, 2018.
db             +Erin Energy Corporation,    1330 Post Oak Boulevard,    Suite 2250,    Houston, TX 77056-3871
db             +Erin Energy Kenya Limited,    1330 Post Oak Boulevard,    Suite 2250,    Houston, TX 77056-3871
db             +Erin Petroleum Nigeria Limited,    1330 Post Oak Boulevard,    Suite 2250,
                 Houston, TX 77056-3871
aty            +IRA Kharasch,    Pachulski Stang et al,    10100 Santa Monica Blvd.,    13th Fl.,
                 Los Angeles, CA 90067-4003
aty            +Jason H. Rosell,    Pachulski Stang et al,    150 California St.,    15th Fl.,
                 San Francisco, CA 94111-4554
aty            +Jeffrey N Pomerantz,    Pachulski Stang Ziehl & Jones LLP,    10100 Santa Monica Boulevard,
                 13th Floor,   Los Angeles, CA 90067-4003
aty             John D. Beck,    Hogan Lovells US LLP,    875 Thrd Avenu,    New York, NY 10022
aty            +Laura A. Hall,    Allen & Overy LLP,    1221 Avenue of the Americas,    New York, NY 10020-1005
aty            +Ronald J. Silverman,    Hogan Lovells US LLP,    875 Third Ave,    New York, NY 10022-7222
cr              Baker Hughes, a GE Company, LLC,    P O Box 4740,    Houston, TX 77210-4740
cr             +Four Oaks Place Operating, LP,    Dabney Pappas,    1776 Yorktown,    Suite 425,
                 Houston, TX  77056,    UNITED STATES 77056-4154
cr             +JDR Cable Systems Limited,    Staff Weems LLP,    6363 Woodway,    Suite 1100,
                 Houston, TX 77057-1796
cr             +Pacific Bora Ltd,   c/o Elizabeth J. Futrell,    201 St. Charles Avenue,    Suite 5100,
                 New Orleans, LA 70170-5101
cr             +Pacific International Drilling West Africa Ltd.,    c/o Elizabeth J. Futrell,
                 201 St. Charles Avenue,    Suite 5100,    New Orleans, LA 70170-5101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: houston_bankruptcy@LGBS.com May 31 2018 21:47:47     Harris County,
                 Linebarger Goggan Blair & Sampson LLP,    c/o Tara L. Grundemeier,    P.O. Box 3064,
                 Houston, TX 77253-3064
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Armada Oyo Limited
cr              BDO USA, LLP
cr              Bumi Armada (Singapore) Pte. Ltd.
cr              FAR Gambia Ltd f/k/a Meridian Minerals (Mauritius)
cr              Halliburton Energy Services, Inc.
cr              Indigo Drilling Limited
cr              Mauritius Commercial Bank Limited
cr              Nigerian Agip Exploration Limited
cr              Oceaneering Services Nigeria Limited
crcm            Official Committee of Unsecured Creditors
cr              Oltasho Nigeria Limited,   26 T.Y. Danjuma Street,   F.C.T.,    Abuja
cr              Pasadena Insurance Agency, Inc.
cr              Public Investment Corporation Soc. Ltd.
cr              Transocean Offshore Gulf of Guinea VII Limited
cr              Unitech International Inc.
cr              Zenith Bank Plc
db*            +Erin Energy Ltd.,   1330 Post Oak Boulevard,    Suite 2250,    Houston, TX 77056-3871
                                                                                   TOTALS: 16, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2018                               Signature:  /s/Joseph Speetjens

```
District/off: 0541-4          User: LinhthuDo            Page 2 of 3              Date Rcvd: May 31, 2018
                              Form ID: pdf002            Total Noticed: 15
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2018 at the address(es) listed below:

```
          Bradley Roland Foxman    on behalf of Creditor    Public Investment Corporation Soc. Ltd.
           bfoxman@velaw.com,    sbarden@velaw.com;eneuman@velaw.com
          Brian Weil Zimmerman    on behalf of Creditor    Unitech International Inc.
           bzimmerman@zimmerlaw.com,    jwoods@zimmerlaw.com;mdrake@zimmerlaw.com;amartin@zimmerlaw.com
          Christine A March    on behalf of U.S. Trustee    US Trustee christine.a.march@usdoj.gov
          David L Curry, Jr    on behalf of Debtor    Erin Energy Corporation dcurry@okinadams.com,
           vgreen@okinadams.com
          David Mark Bennett    on behalf of Creditor    FAR Gambia Ltd f/k/a Meridian Minerals (Mauritius)
           Ltd david.bennett@tklaw.com,    gracie.gonzales@tklaw.com;Shannon.Savage@tklaw.com
          David S Elder    on behalf of Creditor    Oceaneering Services Nigeria Limited dselder@foley.com,
           ggattis@foley.com;rdiep@foley.com
          Elizabeth J Futrell    on behalf of Creditor    Pacific Bora Ltd efutrell@joneswalker.com,
           mmontiville@joneswalker.com
          Elizabeth J Futrell    on behalf of Creditor    Pacific International Drilling West Africa Ltd.
