

**ZENITH BANK PLC**
RC: 150224

HEAD OFFICE
Zenith Heights, Plot 84/87 Ajose Adeogun Street,
P. O. Box 75315, Victoria Island, Lagos.
Tel: (01) 2788000, 4648000, 2928000
www.zenithbank.com | SWIFT: ZEIBNGLA

February 23, 2017

The Managing Director
Erin Petroleum Limited
Plot 1649, Olosa Street
Victoria Island
Lagos

Dear Sir,

**RESIGNATION OF MR SEGUN OMIDELE AS THE CEO AND DIRECTOR OF ERIN ENERGY CORPORATION**

Our attention has been drawn to the Press Release and the Security and Exchange Commission (SEC) filing by Erin Energy Corporation (U.S), your parent company of February 22, 2017, where the announcement of the resignation of Mr Segun Omidele as Chief Executive Officer and a member of the Board of Erin Group was stated.

In accordance with the terms of the facility agreement governing our relationship, the resignation of a Chief Executive Officer and Director is a substantial change in management and Board structure and will require full disclosure to the bank.

In view of the above, please provide us with all facts surrounding his resignation and the effect this might have on the running of the company and your facility with Zenith Bank.

Thank you

Yours Faithfully,
For: Zenith Bank Plc

**MICHAEL ANOKWURU**
**ASSISTANT GENERAL MANAGER**

**NNAMDI EDEKOBI**
**DEPUTY GENERAL MANAGER**

Directors | Jim Ovia, CON (Chairman), Peter Amangbo (Group Managing Director/ Chief Executive Officer), Alhaji Baba Tela, Mr. Jeffrey Efeyini, Prof. Chukuka Enwemeka, Prof. Oyewusi Ibidapo-Obe, Mr. Gabriel Ukpeh, Adaora Umeoji (Deputy Managing Director), Ebenezer Onyeagwu (Deputy Managing Director), Olusola Oladipo (Executive Director), Ahmed Umar Shuaib (Executive Director)