**From:** ebusinessgroup@zenithbank.com
**Sent:** Tuesday, January 9, 2018 4:06 AM
**To:** Femi Ayoade; Dippo Bello
**Subject:** Transaction notification for ERIN PETROLEUM LIMITED

**Importance:** High



# Transaction Notification      Tuesday, January 09, 2018

Dear ERIN PETROLEUM LIMITED,

Please see below details of the DEBIT transaction on your account:

| | |
|---|---|
| Account Number: | 505****111 |
| Effective Date: | Tuesday, January 09, 2018 |
| Currency: | (USD) |
| Description: | AA3224538 TRSF IFO ERIN ENERGY CORPORATION BO ERIN PETROLEUM NIGERIA LIMITED |
| Reference Code: | |
| Branch: | Head Office |
| Transaction Type: | DEBIT |
| Date of Transaction: | 1/9/2018 11:09:46 AM |
| Amount: | 3,200,000.00 |
| Current Balance: | 2,125,404.48 |
| Available Balance: | 625,404.48 |

**Remember**: Keep your card and Pin information secure.
Do not respond to emails requesting for your card/PIN details.
If you think an email is suspicious, don't click on any links.
Instead, forward it to zenithdirect@zenithbank.com and delete.



Thank you for Banking with us.
www.zenithbank.com



+23412787000, +23412927000, +23414647000, 0700ZENITHBANK
zenithdirect@zenithbank.com

For enquiries kindly contact **ZenithDirect**, our 24hr interactive Contact Centre:

