

## Your checking account

ERIN ENERGY CORPORATION | Account # 4880 3626 9987 | January 1, 2018 to January 31, 2018

### Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 01/03/18 | Deposit | | 813005152844276 | 10,895.87 |
| 01/03/18 | ADP TOTALSOURCE DES:ACH    ID:XXXXXXXXX INDN:OA00265-Erin Energy Co  CO ID:8238112001 CCD | | 902502014630521 | 10,678.28 |
| 01/09/18 | WIRE TYPE:WIRE IN DATE: 180109 TIME:0837 ET TRN:2018010900196672 SEQ:S0680091972A01/258303 ORIG:ERIN PETROLEUM LIMITED ID:5010087104 SND BK:CITIBANK, N.A. ID:0008 PMT DET:/RFB/PAYMENT | | 903701090196672 | 3,200,000.00 |