SEARCH  (/)

# Correspondent Banks

**Zenith Bank has established correspondent banking relationships with banks outside Nigeria. All international transactions are routed through the networks of the following correspondent banks.**

Zenith Bank (/) > About Us (/about-us/) > Correspondent Banks



# International Banking Partners.

- Australia and New Zealand Bank, London
- BNP Paribas, Paris
- Citibank N.A., New York
- Citibank N.A., London
- Commerzbank Ag, Frankfurt
- Deutsche Bank, London
- Fortis Bank, London
- HSBC Bank Plc, South Africa
- JP Morgan Chase Bank New York
- JP Morgan Chase Bank London
- Zenith Bank (UK) Limited, London

# Related Links

- Business Focus (/about-us/business-focus/)
- Corporate Governance (/about-us/corporate-governance/)
- Credit Ratings (/investor-relations/credit-rating/)
- Board of Directors (/about-us/board-of-directors-2/)
- Chairman's Statement (/about-us/chairmans-statement/)
- CEO's Speech (/about-us/ceos-speech/)
- Management Team (/about-us/management-team-2/)
- Zenith News (/media/news/)
- Careers (/about-us/careers/)

**PRODUCT ADVERT**

Scan to Pay - How to Register As a Customer

**CUSTOMER SERVICES**

Help Center (/customer-service/#contact-us)

Whistle Blower (https://realtime.zenithbank.com/externalwhistleblower/AnonymousEntry/AnonymousEntry/)

Dispense Error (/resolve-atm-pos-issues/)

Frequently Asked Questions (/customer-service/faqs/)

Contact Us (/customer-service/#contact-us)

Locate a Branch / ATM (/customer-service/find-a-branch-atm/)

Downloads (/customer-service/downloads/)

**PROTECT YOURSELF**

Scam Alert (/customer-service/#protect-yourself)

Replace Your Card (/card-amendment-form/)

Internet Banking
Security
(/customer-
service/#protect-
yourself)

Email Fraud and
Phishing
(/customer-
service/#protect-
yourself)

Card Security
(/customer-
service/#protect-
yourself)

Online Security
(/customer-
service/#protect-
yourself)

Bank Verification
Number (BVN)
(/personal-
banking/bank-
verification-
number/)

## QUICK LINKS

Realtime Access
(https://realtime.zenithbank.com/DotNetRealtime/)

POS Settlement
Viewer
(https://realtime.zenithbank.com/possettlementreportviewer/LogIn.aspx)

Zenith Trade Portal
(https://corpchannellive.zenithbank.com:9443/portal)

Visa Online
(https://tb.emp-
group.com:9081/)

Request Cheque
Book (/request-
cheque-book/)

Reactivate Dormant
Account
(/reactivate-
dormant-account/)

Letter of Credit
Application Form
(/letter-of-credit-

application-form/)

Travel Notification Portal (https://www.zenithbank.com/travel-notification/)

**NEWS**

Nigeria's largest bank by Customer Deposit (/media/news/nigerias-largest-bank-by-customer-deposit/)

Jim Ovia at CHOGM 2018 (/media/news/jim-ovia-at-chogm-2018/)

Inside Zenith (/media/news/inside-zenith/)

AAI Collaborates with Covenant University for the Jim Ovia Foundation Leaders Scholarship (/media/news/aai-collaborates-with-covenant-university-for-the-jim-ovia-foundation-leaders-scholarship/)

Jim Ovia: Fintech and the Future of the Nigerian Banking Industry (/media/news/jim-ovia-fintech-and-the-future-of-the-nigerian-banking-industry/)

     

Select Language

© 2018 Zenith Bank PLC | Privacy Policy (/customer-service/privacy-policy/) | Terms of Use (/terms-of-use/) | Sitemap (/sitemap/)



Gambia (http://www.zenithbank.gm/) | Ghana (http://www.zenithbank.com.gh/) | Sierra Leone