IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| **ERIN ENERGY CORPORATION, *et al.*,**[1] | § | **Case No. 18-32106** |
| | § | |
| **Debtors.** | § | **(Chapter 11)** |
| | § | |
| | § | **(Jointly Administered)** |

ORDER ON DEBTORS' EMERGENCY MOTION PURSUANT TO SECTIONS 105(a)
AND 362 OF THE BANKRUPTCY CODE HOLDING ZENITH BANK PLC IN
CONTEMPT FOR VIOLATING THE AUTOMATIC STAY

Upon consideration of the Debtors' Emergency Motion For the Entry of an Order Pursuant to Sections 105(a) and 362 of the Bankruptcy Code Holding Zenith Bank PLC in Contempt for Violating the Automatic Stay (the "Motion"),[2] filed by the above-captioned debtors and debtors in possession (the "Debtors"), the Court finds that:  (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. § 1334(b); (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (iii) the relief requested in the Motion is in the best interests of the Debtors and their respective estates, creditors, and other parties-in-interest; (iv) proper and adequate notice of the Motion and hearing on the Motion has been given and that no other or further notice is necessary under the circumstances; (v) the relief granted in this Order is necessary to avoid immediate and irreparable harm to these estates; and (vi) good and sufficient cause exists for the granting of the relief requested in the Motion after having given due

---

[1] The last four digits of Erin Corporation's ("ERN") federal tax identification number are 9798. The other Debtors in these cases are: Erin Energy Limited ("EEL"); Erin Energy Kenya Limited ("EEKL"); and Erin Petroleum Nigeria Limited ("EPNL").  The Debtors' service address is: 1330 Post Oak Blvd., Suite 2250, Houston, TX 77056.

[2] Capitalized terms used but not otherwise defined in this Order have the meanings ascribed to such terms in the Motion.

deliberation upon the Motion and all of the proceedings had before the Court in connection with the Motion.  Therefore, it is hereby

ORDERED that this Court has personal jurisdiction over Zenith Bank PLC; and it is further

ORDERED that Zenith Bank PLC shall immediately withdraw their Appointment of Receiver/Manager of Erin Petroleum Nigeria Limited and immediately withdraw their Application to Set Aside Registration Order of the Federal High Court; it is further

ORDERED that Zenith Bank PLC shall incur a daily charge of $_____ per day, payable into the registry of the Court, for every day commencing from the date this Order is signed until the date the Appointment of Receiver/Manager and Application to Set Aside Registration Order have been withdrawn; it is further

ORDERED that Zenith Bank PLC shall immediately cease and desist from taking any further action against any of the Debtors in violation of the automatic stay; it is further

ORDERED that Zenith Bank PLC shall pay to the Debtors $_____, as damages and costs incurred directly attributable to Zenith Bank PLC's violations of the automatic stay, finally, it is

ORDERED that the Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Dated: June ___, 2018**

_____
**UNITED STATES BANKRUPTCY JUDGE**