## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re: | Case No. 18-32106 |
| Erin Energy Corporation, *et al.*,[1] | Chapter 11 |
| Debtors. | (Jointly Administered) |

### NOTICE OF SERVICE OF DISCOVERY

**PLEASE TAKE NOTICE THAT** on June 7, 2018, the Official Committee of Unsecured Creditors served the following documents upon the parties listed below in the manner indicated.

- NOTICE OF DEPOSITION OF PUBLIC INVESTMENT CORPORATION SOC. LTD PURSUANT TO FED. R. CIV. P. 30(b)(6); and

- THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS IN CONNECTION WITH (A) THE DEBTORS' USE OF CASH COLLATERAL AND (B) MOTION TO DISMISS OR CONVERT CHAPTER 11 CASES

| VIA FIRST CLASS US MAIL & ELECTRONIC MAIL | VIA FIRST CLASS US MAIL & ELECTRONIC MAIL |
|---|---|
| *(Counsel to Public Investment Corp. Soc. Ltd.)*<br>Laura R. Hall, Esq.<br>Ken Coleman, Esq.<br>Allen & Overy LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>**Email: Laura.Hall@AllenOvery.com**<br>**            Ken.Coleman@AllenOvery.com** | *(Counsel to Public Investment Corp. Soc. Ltd.)*<br>Rebecca L. Petereit, Esq.<br>Bradley R. Foxman, Esq.<br>Vinson & Elkins LLP<br>Trammell Crow Center<br>2001 Ross Avenue, Suite 3700<br>Dallas, TX 75201-2975<br>**Email: rpetereit@velaw.com**<br>**            bfoxman@velaw.com** |

---

[1] The last four digits of Erin Energy Corporation's federal tax identification number are 9798. The other Debtors in these cases are: Erin Energy Limited; Erin Energy Kenya Limited; and Erin Petroleum Nigeria Limited. The Debtors' service address is: 1330 Post Oak Blvd., Suite 2250, Houston, TX 77056.

1

| | |
|---|---|
| VIA ELECTRONIC MAIL<br><br>*(Counsel to the Debtors)*<br>Matthew S. Okin<br>David L. Curry, Jr.<br>John Thomas Oldham<br>Ryan A. O'Connor<br>OKIN ADAMS LLP<br>1113 Vine St, Suite 201<br>Houston, Texas 77002<br>**Email: mokin@okinadams.com**<br>           dcurry@okinadams.com<br>           joldham@okinadams.com<br>           roconnor@okinadams.com | |

Dated:   June 7, 2018         PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Steven W. Golden*
Jeffrey N. Pomerantz (admitted *pro hac vice*)
Ira D. Kharasch (admitted *pro hac vice*)
Jason H. Rosell (admitted *pro hac vice*)
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067
Telephone:  (310) 227-6910

Steven W. Golden (TX Bar No. 24099681)
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone:  (212) 561-7700

*Proposed Counsel for the*
*Official Committee of Unsecured Creditors*