## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| **ERIN ENERGY CORPORATION,** *et* | § | **Case No. 18-32106** |
| *al.,*[1] | § | |
| Debtors. | § | **Chapter 11** |
| | § | |
| | § | **(Jointly Administered)** |

### NOTICE OF HEARING ON DEBTORS'
### EMERGENCY MOTION FOR ENTRY OF AN ORDER HOLDING
### ZENITH BANK PLC IN CONTEMPT AND ZENITH BANK PLC'S
### RESPONSE TO DEBTORS' EMERGENCY MOTION

**PLEASE TAKE NOTICE** that a hearing will be held before the Honorable Marvin Isgur, United States Bankruptcy Judge, at the United States Bankruptcy Court, 515 Rusk, 4th Floor, Courtroom 404, Houston, Texas 77002 on **June 19, 2018 at 9:00 a.m. (CT)**, or at such other time as the court may determine, on the following motions and supporting documents requesting certain emergency relief (collectively, the "Motions"), which were filed by the Debtors in connection with the Chapter 11 Cases:

(i)    Debtors' Emergency Motion the Entry of an Order Pursuant to Sections 105(a) and 362 of the Bankruptcy Code Holding Zenith Bank PLC in Contempt for Violating the Automatic Stay [Docket No. 178]; and

(ii)    Zenith Bank PLC's Response Letter [Docket No. 187].

Copies of the above referenced Motions may be (i) inspected in the office of the Clerk of the Bankruptcy Court during normal business hours; and (ii) downloaded from the Bankruptcy Court's website at http://www.txs.uscourts.gov/bankruptcy. Please note that prior registration

---

[1] The last four digits of Erin Energy Corporation's ("ERN") federal tax identification number are 9798. The other Debtors in these cases are: Erin Energy Limited ("EEL"); Erin Energy Kenya Limited ("EEKL"); and Erin Petroleum Nigeria Limited ("EPNL").  The Debtors' service address is: 1330 Post Oak Blvd., Suite 2250, Houston, TX 77056.

with the PACER Service Center and payment of a fee may be required to access such documents. Requests for copies of the Motions and further information regarding hearing may also be made to proposed counsel for the Debtors using the contact information below.

Respectfully submitted this 11th day of June, 2018.

Respectfully submitted,

**OKIN ADAMS LLP**

By:      /s/ *Matthew S. Okin*
Matthew S. Okin
Texas Bar No. 00784695
mokin@okinadams.com
David L. Curry, Jr.
Texas Bar No. 24065107
dcurry@okinadams.com
John Thomas Oldham
Texas Bar No. 24075429
joldham@okinadams.com
Ryan A. O'Connor
Texas Bar No. 24098190
roconnor@okinadams.com
1113 Vine St., Suite 201
Houston, Texas 77002
Tel: 713.228.4100
Fax: 888.865.2118

**PROPOSED ATTORNEYS FOR THE DEBTORS**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 11, 2018 the foregoing Notice of Hearing was served upon filing via the Court's EM/ECF electronic system on all parties subscribing thereto and served via email as follows:

Charles Nwabulu
cnwabulu@kennapartners.com
Bridget Osazuwa
Counsel@kennapartners.com
Fabian Ajogwu
fajogwu@kennapartners.com
K. Erhonsele
kerhonsele@kennapartners.com
A. Oyusuf
aoyusuf@kennapartners.com
O. Adebo
oadebo@kennapartners.com
Paliechi Nonye-Okoronkwo
Pnonye-okoronkwo@kennapartners.com
C. Nnaji
cnnaji@kennapartners.com
KENNA PARTNERS
8, Ogunyemi Road
Palace Way, Oniru,
Victoria Island, Lagos
**COUNSEL FOR ZENITH BANK PLC**

*/s/ Matthew S. Okin*
Matthew S. Okin