IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| **ERIN ENERGY CORPORATION, *et al.*,**[1] | § § | Case No. 18-32106 |
| Debtors. | § § § § | Chapter 11 |

**ORDER PURSUANT TO 11 U.S.C. §365(a)
AUTHORIZING REJECTION OF RENTAL AGREEMENT WITH
FOUR OAKS PLACE OPERATING LP**

The Court, having considered Debtor's Motion for Order Pursuant to 11 U.S.C. § 365 Authorizing Rejection of Rental Agreement with Four Oaks Place Operating LP (the "Motion"), and the responses to same, if any, hereby finds that the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and 157, and further finds that the statutory predicate for the relief requested in the Motion is 11 U.S.C. § 365(a).  All parties-in-interest were provided adequate notice and opportunity for hearing.  It is hereby,

**ORDERED that:**

The Rental Agreement, evidenced by the Office Lease and Amendment attached to Debtors' Motion as Exhibit A, is hereby rejected and terminated effective April 25, 2018.

DATED: _____, 2018

_____
Honorable Marvin Isgur
United States Bankruptcy Judge

---

[1] The last four digits of Erin Energy Corporation's ("ERN") federal tax identification number are 9798. The other Debtors in these cases are: Erin Energy Limited ("EEL"); Erin Energy Kenya Limited ("EEKL"); and Erin Petroleum Nigeria Limited ("EPNL").  The Debtors' service address is: 1330 Post Oak Blvd., Suite 2250, Houston, TX 77056.