**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **ERIN ENERGY CORPORATION,** *et al.,*[1] | § | **Case No. 18-32106** |
| | § | |
| **Debtors.** | § | **Chapter 11** |
| | § | |
| | § | **(Joint Administration Requested)** |

<u>**CERTIFICATE OF SERVICE**</u>
**(Relates to Docket No. 178)**

Pursuant to the Affidavit of Service attached hereto as Exhibit "A" and signed by the Nigerian Counsel for ERN and EPNL, a true and correct copy of Debtor's Emergency Motion for the Entry of an Order Pursuant to Sections 105(a) an 362 of the Bankruptcy Code Holding Zenith Bank PLC in Contempt for Violating the Automatic Stay (Doc. No. 178) was hand-delivered by Onesimus Batur on June 8, 2018 to Kenna Partners and to Zenith Bank PLC on June 11, 2018 at their respective offices in the Lagos State, Nigeria.

Respectfully submitted this 11th day of June, 2018.

---

[1] The last four digits of Erin Energy Corporation's ("ERN") federal tax identification number are 9798. The other Debtors in these cases are: Erin Energy Limited ("EEL"); Erin Energy Kenya Limited ("EEKL"); and Erin Petroleum Nigeria Limited ("EPNL"). The Debtors' service address is: 1330 Post Oak Blvd., Suite 2250, Houston, TX 77056.

**OKIN ADAMS LLP**

By:     /s/ *David L. Curry, Jr.*
              Matthew S. Okin
              Texas Bar No. 00784695
              mokin@okinadams.com
              David L. Curry, Jr.
              Texas Bar No. 24065107
              dcurry@okinadams.com
              John Thomas Oldham
              Texas Bar No. 24075429
              joldham@okinadams.com
              Ryan A. O'Connor
              Texas Bar No. 24098190
              roconnor@okinadams.com
              1113 Vine St., Suite 201
              Houston, Texas 77002
              Tel: 713.228.4100
              Fax: 888.865.2118

              **PROPOSED ATTORNEYS FOR THE
              DEBTORS**