IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ERIN ENERGY CORPORATION, *et al.*,[1] | § | Case No. 18-32106 |
| | § | |
| Debtors. | § | Chapter 11 |
| | § | |
| | § | |

### SUPPLEMENTAL CERTIFICATE OF SERVICE
[Relates to Doc. No. 190]

      I hereby certify that on June 11, 2018 Debtors' Motion for Order Pursuant to 11 U.S.C. § 365(a) Authorizing Rejection of Rental Agreement with Four Oaks Place Operating LP (Doc. No. 190) was served upon filing via the Court's EM/ECF electronic system on all parties subscribing thereto, by regular mail on June 12, 2018 to the Debtors' Master Service List, and via electronic mail on June 12, 2018 to the following:

    Gus E. Pappas
    Heather L. Lingle
    Dabney Pappas PC
    gus@dabneypappas.com
    heather@dabneypappas.com
    **ATTORNEYS FOR FOUR OAKS**
    **PLACE OPERATING LP**

                                                        */s/ Matthew S. Okin*
                                                        Matthew S. Okin

DATED:  June 12, 2018.

---

[1] The last four digits of Erin Energy Corporation's ("ERN") federal tax identification number are 9798. The other Debtors in these cases are: Erin Energy Limited ("EEL"); Erin Energy Kenya Limited ("EEKL"); and Erin Petroleum Nigeria Limited ("EPNL").  The Debtors' service address is: 1330 Post Oak Blvd., Suite 2250, Houston, TX 77056.

Respectfully submitted,

**OKIN ADAMS LLP**

By:     /s/ *Matthew S. Okin*
    Matthew S. Okin
    Texas Bar No. 00784695
    mokin@okinadams.com
    David L. Curry, Jr.
    Texas Bar No. 24065107
    dcurry@okinadams.com
    John Thomas Oldham
    Texas Bar No. 24075429
    joldham@okinadams.com
    Ryan A. O'Connor
    Texas Bar No. 24098190
    roconnor@okinadams.com
    1113 Vine St., Suite 201
    Houston, Texas 77002
    Tel: 713.228.4100
    Fax: 888.865.2118

**PROPOSED ATTORNEYS FOR THE DEBTORS**