IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 18-32106 |
| | : | |
| **ERIN ENERGY CORPORATION,** *et al.*,[1] | : | |
| | : | |
| DEBTORs | : | CHAPTER 11 |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that Glencore Energy UK, Ltd., through its attorneys, the law firm of CHAFFE McCALL, LLP, enters its appearance in this matter pursuant to Bankruptcy Rules 2002, 3017, 6007 and 9010 and Sections 102(1), 342 and 1109(b) of the Bankruptcy Code and requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following:

>IVAN M. RODRIGUEZ
>CHAFFE MCCALL, LLP
>State Bar No.: 24058977
>Federal Bar No. 4566982
>801 Travis Street, Suite 1910
>Houston, Texas 77002
>Telephone: (713) 546-9800
>Facsimile: (713) 546-9806
>Email: rodriguez@chaffe.com

>-and-

>FERNAND L. LAUDUMIEY, IV, (LA Bar #24518)
>CHAFFE MCCALL, LLP
>2300 Energy Centre
>1100 Poydras Street
>New Orleans, Louisiana 70163-2300
>Telephone: (504) 585-7000
>Fax: (504) 585-7075
>laudumiey@chaffe.com AND bankruptcy@chaffe.com

---

[1] The last four digits of Erin Energy Corporation's ("ERN") federal tax identification number are 9798. The other Debtors in these cases are: Erin Energy Limited ("EEL"); Erin Energy Kenya Limited ("EEKL"); and Erin Petroleum Nigeria Limited ("EPNL"). The Debtors' service address is: 1330 Post Oak Blvd., Suite 2250, Houston, TX 77056.

3168381-1

- 2 -

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motions, petitions, pleadings, requests, complaints, demands, disclosure statements, plans of reorganization, and answering or reply papers whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopier or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any later appearance, pleading claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter.

DATED:  June 12, 2018.

    Respectfully submitted,

    CHAFFE MCCALL, L.L.P.

    _/s/ Ivan M. Rodriguez_
    **IVAN M. RODRIGUEZ**
    **Attorney in Charge**
    State Bar No.:  24058977
    Federal Bar No. 4566982
    801 Travis Street, Suite 1910
    Houston, Texas 77002
    Telephone:  (713) 546-9800
    Facsimile:  (713) 546-9806
    Email:  rodriguez@chaffe.com

    **ATTORNEYS FOR**
    **GLENCORE ENERGY UK, LTD**