UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 18-32106 |
|---|---|---|---|
| Debtor | In Re: | Erin Energy Corporation, et al. | |

This lawyer, who is admitted to the State Bar of _____Louisiana_____:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Fernand L. Laudumiey, IV<br>Chaffe McCall, LLP<br>2300 Energy Centre, 1100 Poydras Street<br>New Orleans, LA 70163-2300<br>504-585-7000<br>Louisiana: 24518 |
|---|---|

Seeks to appear as the attorney for this party:

| Glencore UK Ltd. | |
|---|---|
| Dated: 6/5/2018 | Signed: *[signature]* |

| COURT USE ONLY: The applicant's state bar reports their status as: _____. |
|---|
| Dated:  Signed: _____<br>Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                United States Bankruptcy Judge