UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | HOUSTON | Main Case Number | 18-32106 |
|---|---|---|---|
| Debtor | In Re: | ERIN ENERGY CORPORATION, et. al. | |

This lawyer, who is admitted to the State Bar of _____LOUISIANA_____:

| | |
|---|---|
| Name | LOUIS JEROME STANLEY |
| Firm | HENCHY VERBOIS & HACKENBERG |
| Street | 7904 WRENWOOD BLVD., SUITE C |
| City & Zip Code | BATON ROUGE, LA 70809 |
| Telephone | 225-926-1400 |
| Licensed: State & Number | LOUISIANA #12400 |

United States Courts
Southern District of Texas
FILED

JUN 13 2018

David J. Bradley, Clerk of Court

Seeks to appear as the attorney for this party:

ZENITH BANK PLC

Dated: June 12, 2018     Signed: /s/ Louis Jerome Stanley

COURT USE ONLY: The applicant's state bar reports their status as: __active__

Dated: 6/13/18     Signed: _____ Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____     _____
                               United States Bankruptcy Judge