# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| **ERIN ENERGY CORPORATION,** *et al.,*[1] | § | **Case No. 18-32106** |
| | § | |
| Debtors. | § | **Chapter 11** |
| | § | |
| | § | **(Jointly Administered)** |

## SCHEDULE OF ORDINARY COURSE PROFESSIONALS

| Name | Address | Service |
|---|---|---|
| Terra Marine Attorneys | 95 Awolowo Road SW Ikoyi, Lagos, Nigeria | Legal |
| Payce Consulting | Gambia Electrical Company Road, Off Jimpex Road, Kanifing Municipality, The Gambia | Consulting |
| Uzoma Achigbue, South Atlantic Chambers of The Gambia | 55 Garba Jahumpa Road, Bakau New Town, The Gambia | Legal |

---

[1] The last four digits of Erin Energy Corporation's ("ERN") federal tax identification number are 9798. The other Debtors in these cases are: Erin Energy Limited ("EEL"); Erin Energy Kenya Limited ("EEKL"); and Erin Petroleum Nigeria Limited ("EPNL").  The Debtors' service address is: 1330 Post Oak Blvd., Suite 2250, Houston, TX 77056.