

UNITED STATES BANKRUPTCY COURT                SOUTHERN DISTRICT OF TEXAS

ENTERED
06/14/2018

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | HOUSTON | Main Case Number | 18-32106 |
|---|---|---|---|
| Debtor | In Re: | ERIN ENERGY CORPORATION, et. al. | |

This lawyer, who is admitted to the State Bar of _____ LOUISIANA _____ :

| | |
|---|---|
| Name | LOUIS JEROME STANLEY |
| Firm | HENCHY VERBOIS & HACKENBERG |
| Street | 7904 WRENWOOD BLVD., SUITE C |
| City & Zip Code | BATON ROUGE, LA 70809 |
| Telephone | 225-926-1400 |
| Licensed: State & Number | LOUISIANA #12400 |

United States Courts
Southern District of Texas
FILED

JUN 13 2018

David J. Bradley, Clerk of Court

Seeks to appear as the attorney for this party:

| ZENITH BANK PLC | |
|---|---|
| Dated: June 12, 2018 | Signed: *Louis Jerome Stanley* |

| COURT USE ONLY: The applicant's state bar reports their status as: _active_ . |
|---|
| Dated: 6/13/18   Signed: _____ Deputy Clerk |

| Order |
|---|

This lawyer is admitted *pro hac vice*.

Signed: June 14, 2018

_____
Marvin Isgur
United States Bankruptcy Judge