IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **ERIN ENERGY CORPORATION,** *et* | § | **Case No. 18-32106** |
| *al.*,[1] | § | |
| **Debtors.** | § | **Chapter 11** |
| | § | |
| | § | **(Jointly Administered)** |

NOTICE OF HEARING ON DEBTORS'
EMPLOYMENT APPLICATIONS AND
ORDINARY COURSE PROFESSIONALS MOTION

**PLEASE TAKE NOTICE** that a hearing will be held before the Honorable Marvin Isgur, United States Bankruptcy Judge, at the United States Bankruptcy Court, 515 Rusk, 4th Floor, Courtroom 404, Houston, Texas 77002 on **June 19, 2018 at 9:00 a.m. (CT)**, or at such other time as the court may determine, on the following motions and supporting documents requesting certain emergency relief (collectively, the "Motions"), which were filed by the Debtors in connection with the Chapter 11 Cases:

(i)     Debtors' Application for an Order Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code Authorizing the Employment and Retention of Okin Adams LLP as Counsel for the Debtors [Docket No. 91];

(ii)    Debtors' Application Pursuant to Section 327(a) of the Bankruptcy Code Authorizing the Employment and Retention of Stout Risius Ross, LLC as Financial Advisor to the Debtors [Docket No. 93]; and

(iii)   Expedited Motion for Entry of an Order Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business [Docket No. 196].

---

[1] The last four digits of Erin Energy Corporation's ("ERN") federal tax identification number are 9798. The other Debtors in these cases are: Erin Energy Limited ("EEL"); Erin Energy Kenya Limited ("EEKL"); and Erin Petroleum Nigeria Limited ("EPNL").  The Debtors' service address is: 1330 Post Oak Blvd., Suite 2250, Houston, TX 77056.

Copies of the above referenced Motions may be (i) inspected in the office of the Clerk of the Bankruptcy Court during normal business hours; and (ii) downloaded from the Bankruptcy Court's website at http://www.txs.uscourts.gov/bankruptcy. Please note that prior registration with the PACER Service Center and payment of a fee may be required to access such documents. Requests for copies of the Motions and further information regarding hearing may also be made to proposed counsel for the Debtors using the contact information below.

Respectfully submitted this 15th day of June, 2018.

Respectfully submitted,

**OKIN ADAMS LLP**

By:     /s/ *Matthew S. Okin*
     Matthew S. Okin
     Texas Bar No. 00784695
     mokin@okinadams.com
     David L. Curry, Jr.
     Texas Bar No. 24065107
     dcurry@okinadams.com
     John Thomas Oldham
     Texas Bar No. 24075429
     joldham@okinadams.com
     Ryan A. O'Connor
     Texas Bar No. 24098190
     roconnor@okinadams.com
     1113 Vine St., Suite 201
     Houston, Texas 77002
     Tel: 713.228.4100
     Fax: 888.865.2118

**PROPOSED ATTORNEYS FOR THE DEBTORS**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 15, 2018 the foregoing Notice of Hearing was served upon filing via the Court's EM/ECF electronic system on all parties subscribing thereto.


        /s/ *Matthew S. Okin*
        Matthew S. Okin