Exhibit A

**Erin Energy - 4 Week Cash Forecast - DIP Loan**
*Summary Forecast ($)*

| CASH RECEIPTS AND DISBURSEMENTS | Week 1 | Week 2 | Week 3 | Week 4 |
|---|---|---|---|---|
| Beginning of Week | 6/18/2018 | 6/25/2018 | 7/2/2018 | 7/9/2018 |
| End of Week | 6/22/2018 | 6/29/2018 | 7/6/2018 | 7/13/2018 |
| **CASH, BEGINNING OF WEEK** | $ 36,359 | $ 36,000 | $ 36,000 | $ 36,000 |
| **RESTRICTED CASH** | | | | |
| **NET CASH, BEGINNING OF WEEK** | $ 36,359 | $ 36,000 | $ 36,000 | $ 36,000 |
| | | | | |
| **RECEIPTS** | | | | |
| Cash at MCB/PIC | $ - | $ - | $ - | $ - |
| **TOTAL RECEIPTS** | $ - | $ - | $ - | $ - |
| | | | | |
| **DISBURSEMENTS** | | | | |
| **DIRECT OPERATING DISBURSEMENTS** | | | | |
| OYO 7 Expenses | $ - | $ - | $ - | $ - |
| FPSO | - | - | - | - |
| Clean Up Well Lines | - | - | - | - |
| DIP Loan Fee | - | - | - | - |
| **TOTAL DIRECT OPERATING DISBURSEMENTS** | $ - | $ - | $ - | $ - |
| | | | | |
| **SG&A DISBURSEMENTS** | | | | |
| Misc (Including Travel) | $ 29,839 | $ 5,000 | $ - | $ 5,000 |
| Payroll | 178,861 | 44,089 | 90,500 | 10,000 |
| Benefits | 7,313 | 7,313 | - | - |
| Rents & Utilities | 50,450 | - | 36,900 | 6,000 |
| Accounting & Office Services (Oracle, Softwares) | 4,500 | - | - | 4,500 |
| Website & Other Services | 14,000 | - | - | 8,000 |
| Registration & Franchise Taxes | - | - | - | - |
| Insurance Expenses | - | 69,700 | - | - |
| **TOTAL SG&A DISBURSEMENTS** | $ 284,963 | $ 126,102 | $ 127,400 | $ 33,500 |
| | | | | |
| **RESTRUCTURING ADVISORS** | | | | |
| Financial Advisors | $ - | $ - | $ - | $ 80,000 |
| Debtor's Counsel | - | 20,000 | - | 75,000 |
| Unsecured Credit Committee | - | - | - | 20,000 |
| Trustee Fees | - | - | - | - |
| Broker Fees | - | 85,000 | - | - |
| **TOTAL RESTRUCTURING ADVISORS** | $ - | $ 105,000 | $ - | $ 175,000 |
| | | | | |
| **OTHER DISBURSEMENTS** | | | | |
| Asset Protection Payments | $ 46,424 | $ - | $ - | $ 55,240 |
| Other Misc | 15,000 | 15,000 | 15,000 | 15,000 |
| Other 3 | - | - | - | - |
| **TOTAL OTHER DISBURSEMENTS** | $ 61,424 | $ 15,000 | $ 15,000 | $ 70,240 |
| | | | | |
| **TOTAL DISBURSEMENTS** | $ 346,387 | $ 246,102 | $ 142,400 | $ 278,740 |
| | | | | |
| **NET CASH FLOW** | $ (346,387) | $ (246,102) | $ (142,400) | $ (278,740) |
| | | | | |
| **CASH BEFORE BORROWING** | $ (310,029) | $ (210,102) | $ (106,400) | $ (242,740) |
| | | | | |
| Interest Payments & Loan Fees | $ 10,702 | $ 7,611 | $ 4,404 | $ 16,153 |
| | | | | |
| **Loan Draws** | | | | |
| DIP Facility | 356,731 | 253,713 | 146,804 | 294,893 |
| **Total Loan Draws** | $ 356,731 | $ 253,713 | $ 146,804 | $ 294,893 |
| | | | | |
| **Loan Repayments** | | | | |
| DIP Facility | - | - | - | - |
| **Total Loan Repayments** | $ - | $ - | $ - | $ - |
| | | | | |
| **CASH, END OF WEEK** | $ 36,000 | $ 36,000 | $ 36,000 | $ 36,000 |
| | | | | |
| **CUMULATIVE BORROWING** | 356,731 | 610,444 | 757,248 | 1,052,142 |

**Erin Energy - 4 Week Cash Forecast - DIP Loan**

*Other Disbursements ($)*

|  | Week 1<br>6/18/2018<br>6/22/2018 | Week 2<br>6/25/2018<br>6/29/2018 | Week 3<br>7/2/2018<br>7/6/2018 | Week 4<br>7/9/2018<br>7/13/2018 |
|---|---:|---:|---:|---:|
| **Asset Protection Payments** | | | | |
| The Gambia Tax Authority | $ - | $ - | $ - | $ - |
| Kenya Fees | 1,424 | - | - | - |
| Nigeria Pay | - | - | - | - |
| Ghana Education Tax | - | - | - | - |
| Permitting Nigeria | - | - | - | |
| Cash Call for Gambia | - | - | - | - |
| Ghana Surface lease | - | - | - | - |
| Ghana Office Lease | 32,000 | - | - | - |
| Expenses for Ghana | - | - | - | 45,240 |
| Payce Consulting | 13,000 | - | - | 10,000 |
| **Total Asset Protection Payments** | $ 46,424 | $ - | $ - | $ 55,240 |
| **Other Misc** | | | | |
| Other Misc | $ 15,000 | $ 15,000 | $ 15,000 | $ 15,000 |
| **Total Other Misc** | $ 15,000 | $ 15,000 | $ 15,000 | $ 15,000 |
| **TOTAL OTHER DISBURSEMENTS** | $ 61,424 | $ 15,000 | $ 15,000 | $ 70,240 |