**DEBTORS AND DEBTORS' COUNSEL**

| | |
|---|---|
| Erin Energy Corporation | Matthew S. Okin |
| Erin Energy Limited | Texas Bar No. 00784695 |
| Erin Energy Kenya Limited | David L. Curry, Jr. |
| Erin Petroleum Nigeria Limited | Texas Bar No. 24065107 |
| 1330 Post Oak Boulevard | John Thomas Oldham |
| Suite 2250 | Texas Bar No. 24075429 |
| Houston, TX 77056 | Ryan A. O'Connor |
| | Texas Bar No. 24098190 |
| | **OKIN ADAMS LLP** |
| | 1113 Vine St, Suite 201 |
| | Houston, Texas 77002 |
| | Tel: 713.228.4100 |
| | Fax: 888.865.2118 |
| | mokin@okinadams.com |
| | dcurry@okinadams.com |
| | joldham@okinadams.com |
| | roconnor@okinadams.com |

**GOVERNMENT AGENCIES**

| | | |
|---|---|---|
| Christine March, | Internal Revenue Service | Texas Comptroller |
| Sr. Assistant US. Trustee | PO Box 7346 | PO Box 149348 |
| Stephen Statham, Trial Attorney | Philadelphia, PA 19101-7346 | Austin, TX 78714-9348 |
| Hector Duran, Trial Attorney | | |
| Office of the U.S. Trustee | | |
| 515 Rusk, Suite 3516 | | |
| Houston, TX 77002 | | |
| Christine.A.March@usdoj.gov | | |
| Stephen.Statham@usdoj.gov | | |
| Hector.Duran.Jr@usdoj.gov | | |
| | | |
| Securities & Exchange | Lagos Internal Revenue Service | Federal Ministry of |
| Commission | Itirin Court | Environment |
| 100 F Street, NE | Bishop Aboyade Cole Street | 7th & 9th Floors, Federal |
| Washington, DC 20549 | Victoria Island Lagos | Secretariat |
| | NIGERIA | Shehu Shagari Way PMB 468 |
| | | Garki, Abuja |
| | | NIGERIA |
| | | |
| Corporate Affairs Commission | Dept of Petroleum Resources | Nigerian Content Dev. Mgmt. |
| Dipo Akinbode, Banwo & | 7 Kofof Abayomi Street | Isaac Boro Expressway |
| Ighodalo | PMB 12650 | By Ololo Roundabout |
| 98 Awolowo Road | Victoria Island Lagos | Opolo, Yenagoa, Bayelsa |
| Iyoki Lagos | NIGERIA | NIGERIA |
| NIGERIA | Attn: Bello Lanre | info@ncdmb.gov.ng |
| Attn: Dipo Akinbode | Bello.o.y@drp.gov.ng | |
| dakinbode@banwo-ighodalo.com | (email failed) | |

Nigerian Nuclear Regulatory
Agency
Plot 565-565 Airport Road, Central
Area
PMB 559
Garki, Abuja
NIGERIA
Attn:  Dr. Yau Idris
yauidi@yahoo.com
yau.idris@nnra.gov.ng

Industrial Training Fund
2nd Floor Water-Front Plaza
270, Ozumba Mbadiwe Avenue
Victoria Island Lagos
NIGERIA
Attn:  Tunde Elelu
tundelelu@yahoo.com
itfvictoriaisland@itf.gov.ng

National Oil Spill Detection &
Response
Plot 22 Ilaje Road
Ijapo Housing Estate
Akure, Ondo
NIGERIA
Attn: Imeh Ekanem
Ekanemimea1@yahoo.com

Niger Delta Dev. Commission
Headquarter Office
167 Aba Road
Rivers State
NIGERIA
info@nddc.gov.ng (email failed)

Nigerian Maritime Admin &
Safety
4 Burma Road
PMB 12861
Apapa
NIGERIA

### SECURED CREDITORS

James Street Capital Limited
PO Box 32338 SMB
Genesis Building, 3rd Floor
Georgetown
Grand Cayman
CAYMAN ISLANDS

The Mauritius Commercial Bank
Limited
11th Floor, MCB Head Office
9-15 Sir William Newton Street
Port Louis
MAURITIUS

