

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ERIN ENERGY CORPORATION, *et al.*,[1] | § | Case No. 18-32106 |
| | § | |
| Debtors. | § | Chapter 11 |
| | § | |
| | § | (Jointly Administered) |

**AGREED ORDER PURSUANT TO 11 U.S.C. §365(a)
AUTHORIZING REJECTION OF RENTAL AGREEMENT WITH
FOUR OAKS PLACE OPERATING LP AND OTHER INTERIM RELIEF**
(Relates to Docket Nos. 190 and 235)

The Court, having considered Debtor's Motion for Order Pursuant to 11 U.S.C. § 365 Authorizing Rejection of Rental Agreement with Four Oaks Place Operating LP (the "Motion")[2], and the Response by Four Oaks Place Operating LP (the "Response") to same, and after hearing the parties have agreed to the relief set forth below as a fair and equitable compromise, hereby finds that the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334, and further finds that the statutory predicate for the relief requested in the Motion is 11 U.S.C. § 365(a). All parties-in-interest were provided adequate notice and opportunity for hearing. It is hereby,

**ORDERED that:**

1. The Rental Agreement, evidenced by the Office Lease and Amendment attached to Debtors' Motion as Exhibit A, (the "Lease") is hereby rejected and terminated *nun pro tunc* to the Petition Date.

---

[1] The last four digits of Erin Energy Corporation's ("ERN") federal tax identification number are 9798. The other Debtors in these cases are: Erin Energy Limited ("EEL"); Erin Energy Kenya Limited ("EEKL"); and Erin Petroleum Nigeria Limited ("EPNL"). The Debtors' service address is: 1330 Post Oak Blvd., Suite 2250, Houston, TX 77056.

[2] Capitalized terms not defined herein shall have meanings set forth in the Motion.

2.      Four Oaks Place Operating LP (the "Landlord") is authorized and approved to immediately take possession, custody and control of the Leased Premises.

3.      The furniture, fixtures and equipment currently located in the Leased Premises are relinquished to and shall remain therein for the Landlord's sole use and benefit. Further, the Debtors are authorized and approved to execute a Bill of Sale to effectuate the transfer of ownership of such furniture, fixtures and equipment in the Leased Premises to the Landlord.

4.      The automatic stay is hereby modified to permit the Landlord to immediately offset the pre-petition security deposit being held in connection with the Lease in the amount of $10,045.01 against the Landlord's pre-petition claim (including any claim for damages resulting from the rejection and termination of the Lease) that has been or could have been asserted by the Landlord in the above-captioned case.

5.      As it relates solely to the Lease, the Court acknowledges the mutual agreement of the Debtors and Landlord to release all claims, demands, debts, liens, cause or causes of action at law or in equity against the other, whether under contract or otherwise, known or unknown, heretofore or hereafter accruing or arising out of or in any manner related to the Lease, and the Landlord shall not seek any further recovery from the Debtors in the above-captioned cases arising out of or pertaining to obligation(s) of the Debtors under the Lease.

6.      For the avoidance of doubt, nothing in this Order shall modify, diminish, or alter any rights and obligations of either the Debtors or the Landlord with respect to the Debtors' possession and occupancy in 1330 Post Oak Boulevard, Suite 2250, Houston, TX 77056.

Signed: July 02, 2018

_____
Marvin Isgur
United States Bankruptcy Judge

AGREED TO FORM AND SUBSTANCE:

**DABNEY PAPPAS**

By: /s/ *Heather L. Lingle*
   Gus E. Pappas
   Texas Bar No. 15454850
   Heather L. Lingle
   Texas Bar No. 24055858
   heather@dabneypappas.com
   1776 Yorktown, Suite 425
   Houston, Texas 77056
   Tel: 713.621-2678
   Fax: 713.621-0074

**ATTORNEYS FOR FOUR OAKS PLACE OPERATING, LP**

**OKIN ADAMS LLP**

By: /s/ *David L. Curry, Jr.*
   Matthew S. Okin
   Texas Bar No. 0784695
   mokin@okinadams.com
   David L. Curry, Jr.
   Texas Bar No. 24065107
   dcurry@okinadams.com
   John Thomas Oldham
   Texas Bar No. 24075429
   joldham@okinadams.com
   Ryan A. O'Connor
   Texas Bar No. 24098190
   roconnor@okinadams.com
   1113 Vine Street, Suite 240
   Houston, Texas 77002
   Tel. 713.228.4100
   Fax 888.865.2118

**ATTORNEYS FOR THE DEBTORS**