

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
07/12/2018

| | | |
|---|---|---|
| IN RE:<br>**ERIN ENERGY CORPORATION; fdba CAMAC ENERGY INC.; fdba PACIFIC ASIA PETROLEUM INC.,** *et al* | § § § § § § | CASE NO: 18-32106 |
| **ERIN ENERGY LTD.; fdba CAMAC ENERGY LTD.** | § § § § | CASE NO: 18-32107 |
| **ERIN ENERGY KENYA LIMITED; fdba CAMAC ENERGY KENYA LIMITED** | § § § § | CASE NO: 18-32108 |
| **ERIN PETROLEUM NIGERIA LIMITED; fdba CAMAC PETROLEUM LIMITED**<br><br>Debtor(s) | § § § § § § § | CASE NO: 18-32109<br><br>Jointly Administered Order<br><br>CHAPTER 11 |

**ORDER AUTHORIZING CERTAIN PAYMENTS**
**AND**
<u>**ORDER CONVERTING CASES**</u>

For the reasons set forth on the record on this date, the Court orders:

1. To the extent previously or hereafter approved by the DIP lender, the Debtor is authorized to spend its existing cash on hand (to the extent that such cash was received as an advance on the DIP Loan) to pay post-petition payroll obligations, including all taxes due on any post-petition payroll.

2. The authorization in paragraph 1 of this Order expires at 8:59 a.m. on July 13, 2018.

3. Effective at 9:00 a.m. on July 13, 2018, these cases are converted to cases under chapter 7 of the Bankruptcy Code.

4. Upon conversion, the DIP Lender shall fund $458,000.00 for use by the Chapter 7 Trustee, in accordance with the terms of the DIP Loan as directed by the Trustee.

5. The DIP Lender shall not incur any liability or responsibility or have any additional funding obligation as a consequence of the payments authorized by paragraph 1 of this Order.

SIGNED <u>**July 12, 2018.**</u>

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE