IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: § | |
| § | Case No. 18-32106 |
| **ERIN ENERGY CORPORATION,** *et al.*,[1] § | |
| § | Chapter 11 |
| **Debtors.** § | |
| § | (Jointly Administered) |

**NOTICE OF FILING FIRST AND FINAL FEE APPLICATION OF
OKIN & ADAMS, COUNSEL FOR DEBTORS, FOR
THE PERIOD APRIL 26, 2018 THROUGH JULY 12, 2018**

On August 9, 2018, Okin & Adams LLP ("Okin Adams" or "Applicant"), counsel for the Debtors (the "Debtors"), files its First and Final Fee Application for the period April 26, 2018 through July 12, 2018 ("Application").

The fees incurred for the period of April 26, 2018 through July 12, 2018 are $324,689.50 (fees) and $7,599.94 (expenses). The total fees and expenses sought by Okin Adams are $332,289.44, for which Okin Adams seeks full and final approval.

> **THE APPLICATION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE APPLICATION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE APPLICATION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE APPLICATION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE TO GRANT THE RELIEF REQUESTED IN THE APPLICATION AT THE HEARING.**

---

[1] The last four digits of Erin Energy Corporation's ("ERN") federal tax identification number are 9798. The other Debtors in these cases are: Erin Energy Limited ("EEL"); Erin Energy Kenya Limited ("EEKL"); and Erin Petroleum Nigeria Limited ("EPNL"). The Debtors' service address is: 1330 Post Oak Blvd., Suite 2250, Houston, TX 77056.

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

You may request, in writing or by phone, a copy of the Application from Bridget Moore at the address/phone number for counsel below, and such copy will be provided to you.

**DATED**:  August 15, 2018.

                                               Respectfully submitted,

                                               **OKIN ADAMS LLP**

By:     /s/ *Matthew S. Okin*
       Matthew S. Okin
       Texas Bar No. 00784695
       mokin@okinadams.com
       David L. Curry, Jr.
       Texas Bar No. 24065107
       dcurry@okinadams.com
       John Thomas Oldham
       Texas Bar No. 24075429
       joldham@okinadams.com
       Ryan A. O'Connor
       Texas Bar No. 24098190
       roconnor@okinadams.com
       1113 Vine St., Suite 240
       Houston, Texas 77002
       Tel: 713.228.4100
       Fax: 888.865.2118

                                               **ATTORNEYS FOR THE DEBTORS**

## CERTIFICATE OF SERVICE

This will certify that, on August 15, 2018, a true and correct copy of the foregoing pleading was forwarded via this Court's CM/ECF notification system to those parties registered for such service and on August 15, 2018 via first class mail upon the parties listed upon the attached service list.

    */s/ Matthew S. Okin*
    Matthew S. Okin