## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ERIN ENERGY CORPORATION, *et al.*,[1] | § | Case No. 18-32106 |
| | § | |
| DEBTORS. | § | (Chapter 7) |
| | § | |
| | § | (Jointly Administered) |

### NOTICE OF AUCTION OF OFFICE EQUIPMENT AND FURNITURE
(This Notice relates to ECF No. 353.)

TO ALL CREDITORS AND OTHER PARTIES-IN-INTEREST:

PLEASE TAKE NOTICE that:

- on April 25, 2018, Erin Energy Corporation (the "Debtor"), Erin Energy Limited, Erin Energy Kenya Limited, and Erin Petroleum Nigeria Limited (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code;

- on July 12, 2018, the Judge entered an order converting the Debtors' cases to cases under chapter 7 of the Bankruptcy Code; and

- on July 13, 2018, the United States Trustee appointed Ronald J. Sommers as the chapter 7 trustee (the "Trustee") of the Debtors' estates.

PLEASE TAKE FURTHER NOTICE that on August 14, 2018, the Court granted the Trustee's *(I) Application to Employ and Compensate Shattuck LLC as Auctioneer*; *and (II) Motion to Authorize Sale of Office Equipment and Furniture* [ECF No. 350] (the "Motion").

PLEASE TAKE FURTHER NOTICE that pursuant to the Motion, the Trustee is auctioning all computer towers, computer monitors, artwork, and other miscellaneous equipment previously located at the Debtors office at 1330 Post Oak Boulevard, Suite 2250 Houston, Texas 77056 as well as various pieces of furniture formerly housed at the Debtor's storage facility at Public Storage on the West Loop (collectively, the "Assets").

---

[1] The last four digits of Erin Energy Corporation's federal tax identification number are 9798. The other Debtors in these cases are: Erin Energy Limited; Erin Energy Kenya Limited; and Erin Petroleum Nigeria Limited. The Debtors' service address is: 1330 Post Oak Blvd., Suite 2250, Houston, TX 77056.

PLEASE TAKE FURTHER NOTICE that the Assets will be auctioned by Shattuck, LLC through its auction website, www.slapsale.com.  The auction will commence on **Wednesday September 5, 2018 at 10:00 am CST and close by 5:00 pm on Wednesday, September 19, 2018**.

Dated:  August 22, 2018            Respectfully submitted,

                            DIAMOND McCARTHY LLP

/s/ *Michael D. Fritz*
Kyung S. Lee
TBA No. 12128400
klee@diamondmccarthy.com
Michael D. Fritz
TBA No. 24083029
mfritz@diamondmccarthy.com
Two Houston Center
909 Fannin, 37th Floor
Houston, TX 77010
Telephone: (713) 333-5100
Facsimile: (713) 333-5199

*Counsel for Ronald J. Sommers,*
*Chapter 7 Trustee for the Debtors*

## **CERTIFICATE OF SERVICE**

   I hereby certify that a true and correct copy of the foregoing Notice was served on August 22, 2018, (i) by electronic notice to all parties registered to receive CM/ECF notice from the court, and (ii) by United States Mail, first class, postage prepaid to all parties on the attached creditor matrix for Erin Energy Corporation filed in Case No. 18-32106.

                 */s/ Michael Fritz*

Baker Hughes, a GE Company, LLC
P O Box 4740
Houston, TX 77210-4740

8

F

Four Oaks Place Operating, LP
Dabney Pappas
1776 Yorktown
Suite 425
Houston, TX 77056-4154

Glencore Energy UK, Ltd.
1330 Post Oak Blvd., Ste. 2250
Houston, Tx 77056-3871

Harris County
Linebarger Goggan Blair & Sampson LLP
c/o Tara L. Grundemeier
P.O. Box 3064
Houston, TX 77253-3064

JDR Cable Systems Limited
Staff Weems LLP
6363 Woodway
Suite 1100
Houston, TX 77057-1796

Okin Adams LLP
Okin Adams LLP
1113 Vine St
Suite 240
Houston, TX 77002-1044

Pacific Bora Ltd
c/o Elizabeth J. Futrell
201 St. Charles Avenue
Suite 5100
New Orleans, LA 70170-5101

Pacific International Drilling West Africa L
c/o Elizabeth J. Futrell
201 St. Charles Avenue
Suite 5100
New Orleans, LA 70170-5101

ABM Global Services Ltd.
84 Iron Bar Street
Lekki
Lagos
NIGERIA

ADP LLC
PO Box 842875
Boston, MA 02284-2875

AFLAC Worldwide Headquarters
Attn:  Policyholder Services
1932 Wynnton Road
Columbus, GA 31999-0001

AMA Horizon, Inc.
dba Minuteman Press - Post Oak
4212 San Felipe Rd.
PMB #386
Houston, TX 77027-2902

AOS Orwell Limited
2nd Floor, Lateef Jakande House
3/5 Adeyemo Alakijo St.
Victoria Island Lagos
NIGERIA

AOS Orwell Limited
PLOT 272 Trans Amadi Industrial Layout
Port Harcourt
River States
NIGERIA

ARC Document Solutions
PO Box 203890
Dallas, TX 75320-3890

Adedokun Adenipekun
263 Valley Point Place NW
Lagos
Lagos
NIGERIA

Aedes Energia Limited
Block 4, Suite 9 Barbeach Towers
Bishop Oluwole Street
Victoria Island Lagos
NIGERIA

Airtel Ghana Ltd.
GNAT Heights, No. 30 Independence Ave
North Ridge PMB Acra-North
Accra
GHANA

