

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
09/12/2018

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| **ERIN ENERGY CORPORATION**, *et al.*,[1] | § | Case No. 18-32106 |
| | § | |
| Debtors. | § | Chapter 11 |
| | § | |
| | § | (Jointly Administered) |

### ORDER GRANTING STOUT RISIUS ROSS, LLC'S FIRST AND FINAL FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF FEES AND EXPENSES FOR THE PERIOD MAY 2, 2018 THROUGH JULY 18, 2018
**[Relates to Doc. No. 332]**

Before this Court is *Stout Risius Ross, LLC's First and Final Fee Application for Allowance and Payment of Fees and Expenses for the Period May 2, 2018 through July 18, 2018* (the "Application") for the allowance of fees and expenses. The Court, having considered the Application, and after determining that notice of the Application was appropriate under the circumstances, finds that the fees and expenses were reasonable and necessary and that the relief requested in the Application should be granted. It is, therefore ORDERED THAT:

1. Stout Risius Ross, LLC ("Stout") is allowed, pursuant to 11 U.S.C. §330(a), on a final basis professional fees of $261,940.50 for the period May 2, 2018 through July 18, 2018.

2. Stout is awarded final compensation of $261,940.50 for professional services rendered on behalf of the Debtors during the Application period. Such fees shall be allowed as administrative expenses of the chapter 11 case pursuant to 11 U.S.C. §503(b)(2).

3. Any fees and expenses approved herein not previously paid to Stout shall be timely paid to Stout as funds are available.

---

[1] The last four digits of Erin Energy Corporation's ("ERN") federal tax identification number are 9798. The other Debtors in these cases are: Erin Energy Limited ("EEL"); Erin Energy Kenya Limited ("EEKL"); and Erin Petroleum Nigeria Limited ("EPNL"). The Debtors' service address is: 1330 Post Oak Blvd., Suite 2250, Houston, TX 77056.

4. The Chapter 7 Trustee, Ronald J. Sommers, is authorized and directed to pay Stout's outstanding fees as allowed herein in accordance with the applicable terms of the Interim DIP Order, including, but not limited to, the terms of paragraph 11 of such order. [Doc. No. 247].

5. The Chapter 7 Trustee is further authorized and directed to take all other actions necessary to effectuate the relief granted in this Order.

6. The Court shall retain jurisdiction with respect to all matters related to the interpretation or implementation of this Order.

Signed: September 11, 2018

_____
Marvin Isgur
United States Bankruptcy Judge