

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
10/01/2018

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| **ERIN ENERGY CORPORATION,** *et al.*,[1] | § | Case No. 18-32106 |
| | § | |
| DEBTORS. | § | (Chapter 7) |
| | § | |
| | § | (Jointly Administered) |
| | § | |

**ORDER AUTHORIZING THE EMPLOYMENT AND COMPENSATION OF
BEYOND IT, INC. PURSUANT TO BANKRUPTCY CODE §§ 327, 328
OR, IN THE ALTERNATIVE, BANKRUPTCY CODE § 363**
(Related to Docket No. 362)

The court, having considered the Trustee's Application to Employ and Compensate Beyond IT, Inc. ("Beyond IT") to Provide IT Support Services (the "Application")[2] and the Declaration of Tom Jagielski (the "Jagielski Declaration") submitted in support of the Application, the court hereby finds that based upon the representations made in the Application and the Jagielski Declaration that: (i) Beyond IT represents no interests adverse to the Debtors; (ii) Beyond IT is a "disinterested person" as that term is defined under § 101(14) of the Bankruptcy Code, and as provided and disclosed in the Application and the Jagielski Declaration; (iii) the employment of Beyond IT is necessary and is in the best interests of the Debtors' estates; (iv) the proposed terms and conditions of Beyond IT's employment are reasonable under the circumstances; (v) the contemplated use of any cash collateral by the

---

[1] The last four digits of Erin Energy Corporation's federal tax identification number are 9798. The other Debtors in these cases are: Erin Energy Limited; Erin Energy Kenya Limited; and Erin Petroleum Nigeria Limited. The Debtors' service address is: 1330 Post Oak Blvd., Suite 2250, Houston, TX 77056. After August 1, 2018, the Debtors' service address is c/o Kyung S. Lee 909 Fannin St., Suite 3700 Houston, TX 77010.

[2] All terms not defined herein shall have the meaning ascribed in the Application.

Trustee to pay Beyond IT under Bankruptcy Code § 363(b) is supported by the sound and good business judgment of the Trustee; and, it is therefore hereby:

ORDERED that the Trustee is authorized to retain Beyond IT in these Chapter 7 Cases pursuant to the terms and conditions set forth in the Engagement Agreement under Bankruptcy Code § 327 and pay Beyond IT for its services in accordance with the Engagement Agreement, without the need for a fee application; or, in the alternative, it is hereby

ORDERED that the Trustee is authorized to compensate Beyond IT for its services in accordance with the Engagement Agreement pursuant to Bankruptcy Code § 363 and pay Beyond IT with cash collateral in accordance with the Engagement Agreement, without the need for a fee application;

ORDERED that to the extent there is inconsistency between the terms of the Engagement Letter, the Application, the Jagielski Declaration and this Order, the terms of this Order shall govern; and it is further

ORDERED that the Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: October 01, 2018

_____
Marvin Isgur
United States Bankruptcy Judge