IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
10/24/2018

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ERIN ENERGY COMPANY, *et al.*,[1] | § | Case No. 18-32106 (MI) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

**ORDER GRANTING FINAL APPLICATION OF CONWAY MACKENZIE, INC. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JUNE 22, 2018 TO AND INCLUDING JULY 12, 2018**

Upon consideration of the final fee application (the "Final Fee Application") of Conway MacKenzie, Inc. ("Conway MacKenzie") for allowance of compensation for services rendered and reimbursement of expenses incurred as Financial Advisor to the Official Committee of Unsecured Creditors (the "Committee") of the debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") for the period from June 22, 2018 to and including July 12, 2018 (the "Final Compensation Period"); and the Court having reviewed the Final Fee Application; and all applicable requirements of the Bankruptcy Code and the Bankruptcy Rules having been satisfied; and sufficient notice of the Final Fee Application having been provided and no other or further notice being required; and all persons with standing having been afforded an opportunity to be heard on the Final Fee Application at a hearing held to consider approval of thereof; and after due deliberation thereon and good and sufficient notice appearing therefor,

---

[1] The last four digits of Erin Energy Corporation's federal tax identification number are 9798. The other Debtors in these cases are: Erin Energy Limited; Erin Energy Kenya Limited; and Erin Petroleum Nigeria Limited. The Debtors' service address is: 1330 Post Oak Blvd., Suite 2250, Houston, TX 77056.

IT IS HEREBY ORDERED THAT:

1. The Final Fee Application is GRANTED as set forth herein.

2. Conway MacKenzie is allowed, on a final basis, compensation in the amount of $241,877.50 for professional services rendered as Financial Advisor to the Committee during the Final Compensation Period.

3. Conway MacKenzie is allowed the reimbursement of reasonable and necessary expenses incurred during the Final Compensation Period in connection with its services to the Committee in the amount of $236.39.

4. The Chapter 7 Trustee, Ronald J. Sommers, is authorized and directed to draw down the remaining DIP Loan availability to pay such portion of Conway MacKenzie's outstanding fees as is allowed by this Court in accordance with the Carve Out provisions of the Interim DIP Order. Further, to the extent that any funds subject to the DIP Lender's Super-Priority Liens or Super-Priority Administrative Claim become available, the Chapter 7 Trustee is authorized and directed to first pay the outstanding balance of Conway MacKenzie's professional fees along with the approved fees and expenses of any similarly situated Chapter 11 professional.

5. The Chapter 7 Trustee is further authorized and directed to take all other actions necessary to effectuate the relief granted in this Order.

6. The Court shall retain exclusive jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

7. This Order shall be effective immediately upon entry.

Signed: October 23, 2018

Marvin Isgur
United States Bankruptcy Judge