

ENTERED
10/24/2018

# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>ERIN ENERGY CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 18-32106<br><br>(Jointly Administered) |

**ORDER GRANTING FIRST AND FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MAY 24, 2018 THROUGH JULY 13, 2018**

Upon consideration of the final fee application (the "Application")[2] of Pachulski Stang Ziehl & Jones LLP ("PSZJ") for allowance of compensation for services rendered and reimbursement of expenses incurred as counsel to the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors, for the period from May 24, 2018 through July 13, 2018; and the Court having reviewed the Application; and all applicable requirements of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules having been satisfied; and sufficient notice of the Application having been provided and no other or further notice being required; and parties in interest having been afforded the opportunity to be heard on the Application at the hearing held to consider approval thereof; and after due deliberation thereon and good and sufficient notice appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1.  The Application is GRANTED as set forth herein.

---

[1] The last four digits of Erin Energy Corporation's federal tax identification number are 9798. The other Debtors in these cases are: Erin Energy Limited; Erin Energy Kenya Limited; and Erin Petroleum Nigeria Limited. The Debtors' service address is: 1330 Post Oak Blvd., Suite 2250, Houston, TX 77056.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

DOCS_NY:38099.3

2.	PSZJ is allowed, pursuant to section 330(a) of the Bankruptcy Code, on a final basis, (i) fees in the amount of $476,587.75, (ii) additional professional fees of up to $10,000 for time spent preparing and prosecuting the Application, (iii) reimbursement of expenses in the amount of $26,145.14, for a total allowance of $512,732.89, for the period May 24, 2018 through July 13, 2018.

3.	The fees and expenses allowed pursuant to this Order shall be allowed as administrative expenses of the chapter 11 case pursuant to section 503(b)(2) of the Bankruptcy Code.

4.	The fees and expenses approved herein shall be timely paid to PSZJ as funds are available. For the avoidance of doubt, the chapter 7 trustee, Ronald J. Sommers (the "Chapter 7 Trustee"), is authorized and directed to pay PSZJ the fees as allowed herein in accordance with the applicable terms of the Interim DIP Order [Docket No. 247], including, but not limited to, the terms of paragraph 11 of such order.

5.	The Chapter 7 Trustee is further authorized and directed to take all other actions necessary to effectuate the relief granted in this Order.

6.	The Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

Signed: October 23, 2018

_____
Marvin Isgur
United States Bankruptcy Judge

DOCS_NY:38099.3