# EXHIBIT B

**ZENITH BANK PLC**
RC: 150224

HEAD OFFICE
Zenith Heights, Plot 84/87 Ajose Adeogun Street,
PO Box 75315, Victoria Island, Lagos.
Tel: (01) 2788000, 4648000, 2928000
www.zenithbank.com  SWIFT: ZEIBNGLA

October 23, 2018

Mr Chuma Maduekwe
The Receiver/Manager
Erin Petroleum Nigeria Limited in Receivership
Plot 1649 Olosa Street
Victoria Island, Lagos.

*Original Copy Received by me.*
*Maduekwe*
*Oct 23, 2018*

Dear Mr Maduekwe,

**IRREVOCABLE INSTRUCTION THAT YOU AS RECEIVER/MANAGER MUST NOT EXERCISE ANY CONTROL OR DOMINION OVER ANY ASSET THAT IS NOT ABANDONED PROPERTY AS PER ORDER OF THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION, MADE ON OCTOBER 15 AND 18, 2018**

The above subject refers.

We write further to your appointment as Receiver/Manager over EPNL by Zenith Bank Plc pursuant to the powers conferred on the Bank by the Deed of Debenture, the Orders (dated October 15 and 18, 2018) of the US Bankruptcy Court for the Southern District of Texas, and of every power enabling the Bank so to do.

Following your said appointment by Deed of Appointment of Receiver Manager dated October 22, 2018, this serves to bring to your attention the terms of the Order of the Bankruptcy Court for the Southern District of Texas, Houston Division. The relevant provision (last portion of paragraph 2) of the Court's Order dated October 18, 2018 reads as follows:

> 'Nothing in this Order shall be interpreted to limit the Receiver/Manager's authority or power over any entity for which the Receiver/Manager is appointed; however, Zenith shall irrevocably instruct any Receiver/Manager that is appointed that the Receiver/Manager must not exercise any control or dominion over any asset that is not Abandoned Property.'

We, Zenith Bank Plc hereby irrevocably instruct you that you must not exercise any control or dominion over any asset that is not Abandoned Property as per the Order of the United States Bankruptcy Court, of the Southern District of Texas, Houston Division which requires Zenith Bank Plc to irrevocably instruct you that you 'must not exercise any control or dominion over any asset that is not Abandoned Property'.

Yours sincerely,
ZENITH BANK PLC

**EBENEZER ONYEAGWU**
**DEPUTY MANAGING DIRECTOR**

**MICHAEL OSILAMA OTU**
**COMPANY SECRETARY/GENERAL COUNSEL**

THE BOARD | Chairman: Jim Ovia, CON | Group Managing Director/CEO: Peter Amangbo | Non-Executives: Alhaji Baba Tela, Mr. ... Enwemeka, Prof. Oyewusi Ibidapo-Obe, Mr. Gabriel Ukpeh, Engr. Mustafa Bello | Deputy Managing Directors: Ad... Umeoji, Ebenezer Onyeagwu | Executives: Ahmed Umar Shuaib, Temitope Fasoranti, Dennis Olisa.