IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Case No. 18-32106 |
| Erin Energy Corporation, *et al.*,[1] | (Chapter 7) |
| Debtors. | (Jointly Administered) |

### NIGERIAN AGIP EXPLORATION LIMITED'S
### RESERVATION OF RIGHTS REGARDING INTERIM FEE APPLICATIONS
(Related to Docket Nos. 497, 498, 499 and 501)

TO THE HONORABLE MARVIN ISGUR, U.S. BANKRUPTCY JUDGE:

Nigerian Agip Exploration Limited ("**NAE**"), through its undersigned counsel, hereby files this Reservation of Rights (the "**Reservation of Rights**") with regard to each interim fee application filed by Moyes & Co., Stout Risius Ross, Inc., Kasowitz Benson Torres LLP and Diamond McCarthy, LLP [*see* Dkt. Nos. 497, 498, 499 and 501, respectively] (the "**Interim Fee Applications**"). In support of this Reservation of Rights, NAE respectfully states as follows:

1. NAE hereby expressly reserves its rights to object to final approval of the fees and expenses sought in the Interim Fee Applications at a final hearing on any and all grounds including, without limitation, that such fees and expenses are not reasonable.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

---

[1] The last four digits of Erin Energy Corporation's federal tax identification number are 9798. The other Debtors in these cases are: Erin Energy Limited; Erin Energy Kenya Limited; and Erin Petroleum Nigeria Limited.

3052130.1

## CONCLUSION

NAE respectfully requests that, should this Court approve the Interim Fee Applications, such approval should be subject to this Reservation of Rights and any additional objections and reservations of rights that may be raised by NAE at any hearing on the Interim Fee Applications.

Dated:  December 5, 2018

        Respectfully submitted,

        **HOGAN LOVELLS US LLP**

        By:  */s/ Ronald J. Silverman*
        Ronald J. Silverman, Esq.
        (admitted pro hac vice)
        New York Bar No. 3946944
        John Beck, Esq.
        Texas Bar No. 24073898
        Eric L. Einhorn, Esq.
        (admitted pro hac vice)
        New York Bar No. 5568845
        875 Third Avenue
        New York, NY 10022
        Telephone: (212) 918-3000
        Facsimile: (212) 918-3100
        ronald.silverman@hoganlovells.com
        john.beck@hoganlovells.com
        eric.einhorn@hoganlovells.com

        -and-

        Randall A. Rios
        State Bar No. 16935865
        Timothy A. Million
        State Bar No. 24051055
        Hughes Watters Askanase, LLP
        1201 Louisiana St., 28th Floor
        Houston, TX 77002
        Telephone: (713) 759-0818
        Facsimile: (713) 759-6834
        rrios@hwa.com
        tmillion@hwa.com

        **COUNSEL FOR NIGERIAN AGIP EXPLORATION LIMITED**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of *Nigerian Agip Exploration Limited's Reservation of Rights Regarding Interim Fee Applications* was served upon all parties listed as receiving electronic notice *via* the courts' ECF noticing system on December 5, 2018.

                                           */s/ Randall A. Rios*
                                            Randall A. Rios

3052130.1