

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
01/09/2019

| | |
|---|---|
| In re: | ) |
| | ) |
| ERIN ENERGY CORPORATION, ET AL[1], | ) Case No. 18-32106 |
| | ) (Chapter 7) |
| Debtors. | ) (Jointly Administered) |

### ORDER ON MOTION FOR ORDER (I) APPROVING AGREED SURCHARGE PURSUANT TO 11 U.S.C. § 506(C) AGAINST PROCEEDS OF THE SALE OF OFFICE EQUIPMENT AND (II) AUTHORIZING PAYMENT OF THE REMAINING PROCEEDS TO LOCAL TAXING AUTHORITIES WITH FIRST-PRIORITY LIENS THEREIN

[Relating to ECF No. ___]

The Court, having considered the *Motion for Order (I) Approving Agreed Surcharge Pursuant to 11 U.S.C. § 506(C) Against Proceeds of the Sale of Office Equipment and (II) Authorizing Payment of the Remaining Proceeds to Local Taxing Authorities with First-Priority Liens Therein* (the "Motion"),[2] any responses to the Motion, the statements of counsel, and the record in this case, and finds that: (a) it has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) the relief requested in the Motion is in the best interests of the Debtor's estate, their creditors, and other parties-in-interest; (d) proper and adequate notice of the Motion has been given and no other or further notice

---

[1] The last four digits of Erin Energy Corporation's federal tax identification number are 9798. The other Debtors in these cases are: Erin Energy Limited; Erin Energy Kenya Limited; and Erin Petroleum Nigeria Limited.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

is necessary; and (e) good and sufficient cause exists for the granting of the relief requested. Therefore, IT IS HEREBY ORDERED THAT:

1. The Trustee, for the benefit of the chapter 7 estate of Erin Energy Corporation, is hereby allowed and awarded a surcharge under Bankruptcy Code § 506(c) against the proceeds of the sale pursuant to the Auction Order in the amount of $2,163.05 (the "Surcharge").

2. The Surcharge shall be free and clear of the liens, claims, or other encumbrances held by the Taxing Authorities.

3. The Trustee is authorized to distribute to the Taxing Authorities $7,911.80, which amount reflects the remainder of the proceeds of the sale pursuant to the Auction.

4. The Court shall retain jurisdiction to the maximum extent under applicable law to interpret and enforce this Order.

Signed: January 09, 2019

Marvin Isgur
United States Bankruptcy Judge