

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

ENTERED
01/15/2019

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| **Erin Energy Corporation, et al.**[1] | § | **Case No. 18-32106** |
| | § | |
| **Debtors.** | § | **(Chapter 7)** |
| | § | |
| | § | **(Jointly Administered)** |
| | § | |

**ORDER GRANTING FIRST INTERIM APPLICATION FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES OF MOYES & CO.
AS SPECIAL FINANCIAL ADVISOR FOR THE TRUSTEE FOR THE PERIOD
<u>SEPTEMBER 24, 2018 THROUGH OCTOBER 31, 2018</u>**
(This Order relates to ECF No. 497)

Upon consideration of the first interim application for allowance of compensation and

reimbursement of expenses of Moyes & Co., as special financial advisor to Ronald J. Sommers,

chapter 7 trustee for the estates of the Debtors  (the "<u>Application</u>"), for the period September 24,

2018 through and including October 31, 2018 (the "<u>Application Period</u>"); and the Court having

determined it has jurisdiction to consider the Application and the relief requested therein pursuant

to 28 U.S.C. § 1334, 11 U.S.C. §§ 330 and 331, Federal Rule of Bankruptcy Procedure 2016, and

Bankruptcy Local Rule 2016-1; and it appearing to the Court that the Application and the relief

requested therein is a core proceeding pursuant to 28 U.S.C. § 157(b) and venue is proper in this

district pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing to the Court that due and proper

notice of the Application has been given and no other or further notice need be provided; and it

further appearing to the Court after review of the Application, any objections (any outstanding as

of the hearing date on the Application having been overruled) and the record at any hearing before

---

[1] The last four digits of Erin Energy Corporation's federal tax identification number are 9798.  The other Debtors in
these cases are: Erin Energy Limited; Erin Energy Kenya Limited; and Erin Petroleum Nigeria Limited.

the Court on the Application that Moyes & Co. has established the basis for interim allowance of fees and expenses during the Application Period as set out in the Application;  IT IS HEREBY

ORDERED, that the relief requested in the Application is approved and the amount of $62,310.00 (the "Total Interim Award"), consisting of professional and paraprofessional fees of $62,310.00 and out-of-pocket expenses of $0.00 during the Application Period, is allowed on an interim basis; and it is further

ORDERED, that the Trustee is authorized and directed to pay to Moyes & Co. the Total Interim Award granted herein upon receipt of funds from the sale of the Crude Oil, *provided* that the Trustee may pay the allowed professional fees from the proceeds of the sale of the Crude Oil on a pro-rata basis if the funds received are not sufficient to pay all allowed professional fee claims; and it is further

ORDERED, that the Court shall retain jurisdiction with respect to all matters relating to the interpretation and implementation of this order.

Signed: January 14, 2019

Marvin Isgur
United States Bankruptcy Judge