

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

ENTERED
01/15/2019

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 18-32106** |
| **ERIN ENERGY CORPORATION** *et al.,*[1] | § | |
| | § | **(Chapter 7)** |
| **DEBTOR.** | § | |
| | § | **(Jointly Administered)** |

**ORDER GRANTING FIRST INTERIM APPLICATION FOR ALLOWANCE OF**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES OF DIAMOND**
**McCARTHY LLP, AS COUNSEL FOR THE CHAPTER 7 TRUSTEE**
**FOR THE PERIOD JULY 13, 2018 THROUGH OCTOBER 31, 2018**
(This Order relates to ECF No. 501)

The Court, having considered the First Interim Application (the "First Application")[2] for

Allowance of Compensation and Reimbursement of Expenses of Diamond McCarthy LLP

("Diamond McCarthy"), as general bankruptcy and special litigation and conflicts counsel to

Ronald J. Sommers, the Chapter 7 Trustee (the "Trustee"), for the period July 13, 2018 through

and including October 31, 2018 (the "Application Period"); and the Court having jurisdiction to

consider the First Application and the relief requested therein pursuant to 28 U.S.C. § 1334; and it

appearing to the Court that the First Application and the relief requested therein is a core

proceeding pursuant to 28 U.S.C. § 157(b) and that venue is proper in this district pursuant to 28

U.S.C. § 1408; and it appearing to the Court that due and proper notice of the First Application

has been given and no other or further notice need be provided; and it further appearing to the

---

[1]     The last four digits of Erin Energy Corporation's federal tax identification number are 9798.  The other
Debtors in these cases are: Erin Energy Limited; Erin Energy Kenya Limited; and Erin Petroleum Nigeria
Limited.

[2]     Capitalized terms used but note defined herein have the meaning assigned to such terms in the Final
Application.

Court after review of the First Application that Diamond McCarthy has established the basis for interim allowance and payment of fees and expenses during the Application Period as set out in the First Application; IT IS HEREBY

ORDERED that the relief requested in Diamond McCarthy's First Application for interim allowance and payment of professional fees and out-of-pocket expenses in the amount of $244,734.10 (the "Total Interim Award"), consisting of professional and paraprofessional fees of $219,818.50 and out-of-pocket expenses of $24,915.60 during the Application Period is granted;

ORDERED that the Trustee is authorized and directed to pay to Diamond McCarthy the Total Interim Award granted herein upon receipt of funds from the sale of the Crude Oil, *provided* that the Trustee may pay the allowed professional fees from the proceeds of the sale of the Crude Oil on a pro-rata basis if the funds received are not sufficient to pay all allowed professional fee claims; and it is further

ORDERED, that the Court shall retain jurisdiction with respect to all matters relating to the interpretation and implementation of this order.

Signed: January 14, 2019

Marvin Isgur
United States Bankruptcy Judge