IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 7 |
| ERIN ENERGY CORPORATION, et al., | § | |
| | § | Case No: 18-32106 |
| Debtors | § | |
| | § | |
| | § | (Jointly Administered) |
| | § | |
| | § | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT the undersigned counsel and the law firm of Grant & Eisenhofer P.A., pursuant to Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), hereby enters their appearance as counsel for Robert Lenois in the above-captioned bankruptcy cases (the "Cases") and respectfully requests that the name of counsel listed below be added to the mailing list maintained by the Clerk, and that all notices given or required to be given in these Cases, all pleadings and other papers served, or required to be served, in these Cases, be given to and served upon the following:

Gordon Z. Novod
**GRANT & EISENHOFER P.A.**
485 Lexington Avenue, 29th Floor
New York, NY 10017
Tel: 646-722-8523
Fax: 646-722-8501
Email: gnovod@gelaw.com

PLEASE TAKE FURTHER NOTICE THAT, pursuant to section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules and section of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, whether transmitted or conveyed by regular mail, electronic mail, delivery service or some other means, or otherwise filed or made with regard to these Cases and proceedings herein.  Further this request includes copies of any disclosure statements to be submitted prior to approval and any and all plans of reorganization.

PLEASE TAKE FURTHER NOTICE THAT, this Notice of Appearance and Request for Service of Papers shall not be deemed to be or construed as a waiver of Robert Lenois's rights: (a) to have final orders in non-core matters entered only after de novo review by a District Judge, (b) to trial by jury in any proceeding so triable in this case or in any case, controversy or proceeding related to this case; or (c) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal.  This Notice of Appearance and Request for Service of Papers is likewise not a waiver of any other rights, claims, actions or setoffs to which Robert Lenois may be entitled, in law or in equity, all of which rights, claims actions, defenses and setoffs Robert Lenois expressly reserve.

   Respectfully submitted,

By:  /s/ *Gordon Novod*
Gordon Z. Novod (*pro hac vice* pending)
**GRANT & EISENHOFER P.A.**
485 Lexington Ave.
New York, NY 10017
Tel: (646) 722-8500
Email: gnovod@gelaw.com

and

Michael J. Barry  (*pro hac vice* pending)
**GRANT & EISENHOFER P.A.**
123 Justison Street
Wilmington, DE 19801
Tel: (302) 622-7000
Email: mbarry@gelaw.com


*Attorneys for Robert Lenois*

## **CERTIFICATE OF SERVICE**

On January 29, 2019, a copy of the foregoing Notice of Appearance and Request for Service of Papers was served on all parties receiving electronic notification in these cases from the Court's CM/ECF system.

_Gordon Z. Novod_
Gordon Z. Novod
