**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **Erin Energy Corporation, et al.** | § | **Case No. 18-32106** |
| | § | |
| **Debtors.** | § | **(Chapter 7)** |
| | § | |
| | § | **(Jointly Administered)** |
| | § | |

**NOTICE OF HEARING ON FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES OF KASOWITZ BENSON TORRES LLP**
[Relates to ECF NO. 625]

PLEASE TAKE NOTICE that a hearing on the *Final Application for Allowance of*
*Compensation and Reimbursement of Expenses of Kasowitz Benson Torres LLP, as General*
*Bankruptcy Counsel for the Trustee, for the Period November 1, 2018 through October 24, 2019*
*and Final Approval of the Fees and Expenses Allowed on an Interim Basis Pursuant to Applicant's*
*First Interim Application* [ECF No. 625] has been scheduled for **Wednesday, May 6, 2020, at**
**10:00 a.m. (CT)** before Judge Marvin Isgur, via telephone and video conference.

| Telephone | Video |
|---|---|
| Dial-in: 832-917-1510 | https://www.join.me |
| Conference Room #: 954554 | Code: judgeisgur |

Dated:  May 1, 2020

Respectfully submitted,

**KASOWITZ BENSON TORRES LLP**
*/s/  Constantine  Z.  Pamphilis*
Constantine Z. Pamphilis
Texas Bar No. 00794419
DPamphilis@kasowitz.com
1415 Louisiana St., Suite 2100
Houston, TX 77002
Telephone: (713) 220-8800
Facsimile:  (713) 222-0843

*Former Counsel for Ronald J. Sommers, Chapter*
*7 Trustee for the estates of the Debtors*