

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
06/24/2020

| | |
|---|---|
| In re: § | |
| § | |
| **Erin Energy Corporation, et al.**[1] § | Case No. 18-32106 |
| § | |
| Debtors. § | (Chapter 7) |
| § | |
| § | (Jointly Administered) |

### ORDER GRANTING FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF KASOWITZ BENSON TORRES LLP, AS GENERAL BANKRUPTCY COUNSEL FOR THE TRUSTEE FOR THE PERIOD NOVEMBER 1, 2018 THROUGH OCTOBER 24, 2019 AND FINAL APPROVAL OF THE FEES AND EXPENSES ALLOWED ON AN INTERIM BASIS PURSUANT TO APPLICANT'S FIRST INTERIM APPLICATION
(This Order relates to ECF No. 625)

Upon consideration of the final application for allowance of compensation and reimbursement of expenses of Kasowitz Benson Torres LLP ("Kasowitz"), as general bankruptcy counsel to Ronald J. Sommers, chapter 7 trustee for the estates of the Debtors (the "Application"), for the period November 1, 2018 through and including October 24, 2019 (the "Application Period"); and the Court having determined it has jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. § 1334, 11 U.S.C. §§ 330 and 331, Federal Rule of Bankruptcy Procedure 2016, and Local Bankruptcy Rule 2016-1; and it appearing to the Court that the Application and the relief requested therein is a core proceeding pursuant to 28 U.S.C. § 157(b) and venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing to the Court that due and proper notice of the Application has been given and no other or further notice need be provided; and it further appearing to the Court after review of the Application, any

---

[1] The last four digits of Erin Energy Corporation's federal tax identification number are 9798. The other Debtors in these cases are: Erin Energy Limited; Erin Energy Kenya Limited; and Erin Petroleum Nigeria Limited.

objections (any outstanding as of the hearing date on the Application having been overruled) and the record at any hearing before the Court on the Application that Kasowitz has established the basis for final allowance of fees and expenses during the Application Period as set out in the Application; IT IS HEREBY

ORDERED that the relief requested in the Application is approved and the amount of $457,128.78 (the "Total Award"), consisting of professional and paraprofessional fees of $452,596.00 and out-of-pocket expenses of $4,532.78 during the Application Period is allowed, on a final basis; and it is further

ORDERED that the amounts previously approved on an interim basis pursuant to Applicant's First Interim Application in the amount of $349,789.04, comprised of professional fees in the amount of $345,642.00 and out of pocket expenses of $4,147.04 (the "Interim Award"), be and hereby is approved on a final basis; and it is further

ORDERED that the Trustee is authorized and directed to pay to Kasowitz the Total Award upon the chapter 7 estate having sufficient funds to make a distribution to administrative creditors; and it is further

ORDERED that the Court shall retain jurisdiction with respect to all matters relating to the interpretation and implementation of this order.

Signed: June 24, 2020

_____
Marvin Isgur
United States Bankruptcy Judge