United States Bankruptcy Court
Southern District of Texas

**ENTERED**

November 03, 2022

Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO. 18-32106** |
| **ERIN ENERGY CORPORATION, et al.,** | § | **CHAPTER 7** |
| | § | |
| **DEBTOR** | § | **Jointly Administered** |

## ORDER AUTHORIZING FIRST AND FINAL COMPENSATION TO ACCOUNTANT FOR THE TRUSTEE

At Houston, in said district, William G. West, P.C., C.P.A., Accountant for Ronald J. Sommers, Trustee, filed its application for compensation in the total amount of $44,403.00 as an administrative expense in these proceedings pursuant to Section 503(b) (2) of the Bankruptcy Code and further requesting that the Court authorize the above amount allowed to said accountant; and the application further requesting the Court to authorize the Trustee in this case to reimburse William G. West, P.C., C.P.A., for actual and necessary expenses incurred totaling $276.50 as administrative expense under Section 330 and 503(b) (2) of the Bankruptcy Code and William G. West, P.C., C.P.A., having duly filed its application and notice to creditors pursuant to the Local Rules of this Court, and the Court being of the opinion that the Application for Compensation sets forth sufficient cause why the firm of William G. West, P.C., C.P.A. should be awarded compensation in the amount indicated below and, in accordance with the criteria set forth in The Matter of First Colonial Corporation of America, 544 F 2d 129 (Fifth Cir. 1977) and should accordingly be granted, it is therefore

ORDERED that the Trustee be, and he hereby is, authorized to pay the accounting firm of William G. West, P.C., C.P.A., the amount of $44,403.00 for services rendered and $276.50 for actual and necessary expenses incurred in these proceedings.

Signed: November 03, 2022

_____

Marvin Isgur
United States Bankruptcy Judge