UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 7 |
| ) | |
| ERIN ENERGY CORPORATION, ) | Case No. 18-32106 |
| ) | |
| Debtors. ) | (Jointly Administered)[1] |
| ) | |

**ORDER GRANTING TRUSTEE'S MOTION TO AUTHORIZE PAYMENTS ON ACCOUNT OF DIP OBLIGATIONS, ALLOWED ADMINISTRATIVE EXPENSES, AND THE ADEQUATE PROTECTION CLAIM ASSERTED BY PUBLIC INVESTMENT CORPORATION SOC. LTD.**

(Relates to Dkt. No. _____)

Upon consideration of the *Trustee's Motion to Authorize Payments on Account of DIP Obligations, Allowed Administrative Expenses, and the Adequate Protection Claim Asserted by Public Investment Corporation Soc. Ltd.* (the "Motion")[2]; and this court having jurisdiction over this matter pursuant to 28 U.S.C § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157 (b)(2); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is permissible pursuant to 28 U.S.C §§ 1408 and 1409; and this Court having found that notice of the Motion and opportunity for a hearing were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed and considered the Motion and any statements in support of the relief requested therein; and this Court having determined that the legal and factual bases set forth in the Motion establish

---

[1] The jointly administered cases are Erin Energy Corporation (Case No. 18-32106), Erin Energy Ltd. (Case No. 18-32107), and Erin Petroleum Nigeria Limited (Case No. 18-18-32108). At the commencement of the chapter 7 cases, the case of Erin Energy Kenya Limited (Case No. 18-32108) was also jointly administered with the other Erin debtors by the Trustee. The Erin Energy Kenya Limited case was closed on December 17, 2021.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The Trustee is authorized to make the payments satisfying the DIP Obligations, Chapter 7 Administrative Expenses, Chapter 11 Administrative Expenses, and PIC Adequate Protection Claim described in the Motion. Payment of the DIP Payoff Amount shall satisfy the DIP Obligations.

3. The Trustee is authorized to satisfy any other administrative expenses that are or become allowed pursuant to an order of the Court or otherwise, including, without limitation, the allowed fees and expenses of the Contingency Counsel after their allowance.

4. Upon payment of the PIC Adequate Protection Claim, PIC shall file an amended proof of claim reflecting such payment and the partial satisfaction of its claim from the application of its cash collateral pursuant to the *Order Approving Compromise Between the Trustee and Public Corporation Soc. Ltd. Pursuant to Bankruptcy Rule 9019* [ECF No. 623].

5. This Order shall be immediately effective and enforceable upon its entry.

6. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: _____, 2021

                                                **UNITED STATES BANKRUPTCY JUDGE**