UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| IN RE: | CHAPTER 7 |
|---|---|
| ERIN ENERGY CORPORATION | Case No. 18-32106 |
| Debtors. | (Jointly Administered) |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that Joseph W. "Jeb" Golinkin II of Jordan, Lynch & Cancienne PLLC hereby appears as counsel on behalf of Oltasho Nigeria Limited in the above-captioned Chapter 7 case (the **"Chapter 7 Case"**) and pursuant to rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure requests that notices of all hearings and conferences and service of all papers in the Chapter 7 Case be served upon the undersigned attorney as follows:

> Joseph W. "Jeb" Golinkin II
> State Bar No. 24087596
> Jordan Lynch & Cancienne PLLC
> 1980 Post Oak Blvd., Suite 2300
> Houston, Texas 77056
> Telephone: 713-955-4019
> Facsimile: 713-955-9644
> jgolinkin@jlcfirm.com

Dated: April 29, 2025

*/s/ Jeb Golinkin*
Joseph W. "Jeb" Golinkin II
State Bar No. 24087596
JORDAN LYNCH & CANCIENNE PLLC
1980 Post Oak Blvd., Suite 2300
Houston, Texas 77056
713.955.4022
jgolinkin@jlcfirm.com
*Attorney for Oltasho Nigeria Limited*

## CERTIFICATE OF SERVICE

This certifies that a copy of the above and foregoing was sent to all counsel of record through the Court's electronic filing system on April 29, 2025.

*/s/ Jeb Golinkin*
Jeb Golinkin