# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
# Wednesday, May 6, 2020

| First Name | Last Name | Firm Name | Client Name |
| --- | --- | --- | --- |
| Constantine | Pamphilis | Kasowitz Benson Torres LLP | Former counsel for Ron Sommers, Ch. 7 Trustee |