           efutrell@joneswalker.com,    mmontiville@joneswalker.com
          Heather Lee Lingle    on behalf of Creditor    Four Oaks Place Operating, LP
           heather@dabneypappas.com
          Hector Duran    on behalf of U.S. Trustee    US Trustee Hector.Duran.Jr@usdoj.gov
          James R Prince    on behalf of Creditor    Indigo Drilling Limited jim.prince@bakerbotts.com,
           BankruptcyDallas@bakerbotts.com;jim-prince-2090@ecf.pacerpro.com
          James R Prince    on behalf of Creditor    Transocean Offshore Gulf of Guinea VII Limited
           jim.prince@bakerbotts.com,    BankruptcyDallas@bakerbotts.com;jim-prince-2090@ecf.pacerpro.com
          John David Cornwell    on behalf of Creditor    Armada Oyo Limited jcornwell@munsch.com,
           ssturm@munsch.com
          John David Cornwell    on behalf of Creditor    Bumi Armada (Singapore) Pte. Ltd.
           jcornwell@munsch.com,    ssturm@munsch.com
          John Thomas  Oldham    on behalf of Debtor    Erin Energy Corporation joldham@okinadams.com,
           teaston@okinadams.com
          John Thomas  Oldham    on behalf of Debtor    Erin Energy Kenya Limited joldham@okinadams.com,
           teaston@okinadams.com
          John Thomas  Oldham    on behalf of Debtor    Erin Energy Ltd. joldham@okinadams.com,
           teaston@okinadams.com
          John Thomas  Oldham    on behalf of Debtor    Erin Petroleum Nigeria Limited joldham@okinadams.com,
           teaston@okinadams.com
          Jonathan C Cross    on behalf of Creditor    Mauritius Commercial Bank Limited
           jonathan.cross@hsf.com,    stephanie.morano@hsf.com
          Kenneth P Coleman    on behalf of Creditor    Public Investment Corporation Soc. Ltd.
           louis.bonilla@allenovery.com
          Kevin M Lippman    on behalf of Creditor    Bumi Armada (Singapore) Pte. Ltd. klippman@munsch.com,
           pmoore@munsch.com
          Kevin M Lippman    on behalf of Creditor    Armada Oyo Limited klippman@munsch.com,
           pmoore@munsch.com
          Matthew Scott Okin    on behalf of Debtor    Erin Petroleum Nigeria Limited mokin@okinadams.com,
           teaston@okinadams.com
          Matthew Scott Okin    on behalf of Debtor    Erin Energy Kenya Limited mokin@okinadams.com,
           teaston@okinadams.com
          Matthew Scott Okin    on behalf of Debtor    Erin Energy Ltd. mokin@okinadams.com,
           teaston@okinadams.com
          Matthew Scott Okin    on behalf of Debtor    Erin Energy Corporation mokin@okinadams.com,
           teaston@okinadams.com
          Michael J Durrschmidt    on behalf of Creditor    Pasadena Insurance Agency, Inc.
           mdurrschmidt@hirschwest.com,    traybourn@hirschwest.com;vdessens@hirschwest.com
          Michael Shane Johnson    on behalf of Creditor    Nigerian Agip Exploration Limited
           shane.johnson@hoganlovells.com,    ronald.cappiello@hoganlovells.com
          Omar Jesus Alaniz    on behalf of Creditor    Halliburton Energy Services, Inc.
           omar.alaniz@bakerbotts.com,    omar-alaniz-2648@ecf.pacerpro.com
          Paul Joseph Goodwine    on behalf of Creditor    Oltasho Nigeria Limited
           pgoodwine@loopergoodwine.com,
           hocchipinti@loopergoodwine.com;ljohnson@loopergoodwine.com;smarrone@loopergoodwine.com
          Phil F Snow, Jr    on behalf of Creditor    Baker Hughes, a GE Company, LLC
           philsnow@snowspencelaw.com,    janissherrill@snowspencelaw.com;lauraterrell@snowspencelaw.com
          Randall A Rios    on behalf of Creditor    Nigerian Agip Exploration Limited rrios@hwallp.com
          Richard W Staff    on behalf of Creditor    JDR Cable Systems Limited rstaff@staffweems.com,
           janderson@staffweems.com
          Ryan Anthony O'Connor    on behalf of Debtor    Erin Energy Corporation roconnor@okinadams.com
          Stephen Douglas Statham    on behalf of U.S. Trustee    US Trustee stephen.statham@usdoj.gov
          Steven William Golden    on behalf of Creditor Committee    Official Committee of Unsecured
           Creditors sgolden@pszjlaw.com,    lcanty@pszjlaw.com
          Tara L Grundemeier    on behalf of Creditor    Harris County houston_bankruptcy@publicans.com
          Timothy Aaron Million    on behalf of Creditor    Nigerian Agip Exploration Limited
           tmillion@hwa.com,    lslater@hwa.com
          US Trustee    USTPRegion07.HU.ECF@USDOJ.GOV
```

```
District/off: 0541-4                User: LinhthuDo              Page 3 of 3                    Date Rcvd: May 31, 2018
                                    Form ID: pdf002              Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              William Ross Spence    on behalf of Creditor   Baker Hughes, a GE Company, LLC
               ross@snowspencelaw.com,
               donnasutton@snowspencelaw.com;janissherrill@snowspencelaw.com;brittanyDecoteau@snowspencelaw.com;
               rhondarackley@snowspencelaw.com
                                                                                                           TOTAL: 40