Zenith Bank PLC
Attn:    Michael Anokwuru
            Nnamdi Edekobi
            Sheriff Ogunrinola
Zenith Heights PO Box 75315
Plot 84/87 Ajose Adeogun Street
Victoria Island
Lagos
NIGERIA
Michael.Anokwuru@zenithbank.com
Nnamdi.Edekobi@zenithbank.com
Sheriff.Ogunrinola@zenithbank.com

James Street Capital Limited
c/o Herbert Smith Freehills
Paris LLP
66 Avenue Marceau
75008 Paris
FRANCE

Genesis Trust Corporate Services
Elgin Court, Elgin Avenue
PO Box 448
Georgetown
Grand Cayman KY1 1106
CAYMAN ISLANDS

Allied Energy PLC
Plot 1649 Olosa Street
PO Box 73178
Victoria Island
Lagos
NIGERIA

### TWENTY LARGEST CREDITORS (FOR EACH ENTITY)

Baker Botts, LLP
Attorneys at Law
910 Louisiana Street
Suite 3000
Houston, TX  77002

Natural Resources Global Capital
Partners
29 Farm Street
London England
UNITED KINGDOM W1J 5RL

Norton Rose Fulbright US, LLP
98 San Jacinto Boulevard
Suite 1100
Austin, TX  78701-4255

NYSE
5660 New Northside Dr. NW
3rd Floor
Atlanta, GA  3328

Jackson Walker, LLP
2323 Ross Avenue
Suite 600
Dallas, TX  75201

P2ES Holdings LLC
1670 Broadway
Suite 2800
Denver, CO  80202

Travel & More
7011 Harwin Drive
Suite 185
Houston, TX  77036

Pannell Kerr Forster of Texas, PC
5847 San Felipe
Suite 2600
Houston, TX  77057-3000

Earl W. McNiel Consultant
1606 Cambridge Oaks Circle
Houston, TX  77094

The Loev Law Firm, PC
6300 West Loop South
Suite 280
Bellaire, TX  77401

Workiva, Inc.
2900 University Blvd.
Ames, IA  50010

Broadridge ICS
300 Executive Drive
Edgewood, NY  11717

John Michael Stinson
6509 Edloe
Houston, TX  77055

Dudu Hlatshwayo
127 Greyvill Street
Kyalami Estates Midrand
SOUTH AFRICA

Canaccord Genuity Limited
88 Wood Street
London England
UNITED KINGDOM EC2V 7QR

Mindshift Technologies Inc.
500 Commack Road
Suite 140
Commack, NY  11725

Looper Goodwine, PC
1300 Post Oak Blvd.
Suite 2400
Houston, TX  77489

Johannesburg Stock Exchange
Private Bag X991174
Sandton, 2146
SOUTH AFRICA

Ipreo Data, Inc.
1359 Broadway
2nd Floor
New York, NY  10018

Renmark Financial Communications, Inc.
1050-3400 De Maisonneuve West
Montreal Quebec
CANADA H3Z 3B8

BGP Kenya Limited
Kalamu House 3rd Floor
Brookside Drive
PO Box 48272-00100
Nairobi
KENYA

Ministry of Energy Training Fund
23rd Floor, Nyayo House
Kenyatta Avenue
KENYA

Gina Din Kariuki
PO Box 42518
Nairobi
KENYA

Arora Properties Limited
Lion PL Waiyaki Way
Westlands
Nairobi
KENYA

Kenya Oil & Gas Association
PO Box 856-00606
Nairobi
KENYA

Bumi Armada Berhad
Armada Oyo Ltd.
1, Fusionopolis Walk #11-02
Solaris South Tower
138628
SINGAPORE

Transocean/Indigo
4 Greenway Plaza
Houston, TX  77046

GE/Pressure Controls Systems Nigeria Ltd.
Mansard Place, Plot 927-928
Bishop Aboyade Close Street
Victoria Island
Lagos
NIGERIA

Petromarine Nigeria Limited
2-4 Morsley Road
Off Gerard Road
Ikoyi
Lagos
NIGERIA

Schlumberger
10101 Woodloch Forest Drive
The Woodlands, TX  77380

Halliburton Operations Nigeria
Plot 90 Ajose Adeogun Street
Victoria Island
Lagos
NIGERIA