Ajikol Travels & Public Relations
Plot 1649 Olosa Street
Victoria Island
Lagos
NIGERIA

Aker Solutions, Inc.
PO Box 421646
Houston, TX 77242-1646

Alison Lauschke
652 Hummingbird Court
Jacksonville, FL 32259-4316

Amegy Bank of Texas
PO Box 27459
Houston, TX 77227-7459

Andrews Kurth, LLP
PO Box 301276
Dallas, TX 75303-1276

Ann Harris Bennett
Tax Assessor Collector
PO Box 4622
Houston, TX 77210-4622

Ariosh Limited
5 Idowu Taylor Street
Victoria Island
Lagos
NIGERIA

Armada Etan Limited
Level 21 Menara Perak
24 Jalan Perak 50450
Kuala Lumpur Selganor
MALAYSIA

Arora Properties Limited
Lion PL Waiyaki Way Westlands
Nairobi
KENYA

Artee Industries Limited
58 Town Planning Way
Ilupeju
Lagos
NIGERIA

Axia Resources
P. O. Box 3686, Dept. 110
Houston, TX 77253-3686

BDO USA LLP
c/o Laurence W. Goldberg
Director, Receivables Management
4135 Mendenhall Oaks Parkway, Ste. 140
High Point, NC 27265-8051

BGP Kenya Limited
Kalamu House 3rd Floor, Brookside Drive
PO Box 48272-00100
Nairobi
KENYA

BGP Kenya Limited
Kalamu House, 3rd Floor Off Brookside Dr
Grevillea Grove, Westlands
PO Box 48272-00100, Nairobi
KENYA

BJ Services Company NIG Limited
Plot 7 Nkpogu Trans Amadi
Port Harcourt
River States
NIGERIA

Babatunde Olusegun Omidele
6407 Grand Canyon Gate
Katy, TX 77450-5426

Baker Botts LLP
Attorneys at Law
910 Louisiana Street
Suite 3000
Houston, TX 77002-4908

Baker Botts LLP
Attorneys at Law
PO Box 301251
Dallas, TX 75303-1251

Baker Hughes Company Limited
10b, Club Road Ikoyi
Lagos
Lagos
NIGERIA

Balmoral Offshore Engineering
Balmoral Park, AB12 3GY
Loirston
Aberdeen
SCOTLAND

Bank of America, NA
PO Box 831547
Dallas, TX 75283-1547

Banwo And Ighodalo
98, Awolowo Way
Ikoyi
Lagos
NIGERIA

Belcorp Integrated Systems Limited
19 Awoniyi Elemo Street
Ajao Estate
Lagos
NIGERIA

Belcorp Integrated Systems Limited
19 Awoniyi Elemo Street Ajao Estate
Lagos
Lagos
NIGERIA

Berke-Weiss Law PLC
950 Third Avenue
32nd Floor
New York, NY 10022-2717

Beverly Hills Hotel
Plot 130 Woji Road, GRA, Phase II
P.O. Box 4063
Port Harcourt
NIGERIA

Bidvest Execuflora
Plot 111 Of Portion 74 Nietgedacht
Postnet Suite 16
Byanston Gauteng
SOUTH AFRICA

Bidvest Steiner
PO Box 16 Sandton    2163
Kya
Sands
SOUTH AFRICA

Boston Investments Ltd
39 Josiah Tongogara St. Labone
PBM CT 413 Cantoments
Accra Ghana
WEST AFRICA

Bourbon Interoil Nigeria
Ground Floor, ITT Building, FOT Onne
Rivers State BP 518
Port Harcourt Lagos
NIGERIA