Pacific Bora Limited
Pacific International Drilling
1170 Katy Freeway
Suite 175
Houston, TX  77079

Schiste Oil & Gas Limited
1 Justice Rose Ukeje Street
Off Adeshola Akinnifesti Street
Lekki Scheme 1
Lagos

NIGERIA

Court Helicopters Nigeria Ltd.
Plot 1649 Olosa Street
Victoria Island
Lagos
NIGERIA

T1 Marine Services Limited
3rd Fl, Aqua Towers Complex
Plot 12A AJ Marinjo Drive
Off Sinari Daranijo St.
Victoria Island
Lagos
NIGERIA

Tilone Subsea Limited
c/o Uche T.K. Alaoma & Co.
13 Igbokwe Street, D/Line
Port Harcourt
NIGERIA

Crossbow Oilfield Industries &
Services
7 Shakiru Anjorin St.
Off Admiralty Road
Lekki Phase 1
Lagos
NIGERIA

JDR Cable Systems Limited
Attn:  Alistair Mackie
Littleport Innovation Park
177 Wisbech
Littleport Cambridgeshire
UNITED KINGDOM CB6 1RA

Multiplan Nigeria Limited
7 Rumuogba Estate Road
Port Harcourt
Lagos
NIGERIA

Oceaneering Services Nigeria
Eleganza Estate, KM 20
Lekke Epe Express
2nd Tollgate After Chevron
Junction
Lekki
Lagos
NIGERIA

Frank's International WA (BVI)
Jebel Ali South Zone
PO Box 12388
Dubai
UAE

Intels Nigeria Limited
Onne Oil & Gas Free Zone
Onne
NIGERIA

AOS Orwell Limited
2nd Floor, Lateef Jakande House
3/5 Adeyemo Alakija St.
Victoria Island
Lagos
NIGERIA

Public Investment Corp SOC
Menlyn Main Central Square
Waterkloof Glen
Extension 2 0181
Pretoria
SOUTH AFRICA

**PARTIES REQUESTING NOTICE**

Pasadena Insurance Agency, Inc.
Michael J. Durrschmidt
T. Raybourn
V. Dessens
Hirsch & Westheimer, PC
1415 Louisiana, 36th Floor
Houston, TX  77002
mdurrschmidt@hirschwest.com
traybourn@hirschwest.com
vdessens@hirschwest.com

Oceaneering Svcs Nigeria Ltd.
David S. Elder
G. Gattis
R. Diep
Foley & Lardner LLP
1000 Louisiana Street,
Suite 2000
Houston, TX  77002
dselder@foley.com
ggattis@foley.com
rdiep@foley.com

Armada Oyo Limited
Bumi Armada (Singapore) Pte. Ltd.
Kevin M. Lippman, Esq.
P. Moore, J. Cornwell, S. Sturm
Munsch Hardt Kopf & Harr, PC
500 N. Akard Street, Suite 3800
Dallas, TX  75201-6659
klippman@munsch.com
pmoore@munsch.com
jcornwell@munsch.com
ssturm@munsch.com

Harris County
c/o Tara L. Grundemeier
Linebarger Goggan Blair et al
PO Box 3064
Houston, TX  77253-3064
Houston_bankruptcy@publicans.com

Halliburton Energy Services
c/o Omar J. Alaniz
Baker Botts LLP
2001 Ross Avenue, Suite 700
Dallas, TX  75201-2980
Omar.alaniz@bakerbotts.com

Transocean Offshore &
Indigo Drilling
c/o James R. Prince
Baker Botts, LLP
2001 Ross Avenue, Suite 700
Dallas, TX  75201
jim.prince@bakerbotts.com

Four Oaks Place Operating, LP
Gus E. Pappas
Heather L. Lingle
Dabney Pappas
1776 Yorktown, Suite 425
Houston, TX  77056
gus@dabneypappas.com
heather@dabneypappas.com

Mauritius Commercial Bank
Ltd.
c/o Benjamin Mills &
Jonathan C. Cross
Herbert Smith Freehills NY
LLP
450 Lexington Avenue, 14th Fl.
New York, NY  10017
Benjamin.mills@hsf.com
Jonathan.cross@hsf.com