Broadridge ICS
300 Executive Drive
Edgewood, NY 11717-8382

| | | |
|---|---|---|
| Broadridge ICS<br>P.O.Box 416423<br>Boston, MA 02241-6423 | Brone Positioning & Survey Ltd.<br>162 Abonnema Close Rumogba Estate<br>Port Harcourt<br>Rivers State<br>NIGERIA | Bud Griffin Customer Support, Inc.<br>P. O. Box 1710<br>Bellaire, TX 77402-1710 |
| Bumi Armada Berhad<br>Armada Oyo Ltd<br>Level 21, Menara Perak<br>Golden Triangle Kuala Lumpur<br>MALAYSIA | Bumi Armada Berhad / Armada Oyo Ltd.<br>1, Fusionopolis Walk, #11-02<br>Solaris South Tower<br>138628<br>SINGAPORE | Business Wire, Inc.<br>Department 34182 P.O. Box 39000<br>San Francisco, CA 94139-0001 |
| CAMAC International Corp.<br>1330 Post Oak Blvd.<br>Suite 2200<br>Houston, TX 77056-3019 | CCH Incorporated<br>P.O. Box 4307<br>Carol Stream, IL 60197-4307 | CNS Marine Nig Limited<br>Plot 25 Lawrence Akande<br>Off Prof. Kiumi Akingbeyin Street<br>Lagos Lagos<br>NIGERIA |
| Canaccord Genuity Limited<br>88 Wood Street<br>London<br>England<br>UNITED KINGDOM EC2V 7QR | Century Ports And Terminal Limited<br>Plot 21, Prince Adelowo Adedeji Street,<br>Lekki<br>Lagos<br>NIGERIA | Chesroc Nigeria Ltd.<br>Plot 236 Iyaowuna Drive<br>Off Peter Odili Trans Am<br>Port Harcourt<br>NIGERIA |
| Chorus Call Inc<br>P.O. Box 3830<br>Pittsburgh, PA 15230-3830 | Cisco Web Ex, LLC<br>16720 Collections Center Drive<br>Chicago, IL 60693-0167 | Citrix Systems Inc<br>851 W Cypress Creek Rd.<br>Ft. Lauderdale, FL 33309-2040 |
| Cityflex Express Limited<br>20 Aromire Ave.<br>Ikeja<br>Lagos<br>NIGERIA | Coastland Energy Logistics Limited<br>Plot 9 Professor Gabriel Olusanya Street<br>Lagos<br>Lagos<br>NIGERIA | Cocacc Resources Nig Company Ltd<br>4 Rumuchukivu Lane<br>Port Harcourt<br>River States<br>NIGERIA |
| Cogent Communications Inc<br>P O Box 791087<br>Baltimore, MD 21279-1087 | Coje Engineering Limited<br>Port Harcourt<br>Lagos<br>NIGERIA | Computershare Inc<br>Dept CH 16934<br>Palatine, IL 60055-6934 |
| Continental Stock Transfer & Trust Co.<br>17 Battery Place<br>New York, NY 10004-1123 | Corporate Affairs Commission<br>Dipo Akinbode, Banwo & Ighodalo<br>98 Awolowo Road, Iyoki<br>Lagos<br>NIGERIA | Coulson Harney Advocates<br>Unit A, Nairobi Business Park<br>Ngong Road PO Box 10643-00100<br>Nairobi<br>KENYA |
| Court Helicopters Nigeria Limited<br>Plot 1649 Olosa Street<br>Victoria Island<br>Lagos<br>NIGERIA | Court Helicopters Nigeria Limited<br>Private Terminal, Domestic Wing, Murtala<br>Ikeja<br>Lagos<br>NIGERIA | Covenantshol Communicationns<br>4, Taiwo Lane, Mushin<br>Lagos<br>Lagos<br>NIGERIA |
| Covet Integrated Services<br>No 5 Road 2 Harmony Estate Elelenwo<br>Port Harcourt<br>Rivers State<br>NIGERIA | Crossbow Oilfield Industries & Services<br>7 Shakiru Anjorin Street<br>Off Admiralty Street<br>Lekki Phase 1 Lagos<br>NIGERIA | Cyril Ozoemenam<br>60 Ladega Street<br>Olodi Apapa<br>Lagos<br>NIGERIA |

| | | |
|---|---|---|
| DISA Global Solutions Inc.<br>dba DISA Inc.<br>10900 Corporate Center Drive<br>Suite 250<br>Houston, TX 77041-5248 | Dafe Anthony Onoro<br>2, Ochomma Drive Sunlight Estate<br>Port Harcourt<br>River States<br>NIGERIA | Delaware Secretary Of State<br>Division Of Corporations<br>Binghampton, NY 13902-5509 |
| Deloitte Tax LLP<br>P. O. Box 2079<br>Carol Stream, IL 60132-2079 | Department of Petroleum Resources<br>7 Kofof Abayomi Street<br>PMB 12650<br>Victoria Island Lagos<br>NIGERIA | Dept of Petroleum Resources (DPR)<br>Upstream & Downstream Ops<br>7 Kofo Abayomi Street<br>Victoria Island Lagos<br>NIGERIA |
| Deralen Services NIG Ltd<br>Km 3, NTA/Choba Road Ozuoba<br>Port Harcourt<br>River States<br>NIGERIA | Design Consultants<br>PO Box  AN 6557<br>Accra<br>Ghana<br>WEST AFRICA | Donels Associates Limited<br>4 Lanre Adeyemi Street Ojodu Abiodun<br>Ikeja<br>Lagos<br>NIGERIA |
| Dorothy Egbuchulam<br>5, Dopemu  Akowonjo Opposite Zenith Bank<br>Lagos<br>Lagos<br>NIGERIA | Dudu Hlatshwayo<br>127 Greyvill Street<br>Kyalami Estates<br>Midrand<br>SOUTH AFRICA | ENS Africa<br>1 North Wharf Square Loop Street<br>Foreshore Cape Town 8001<br>P.O. Box Cape Town 8000<br>SOUTH AFRICA |
| Earl W. McNiel Consultant<br>1606 Cambridge Oaks Circle<br>Houston, TX 77094-3064 | Eko Hotels Limited<br>Plot 1415, Adetokumbo Ademola<br>Victoria Island<br>Lagos<br>NIGERIA | Enercom, Inc.<br>800 18th Street, Suite 200<br>Denver, CO 80202-2528 |
| Energy And Mineral Resources Limited<br>1 Akinfosile Close<br>Off Raymond Njoku and Awolowo Falomo<br>Ikoyi Lagos<br>NIGERIA | Etoboro A. Isaac<br>Plot 1649 Olosa Street<br>Victoria Island<br>Lagos<br>NIGERIA | Excel Marco Singapore PTE Ltd<br>39 Ubi Road 1, #05-00<br>World Publications Building<br>SINGAPORE, 00040-8695 |
| FNG Energy Ltd<br>Unit 11 No 8 Magbon Close<br>Ikoyi<br>Lagos<br>NIGERIA | Falck Prime Atlantic<br>9, Younis Bashorun St<br>Victoria Island<br>Lagos<br>NIGERIA | Fasken Martineau<br>17 Hanover Square  W1S 1HU<br>London<br>England<br>UNITED KINGDOM |
| Federal Inland Reserve Service (FIRS)<br>17, Awolowo Road<br>Ikoyi<br>Lagos<br>NIGERIA | Federal Inland Revenue Service<br>20 Sokode Crescent, Zone 5<br>PMB 33 Garki<br>Abuja<br>NIGERIA | Federal Inland Revenue Services<br>20 Sokode Crescent, Zone 5<br>PMB 33 Garki<br>Abuja<br>NIGERIA |
| Federal Ministry Trade & Investment<br>Old Federal Secretariat<br>Area 1<br>Abuja<br>NIGERIA | Federal Ministry of Environment<br>7th & 9th Floors, Federal Secretariat<br>Shehu Shagari Way PBM 468<br>Garki, Abuja<br>NIGERIA | Federal Ministry of Finance<br>Allied Petroleum PLC<br>Plot 1649 Olosa Street<br>Victoria Island Lagos<br>NIGERIA |
| Fidelity Investments Inst. Op. Co.<br>P. O. Box 73307<br>Chicago, IL 60673-7307 | Four Oaks Place Operating Lp<br>P.O. Box 405293<br>Atlanta, GA 30384-5293 | Frank's International W.A. (BVI) Ltd.<br>Jebel Ali South Zone<br>PO Box 12388<br>Dubai<br>UAE |