Oltasho Nigeria Limited
c/o Kwame N. Cane, Esq.
Looper Goodwine, PC
1300 Post Oak Blvd, Suite 2400
Houston, TX  77056
kcain@loopergoodwine.com

Public Investment Corp. Soc. Ltd.
c/o Rebecca L. Petereit &
Bradley R. Foxman
Vinson & Elkins LLP
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, TX  75201-2975
rpetereit@velaw.com
bfoxman@velaw.com

Public Investment Corp. Soc. Ltd.
c/o Laura R. Hall &
Ken Coleman
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY  10020
Laura.Hall@AllenOvery.com
Ken.Coleman@AllenOvery.com

Pacific Bora Ltd and Pacific Int'l
Drilling West Africa Ltd.
c/o Elizabeth J. Futrell
Jones Walker LLP
201 St. Charles Ave., Suite 5100
New Orleans, LA  70170-5100
efutrell@joneswalker.com

Baker Hughes
c/o Phil F. Snow
W. Ross Spence
Snow Spence Green LLP
2929 Allen Parkway, Suite 2800
Houston, TX  77019
philsnow@snowspencelaw.com
ross@snowspencelaw.com

Baker Hughes
c/o Christopher J. Ryan
PO Box 4740
Houston, TX  77210-4740

Nigerian Agip Exploration Ltd.
Ronald J. Silverman, Esq.
Hogan Lovells US LLP
875 Third Avenue
New York, NY  10022
Ronald.silverman@hoganlovells.com

Nigerian Agip Exploration Ltd.
M. Shane Johnson, Esq.
Hogan Lovells US LLP
875 Third Avenue
New York, NY  10022
shane.johnson@hoganlovells.com

Nigerian Agip Exploration Ltd.
John D. Beck, Esq.
Hogan Lovells US LLP
875 Third Avenue
New York, NY  10022
john.beck@hoganlovells.com

BDO USA, LLP
Laurence W. Goldberg
Director, Receivables Management
4135 Mendenhall Oaks Pkwy, #140
High Point, NC  27265
lgoldberg@bdo.com

JDR Cable Systems Limited
Richard W. Staff
Jeff Weems
Staff Weems LLP
6363 Woodway, Suite 1100
Houston, TX  77057
rstaff@staffweems.com
jweems@staffweems.com

Official Committee of
Unsecured Creditors
Jeffrey N. Pomerantz
Ira D. Kharasch
Jason H. Rosell
Pachulski Stang Ziehl & Jones
10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA  90067
jpomerantz@pszjlaw.com
ikharash@pszjlaw.com
jrosell@pszjlaw.com

Official Committee of
Unsecured Creditors
Steven W. Golden
Pachulski Stagn Ziehl & Jones
780 Third Avenue, 34th Floor
New York, NY  10017
sgolden@pszjlaw.com

Unitech International, Inc.
c/o Brian W. Zimmerman
Zimmerman Axelrad Meyer et al
3040 Post Oak Blvd, Suite 1300
Houston, TX  77056-6560
bzimmerman@zimmerlaw.com

Glencore Energy UK, Ltd.
c/o Ivan M. Rodriguez
Chaffe McCall, LLP
801 Travis Street, Suite 1910
Houston, TX  77002
rodriguez@chaffe.com

Glencore Energy UK, Ltd.
c/o Fernand L. Laudumiey, IV
Chaffe McCall, LLP
2300 Energy Centre
1100 Poydras Street
New Orleans, LA  70163-2300
laudumiey@chaffe.com
bankruptcy@chaffe.com

Louis Jerome Stanley
Henchy Verbois & Hackenberg
7904 Wrenwood Blvd, Suite C
Baton Rouge, LA  70809

John A. Morris, Esq.
Pachulski Stang Ziehl & Jones
780 Third Avenue, 34th Floor
New York, NY  10017-2024

Gregory F. Holcombe
c/o Melanie Gray
John B. Strasburger
Lauren Randle
1111 Louisiana, 25th Floor
Houston, TX  77002
mggray@winston.com
jstrasburger@winston.com
lrandle@strasburger.com

Gregory F. Holcombe
c/o Justin E. Rawlins
Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA  90071
jrawlins@winston.com