| | | |
|---|---|---|
| Fugro Nigeria Limited<br>1061a Abagbon CI<br>Victoria Island<br>Lagos<br>NIGERIA | GE Oil & Gas<br>Silverburn House Claymore Drive<br>Aberdeen<br>SCOTLAND AB 23 8GD | GE/Pressure Controls Systems Nigeria Ltd<br>Mansard Place, Plot 927/928<br>Bishop Aboyade Cole Street<br>Victoria Island Lagos<br>NIGERIA |
| Gambia Revenue Authority<br>Banjul<br>GAMBIA | Gateley PLC<br>1 Paternoster Square<br>London<br>England<br>UNITED KINGDOM EC4M 7DX UK | Gbenga Aderobaki<br>1649, Olosa Street<br>Victoria Island<br>Lagos<br>NIGERIA |
| Genesis Trust Corporate Services<br>Elgin Court, Elgin Avenue, PO Box 448<br>George Town<br>Grand Cayman KY1-1106<br>CAYMAN ISLANDS | Ghana National Petroleum Corporation<br>Private Mail Bag<br>Tema<br>Ghana<br>AFRICA | Gina Din Kariuki<br>P. O. Box 42518<br>Nairobi<br>KENYA |
| Glencore Energy Uk Ltd<br>50 Berkele Street<br>London<br>England<br>UNITED KINGDOM W1J 8HD | HIDOZ Filtration & Equipment Co. Ltd.<br>Plot 41A(9) Birabi Street<br>GRA Phase 1, PO Box 5175<br>Port Harcourt Lagos<br>NIGERIA | Halliburton Operations Nigeria Ltd.<br>Plot 90 Ajose Adeogun Street<br>Victoria Island Lagos<br>NIGERIA |
| Harris County et al.<br>c/o Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, Tx 77253-3064 | Havilah Hydrocarbon Resources<br>3. Adekola Balogun Street<br>Lagos<br>Lagos<br>NIGERIA | Hebert Smith Freehills<br>Exchange House, Primrose Street<br>London<br>England<br>UNITED KINGDOM EC2A 2E |
| Herbert Smith Freehills Paris LLP<br>Attn:  Rachel Campbell<br>66 Avenue Marceau<br>75008 Paris<br>France | Hotel De Island<br>Plot 25 Adetokunbo Ademola Street<br>Victoria Island<br>Lagos<br>NIGERIA | Howard Jones<br>dba Town & Country Luxury Limousine<br>2210 Quiver Lane<br>Houston, TX 77067-2002 |
| IBC Academy Distance Learning<br>Ground Floor, Birkdale 2, River Park<br>River Lane, Mowbray 7700<br>Cape Town<br>SOUTH AFRICA | IHS Global SA<br>Willoughby Road, Bracknell<br>Berkshire<br>RG<br>UNITED KINGDOM, 75284-7193 | IHS Markit<br>c/o Szabo Associates Inc.<br>3355 Lenox Road NE Suite 945<br>Atlanta GA 30326-1357 |
| Ifeanyi Works Nigeria Enterprise<br>11 Road House 1, off 1st Avenue<br>Festac Town<br>Lagos Lagos<br>NIGERIA | Ikon Science<br>12140 Wickchester Ln., #400<br>Houston, TX 77079-1211 | Ikon Science Americas Inc<br>11011 Richmond Avenue, Suite 210<br>Houston, TX 77042-6602 |
| Ikoyi Club 1938<br>6 Ikoyi Club 1938 Road<br>Ikoyi Lagos<br>NIGERIA | | Incar Petroleum Limited<br>No.6, River Kubanni Crescent Off Nile St<br>Maitama<br>Abuja<br>NIGERIA |
| Indigo Drilling Limited<br>Atlantic House Plot 121<br>Louis Solomon Close<br>Victoria Island Lagos<br>NIGERIA | Industrial Training Fund<br>2nd Floor Water-Front Plaza<br>270, Ozumba Mbadiwe Avenue<br>Victoria Island Lagos<br>NIGERIA | Intels Nigeria Limited<br>KM/16 PH/Aba Express Way<br>Port Harcourt<br>River States<br>NIGERIA |

| | | |
|---|---|---|
| Intels Nigeria Limited<br>Onne Oil & Gas Free Zone<br>Onne<br>NIGERIA | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>PO Box 7317<br>Philadelphia, PA 19101-7317 |
| Internal Revenue Service-Houston<br>1919 Smith St.<br>Houston, TX 77002-8131 | International Energy Services Limited<br>Energy House, 94 Awolowo Road<br>Ikoyi<br>Lagos<br>NIGERIA | Ipreo Data, Inc.<br>1359 Broadway<br>2nd Floor<br>New York, NY 10018-7123 |
| Ipreo Data, Inc.<br>421 Fayetteville St., Suite 900<br>Raleigh, NY 27601-2999 | Iron Mountain<br>P O  Box 915026<br>Dallas, TX 75391-5026 | Isaiah Okanlawon<br>160 Courgarstone Manor<br>Calgary AB  T3H5N4<br>403-402-8272 |
| Isaiah Okanlawon<br>Plot 1649, Olosa Street<br>Victoria Island<br>Lagos<br>NIGERIA | JDR Cable Systems Limited<br>Littleport Innovation Park<br>177 Wisbech Road<br>Littleport, Cambs<br>UNITED KINGDOM CB6 1RA | JDR Cable Systems Limited<br>Saltire Court, 20 Castle<br>Edinburgh<br>Scotland<br>UNITED KINGDOM EH1 2EN |
| Jackson Walker LLP<br>2323 Ross Avenue<br>Suite 600<br>Dallas, TX 75201-2725 | Jacque Tetnosong<br>8911 Corell Ln<br>Richmond, TX 77407-1306 | James Street Capital Limited<br>PO Box 32338 SMB<br>Genesis Building, 3rd Floor<br>Georgetown Grand Cayman<br>CAYMAN ISLANDS |
| James Street Capital Partners<br>PO Box 32338 SMB<br>Genesis Building, 3rd Floor<br>Georgetown, Grand Cayman<br>CAYMAN ISLANDS | Jimcol Resources Limited<br>Km 3, Olu-Obasanjo Drive, Eliozu<br>Port Harcourt<br>River States<br>NIGERIA | Johannesburg Stock Exchange<br>One Exchange Square, Gwen Lane<br>Sandown<br>Gauteng<br>SOUTH AFRICA |
| Johannesburg Stock Exchange<br>Private Bag X991174<br>Sandton, 2146<br>SOUTH AFRICA | John Michael Stinson<br>6509 Edloe<br>Houston, TX 77005-3705 | Jordan, Lynch & Cancienne, PLLC<br>1980 Post Oak Blvd.<br>Suite 2300<br>Houston, TX 77056-3841 |
| Joseph Kalio<br>115 Aggrey Road<br>Port Harcourt<br>River States<br>NIGERIA | Kenya Oil & Gas Association<br>P.O. BOX 856-00606<br>Nairobi<br>KENYA | Kenya Oil & Gas Association<br>P.O. Box 10719-00100<br>Nairobi<br>KENYA |
| King & Spalding LLP<br>1100 Louisiana, Suite 4000<br>Houston, TX 77002-5213 | Lagos Internal Revenue Service (LIRS)<br>Itirin Court<br>Bishop Aboyade Cole Street<br>Victoria Island Lagos<br>NIGERIA | Laser Engineering And Resources<br>KM 5 East/West Road Rumuodara<br>Port Harcourt<br>River States<br>NIGERIA |
| Leader Engineering<br>791 Town & Country Blvd. Suite 216<br>Houston, TX 77024-3978 | Librod Energy Services<br>19 Jerry Iriabe Street Okunsanya Avenue<br>Lekki<br>Lagos<br>NIGERIA | Link Market Services<br>PO Box 4844, 13th Floor Rennie House<br>19A Ameshoff St. Braamfontein 2004 2000<br>Johannesburg<br>SOUTH AFRICA |

| | | |
|---|---|---|
| Lloyd's Register Energy<br>6th floor, B Wing, Shippers Plaza 4 Park<br>Apapa<br>Lagos<br>NIGERIA | London Court of Int'l Arbritration<br>70 Fleet Street<br>London<br>England<br>UNITED KINGDOM ECAY 1EU | Lonestar Deepwater LLC<br>15425 N. Freeway Ste 210<br>Houston, TX 77090-6016 |
| Looper Goodwine, PC<br>1300 Post Oak Blvd.<br>Suite 2400<br>Houston, TX 77056-3044 | Maersk Nigeria Limited<br>Kazuma Plaza 2-6 Ede Street<br>Apapa<br>Lagos<br>NIGERIA | Mansard Insurance PLC<br>Santa Clara Court Plot 1412<br>Ahmadu Bello Way<br>Victoria Island Lagos<br>NIGERIA |
| Mansfield Energy Nigeria Limited<br>8th Floor Foreshore Towers<br>2a Osborne Road Ikoyi<br>Lagos Lagos<br>NIGERIA | Mather and Platt Kenya Ltd.<br>P.O. Box 30145<br>Addis Ababa Rd. Industrial Area<br>Nairobi   00100<br>KENYA | Matpatson Petroleum Services Limited<br>Matpatson House, Plot 101 East-West Road<br>Port Harcourt<br>River States<br>NIGERIA |
| Matthew Okin<br>Okin Adams LLP<br>1113 Vine St., Suite 201<br>Houston, TX 77002-1045 | Mindshift Technologies Inc<br>500 Commack Road<br>Suite 140<br>Commack, NY 11725-5009 | Mindshift Technologies Inc<br>P.O. BOX 200105<br>Pittsburgh, PA 15251-0105 |
| Ministry of Energy Training Fund<br>23rd Floor, Nyayo House<br>Kenyatta Avenue<br>KENYA | Mitel Cloud Services Inc<br>P O  Box 53230<br>Phoenix, AZ 85072-3230 | Mitel Leasing Inc<br>PO Box 972870<br>Dallas, TX 75397-2870 |
| Morris Nichols Arsht And Tunnell LLP<br>P.O. BOX 1347<br>Wilmington, DE 19899-1347 | Multiplan Nigeria Limited<br>7 Rumuogba Estate Road<br>Port Harcourt Lagos<br>NIGERIA | Mustard Insurance Brokers Limited<br>26, Llorin Street, Ajegunle<br>Suruler<br>Lagos<br>NIGERIA |
| My Staffing Pro<br>P.O. Box 642<br>Toledo, OH 43697-0642 | NAJ Technical Services<br>911 Panorama trail<br>So Rochester, NY 14625-2311 | NAK ICT Solutions<br>P.O. Box GPO 21553<br>Accra<br>GHANA |
| NYSE<br>5660 New Northside Dr. NW<br>3rd Floor<br>Atlanta, GA 30328-5823 | NYSE Governance Services Corporate Board<br>2100 RiverEdge Parkway Suite 500<br>Atlanta, GA 30328-4676 | National Oil Spill Detection & Response<br>NOSDRA)<br>Plot 22 Ilaje Road, Ijapo Housing Estate<br>Akure, Ondo<br>NIGERIA |
| National Oilwell Varco<br>99 Rivoc Road Trans Amadi<br>Port Harcourt<br>Lagos<br>NIGERIA | Natural Resources Global Capital<br>29 Farm Street<br>London<br>England<br>UNITED KINGDOM W1J 5RL | Natural Resources Global Capital Partner<br>29 Farm Street<br>London<br>England<br>UNITED KINGDOM W1J 5RL |
| Neil Barnett Inspection Services<br>10 Bordeaux Close Northfield Green<br>Sunderland<br>Tyne & Wear England<br>UNITED KINGDOM SR3 2SR | Nicon Hotels<br>6, Benjamin Opara Street<br>off Olu Abasanjo Road<br>Port Harcourt Lagos<br>NIGERIA | Niger Delta Development Comm. (NDDC)<br>Headquarter Office<br>167 Aba Road<br>Rivers State<br>NIGERIA |

| | | |
|---|---|---|
| Nigeria Extractive Industry Transparency<br>4th Floor, Murjanatu House<br>1 Zambezi Crescent off Aguiyi Ironsi St.<br>Maitama, Abuja<br>NIGERIA | Nigerian Content Dev. Mgmt Board (NCDMB)<br>NCDMB House, Isaac Boro Expressway<br>By Opolo Roundabout, Opolo<br>Yenagoa, Bayelsa<br>NIGERIA | Nigerian Customs Service<br>Consultants Nigeria Limited<br>Plot 1649 Olosa Street<br>Victoria Island Lagos<br>NIGERIA |
| Nigerian Export Supervision Scheme (NESS<br>Victoria Island Lagos<br>NIGERIA | Nigerian Maritime Admin & Safety (NIMASA<br>4 Burma Road<br>PMB 12861<br>Apapa<br>NIGERIA | Nigerian Nat'l Petro Corp (NNPC-COMD)<br>NNPC Towers<br>Herbert Macaulay Way<br>Garki, Abuja<br>NIGERIA |
| Nigerian Nuclear Regulatory Agency (NNRA<br>Plot 564-565 Airport Road Central Area<br>PMB 559<br>Garki, Abuja<br>NIGERIA | Nigerian Ports Authority (NPA)<br>Plot 1649 Olosa Street<br>Victoria Island<br>Lagos<br>NIGERIA | Nigerian Social Infrastructure Trust<br>NSITF<br>12, Mobolaji Bank Anthony Way<br>Maryland, Lagos<br>NIGERIA |
| Norton Rose Fulbright US LLP<br>2200 Ross Avenue<br>Suite 3600<br>Dallas, TX 75201-7921 | Norton Rose Fulbright US LLP<br>98 San Jacinto Blvd.<br>Suite 1100<br>Austin, TX 78701-4255 | OGO Nigeria Enterprise<br>53A Pike Street beside P & T HQRS<br>Lagos<br>NIGERIA |
| Oceaneering Services Nigeria Limited<br>5 Thomas Ajufo, Off Opebi Road<br>Ikeja<br>Lagos<br>NIGERIA | Oceaneering Services Nigeria Limited<br>Eleganza Estate KM 20 Lekke Epe Expwy<br>2nd Tollgate after Chevron Junction<br>Lekki Lagos<br>NIGERIA | Office Pro Supply Company LLC<br>523 N. Sam Houston Pkwy E., Ste. 100<br>Houston, TX 77060-4048 |
| Officeland Limited<br>Century 21 Mall<br>14b Idowu Martins Street<br>Victoria Island Lagos<br>NIGERIA | Oilfield Management Services Limited<br>19 Ademola Adetokunbo Street<br>Victoria Island<br>Lagos<br>NIGERIA | Oiltools Africa Limited<br>Titan Tubulars Base<br>Federal Lighter Terminal, Onne 23401<br>River States<br>NIGERIA |
| | Oltasho Nigeria Limited<br>26 TY Danjuma Street<br>Asokoro FCT<br>Abuja<br>NIGERIA | Olushola Odeyemi<br>1330 Post Oak Blvd Ste 2250<br>Houston, TX 77056-3871 |
| Olushola Sunday Akande<br>Plot 1649, Olosa Street<br>Victoria Island<br>Lagos<br>NIGERIA | Olutayo Sosanya<br>Plot 1649, Olosa Street<br>Victoria Island<br>Lagos<br>NIGERIA | Oyebanjo Olusegun<br>12, GRA<br>Ikeja<br>Lagos<br>NIGERIA |
| P2ES Holdings LLC<br>1670 Broadway, Suite 2800<br>Denver, CO 80202-4800 | P2ES Holdings LLC<br>PO Box 912692<br>Denver, CO 80291-2692 | Pacific Bora Limited<br>Pacific International Drilling<br>11700 Katy Freeway<br>Suite 175<br>Houston, TX 77079-1249 |
| Pacific International Drilling<br>West Africa Limited<br>Plot 118, Plot 25, Salem Road<br>Lekki Lagos<br>NIGERIA | Pacific International Drilling West Africa L<br>c/o Mark N. Stich<br>11700 Katy Freeway, Suite 175<br>Houston, TX 77079-1249 | Paloma Blanche Enterprises<br>4901 McCullough<br>San Antonio, TX 78212-1624 |

| | | |
|---|---|---|
| Pannell Kerr Forster of Texas PC<br>5847 San Felipe<br>Suite 2600<br>Houston, TX 77057-3439 | Payce Consulting Limited<br>Gamia Electrical Company Road<br>Off Jimpex Road<br>Kanifing Municipality<br>THE GAMBIA | Peter Oriaifo<br>Noordwaarts 190<br>Zoetermeer<br>NETHERLANDS 2711HN |
| Petroleum Experts, Inc.<br>757 N. Eldridge Pkwy, Ste. 510<br>Houston, TX 77079-4526 | Petromarine Nigeria Limited<br>2-4 Morsley Road, Off Gerrard Road<br>Ikoyi<br>Lagos<br>NIGERIA | Philip Uche Ibeji<br>17A, Amai Street<br>Orile<br>Lagos<br>NIGERIA |
| Pressure Control Systems Nigeria Limited<br>Mansard Place, Plot 927/928<br>Bishop Aboyade Cole Street<br>Victoria Island Lagos<br>NIGERIA | Prostar Services Inc dba Parks Coffee<br>P O BOX 110209<br>Carrollton, TX 75011-0209 | Public Investment Corporation SOC Ltd.<br>Menlyn Maine Central Square<br>Corner Aramist & Corobay<br>Waterlook Glen Extension 2<br>Pretoria SOUTH AFRICA |
| Public Investment Corporation SOC Ltd.<br>Riverwalk Office, 41 Matroosberg Road<br>Aslea Garden Extension 6<br>Menlo Park Pretoria<br>SOUTH AFRICA | Q4 Web Systems Inc<br>219 Dufferin Street, Suite 211C<br>Toronto<br>Ontario<br>CANADA M6K 3J1 | RL Financial Advisory LLC<br>ATTN: Ronald L. Latta, Jr.<br>738 E. Creekside Drvie<br>Houston, TX 77024-3209 |
| RL Financial Advisory Services, LLC<br>738 E. Creekside Dr.<br>Houston, TX 77024-3209 | Raams Safety Technologies Limited<br>PLOT 5 Imam Abib Adetoro Street<br>Lagos<br>Lagos<br>NIGERIA | Radial Circle Limited<br>56, Balarabe Musa Crescent<br>Victoria Island<br>Lagos<br>NIGERIA |
| Recommind Inc<br>550 Kearny Street 7th Floor Suite 700<br>San Francisco, CA 94108-2589 | Red Transport Nig Ltd<br>14, Olushola Agbaje Street Phase 1<br>Lekki<br>Lagos<br>NIGERIA | Renmark Financial Communications Inc.<br>1050-3400 De Maisonneuve West<br>West Montreal<br>Quebec<br>CANADA H3Z 3B8 |
| Richards Layton Finger<br>One Rodney Square<br>920 North King Street<br>Suite 200<br>Wilmington, DE 19801-3300 | Risten Development Company Nigeria Ltd.<br>1st Chancery House 5 C&I Leasing Drive<br>off Bisola Durosinmi Etti Drive<br>Lekki Phase 1 Lagos<br>NIGERIA | Rizenn Homes Ltd<br>P. O. Box 53260 - 00200<br>Nairobi Ufundi Co-Op Plaza, 5th Floor<br>Moi Avenue Nairobi<br>KENYA, 00200 |
| Russell And Associates<br>42 Glenhove Road Melrose Estate<br>PO Box 1457 Parklane<br>Johannesburg<br>SOUTH AFRICA, 02196 | S&A International LLC d/b/a Travel-N-More<br>7011 Harwin, Suite 185<br>Houston, Texas 77036-2121 | SCIB Nigeria & Co. Ltd.<br>66 Adeniran Ogunsanya Street<br>Lagos<br>Lagos<br>NIGERIA |
| Sasfin Capital Pty Ltd<br>29 Scott Street  PO Box 95104<br>Grant Park 2051<br>Waverly Johannesburg<br>SOUTH AFRICA | Schiste Oil & Gas Limited<br>1 Justice Rose Ukeje Street<br>Off T.F. Kuboye Street<br>Lekke Scheme 1 Lagos<br>NIGERIA | Schlumberger<br>10101 Woodloch Forest Drive<br>The Woodlands, TX 77380-1975 |
| Schlumberger<br>1325 South Dairy Ashford Rd<br>Houston, TX 77077-2307 | Securities and Exchange Commission<br>Washington, DC 20549-0001 | Shina Kolawole Monsur<br>21 Sabiu Ajose Crescent<br>off Bode Thomas Street<br>Surulere Lagos<br>NIGERIA |

| | | |
|---|---|---|
| Simbanet Com Ltd<br>PO Box 50762-00100<br>Nairobi<br>KENYA | Stanbic Lagos<br>The IBTC Place<br>Walter Carrington Crescent<br>Victoria Island Lagos<br>NIGERIA | Standard And Poors Financial Services<br>2542 Collection Center Dr.<br>Chicago, IL 60693-0025 |
| Starlight Multi-Concept Limited<br>48/52 Akerele Street<br>Oniwaya Market Agege<br>Lagos Lagos<br>NIGERIA | State of California<br>BK Section MS A340<br>Franchise Tax Board<br>PO Box 2952<br>Sacramento, CA 95812-2952 | Stepheson Harwood LLP<br>1 Finsbury Circus<br>London<br>England<br>UNITED KINGDOM EC2M 75H |
| Stonegate Capital Partners Inc<br>8201 Preston Road, Suite 325<br>Dallas, TX 75225-6231 | Strate (Pty) Ltd.<br>P.O. Box 78608<br>Sandton 2146<br>Johannesburg<br>SOUTH AFRICA | Swift Networks Limited<br>31, Saka Tinubu Street<br>Victoria Island<br>Lagos<br>NIGERIA E163E15 |
| T1 Marine Services Limited<br>3rd Floor, Aqua Towers, Plot 12A<br>AJ Marinho Drive Off Sinari Daranijo St.<br>Victoria Island Lagos<br>NIGERIA | TBN Marine Limited<br>6B Bendel Close<br>Off Bishop Aboyade Cole Street<br>Victoria Island Lagos<br>NIGERIA | Takeover Regulation Panel<br>1st Floor Block 2 Freestone Park<br>135 Patricia Road Atholl<br>Gauteng 2196<br>SOUTH AFRICA |
| (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 | The Gambia Revenue Authority<br>Revenue House<br>78/79 Liberation Avenue<br>GAMBIA | The Initiates Limited<br>P.O. Box 7242<br>Port Harcourt<br>Lagos<br>NIGERIA |
| The Loev Law Firm, PC<br>6300 West Loop South, Suite 280<br>Bellaire, TX 77401-2903 | The Mauritius Commercial Bank Limited<br>11th Floor, MCB Head Office<br>9-15 Sir William Newton Street<br>Port Louis<br>MAURITIUS | The Wheat Baker Hotel<br>4 Lawrence Rd.<br>Ikoyi<br>Lagos<br>NIGERIA |
| Tilone Subsea Limited<br>127, Fiddil Commercial Avenue<br>Trans Amadi Industrial Layout<br>Port Harcourt Lagos<br>NIGERIA | Tilone Subsea Limited<br>c/o Uche T.K. Alaoma & Co.<br>13 Igbokwe Street, D/Line<br>Port Harcourt<br>NIGERIA | Total Nigeria PLC<br>4 Afribank Street<br>Victoria Island<br>Lagos<br>NIGERIA |
| Total Oil Trading Sa<br>Route de l'Aeroport 10 1215<br>Geneve<br>SWITZERLAND | Transocean<br>2501 TX-121 Bus<br>Lewisville, TX 75067 | Transocean / Indigo<br>4 Greenway Plaza<br>Houston, TX 77046-0400 |
| Transocean Offshore Gulf of Guinea VII Limit<br>and Indigo Drilling Limited<br>c/o James R. Prince, Baker Botts LLP<br>2001 Ross Avenue, Suite 900<br>Dallas, TX 75201-2917 | Travel & More<br>7011 Harwin Drive<br>Suite 185<br>Houston, TX 77036-2121 | Trucking Land & Sea Nigeria Ltd.<br>3rd Floor, #74 Stadium Road,  Rumuo<br>Port Harcourt<br>Rivers State<br>NIGERIA |
| Tunde Fahm<br>N 4867 524th Street<br>Menowonie, WI 54751-9592 | US Dept of Homeland Security<br>245 Murray Lane, SW<br>Washington DC<br>20528-0075 | US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 |

| | | |
|---|---|---|
| Unitech International Inc.<br>770 N. Sam Houston Parkway East<br>Houston, TX 77060-5904 | United States Trustee's Office<br>515 Rusk St., Suite 3516<br>Houston, TX 77002-2604 | Unity National Bank<br>PO Box 8277-8277<br>Houston, TX 77004 |
| Villa Toscana Hotel<br>22 Oba Yusuf Way, Oniru<br>Victoria Island<br>Lagos<br>NIGERIA | Vinson & Elkins<br>PO Box 301019<br>Dallas, TX 75303-1019 | Wakely-Smith Lattua Advisory Pty Ltd.<br>33 Peter Place,<br>Lyme Park<br>Santon 2060<br>SOUTH AFRICA |
| Weatherford<br>2000 St. James Place<br>Houston, TX 77056-4123 | Workiva Inc<br>2900 University Blvd<br>Ames, IA 50010-8665 | YOA Insurance Brokers<br>3 Force Road<br>Onikan<br>Lagos<br>NIGERIA, 00010-1231 |
| Zenith Bank PLC<br>Zenith Heights 87<br>Plot 84 Ajose Adeogun Street<br>Victoria Island Lagos<br>NIGERIA | David L Curry Jr<br>Okin & Adams, LLP<br>1113 Vine Street, Suite 201<br>Houston, TX 77002-1045 | James Scott Douglass<br>1811 Bering Dr., Suite 420<br>Houston, TX 77057-3186 |
| John Thomas Oldham<br>Okin Adams LLP<br>1113 Vine St.<br>Ste. 201<br>Houston, TX 77002-1045 | Matthew Scott Okin<br>Okin & Adams LLP<br>1113 Vine Street, Suite 240<br>Houston, TX 77002-1044 | Ronald J Sommers<br>Nathan Sommers Jacobs<br>2800 Post Oak Blvd<br>61st Floor<br>Houston, TX 77056-6131 |
| Ryan Anthony O'Connor<br>Okin Adams LLP<br>1113 Vine St<br>Ste 201<br>Houston, TX 77002-1045 | | |